UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ZOLOFT (SERTRALINE
HYDROCHLORIDE) PRODUCTS LIABILITY
LITIGATION                                                                                   MDL No. 2342

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO−1)

On April 17, 2012, the Panel transferred 9 civil action(s) to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M Rufe.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of April 17, 2012, and, with the consent of that court, assigned to the Honorable Cynthia M Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 27, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ZOLOFT (SERTRALINE
HYDROCHLORIDE) PRODUCTS LIABILITY
LITIGATION                                                                                    MDL No. 2342

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

**ARIZONA**

| AZ | 3 | 12−08018 | Cloin v. Pfizer Incorporated |

**CALIFORNIA CENTRAL**

| ~~CAC~~ | ~~2~~ | ~~12−00486~~ | ~~J. G. v. Pfizer Inc et al~~ |
| ~~CAC~~ | ~~2~~ | ~~12−01853~~ | ~~C. R. v. Pfizer Inc et al~~ |

**CALIFORNIA EASTERN**

| ~~CAE~~ | ~~2~~ | ~~12−00574~~ | ~~Fleming v. Pfizer Inc et al~~ |

**CALIFORNIA SOUTHERN**

| ~~CAS~~ | ~~3~~ | ~~12−00549~~ | ~~Hartley et al v. Pfizer, Inc. et al~~ |
| ~~CAS~~ | ~~3~~ | ~~12−00550~~ | ~~Stewart v. Pfizer Inc et al~~ |
| ~~CAS~~ | ~~3~~ | ~~12−00569~~ | ~~Noriega v. Pfizer Inc et al~~ |

**FLORIDA MIDDLE**

| FLM | 6 | 12−00521 | Gentry et al v. Pfizer, Inc. et al |
| FLM | 8 | 12−00268 | Williams et al v. Pfizer, Inc. |

**ILLINOIS CENTRAL**

| ILC | 3 | 12−03040 | Thompson et al v. Pfizer, Inc. |

**ILLINOIS SOUTHERN**

| ILS | 3 | 12−00121 | Hubbs v. Pfizer, Inc. |
| ILS | 3 | 12−00169 | Belcher v. Pfizer, Inc. et al |
| ILS | 3 | 12−00171 | Desimone v. Pfizer Inc. et al |
| ILS | 3 | 12−00172 | Gregory v. Pfizer, Inc. et al |
| ILS | 3 | 12−00173 | Lowes et al v. Pfizer Inc. et al |
| ILS | 3 | 12−00174 | File v. Pfizer Inc. et al |

| | | | |
|---|---|---|---|
| ILS | 3 | 12−00216 | Weech et al v. Pfizer, Inc. et al |
| ILS | 3 | 12−00217 | Rousseau et al v. Pfizer Inc. et al |
| ILS | 3 | 12−00218 | Goulet et al v. Pfizer Inc. et al |
| ILS | 3 | 12−00220 | Pulley v. Pfizer Inc. et al |
| ILS | 3 | 12−00227 | Bell−Rumora v. Pfizer Inc. |

LOUISIANA EASTERN

| | | | |
|---|---|---|---|
| LAE | 2 | 12−00290 | Rolling et al v. Pfizer Inc. |
| LAE | 2 | 12−00306 | Mitchell et al v. Pfizer Inc. |
| LAE | 2 | 12−00633 | Parker v. Pfizer, Inc. |
| LAE | 2 | 12−00673 | Ballestas v. Pfizer, Inc. |
| LAE | 2 | 12−00675 | Irick v. Pfizer, Inc. |
| LAE | 2 | 12−00676 | Thomas v. Pfizer, Inc. |
| LAE | 2 | 12−00682 | Diaz v. Pfizer, Inc. |
| LAE | 2 | 12−00706 | Crovetto et al v. Pfizer Inc. |

NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| NYS | 1 | 12−00508 | Overway v. Pfizer Inc. |
| NYS | 1 | 12−01934 | Adler et al v. Pfizer, Inc. |
| NYS | 1 | 12−01935 | Bonk et al v. Pfizer, Inc. |
| NYS | 1 | 12−02655 | Cook et al v. PFizer Inc., et al |

TENNESSEE WESTERN

| | | | |
|---|---|---|---|
| TNW | 1 | 12−01030 | Bufford v. Greenstone, LLC et al |