# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ZOLOFT (SERTRALINE HYDROCHLORIDE) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2342<br><br>2:12-md-02342-CMR<br><br>HON. CYNTHIA M. RUFE |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance as counsel for Defendant Pfizer Inc, the common defendant in the cases consolidated in the above-captioned matter.

DATED: July 11, 2012

/s/ Sheila L. Birnbaum
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile (212) 735-2000
Sheila.Birnbaum@Skadden.com

*Attorney for Defendant Pfizer Inc*

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

                                                Respectfully submitted,

                                                /s/ Katherine Armstrong
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile (212) 735-2000
Katherine.Armstrong@Skadden.com