IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ZOLOFT (SERTRALINE HYDROCHLORIDE) PRODUCTS LIABILITY LITIGATION | : : | MDL NO. 2342 12-MD-2342 |
| | : : | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT APPLIES TO: | : : | CIVIL ACTION |
| *Smith, et al. v. Pfizer, Inc., et al.* | : | No. 12-3122 |
| *J.H., et al. v. Pfizer, Inc., et al.* | : | No. 12-6550 |
| *J.W., et al. v. Pfizer, Inc., et al.* | : | No. 13-3232 |

## ORDER

**AND NOW,** this 14th day of November 2013, upon consideration of the Motions for Remand and the opposition thereto, it is hereby **ORDERED** that the Motions are **GRANTED**:

1. *Smith, et al. v. Pfizer, Inc., et al.*, Civil Action No. 12-3122, is **REMANDED** to the Superior Court of the State of California, County of San Francisco, where it was filed at Case No. CGC-12-518081.

2. *J.H., et al. v. Pfizer, Inc., et al.*, Civil Action No.12-6550, is **REMANDED** to the Circuit Court of Cook County, Illinois, where it was filed at Case No. 2012L010383.

3. *J.W., et al. v. PFizer, Inc., et al.*, Civil Action No. 12-3232, is **REMANDED** to the Superior Court of the State of California, County of San Francisco, where it was filed at Case No. CGC-11-512911.

It is so **ORDERED.**

BY THE COURT:

**CYNTHIA M. RUFE, J.**