IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ZOLOFT (SERTRALINE HYDROCHLORIDE) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2342 <br> 12-MD-2342 |
| THIS DOCUMENT APPLIES TO: | : : | Case No. 3:13-cv-00879-WQH |
| *A.H. and T.H. by their mother and Guardian ad Litem, Karen Huntington* | : : : | HON. CYNTHIA M. RUFE |

## WITHDRAWAL OF NOTICE OF APPEARANCE

Kindly withdraw my appearance as counsel on behalf of Plaintiffs in the case of **A.H. and T.H. by their mother and Guardian ad Litem, Karen Huntington,** as attorney Christopher L. Coffin of the firm of Pendley, Baudin & Coffin has already filed an appearance.

                Respectfully submitted,

Date:  January 2, 2014

/s/ Mark P. Robinson, Jr.
Mark P. Robinson, Jr.
Robinson Calcagnie Robinson Shapiro Davis, Inc.
19 Corporate Plaza Drive
Newport Beach, CA 92660
Tele: 949-720-1288; Fax: 949-720-1292
mrobinson@rcrlaw.net

1