IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ZOLOFT (SERTRALINE HYDROCHLORIDE) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2342<br>12-MD-2342<br><br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT APPLIES TO: ALL ACTIONS | : : : | |

## PRETRIAL ORDER NO. 59

AND NOW, this 12th day of May 2014, upon careful and independent review of the Special Discovery Master's Report and Recommendation No. 10 (Regarding the PSC's Request that Pfizer Provide More Complete Information in Defendants' Fact Sheets) [Doc. No. 759], and no objections having been received to the Report and Recommendation, it is hereby **ORDERED** that Report and Recommendation No. 10 is **APPROVED** in full and **ADOPTED** as an Order of the Court.

It is so **ORDERED.**

BY THE COURT:

*Cynthia M. Rufe*
CYNTHIA M. RUFE, J.