IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ZOLOFT (SERTRALINE HYDROCHLORIDE) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2342 12-MD-2342 |
| | : : | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT APPLIES TO: | : : | CIVIL ACTION |
| *Porter,* et al. *v. Pfizer, Inc.,* et al. | : | No. 12-3960 |

### ORDER

**AND NOW**, this 29th day of May 2014, upon consideration of the Motion to Remand and Defendants' responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED** and the case is **REMANDED** to the Court of Common Pleas of Philadelphia County, Pennsylvania. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

*/s/ Cynthia M. Rufe*
CYNTHIA M. RUFE, J.