IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ZOLOFT (SERTRALINE HYDROCLORIDE) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2342 12-md-2342 |
| THIS DOCUMENT APPLIES TO: *ALL ACTIONS* | : : : : | |

### ORDER

**AND NOW**, this 27th day of June 2014, upon consideration of Defendants' Motion to Exclude the Testimony of Plaintiffs' Steering Committee Expert Witness Anick Bérard [Doc. No. 691] and the briefs of the parties, and after a *Daubert* hearing at which testimony and evidence were presented in support of each position, and upon review of the post-hearing briefs submitted by the parties, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**