IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ZOLOFT (SERTRALINE HYDROCLORIDE) PRODUCTS LIABILITY LITIGATION | MDL No. 2342<br>12-md-2342 |
| THIS DOCUMENT APPLIES TO:<br><br>*ALL ACTIONS* | |

## ORDER

**AND NOW,** this 12th day of August 2014, upon consideration upon consideration of Defendants' Motion to Exclude the Testimony of Plaintiffs' Steering Committee Expert Witnesses Thomas W. Sadler, Ph.D., Robert M. Cabrera, Ph.D., and Michael Levin, Ph.D [Doc. No. 692] and the briefs of the parties, and after a *Daubert* hearing at which testimony and evidence were presented in support of each position, and upon review of the post-hearing briefs submitted by the parties, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part as follows: 1) the Motion is **GRANTED** as to each experts' opinion on human causation, and as to Dr. Levin's opinions regarding ion and calcium channels as plausible biological mechanisms of injury; and 2) the Motion is otherwise **DENIED** as to the experts' opinions on plausible biological mechanisms of injury.

It is so **ORDERED.**

BY THE COURT:

CYNTHIA M. RUFE, J.