IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ZOLOFT (SERTRALINE HYDROCHLORIDE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2342<br>12-MD-2342<br><br>HON. CYNTHIA M. RUFE |
| *THIS DOCUMENT APPLIES TO:*<br><br>*ALL ACTIONS* | |

### PRETRIAL ORDER NO. 76
(Partial Lifting of Stay and Briefing Schedule)

**AND NOW**, this 4th day of November 2014, following a conference with Leadership Counsel, it is hereby **ORDERED** that the stay imposed by Pretrial Order Nos. 66, 69, and 72 is **LIFTED** with regard to the issues set forth below. It is further **ORDERED** that:

1. Defendants' Motion for Leave to File a Motion for Summary Judgment under the Standard Approach [Doc. No. 1065] is **GRANTED**. Defendants shall file the Motion no later than **November 4, 2014**.

2. The PSC's Motion to Strike Defendants' Motion [Doc. No. 1084] is **DISMISSED AS MOOT**.

3. If the PSC chooses to file any motion for partial reconsideration with regard to the Court's previous *Daubert* rulings, the motion must be filed no later than **November 12, 2014**.

4. The Court will hear oral argument on the PSC's Motion for Leave to Identify and Present a New General Causation Expert on **November 18, 2014** at **2:00 p.m.** in Courtroom 12A, United States Courthouse, 601 Market Street, Philadelphia, PA.

5. The parties shall file opposition memoranda of law to the motions for summary judgment and, if filed, for partial reconsideration on **December 8, 2014**, or 15 days after the

Court rules on PSC's Motion for Leave to Identify and Present a New General Causation Expert, whichever is later.

6. The parties shall file reply memoranda of law to the motions for summary judgment and partial reconsideration on **December 22, 2014**, or 15 days after the opposition memoranda are filed, whichever is later.

7. Upon request of the parties, the Court anticipates that the stay will be lifted with regard to certain discovery matters, which will be set forth by separate Order.

It is so **ORDERED.**

                                    **BY THE COURT:**

                                    *[signature]*

                                    **CYNTHIA M. RUFE, J.**