IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ZOLOFT (SERTRALINE HYDROCHLORIDE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2342<br>12-MD-2342<br><br>HON. CYNTHIA M. RUFE |
| *THIS DOCUMENT APPLIES TO:*<br><br>*ALL ACTIONS* | |

### PRETRIAL ORDER NO. 77

**AND NOW**, this 5th day of November 2014, upon consideration of the application for fees and costs incurred by Special Discovery Master Andrew Chirls for the period from July 1, 2014 through November 3, 2014 (see attached), which was submitted both to the Court and Liaison Counsel pursuant to Pretrial Order No. 22, and finding that the work, fees and costs reflected thereon are "reasonably necessary" for the fulfillment of the Special Discovery Master's duties, and with agreement from counsel, it is hereby **ORDERED** that the application for fees and costs is **APPROVED** in full. Accordingly, the parties are responsible for payment of an equal half share of the same.

It is so **ORDERED**.

BY THE COURT:

_____
CYNTHIA M. RUFE, J.



**FINEMAN
Krekstein
& Harris**

*Dedicated to the Practice of Relationships*

**PHILADELPHIA OFFICE**
Mellon Bank Center
1735 Market Street, Suite 600
Philadelphia, PA 19103
(215) 893-9300
Fax: (215) 893-8719

**NEW JERSEY OFFICE**
20 Brace Road, Suite 350
Cherry Hill, NJ 08034
(856) 795-1118
Fax: (856) 795-1110

**ANDREW A. CHIRLS**
Direct Dial: (215) 893-8715
achirls@finemanlawfirm.com

**Please Reply to Philadelphia Office**

November 4, 2014

The Honorable Cynthia M. Rufe
United States District Court, Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Suite 12614
Philadelphia, PA 19106-1797

    **RE:   In re: Zoloft (Sertraline Hydrochloride) Products Liability Litigation,
MDL No. 2342**

Dear Judge Rufe:

    I am enclosing my firm's statement for services and disbursements recorded from July 1, 2014 through November 3, 2014 in connection with the above-captioned matter. I am hoping that submission and approval of the charges will not violate the stay. If the Court views the submission as appropriate, I ask that an Order be entered calling for each side to pay half.

Respectfully,

ANDREW A. CHIRLS

AAC/jgm
Enc.
cc:    Mark S. Cheffo, Esquire (by email/.pdf)
        Katherine Armstrong, esquire (by email/.pdf)
        Stephen A. Corr, Esquire (by email/.pdf)
        Dianne M. Nast, Esquire (by email/.pdf)
        Mark P. Robinson, Jr., Esquire (by email/.pdf)

{00881608;v1}

# FINEMAN KREKSTEIN & HARRIS, P.C.

BNY Mellon Center
1735 Market Street  Suite 600
Philadelphia, PA  19103
(215) 893-9300
TIN 23-2176745

---

November 04, 2014

Parties in Zoloft Multi-District Product  
Liability on Litigation

Invoice #  64571  
Client #   8864  
Billing through  11/03/2014

## Re:  Special Discovery Master Matters
   Our File No.: 8864/00001

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/01/14 | AAC | Conference with court. | 1.60 hrs |
| 07/07/14 | AAC | Review correspondence with Court; correspond with Court. | 0.40 hrs |
| 07/08/14 | AAC | Review recent correspondence; call with Court. | 1.00 hrs |
| 08/12/14 | AAC | call w/ court; begin review of orders | 0.30 hrs |
| 08/12/14 | AAC | Call with court; begin review of Orders. | 0.30 hrs |
| 08/13/14 | AAC | review Daubert opinion re: conclusions of three experts | 0.40 hrs |
| 08/13/14 | AAC | Review Daubert opinion re: conclusions of three experts. | 0.40 hrs |
| 08/18/14 | AAC | Review Order from court. | 0.10 hrs |
| 08/20/14 | AAC | Review correspondence from court. | 0.10 hrs |
| 08/21/14 | AAC | Review order and correspondence; review recent filing by Pfizer. | 0.20 hrs |
| 08/22/14 | AAC | Review Order. | 0.10 hrs |
| 09/03/14 | AAC | Correspondence with court re: conference scheduling | 0.10 hrs |
| 09/04/14 | AAC | Review orders and agenda | 0.10 hrs |
| 09/08/14 | AAC | prepare for conference w/ court | 0.30 hrs |
| 09/10/14 | ECR | Appear and attend Leadership Conference before Judge Rufe. | 1.90 hrs |
| 09/10/14 | AAC | Meeting w/ court and parties; travel to and from meeting | 1.90 hrs |
| 09/11/14 | AAC | review order | 0.10 hrs |
| 10/06/14 | AAC | read portion of motion | 0.40 hrs |
| 10/07/14 | AAC | corr. re: scheduling of hearing | 0.20 hrs |

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 10/08/14 | AAC | review recent briefs and submissions; corr. re: scheduling of conference | 1.70 | hrs |
| 10/09/14 | ECR | Review Plaintiff's motion to submit additional expert report. | 0.80 | hrs |
| 10/09/14 | AAC | emails re: scheduling | 0.10 | hrs |
| 10/10/14 | AAC | emails re: scheduling | 0.10 | hrs |
| 10/14/14 | AAC | order from court; emails re: scheduling | 0.10 | hrs |
| 10/21/14 | ECR | Review defendant's memorandum of law in opposition to the PSC's motion for leave to identify and present a new causation expert. | 0.70 | hrs |
| 10/27/14 | AAC | Review recent submissions. | 0.50 | hrs |
| 10/30/14 | AAC | review recent filing | 0.10 | hrs |
| 10/31/14 | AAC | review filings | 0.30 | hrs |
| 11/03/14 | AAC | Conference w/ court and parties | 2.40 | hrs |

| | | | |
|---|---|---|---|
| Chirls, Andrew | 13.30 hrs | 525.00 \hr | $6,982.50 |
| Rosenberg, Eric C | 3.40 hrs | 195.00 \hr | $663.00 |
| Total fees for this matter | 16.70 hrs | | $7,645.50 |

## EXPENSES

| | |
|---|---|
| Andrew A. Chirls; Invoice # 8864/00001; 7/1/14 Taxi to/from court | 19.00 |
| Eric Rosenberg; Invoice # 8864/00001; 9/10/14 Taxi to conference in USDC Court, Eastern District | 6.46 |
| Andrew A. Chirls; Invoice # 8864/00001; 9/10/14 Taxi to/from court | 19.00 |
| Photocopy | 31.75 |
| | $76.21 |

Billing Summary

| | |
|---|---|
| Total Professional Services | $7,645.50 |
| Total Expenses | +$76.21 |
| Total of new charges for this invoice | $7,721.71 |
| **Total Balance Now Due** | **$7,721.71** |