IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ZOLOFT (SERTRALINE HYDROCHLORIDE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2342<br>12-MD-2342<br><br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | |

### ORDER

AND NOW, this 7th day of January 2015, upon consideration of the below-listed pending motions, and the responses and replies thereto, and after oral argument, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. The PSC's Motion for Leave to Identify and Present a New General Causation Expert [Doc. No. 1054] is **GRANTED**.

2. Defendants' Motion for Summary Judgment [Doc. No. 1086] is **DISMISSED WITHOUT PREJUDICE**.

3. The Motion for Leave to File an Opposition to Defendants' Motion for Summary Judgment and Request for Additional PTOs to Protect All Non-Trial Pick Plaintiffs' Due Process Rights [Doc. No. 1095] is **DISMISSED AS MOOT** as to the Motion for Leave to File a Response and **DENIED WITHOUT PREJUDICE** in all other respects. If Counsel for Moving Plaintiffs wishes to be heard on issues raised in the motion he is hereby **ORDERED** to confer with Plaintiffs' Lead Counsel with regard to placement of such issues on the agenda for the General Status Conference to be held on February 23, 2015 (see PTO No. 79), and to appear at the Conference.

It is so **ORDERED**.

BY THE COURT:

CYNTHIA M. RUFE, J.