IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ZOLOFT (SERTRALINE HYDROCLORIDE) PRODUCTS LIABILITY LITIGATION | : MDL No. 2342<br>: 12-md-2342 |
| THIS DOCUMENT APPLIES TO: | |
| *ALL ACTIONS* | |

## ORDER

**AND NOW,** this 23rd day of January 2015, upon consideration of the PSC's Motion for Partial Reconsideration of the Court's Memorandum Opinion and Order Dated June 27, 2014 [Doc. No. 1090], Defendants' response and the PSC's reply, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **DENIED.**

It is so ordered.

BY THE COURT:

CYNTHIA M. RUFE, J.