# EXHIBIT A

## REPORT FOR ZOLOFT MDL LITIGATION

Expert Report of Robert D. Gibbons, PhD.

March 27, 2015

*Qualifications*

1. I am a Professor of Public Health Sciences, Medicine, and Psychiatry, and the Director of the Center for Health Statistics at the University of Chicago.  I am a Fellow of the American Statistical Association and a two-time recipient of the American Statistical Association's Youden Award for statistical contributions to the field of Chemistry (2001 and 2006), and the 2009 Outstanding Statistical Application Award for the development of new and innovative statistical approaches to drug safety, and for clarifying the relationship between antidepressant pharmacotherapy and suicide.  I have received the Harvard Award for lifetime contributions to the fields of Psychiatric Epidemiology and Biostatistics.  I have received the Rema Lapouse Award from the American Public Health Association for lifetime contributions to the fields of Psychiatric Epidemiology and Biostatistics and the Long-Term Excellence Award in Health Policy Statistics from the American Statistical Association.  I am a Pritzker Scholar at the University of Chicago.  I am the founding member of the Mental Health Statistics Section of the American Statistical Association.  I am an elected member of the Institute of Medicine (IOM) of the National Academy of Sciences (NAS), and served for six years on the IOM Board on Health Sciences Policy.

2. I am the author of over 250 peer-reviewed scientific papers, and five books, a large number of which are in the interface between statistical theory and practice and mental health.  Two of these books are considered foundational in the area of environmental statistics (*Statistical Methods for Groundwater Monitoring* (1st edition 1994, 2nd edition 2009) and *Statistical Methods for Detection and Quantification of Environmental Contamination* (2001) with David Coleman, both published by John Wiley & Sons).  The 2001 book received the distinction of being in the top 5 books for statisticians from the American Statistical Association.  My book with Don Hedeker, *Longitudinal Data Analysis*, also published by John Wiley & Sons and soon to be in its 2nd edition, presents a comprehensive overview of methods for the analysis of longitudinal data.  I have just completed a new book entitled *Statistical Methods for Drug Safety*, to be published by Chapman & Hall in June of 2015.

1

3. I have served as a member of the Institute of Medicine Committee on the Prevention of Suicide, and developed the Statistical Details Appendix of that report that provides an overview of statistical methods for the analysis of suicide and attempts. I also served on the Institute of Medicine Committee on U.S. Drug Safety, which recommended major changes in the way in which the Food and Drug Administration ("FDA") evaluates safety and post-marketing surveillance of pharmaceuticals. These recommendations have been adopted by Congress and are now being implemented at FDA. I personally wrote the recommendation that led to the creation of the new FDA Sentinel Network that is using large-scale medical records and claims data to evaluate post-marketing drug surveillance and was a founding member of its Scientific Advisory board. I also served on the FDA Scientific Advisory Committee on Suicide and Antidepressants in Children. I am the primary author of the chapter on post-marketing drug surveillance in the 2010 *Annual Review of Public Health*.

4. I have extensive experience in the design and analysis of both Randomized Clinical Trials (RCTs) and observational studies. As an example, I analyzed all of the RCTs of Xanax for the Upjohn Company in support of their New Drug Application ("NDA"). I have recently re-analyzed all of the placebo controlled RCT data on safety and efficacy of Prozac, Effexor, and Chantix and published the results of these analyses in the leading psychiatric journals (*JAMA Psychiatry* and the *American Journal of Psychiatry*). I also direct the statistical core for one of a handful of Centers for Education and Research on Therapeutics (CERT) funded by the Agency for Healthcare Research and Quality. I have also been a member of a data safety monitoring board for a large-scale multicenter RCT. With respect to observational studies and pharmacoepidemiologic studies in particular, I have worked with several large databases to evaluate antidepressants and antiepileptic drugs and the risk of suicidality. The results of all of these observational studies were published in the leading psychiatric and drug safety journals. I have particular expertise working with large medical claims databases covering the lives of 100 million people in the study of the safety of pharmaceuticals.

5. I received my doctorate in statistics and psychometrics from the University of Chicago in 1981. I mentored numerous doctoral students at the University of Illinois

2

at Chicago where I was a Professor of Biostatistics from 1981-2010. In 2010, I joined the faculty of the University of Chicago, where I am a Professor of Biostatistics and direct the Center for Health Statistics. I teach the advanced Statistical Applications course that is offered in the departments of Statistics and Public Health Sciences. I continue to mentor several doctoral students in a variety of departments across the University of Chicago.

6. My CV, which includes my publications in the last 10 years, is attached as Appendix A to this expert report. In the last 4 years, I have testified as an expert in deposition or trial in the following cases:

- Depositions: *In re Chantix (Varenicline) Products Liability Litigation*, MDL No. 2092 (N.D. Ala.) May 4, 2012 & September 12, 2012
- Deposition: *In re Denture Cream Products Liability Litigation,* No. 09-2-51-MD-Altonaga (S.D. Florida) 8/16/2013
- I am being compensated at an hourly rate of $850 for preparation and $1,000 for deposition and testimony.

**Assignment and Materials Relied Upon**

7. In this case, I have been given a very specific assignment; to review Professor Nicholas Jewell's methodology relating to his re-analysis of data taken from published studies, presented as a part of his Frye motion testimony and his MDL report. Specifically, I address the methodology for Dr. Jewell's re-analysis of the Huybrechts study supplementary data comparing depressed patients who filled one or more prescriptions of Zoloft in the 1st trimester versus patients who filled a prescription prior to the 1st trimester but had a supply of Zoloft that extended into the 1st trimester of pregnancy. I have also been asked to provide an overview of my opinion regarding the statistical basis for the existence of an association between Zoloft and cardiovascular birth defects and if there is an association, does the evidence support a causal link.

8. Appendix B contains a list of the materials I considered in reaching my conclusions.

*Summary of the Literature*

9. Overall, there is a large body of epidemiologic evidence showing that Zoloft is not associated with increased risk of birth defects, including cardiac birth defects.

10. Most studies that focused on cardiac birth defects were unable to control for confounding by indication (i.e., behaviors that are associated with depression which themselves put infants at increased risk for birth defects). As newer studies have become available, it is clear that there is significant confounding by indication and that when such confounding is properly considered, children of women taking SSRIs, including Zoloft, during pregnancy have virtually identical risk of cardiac birth defects as children of depressed mothers who either paused treatment during pregnancy or were depressed but did not take antidepressants during the first trimester of their pregnancy.

11. The absence of an association between Zoloft and cardiac birth defects necessarily means there is no causal link. But even if one were to assume that there was a demonstrated association, there is no evidence of causation. With respect to cardiovascular birth defects, including major cardiac malformations, considering the epidemiologic evidence as a whole, there is no causal association with use of Zoloft.

12. Depressed women have several risk factors for having children with cardiac birth defects including increased rate of smoking, older age, purchase of other psychiatric medications, obesity, missed obstetric appointments, poor diet and sleep, alcohol use, and use of illicit drugs, among other risk factors (Huybrechts, 2014). Well-controlled studies have demonstrated that depressed women have an increased background risk of birth defects compared to the general population independent of whether they are taking SSRIs.

13. Jimenez-Solem (2012) studied pregnancies in Denmark. Their key finding as it relates to this case was based on comparison between depressed women who took Zoloft during the 1st trimester of pregnancy (n=817) versus those that paused their antidepressant treatment 3 months prior to pregnancy, but restarted treatment with the same antidepressant after pregnancy (n=806), hence the term "paused." Although Jimenez-Solem compared both Zoloft exposed and paused groups to the unexposed

4

group separately and found similar results, they did not report the results of a direct comparison of Zoloft exposed versus antidepressant paused subjects. Both Professor Jewell and I have performed this comparison, and for Zoloft we both find that there was not a significant association between treatment and cardiac birth defects overall (OR=1.61, 95% CI=0.76, 3.42) or for septal defects as a subgroup (OR=1.35, 95% CI=0.58, 3.17), or for ventricular (OR=0.98, 95% CI=0.36, 2.72) or atrial (OR=1.32, 95% CI=0.41, 3.43) septal defects in particular.

14. Huybrechts (2014) studied pregnancies in the United States. With respect to this case, they performed a comparison of women who were depressed and took Zoloft (n=11,056) to depressed women who did not take antidepressants during the 1st trimester of their pregnancy (n=180,564) while adjusting for additional confounders using propensity score stratification and high dimensional propensity score matching. Women were considered to be exposed if the days of antidepressant supply overlapped with the 1st trimester of pregnancy. They reported Zoloft-specific results for all cardiac defects, right ventricular outflow defects, and ventricular septal defects. No association was found for all cardiac defects (OR=1.09, 95% CI=0.88, 1.34), right ventricular outflow defects (OR=1.12, 95% CI=0.67, 1.88), or ventricular septal defects (OR=1.04, 95% CI=0.76, 1.41). This is the largest well controlled study to date that has disentangled the effects of the indication for treatment from the effects of treatment.

15. Ban (2014) compared rates of cardiac defects among 757 depressed women exposed to Zoloft during the 1st trimester of pregnancy to 23,833 depressed but unmedicated women and found no significant association between Zoloft and cardiac birth defects (OR=1.39, 95% CI=0.70, 2.74).

16. There is also no apparent dose-response relationship between Zoloft and cardiac birth defects as shown by Huybrechts (2014). In the depression-restricted propensity-score stratified cohort, no association was found for any dosage group (highest dosage or first dosage) and there was no evidence of increasing risk with increasing dosage: low dose OR=1.06 (0.79, 1.42), medium dose OR=1.25 (0.94, 1.68), high dose OR=0.98 (0.13, 7.23).

5

17. Review of the best newly available studies which have controlled for confounding by indication for treatment (i.e., depression) show no evidence of an association between exposure to Zoloft during the first trimester of pregnancy and cardiac birth defects in general and septal defects in particular.

*Accepted Statistical Methodology*

18. A priori definition of experimental design and statistical methods is a fundamental element of reliable epidemiological research. Using this method, an investigator formulates a hypothesis, designates control and exposure groups, and specifies statistical methodology in advance of the gathering of the data, then gathers data, and then applies the predetermined methods in analysis of those data. Deviation from this methodological sequence is referred to as "post-hoc" analysis or "data dredging." Division of data into new subgroups after the results are known introduces the potential for chance association. Post-hoc analysis can be useful for hypothesis generation, but not for hypothesis testing. For example, in a new drug application submitted to the FDA, the study as designed may have failed to reject the null hypothesis; however, a post-hoc subgroup analysis restricted to older patients or patients with a more severe form of the illness may show significant results. In such cases, FDA invariably requires that a new study be carried out in the subgroup of interest to confirm the results of the post-hoc analysis which may simply have been due to chance.

19. Professor Jewell's re-analysis of the Huybrechts (2014) study is such a post-hoc analysis. However, there is no apparent need for re-analysis of these data since the original study design and analytic approach are of high quality and were deemed appropriate by the authors and by peer reviewers. The only motivation I can discern for Professor Jewell's re-analysis of the data is the fact that the analyses presented in the published studies found no increased risk of cardiac defects associated with Zoloft and were therefore inconsistent with Professor Jewell's claim that Zoloft increases the risk of cardiac defects. Professor Jewell's re-analysis does not improve upon, but rather is of substantially lower quality than, the analyses provided in the peer-reviewed publications from which he extracted the data. The statistical difference he

6

presents is not reflective of the "true" relationship between Zoloft and cardiac malformations, but rather provides an illustration of the perils of post-hoc analysis as I will illustrate in the following sections.

***Professor Jewell's Re-analysis of Huybrechts (2014)***

20. Although the analysis for Zoloft reported by Huybrechts (2014), based on their definition of exposure, restricting the cohort to depressed mothers, and employing propensity score stratification to control for the effects of additional observed confounders, is in my opinion of high scientific quality, Professor Jewell has chosen to conduct a new analysis (of inferior scientific quality) of these data based solely on the exposed cohort and without the benefit of propensity score matching. In this analysis he has attempted to compare women who filled one or more prescriptions for Zoloft during their first trimester of pregnancy to women who filled a prescription for Zoloft who had a supply that carried into the 1st trimester but did not refill their prescription during the 1st trimester. While Huybrechts and colleagues define this latter group as an exposed group, Professor Jewell redefines this as a "paused" group. Note that this is a very different "paused group" than defined by Jimenez-Solem in which those women had not filled a prescription within three months of their pregnancy and therefore had no exposure to Zoloft during the 1st trimester. Indeed, in Professor Jewell's re-analysis, the "paused group" may have been the only group exposed during the earliest stages of pregnancy since by definition they are the only women in the exposed group that definitively had access to Zoloft at the start of their pregnancy. Those women who filled a prescription for Zoloft during their 1st trimester could have done so at any point in time during the 1st trimester, and there is nothing in the data to indicate that this was a refill of a prescription taken prior to pregnancy. As such, this is a very questionable definition of a control group and was never considered as a control group in the original analyses performed by Huybrechts and colleagues and reported in their paper.

21. Professor Jewell presented the following slide during his testimony at the Frye hearing which states that the number of Zoloft "paused" users is 2442. A search of the paper and appendices does not reveal the number "2442." From Table S18 from

7

the Appendix (see below) we know that there were 8,617 women with 92 cardiac events who filled one or more prescriptions for Zoloft during the 1st trimester.



Huybrechts
Zoloft Exposed v. Zoloft Paused
(Depression Restricted)

Zoloft Exposed[1]          8617          92 Cardiac Defects

Zoloft Paused[2]           2442          14 Cardiac Defects

OR = 1.87 (95% CI: 1.07-2.39), p = .02

[1] Depressed women who filled 1 or more prescriptions for Zoloft during first trimester
[2] Depressed women classified as "exposed" but had no fills during first trimester.

Table S18 Relative risks and 95% confidence intervals comparing the risk for cardiac malformations between exposed and unexposed women, varying the exposure definitions; restricted to women with depression diagnosis with PS adjustment. Medicaid Analytic eXtract 2000-2007.

| Exposure | N Patients | | N Outcomes | | OR (95% CI) |
|---|---|---|---|---|---|
| | Exp | Unexp | Exp | Unexp | |
| **Exposed: ≥1 Dispensing during the first trimester** | | | | | |
| ANTIDEP | 29,056 | 181,164 | 282 | 1,503 | 1.09 (0.94, 1.26) |
| SSRI | 28,168 | 181,164 | 270 | 1,503 | 1.11 (0.95, 1.29) |
| PAROXETINE | 6,543 | 181,163 | 59 | 1,503 | 1.04 (0.79, 1.37) |
| SERTRALINE | 8,617 | 181,164 | 92 | 1,503 | 1.19 (0.95, 1.49) |
| FLUOXETINE | 6,660 | 181,164 | 60 | 1,503 | 1.06 (0.80, 1.40) |
| TCAS | 2,281 | 181,157 | 19 | 1,503 | 0.78 (0.48, 1.25) |
| SNRIS | 4,442 | 181,164 | 46 | 1,503 | 1.03 (0.75, 1.43) |
| BUPROPION | 5,058 | 181,164 | 43 | 1,503 | 0.93 (0.67, 1.28) |
| OTHER | 4,264 | 181,164 | 50 | 1,503 | 1.31 (0.95, 1.80) |
| **Exposed: ≥2 Dispensings during the first trimester** | | | | | |
| ANTIDEP | 17,834 | 181,164 | 188 | 1,503 | 1.14 (0.95, 1.36) |
| SSRI | 11,430 | 181,164 | 116 | 1,503 | 1.14 (0.92, 1.41) |
| PAROXETINE | 2,602 | 181,152 | 28 | 1,503 | 1.24 (0.84, 1.84) |
| SERTRALINE | 3,164 | 181,159 | 34 | 1,503 | 1.17 (0.82, 1.67) |
| FLUOXETINE | 2,419 | 181,154 | 25 | 1,503 | 1.21 (0.80, 1.83) |
| TCAS | 654 | 181,124 | <11 | 1,502 | 0.93 (0.43, 2.02) |
| SNRIS | 1,966 | 181,153 | 26 | 1,502 | 1.34 (0.87, 2.05) |
| BUPROPION | 1,409 | 181,144 | 18 | 1,503 | 1.35 (0.82, 2.21) |
| OTHER | 1,285 | 181,161 | 18 | 1,503 | 1.50 (0.90, 2.51) |
| **Reference group: No exposure throughout pregnancy** | | | | | |
| ANTIDEP | 49,553 | 168,783 | 460 | 1,402 | 0.99 (0.87, 1.13) |
| SSRI | 36,759 | 169,029 | 341 | 1,403 | 1.04 (0.91, 1.20) |
| PAROXETINE | 8,757 | 169,028 | 71 | 1,403 | 0.92 (0.71, 1.20) |
| SERTRALINE | 11,059 | 169,029 | 106 | 1,403 | 1.04 (0.84, 1.29) |
| FLUOXETINE | 8,655 | 169,029 | 84 | 1,403 | 1.09 (0.86, 1.39) |
| TCAS | 3,314 | 169,028 | 27 | 1,403 | 0.73 (0.49, 1.10) |
| SNRIS | 6,009 | 169,029 | 69 | 1,403 | 1.11 (0.84, 1.47) |
| BUPROPION | 6,697 | 169,029 | 57 | 1,403 | 0.87 (0.66, 1.17) |
| OTHER | 6,006 | 169,029 | 64 | 1,403 | 1.15 (0.86, 1.53) |

22. What Professor Jewell appears to have done is to subtract the number of women filling one or more prescriptions for Zoloft in the 1st trimester (8,617) from the bottom third of the Table which appears to represent the total cohort of exposed women compared to a restricted subset of the unexposed group which did not take any antidepressant throughout their pregnancy. This subtraction gives 11,059-8,617=2442 and for the number of events 106-92=14, which are the numbers that he reports in his slide and are the basis for his computed OR=1.87 (1.07, 2.39). Professor Jewell is also a plaintiff's expert in litigation concerning Prozac and birth defects, where he has opined that Prozac increases the risk of cardiac defects. If we follow his methodology using Table S18 data for Prozac, we find 60 events in 6660 women with one or more filled prescriptions in the 1st trimester and 24 events in 1995 "paused" women, yielding an OR=0.75 (0.45, 1.24) clearly violating his position that Prozac also significantly increases the risk of cardiac birth defects. Curiously, he has not provided such an analysis in that case.

23. Professor Jewell has also not conducted his new analysis separately for women who filled two or more prescriptions (see the middle section of Table S18) which would guarantee a refilled prescription during the 1st trimester. Had he done so he would have found that the rate of cardiac defects actually is lower (9.41 per 1,000) than for those women filling a single prescription (11.59 per 1,000) for which a subset may be the only prescription filled. If there really was an association, we would expect it to be more pronounced for women who were more consistently medicated during early pregnancy. In fact the reverse is true.

24. Had Professor Jewell conducted his new analysis for all antidepressant breakdowns, he would have found (applying his standard of disregarding statistical significance) that increased risks are not restricted to SSRIs, but also are found for "other" non-SSRI and non-SNRI antidepressants (OR=1.47, 95% CI=0.78, 2.78). In addition, as a class, SNRIs are also associated with decreased risk of cardiac birth defects (OR=0.71, 95% CI=0.42, 1.21). Using Professor Jewell's analysis, the class of SSRIs for which there are far more data available also show no association with cardiac birth defects (OR=1.16, 95% CI=0.89, 1.52). It seems very unlikely that SNRIs and Prozac decrease risk of birth defects and therefore it seems equally unlikely that

9

Zoloft increases birth defects.  The more complete analysis performed by Huybrechts (2014) confirms the absence of an association with any antidepressant with similar odds ratios and broadly overlapping confidence intervals, indicating a lack of statistically meaningful difference in risk:



C  Depression-Restricted Analysis with Propensity-Score Stratification

| Exposure Group | Odds Ratio (95% CI) | |
|---|---|---|
| Any antidepressant | | 1.02 (0.90–115) |
| SSRI | | 1.06 (0.93–122) |
| Paroxetine | | 0.94 (0.73–121) |
| Sertraline | | 1.09 (0.88–134) |
| Fluoxetine | | 1.14 (0.90–144) |
| Tricyclic antidepressant | | 0.77 (0.52–114) |
| SNRI | | 1.20 (0.91–157) |
| Bupropion | | 0.92 (0.69–122) |
| Other | | 1.21 (0.91–160) |

25. The data in lower portion of Table S18 do provide for an even cleaner comparison of exposed versus unexposed subjects, where for the unexposed group, they provide a subset of the controls who never took an antidepressant throughout their entire pregnancy and not just during the first trimester.  Here the association between Zoloft and cardiac birth defects is again absent and even closer to the null value of 1.0 (OR=1.04, 95% CI=0.84, 1.29).  This is an even more stringent definition of "unexposed" and rather than identifying a difference in incidence relative to exposed subjects, it clearly demonstrates the complete absence of such a difference.

26. It is curious that Professor Jewell does not rely on the published meta-analyses of Myles (2013) and McDonagh (2014), but does attempt to do his own putative "meta-analysis" of Jimenez-Solem and his post-hoc subgroup analysis of Huybrechts.  The definitions of "paused" groups are quite different and meta-analysis of only a portion of the available data from only two studies with such different definitions is not methodologically proper.  Among other methodological flaws, Professor Jewell's so-called meta-analysis, excluded most available data from the two studies which his analysis was based on, thereby failing to provide a complete and accurate synthesis of the available information.  Meta-analysis by accepted, reliable methods, in contrast to

Dr. Jewell's putative meta-analysis, shows no association between Zoloft and cardiac defects. *See* Myles (2013) and McDonagh (2014).

27. The results of Professor Jewell's post-hoc analysis of the Huybrechts data appear anomalous in comparison with the reported findings of the study. Why would a comparison of the exposed cohort to a comparison group of depressed unexposed women find no difference, but a comparison of women filling a prescription in the 1st trimester to those women who filled a prescription shortly before their pregnancy (with enough pills to carry-over into the 1st trimester) provide a significant exposure effect with OR=1.87 (1.07, 2.39)? It just does not make sense. If there is a real association it should be the reverse in that the "paused" group is a mix of exposed and unexposed subjects so the true effect should be even larger, and not disappear as it does in Huybrechts' comparison of the depression restricted exposed versus unexposed cohort.

28. To better understand what is happening, let's dig a little deeper into the data. Let's define group A as the women in Professor Jewell's analysis who filled a prescription in the first trimester and group B as those women who he considers "paused." The exposed group in Huybrechts' analysis is therefore A+B. Finally, group C is the depression restricted cohort of unexposed women in Huybrechts' analysis. The rates of cardiac defects for the various groups are as follows:

Group A – Filled a prescription in 1st trimester – 92/8617=1.07%

Group B – Exposed but no prescription filled in 1st trimester – 14/2442=0.57%

Group A+B – Huybrechts' exposed group – 106/11059=0.96%

Group C – Huybrechts' unexposed depressed cohort – 1497/180,564=0.83%

29. The simple unadjusted comparison of groups A and B which represents Professor Jewell's post-hoc analysis RR=1.07/0.57=1.88 confirms his OR=1.87 computation, the small difference due to rounding and RR versus OR. Similarly, comparison of A+B versus C yields RR=0.96/0.83=1.16 which confirms Huybrechts' unadjusted depression restricted comparison. However, what is new here is that Dr. Jewell's finding is explained, not by an increased risk in the group that refilled prescriptions

during the first trimester, but by an anomalously low rate of defects in the group Dr. Jewell chose to designate as "paused." In fact, the rate of cardiac defects in depressed women who did not fill any prescription was actually 45% higher than women who filled a prescription just before the 1st trimester of their pregnancy (OR=1.45, 95% CI 0.84, 2.56). This suggests that if we believe Professor Jewell's analysis, the best way to decrease the rate of cardiac birth defects is to prescribe Zoloft to women trying to get pregnant, in sufficient supply to carry over into their 1st trimester of pregnancy. This of course is ridiculous and nicely illustrates the dangers of post-hoc analyses and the fallacies that occur with repeated dissection of the data into meaningless subgroups, which is what Professor Jewell has done.

30. All of the opinions I offer are given to a reasonable degree of scientific certainty.

## Summary and Conclusions

31. The best available data do not support an association between Zoloft exposure in the 1st trimester of pregnancy and cardiac birth defects. Without an association any discussion of causation is misguided. It is unclear why Professor Jewell conducted the analysis that he did, and it is methodologically flawed for the reasons stated above. The analysis performed and published by the original authors was far more rigorous in that it eliminated the possibility of exposure in the 1st trimester whereas Professor Jewell's analysis did not. He suggests that this is conservative since a comparison to unexposed depressed mothers would then show an even larger effect. Of course, this is the analysis performed by Huybrechts (2014) in the first place and the effect was much smaller rather than larger than the analysis performed by Professor Jewell. The analysis performed by Professor Jewell is inferior to the one performed by the original authors because it does not compare exposed (during the 1st trimester) and unexposed mothers with depression and does not include adjustment for the remaining imbalance in the distributions of potential confounders. Finally, when we dig a little deeper, we find that the inconsistent results between Professor Jewell's post-hoc comparison and Huybrechts' analysis is produced by his "paused" group having a substantially lower rate of cardiac birth defects than untreated

12

depressed women, a result which makes no sense whatsoever and is likely due to chance produced by post-hoc subgroup analyses.

Dated March 27, 2015

_____

Robert D. Gibbons, PhD

# Appendix A

# CURRICULUM VITAE

# ROBERT D. GIBBONS

## PERSONAL INFORMATION

Office: Center for Health Statistics, University of Chicago, 5841 S. Maryland Avenue, MC 2007, Office W260, Chicago IL. 60637
Voice: 773-834-8692          Fax: 773-702-1979
RDG@UCHICAGO.EDU

Date of Birth: June 28, 1955
Place of Birth: Chicago IL
Citizenship: U.S.

## EDUCATION AND TRAINING

Ph.D., University of Chicago, 1981, Statistics and Psychometrics.

*Dissertation Topic*: Trend in Correlated Proportions
*Dissertation Committee*: R. Darrell Bock, James J. Heckman, David L. Wallace, James S. Coleman

B.A., University of Denver, 1976, Chemistry and Mathematics

## PROFESSIONAL/ACADEMIC APPOINTMENTS:

2010-present   Director, *Center for Health Statistics*, University of Chicago.
2010-present   Professor of Medicine, University of Chicago.
2010-present   Professor of Public Health Sciences, University of Chicago.
2010-present   Professor of Psychiatry, University of Chicago.
2010-present   Professor Emeritus of Biostatistics, University of Illinois
2009-2010      Professor of Mathematics, Statistics and Computer Science, UIC.
2000-2010      Director, *Center for Health Statistics*, University of Illinois at Chicago.
1993-2010      Professor of Biostatistics, University of Illinois at Chicago.
1993-2010      Professor of Psychiatry, University of Illinois at Chicago.
1985-1993      Associate Professor of Biostatistics, University of Illinois at Chicago.
1985-1993      Associate Professor of Psychiatry, University of Illinois at Chicago.
1988-1989      Visiting Professor, University of Chicago.
1981-1985      Assistant Professor of Biostatistics, University of Illinois at Chicago.
1981-1985      Assistant Professor of Psychiatry, University of Illinois at Chicago.
1981-1986      Statistical Consultant, National Institute of Mental Health.
1980-1981      Senior Programmer and Statistician, University of Chicago, DOD/NORC.
1978-1982      Statistician, Illinois State Psychiatric Institute.
1978-1980      Statistical Consultant, Harvard University, Department of Psychology.
1977-1978      Statistical Analyst, University of Chicago, Department of Psychiatry.

1

**HONORS, AWARDS, SCHOLARSHIPS**

Scholarship for Graduate Study, 1978-1981, University of Chicago
Young Investigator Award, 1985-1992, Office of Naval Research
Research Scientist Award - National Institute of Mental Health, 1995-2000
20th Century Distinguished Service Award for Outstanding Contribution to the Development of Statistical
    Ecology, Environmental Statistics and Risk Assessment, 2000
Fellow of the American Statistical Association, 2001
Member of the Institute of Medicine of the National Academy of Sciences, 2001
Member of the American College of Neuropsychopharmacology, 2001
Youden Prize for Contributions to Inter-laboratory Calibration (ASA, 2002)
Harvard Award in Psychiatric Epidemiology and Biostatistics, (Harvard, 2003)
2001 Book with Coleman ranked in the top 5 books for Statisticians by the ASA
Youden Prize for Contributions to Inter-laboratory Calibration (ASA, 2006)
University of Illinois at Chicago - Distinguished Faculty Award, 2009
American Statistical Association – Outstanding Statistical Applications Award, 2009
Professor Emeritus of Biostatistics, University of Illinois, 2010
Pritzker Scholar, University of Chicago, 2011
Rema Lapouse Award for Contributions to Psychiatric Epidemiology – APHA, 2012
Long-Term Excellence Award – Health Policy Statistics Section – ASA, 2013
Advisor to the Director of NIH (Dr. Francis Collins), 2014

**PROFESSIONAL MEMBERSHIPS**

Institute of Medicine of the National Academy of Sciences
American Statistical Association (Fellow)
Biometric Society
Psychometric Society
American College of Neuropsychopharmacology
Institute of Medicine of Chicago

**REVIEW AND EDITORIAL EXPERIENCE**

Reviewer for *Journal of American Statistical Assoc.*, *Biometrics*, *Psychometrika*,
*Technometrics*, *Archives of General Psychiatry*, *Journal of Psychiatric Research*,
*American Journal of Psychiatry*, *Science*, *Psychiatry Research*, *Sociological
Methodology*, *Psychological Bulletin*, *Biological Psychiatry*, *Environmental Science
and Technology*, *Statistics in Medicine*, and *Ground Water.*


Grant reviewer for National Institute of Mental Health
Editorial Board of *Health Services and Outcomes Research*
National Institute of Mental Health Services Research IRG Member 1992-1996
Veterans Administration Cooperative Study Review Board, 1998
Editorial Board of *JAMA Psychiatry*

2

**ADMINISTRATIVE/COMMITTEE WORK**

Institute of Medicine - Committee on the Drug Halcion, 1997
Institute of Medicine - Committee on Organ Procurement and Transplantation Policy, 1999
Institute of Medicine - Health Sciences Policy Board Member, 1999-2004.
Institute of Medicine - Committee on Small *n* Clinical Trials, 2001
Institute of Medicine - Committee on Adolescent and Adult Suicide, 2002
FDA Advisory Board on Suicide and Antidepressants in Adolescents, 2004
Institute of Medicine - Committee on National Cord Blood Stem Cell Program, 2005
Institute of Medicine - Committee on US Drug Safety, 2005-2006
NIH Consensus Panel on the Efficacy and Safety of Multivitamins, 2006
VA – Blue Ribbon Working Group on Suicide Prevention in the Veterans Population, 2008
Institute of Medicine/NRC – Asbestos Research Roadmap Committee, 2009
National Academy of Sciences/NRC – Committee on Assessment of Agent Monitoring Strategies
        for the Blue Grass and Pueblo Chemical Agent Destruction Pilot Plants, 2011
Mathematica Panel on Performance Measure Testing, 2013


**RECENT KEY PRESENTATIONS**

Congressional Testimony on *Allocation of Organs for Transplantation* (on behalf of the National
Academy of Sciences) - 9/21/99.

Biological Psychiatry Meeting.  *The Statistics of Suicide*, 2008.

Harvard University Department of Statistics.  *Statistical Issues in Drug Safety: The Curious Case of
Antidepressants, Anticonvulsants, … , and Suicide*, 2008.

Great Lakes cGMP & Regulatory Science Forum.  *Post-Approval Drug Safety Surveillance*, 2009.

International Symposium about Current Issues and Controversies in Psychiatry.  *The Curious Case of
Antidepressants, Anticonvulsants, … , and Suicidal Behavior*, 2009.

University of Chicago Health Economics Meetings.  Discussion of *A Flexible Two-part Random Effects
Model for Correlated Medical Costs*, 2009.

Institute of Medicine - Co-Chair – *CNS Clinical Trials: Suicidality and Data Collection*, 2009.

International Conference on Health Policy Statistics. *Statistical Issues in Drug Safety*, 2010.

New Clinical Drug Evaluation Unit (NCDEU) meeting: *The Future of Psychiatric Measurement*, 2010.

NCDEU meeting: *Post Approval Drug Safety Surveillance*, 2010.

APHA Annual Meeting: *Rema Lapouse Award Lecture*, 2012.

IASR World Congress of Suicide, Keynote Speaker, 2013

American Statistical Society: International Conference on Health Policy Statistics, Keynote Speaker 2013.


**RECENT TEACHING EXPERIENCE AND CURRICULUM DEVELOPMENT**

*University of Illinois at Chicago – Division of Biostatistics – Guest lecturer – 2000-2010*

Longitudinal Data Analysis (#537)
Logistic Regression and Survival Analysis (#505)
Biostatistics Research Seminar (#595).
PGY-3 Research Methods in Psychiatry

*University of Chicago – 1988-1989*

Multivariate Statistics (Division of Social Sciences)

*University of Chicago – 2012-2013*

Statistical Applications (Health Studies)

**MENTORSHIP**

***University of Chicago***

Ph.D.

Eiji Muraki (1983)  *Marginal maximum likelihood estimation for three-parameter polychotomous item response models: application of an EM algorithm*.

Ulf Bockenholt (1985) *Inverse prediction in behavioral research.*

Donald R. Hedeker (1989) *Random Regression models with autocorrelated errors: investigating drug plasma levels and clinical response.*

Steven G. Schilling (1993) *Advances in full-information factor analysis using the Gibbs sampler.*

Matthew Churpek (2014) Predicting in-hospital cardiac arrest using electronic health record data.

Marcelo Coca Perraillon (in progress)

*University of Illinois at Chicago*

<u>Ph.D.</u>

Subhash Aryal: (2008)  *Small sample tests and sample size determination for linear and non-linear mixed-effects models.*

Kush Kapur (2010)  *Hypothesis testing, power and sample size determination for health science data.*

Anup Amatya (2011) *Meta analysis for binary adverse event data.*

Yoonsang Kim: (2011) *Confidence and prediction intervals for small sample asbestos fiber counts.*

Glen Schumock (2012) *Drug Safety*

David Morton: (2015) *Hospital Profiling*

<u>M.S.</u>

Subhash Aryal: (2004)

Arijit Sinha (2006)

Anup Amatya (2007)

<u>Post-Doctoral Fellowship</u>

Jason Immekus (2008)


**FUNDED RESEARCH**

**Current:**

2013-2018  National Institute of Mental Health.  *A New Statistical Paradigm for Measuring Psychopathology in Youth*, Administrative Supplement, $600,000 (PI).

2013-2018  National Institute of Mental Health.  *A New Statistical Paradigm for Measuring Psychopathology in Youth*, Grant #RO1 MH100155-01, $3,376,000 (PI).

2014-2018  National Institute of Mental Health.  *Risks and Benefits of ADHD Medication for Psychiatric and Neurologic Problems* (D'Onofrio). R01 MH102221, (PI of Statistical Core).

2014-2017  NIH/PECARN.  *Emergency Department Screen for Teens at Risk for Suicide (ED-STARS)*. U01MH104311 (King), (PI or Statistical Core).

2011-2016  National Institute of Health (AHRQ - CERT). *Tools for Optimizing Prescribing, Monitoring and Education.* U18HS016973 (Lambert), $4,000,000, (PI of Statistical Core).

2011-2016  CMS. *Integrated Inpatient and Outpatient Care for Patients at High Risk of Hospitalization*. 1C1CMS331033-01-01 (Meltzer), (PI of Statistical Core).

**Past:**

1984-1985  Campus Research Board of the University of Illinois. Grant #889 *Statistical Models of Complex Psychiatric Data.* $10,300 (PI)

1985-1988  Office of Naval Research. Young Investigator Award. *Conditional Dependence*, $181,000 (PI).

1986-1987  National Institute of Mental Health. *A Comparison of Discrete and Continuous Latent Structure*, Grant #1RO3 MH 39750-01 A1 $15,000, 1986 (Co. PI).

1985-1987  MacArthur Foundation, Network I, *Biometric Laboratory Support* $150,000 (PI).

1988-1989  Campus Research Board of the University of Illinois. Grant #5590 *Statistical Visualization*. $8,000 (PI).

1988-1990  MacArthur Foundation, Network I, *A Statistical Model for Biological Rhythm Study* $30,000 (PI).

1988-1991  Office of Naval Research. Continuation of Support for *Conditional Dependence*, $184,000 (PI).

1990-1992  National Institute of Mental Health. *Problem Drinking Over Time by Future MDs* Grant # RO1 AA07311-05, $493,233, Statistician, (Dr. Judy Richman PI).

1990-1991  MacArthur Foundation, Network I, *Social Zeitgebers and Biological Rhythms* $24,000. (Co. PI).

1990-1991  National Institute of Mental Health. *MIXMASTER: A computer program for resolving normal mixtures*, Grant #R43 MH 45620-01 A1 $50,000, (PI).

1991-1995  National Institute of Mental Health. *Statistical Evaluation: Preschoolers Behavior Problems & Health Care Use: A Longitudinal Study*, Grant # RO1 MH46089, $154,603, (Biostatistical Subcontract - Dr. John Lavigne PI).

1991-1993  National Institute of Mental Health. *Random Regression Models for Longitudinal Psychiatric Data*, Grant #RO1 MH 44826-01 A2 $299,000, (PI).

1991-1992  National Institute of Mental Health. *Monoamine Receptor Sensitivity in Mental Illness*, Grant #RO1 MH36169-08A2, $187,040, Statistician, (Dr. Ghanshyam PI).

1991-1992  MacArthur Foundation, Network I, *A Statistical Re-evaluation of the NIMH Treatment Collaborative Study of Depression Using Random Regression Models*, $34,167. (PI).

1992-1997  National Institute of Mental Health. *Schizophrenic Cognition: A Longitudinal Study*, Grant # HHS-2 RO1 MH26341-17, $36,000 Biostatistical subcontract, (Dr. Martin Harrow PI).

1992-1996  National Institute of Mental Health. *Serotonin Receptors in Teenage Suicide and Their Families*, Grant # RO1 MH48153-01A1, $940,316, Statistician, (Dr. Ghanshyam Pandey PI).

1993-1996  National Institute of Mental Health. *Random Regression Models for Longitudinal Psychiatric Data*, Grant #RO1 MH 44826-03 A1 $473,080, (PI). Renewal

1995-2000  National Institute of Mental Health. *Research Scientist Award* Grant #K05 MH01254 $458,132

(PI).

1996-2000 National Institute of Mental Health. *Statistical Models for Nested Service Utilization Data* Grant #RO1 MH 56146 $473,080 (CO-PI) (Dr. Donald Hedeker PI).

2000-2004 National Institute of Mental Health. *Statistical Models for Nested Service Utilization Data* (percentile = 0.5) Grant #RO1 MH 56146-04 $1,233,936 (CO-PI) (Dr. Donald Hedeker PI).

2000-2007 National Institute of Mental Health. *Statistical Center for the MTA Follow-up Study*, $923,000 (PI).

2002-2007 National Institute of Mental Health. *Mixed-effects ZIP models for Mental Health Services Research*, #RO1 MH65556-01, $660,735 (PI).

2002-2006 National Institute of Mental Health. *Mental Health Computerized Adaptive Testing*, Grant #RO1 MH66302-01, $1,077,502 (PI).

2004-2007 National Institute of Mental Health. *Multivariate Probit Model for Health Services Research*, Grant #RO1 MH67198-01, $663,950 (Dr. Hua Yun Chen PI).

2005-2008 National Institute of Mental Health. *Statistical Testing for Generalized Mixed-effects Models*, Grant #RO1 MH069353, $450,000 (Dr. Dulal Bhaumik PI).

2005-2006 National Cancer Institute. *Evaluation of the Added-Value of Multidimensional and Hierarchical Psychometric Modeling for Cancer Outcomes*, Contract #05828, $150,000 (PI).

2006-2007 National Institute of Mental Health. *Antidepressant Treatment and Suicidality: Methodological and Biostatistical Solutions. #R56* MH078580-01, $232,500 (PI).

2007-2011 National Institute of Health (AHRQ - CERT). *Tools for Optimizing Prescribing, Monitoring and Education.* U18HS016973, $4,000,000 (PI of Statistical Core).

2006-2013 National Institute of Mental Health. *Mental Health Computerized Adaptive Testing - Competitive Renewal*, Grant #RO1 MH66302-04, $3,429,658 (PI).

2007-2013 National Institute of Mental Health. *Autism Center of Excellence: Translational Studies of Insistence of Sameness in Autism.* 1P50HD055751, $9,600,000 (PI of Statistical Core).

2008-2013 National Institute of Mental Health. *Antidepressant Treatment and Suicidality: Methodological and Biostatistical Solutions. #R01* MH8012201, $2,640,000 (PI).

2009-2013 National Institute of Mental Health. *Mental Health Computerized Adaptive Testing - Supplement*, Grant #RO1 MH66302-04, $1,773,298 (PI).

## PUBLICATIONS (peer reviewed, by topic area – authors are current or former students or trainees)

### General Statistics and Biostatistics:

1. **Gibbons R.D.**, Fielder-Weiss V.C., West D.P., Lapin G. Quantification of scalp hair - a computer aided methodology. *Journal of Investigative Dermatology, 86*, 78-82, 1986.

2. **Gibbons R.D.,** Computer-aided quantification of scalp hair. *Dermatologic Clinics, 4*, 627-640, 1986.

3. **Gibbons R.D.**, Bock RD. Trend in Correlated Proportions. *Psychometrika, 52*, 113-124, 1987.

4. Hatoum N.S., Leach C.L., Talsma D.M., **Gibbons R.D.**, & Garvin P.J. A statistical basis for using

fewer rabbits in dermal irritation testing. *Journal of the American College of Toxicology*, *9*, 49-60, 1990.

5.   Tanner  J.M., **Gibbons R.D.** & Bock R.D. An image analysis system for TW skeletal maturity. *Hormone Research*, *32*, 11, 1992.

6.   **Gibbons  R.D.**, <u>Hedeker D.R.</u> & Davis J.M. Estimation of effect size from a series of experiments involving paired comparisons. *Journal of Educational Statistics*, *18*, 271-279, 1993.

7.   **Gibbons   R.D.**, <u>Hedeker D.R.</u> Charles S.C., & Frisch P. A random-effects probit model for predicting medical malpractice claims. *Journal of the American Statistical Association*, *89*, 760-767, 1994.

8.   Tanner  J.M., & **Gibbons R.D.** A computerized image analysis system for estimating Tanner-Whitehouse 2 bone age. *Hormone Research*, *42*, 282-287, 1994.

9.   <u>Hedeker D.R.</u>, & **Gibbons R.D.** A random-effects ordinal regression model for multilevel analysis. *Biometrics*, *50*, 933-944, 1994.

10.  Tanner  J.M., & **Gibbons R.D.** Automatic bone age measurement using computerized image analysis. *J. Paed Endocr*, *7*, 141-145, 1994.

11.  <u>Hedeker  D.</u> & **Gibbons R.D.** MIXOR: a computer program for mixed-effects ordinal regression analysis. *Computer Methods and Programs in Biomedicine*, *49*, 157-176, 1996.

12.  <u>Hedeker  D.</u> & **Gibbons R.D.** MIXREG: a computer program for mixed-effects regression analysis with autocorrelated errors. *Computer Methods and Programs in Biomedicine*, *49*, 229-252, 1996.

13.  Bock  R.D. & **Gibbons R.D.** High dimensional multivariate probit analysis. *Biometrics*, *52*, 1183-1194, 1996.

14.  <u>Hedeker  D.</u> & **Gibbons R.D.** Application of random-effects pattern-mixture models for missing data in longitudinal studies. *Psychological Methods*, *2*, 64-78, 1997.

15.  **Gibbons  R.D.** & <u>Hedeker D.</u> Random-effects probit and logistic regression models for three-level data. *Biometrics*, *53*, 1527-1537, 1997.

16.  **Gibbons  R.D.** & Wilcox-Gök  V. Health Service Utilization and Insurance Coverage: A Multivariate Probit Analysis. *Journal of the American Statistical Association*, *93*, 63-72, 1998.

17.  **Gibbons R.D.** & Lavigne J.V. Emergence of childhood psychiatric disorders: A multivariate probit analysis. *Statistics in Medicine*, *17*, 2487-2499, 1998.

18.  <u>Hedeker  D.R.</u>, **Gibbons R.D** & Waternaux C. Sample size estimation for longitudinal designs with attrition. *J. of Educational Statistics*, *24*, 70-93, 1999.

19.  **Gibbons R.D.**, Brown B.W., Azarnoff D.L., Bunney W.E., Cancro R., Gillin J.C., Hullett S., Killam K.F., Krystal J.H., Kupfer D.J., Stolley P.D., Pope A.M., French G.S. Assessment of the safety and efficacy data for the hypnotic Halcion [R]: Results of an analysis by an Institute of Medicine committee. *Journal of the American Statistical Association*, *94*, 993-1002, 1999.

20.  **Gibbons  R.D.**, Meltzer D., Duan N., Penhoet E.D., Dubler N.N., Francis C.K., Gill, B., Guinan E., Henderson M., Ildstad S.T., King, P.A., Martinez-Maldonado M., Mclain G.E., Murray J.E., Nelkin D. Spellman M.W, Pope A. and Pitluck S. Waiting for Organ Transplantation, *Science*, *287*, 237-238, 2000.

21.  **Gibbons  R.D.**, Duan, N., Meltzer D. Inequities in liver transplant allocation. *Science*, *289*, 549, 2000.

22.  **Gibbons  R.D.** & <u>Hedeker D.</u> Applications of mixed-effect models in biostatistics. *Sankhya*, *62*, Series B, 70-103, 2000.

23.  Marcus  S.M. and **Gibbons R.D.** Estimating the Efficacy of Receiving Treatment In Randomized Clinical Trials with Noncompliance. *Health Services and Outcomes Research Methodology*, *2*,

247-258, 2001.

24. **Gibbons R.D.**, Duan N., Meltzer D., Pope, A., Penhoet E.D., Dubler N.N., Francis C.K., Gill, B., Guinan E., Henderson M., Ildstad S.T., King, P.A., Martinez-Maldonado M., Mclain G.E., Murray J.E., Nelkin D. Spellman M.W, and Pitluck S. Waiting for Organ Transplantation: Results of an analysis by an Institute of Medicine Committee, *Biostatistics*, 4, 207-222, 2003.

25. **Gibbons R.D.** Racial disparities in liver transplantation. *Liver Transplantation*, 10, 842-843, 2004.

26. **Gibbons R.D.**, Lazar N.A., Bhaumik D.K., Sclove S.L., Chen H.Y., Thulborn K.R., Sweeney J.A., Hur K., Patterson D. Estimation and classification of fMRI hemodynamic response patterns. *Neuroimage*, 22, 804-814, 2004.

27. **Gibbons R.D.**, Bhaumik, D.K., Cox D.R., Grayson D., Davis J.M., and Sharma R.P. Sequential Prediction Bounds for Identifying Differentially Expressed Genes in Replicated Microarray Experiments. *Journal of Statistical Planning and Inference*, 129, 19-37, 2005.

28. Roy A., Bhaumik D.K., <u>Aryal S.</u>, **Gibbons R.D.** Sample size determination for hierarchical longitudinal designs with differential attrition rates. *Biometrics, 63*, 699-707, 2007.

29. **Gibbons R.D.**, Hur K., Bhaumik D., Bell C.C. Profiling of county-level foster care placements using random-effects Poisson regression models. *Health Services and Outcomes research Methodology*, 7, 97-108, 2007.

30. <u>Aryal S.</u>, Bhaumik D.K., Mathew T. and **Gibbons R.D.** Approximate Tolerance Limits and Prediction Limits for the Gamma Distribution. *Journal of Applied Statistical Science*, 16, 103-111, 2007.

31. **Gibbons R.D.**, Segawa E., Karabatsos G., <u>Amatya A.K.</u>, Bhaumik D.K., Brown C.H, <u>Kapur K.</u>, Marcus S., Hur K., Mann J.J. Random-effect Poisson regression analysis of adverse event reports: The relationship between antidepressants and suicide.  Statistics in Medicine, 27, 1814-1833, 2008.

32. Bhaumik D.K., Roy A., Lazar N.A., <u>Kapur K.</u>, <u>Aryal S.</u>, **Gibbons R.D.**, Sweeney J.A., Patterson D:  Hypothesis testing, power and sample size determination for between group comparisons in fMRI experiments. *Statistical Methodology*, 6, 133-146, 2008.

33. **Gibbons R.D**. Design and analysis of longitudinal studies. *Psychiatric Annals*, 38, 758-761, 2008.

34. Bhaumik D.K., Roy A. <u>Aryal S.</u>, Hur K., Duan N., Normand S.L.T., Brown C.H., **Gibbons R.D.** Sample size determination for studies with repeated continuous outcomes.  *Psychiatric Annals*, 38, 765-771, 2008.

35. Lavori P.W., Brown C.H., Duan N., **Gibbons R.D.**, Greenhouse J.  Missing data in longitudinal clinical trials - Part A: Design and conceptual issues.  *Psychiatric Annals*, 38, 784-792, 2008.

36. Siddique J., Brown C.H., <u>Hedeker D.</u>, Duan N., **Gibbons R.D.**, Miranda J., Lavori P.W. Missing data in longitudinal trials – Part B: Analytic issues.  *Psychiatric Annals*, 38, 793-801, 2008.

37. Marcus S.M., Siddique J., Ten Have, T.R., **Gibbons R.D.**, Stuart E., Normand S.L.T. Balancing treatment comparisons in longitudinal studies. *Psychiatric Annals*, 38, 805-811, 2008.

38. Brown C.H., Ten Have T.R., Jo B., Dagne G., Wyman P.A.,  Muthén B., and **Gibbons R.D.** Adaptive designs in public health. *Annual Review of Public Health*, 30, 17.1-17.25, 2009.

39. Bhaumik D.K., Kapur K., **Gibbons R.D.** Testing parameters of a gamma distribution for small samples. *Technometrics*, 51, 326-334, 2009.

40. Kapur K., Roy A., Bhaumik D.K., **Gibbons R.D.**, Lazar N.A., Sweeney J.A., <u>Aryal S.</u>, Patterson D.  Estimation and classification of BOLD responses over multiple trials. *Communications in Statistics*, 38, 3009-3113, 2009.

41. Bhaumik D.K., <u>Santra S.</u>, <u>Aryal S.</u>, **Gibbons R.D.** One-sided simultaneous prediction limits for left censored normal random variables.  Sankhya (Series B), 70, 226-282, 2009.

9

42. Kraemer H.C., **Gibbons R.D.** Where do we go wrong in assessing risk factors, diagnostic and prognostic tests? The problems of two-by-two association. *Psychiatric Annals*, 39, 711-718, 2009.

43. Kraemer H.C., **Gibbons R.D.** Why does the randomized clinical trial methodology so often mislead clinical decision-making? Focus on moderators and mediators of treatment. *Psychiatric Annals*, 39, 736-745, 2009.

44. Teixeira-Pinto A., Siddique J., **Gibbons R.D.**, and Normand S.L.T. Statistical approaches to modeling multiple outcomes in psychiatric studies. *Psychiatric Annals*, 39, 711-718, 2009.

45. Stuart E.A., Marcus S.M., Horvitz-Lennon M.V., **Gibbons R.D.**, Normand S.L.T., Brown C.H. Using non-experimental data to estimate treatment effects. *Psychiatric Annals*, 39, 719-728, 2009.

46. **Gibbons R.D.** Design and analysis of longitudinal studies, part 2., *Psychiatric Annals*, 39, 690-691, 2009.

47. **Gibbons R.D.**, Hedeker D., DuToit S. Advances in analysis of longitudinal data. *Annual Review of Clinical Psychology*, 6, 79-107, 2010.

48. **Gibbons R.D.**, Amatya A.K., Brown C.H., Hur K., Marcus S.M., Bhaumik D.K., Mann, J.J. Post-approval drug safety surveillance. *Annual Review of Public Health*, 31, 419-437, 2010.

49. **Gibbons R.D.**, Lambert B.L., Mann J.J. A comment on Patorno et.al. (2010): Anticonvulsant medications and the risk of suicide, attempted suicide, or violent death. *JAMA*, 304, 521-522, 2010.

50. Siddique J., Crespi C.M., **Gibbons R.D.,** Green B.L. Using latent variable modeling and multiple imputation to calibrate rater bias in diagnosis assesment. *Statistics in Medicine*, 30, 160-174, 2011.

51. **Gibbons R.D.,** Mann J.J. Strategies for quantifying the relationship between medications and suicidal behavior: what has been learned. *Drug Safety*, 34, 375-395, 2011.

52. Bhaumik D.K., Aryal S., Amatya A., Kapur K., **Gibbons R.D.** Sample size determination for between group comparisons in mixed-effects logistic regression models for analysis of longitudinal data. *Journal of Applied Statistical Science*, 19, 1, 2011.

53. Bhaumik D.K., Amatya A., Normand S.L., Greenhouse J, .Kaizar E., Neelon B., **Gibbons R.D.** Meta-analysis of rare binary adverse event data. *Journal of the American Statistical Association*, 107, 555-567, 2012.

54. Marcus, S.M. and **Gibbons R.D.** Caution should be used in applying propensity scores estimated in a full cohort to adjust for confounding in subgroup analyses. *Pharmacoepidemiology and Drug Safety*, 21, 710-712, 2012.

55. Brown C.H., Mohr, D.C., Gallo C.G., Mader C., Palinkas L., Wingood Gina., Prado G., Kellam S.G., Pantin Hilda., Poduska J., **Gibbons R.D.**, McManus J., Ogihara M., Valente T., Wulczyn F., Czaja S., Sutcliffe G., Villamar J., Jacobs C. A Computational Future for Preventing HIV in Minority Communities: How Advanced Technology Can Improve Implementation of Effective Programs. *Journal of Acquired Immune Deficiency Syndromes*. 63:S72-S84, 2013.

56. Amatya A., Bhaumik D.K., **Gibbons R.D.** Sample size determination for clustered count data. *Statistics in Medicine*, 17, 162–4179, 2013.

57. Aryal S., Bhaumik D.K., Mathew T., **Gibbons R.D.** An optimal test for variance components of multivariate mixed-effects linear models. *Journal of Multivariate Analysis*, 124, 166-178, 2014.

58. Bhaumik D.K., Kapur K., Balakrishnan N., Keating J.P., **Gibbons R.D**. Small sample tests for

shape parameters of gamma distributions. *Communications in Statistics*, 44, 1339-1363, 2015.

59. **Gibbons, R.D.**, Coca-Perraillon, M., Kim, J.B. Item response theory approaches to harmonization and research synthesis. *Health Services and Outcomes Research Methodology*, 14, 213-231, 2014.

60. **Gibbons, R.D.**, Coca-Perraillon, M., Hur, K., Conti, R.M., Valuck, R.J., Brent, D.A. Antidepressant treatment and suicide attempts and self-inflicted injury in children and adolescents. *Pharmacoepidemiology and Drug Safety*, published on-line, 2014.

61. Amatya A., Bhaumik D.K., Normand S.L., Greenhouse J., Kaiser E., Neelon B., **Gibbons R.D.** Likelihood-based random effect meta-analysis of binary events. *J. of Biopharmaceutical Statistics*, published on-line, 2014.


## Mental Health Statistics:

62. **Gibbons  R.D.**, Clark, D., & Davis J.M. A statistical model for the classification of imipramine response in depressed inpatients. *Psychopharmacology, 78*, 185-189, 1982.

63. **Gibbons  R.D.**, Dorus E., Ostrow D.G., Pandey G.N., Davis J.M., Levy D.L. Mixture distributions in psychiatric research. *Biological Psychiatry, 19*, 483-509, 1984.

64. **Gibbons  R.D.**, Davis J.M. The price of beer and the salaries, of priest: a note on the analysis and display of longitudinal psychiatric data. *Archives of General Psychiatry, 41*, 1183-1184, 1984.

65. **Gibbons  R.D.**, Lewine R.R.J., Davis J.M., Schooler N.R., Cole J.O. An empirical test of a Kraepelinian versus a Bleulerian view of negative symptoms. *Schizophrenia Bulletin, 11*, 390-395, 1985.

66. **Gibbons  R.D.**, Maas J.W., Davis J.M., Swann A., Redmond E., Casper R., Hanin I., Bowden C., Kocsis J., Stokes P. Path analysis of psychopharmacological data: catecholamine breakdown in man. *Psychiatry Research, 18*, 89-105, 1986.

67. **Gibbons  R.D.**, Davis J.M. Consistent evidence for a biological subtype of depression characterized by low CSF monoamine levels. *Acta Psychiatrica Scandinavica, 74*, 8-12,1986.

68. Gibbons  R.D., Hedeker D., Davis J.M. Regression toward the mean: More on the price of beer and the salaries of priests. *Psychoneuroendocrinology, 12*, 185-192, 1987.

69. **Gibbons  R.D.**, Janicak P.G., Davis J.M. A response to Overall and Rhoades regarding their comment on the efficacy of unilateral vs bilateral ECT. *Convulsive Therapy 3*, 228-237, 1987.

70. Davis  J.M., Koslow S.H., **Gibbons R.D.**, Maas J.W., Bowden C.L., Casper R., Hanin I., Javaid J.I., Chang S.S., Stokes P.E. Cerebrospinal fluid and urinary biogenic amines and metabolites in depressed and healthy controls: a multivariate analysis. *Archives of General Psychiatry*, 45, 705-717, 1988.

71. Clark   D.C., & **Gibbons R.D.** Does one nonlethal suicide attempt increase the risk for a subsequent nonlethal attempt? *Medical Care*, 25, 87-88, 1987.

72. Kraemer  H.C., Pruyn J.P., **Gibbons R.D.**, Greenhouse J.B., Grochocinski V.J., Waternaux C., & Kupfer D.J. Methodology in psychiatric research. *Archives of General Psychiatry*, 44, 1100-1106, 1987.

73. **Gibbons R.D.**, Hedeker D.R., Waternaux C., & Davis J.M. Random regression models: A comprehensive approach to the analysis of longitudinal psychiatric data. *Psychopharmacological Bulletin*, 24, 438-443, 1988.

74. Hedeker  D.R., **Gibbons R.D.**, Waternaux C., & Davis J.M. Investigating drug plasma levels and clinical response using random regression models. *Psychopharmacological Bulletin*, 25, 227-

231, 1989.

75.  Clark  D.C., **Gibbons R.D.**, Fawcett, J. & Sheftner W.A. What is the mechanism by which suicide attempts predispose to later suicide attempts? A mathematical model. *Journal of Abnormal Psychology*, *98*, 1989.

76.  **Gibbons  R.D.**, Hedeker D.R. & Davis J.M. A comment on the selection of "healthy controls" for psychiatric experiments. *Archives of General Psychiatry*, *47*, 785-786, 1990.

77.  **Gibbons  R.D.**, Clark D.C & Fawcett J. A statistical method for evaluating suicide clusters and implementing cluster surveillance. *American Journal of Epidemiology, 132*, S183-S191, 1990.

78.  Fawcett  J., Sheftner W.A., Fogg L., Clark D.C., Young M.A., Hedeker D.R., & **Gibbons R.D.** Time-related predictors of suicide in major affective disorder. *American Journal of Psychiatry*, *147*, 1189-1194, 1990.

79.  Hedeker D.R., **Gibbons R.D.**, & Davis J.M. Random regression models for multicenter clinical trials data. *Psychopharmacological Bulletin*, *27-1*, 73-77, 1991.

80.  Daniel  D.G., Goldberg T.E., **Gibbons R.D.** & Weinberger D.R. Lack of a bimodal distribution of ventricular size in schizophrenia: A Gaussian mixture analysis of 1056 cases and controls. *Biological Psychiatry*, *30*, 887-903, 1991.

81.  **Gibbons  R.D.**, Clark D.C & Fawcett J. Response to Bohning, Lindsay and Schlattman regarding statistical methodology for suicide cluster analysis. *American Journal of Epidemiology, 135*, 1312-1314, 1992.

82.  Davis  J.M., Janicak P.G, Wang Z.G., **Gibbons R.D.** & Sharma R.P. The efficacy of psychotropic drugs: Implications for power analysis. *Psychopharmacology Bulletin, 28*, 151-155, 1992.

83.  **Gibbons  R.D.**, Hedeker D.R., Elkin I., Waternaux C., Kraemer H.C., Greenhouse J.B., Shea M.T., Imber S.D., Sotsky S.M., & Watkins J.T. Some conceptual and statistical issues in analysis of longitudinal psychiatric data. *Archives of General Psychiatry*, *50*, 739-750, 1993.

84.  **Gibbons  R.D.**, and Hedeker D.R. Application of random-effects probit regression models. *Journal of Clinical and Consulting Psychology*, *62*, 285-296, 1994.

85.  Hedeker  D.R., **Gibbons R.D.**, & Flay B.R. Random regression models for clustered data: with an example from smoking prevention research. *Journal of Clinical and Consulting Psychology*, *62*, 757-765, 1994.

86.  Elkin  I., **Gibbons R.D.**, Shea M.T., Sotsky S.M., Watkins J.T., Pilkonis P.A. & Hedeker D. Initial severity and differential outcome in the NIMH treatment of depression collaborative research program. *Journal of Clinical and Consulting Psychology*, *63*, 841-847, 1995.

87.  **Gibbons R.D.** Mixed-effects models for mental health services research. *Health Services and Outcomes Research Methodology*, *1*, 91-129, 2000.

88.  **Gibbons R.D.**, Hur, K., Bhaumik, D.K., Mann, J.J. The relationship between antidepressant medication use and rate of suicide. *Archives of General Psychiatry*, *62*, 165-172, 2005.

89.  **Gibbons R.D.**, Hur, K., Bhaumik, D.K., Mann, J.J. The relationship between antidepressant prescription rates and rates of early adolescent suicide. *American Journal of Psychiatry*, *163*, 1898-1904, 2006.

90.  Marcus  S.M., Gorman J.M., Tu X., **Gibbons R.D.**, Barlow D.H., Woods S.W., Shear M.K. Rater Bias in a Blinded Randomized Placebo-Controlled Psychiatry Trial. *Statistics in Medicine, 25*, 2762-2770, 2006.

91.  **Gibbons R.D.**, Brown C.H., Hur K., Marcus S., Bhaumik D.K., Erkens J.A., Herings R.M.C., Mann J.J.  Early evidence on the effects of the FDA black box warning on SSRI prescriptions and suicide in children and adolescents. *American Journal of Psychiatry, 164*, 1356-1363, 2007.

92.    **Gibbons R.D.**, Brown C.H., Hur K., Marcus S., Bhaumik D.K., Mann J.J.  The relationship between antidepressants and suicide: Results of analysis of the Veterans Health Administration datasets. *American Journal of Psychiatry*, *164*, 1044-1049, 2007.

93.    **Gibbons R.D.**, Brown C.H., Mann J.J.  SSRI prescribing rates and adolescent suicide:  Is the black box helping or hurting.  *Psychiatric Times*, *24*, 1-2, 2007.

94.    Nakagawa A., Grunebaum M.F., Ellis S.P., Oquendo M.A., **Gibbons R.D.**, and Mann J.J. Suicide and antidepressant prescription rates in Japan, 1999-2003.  J*ournal of Clinical Psychiatry*, *68*, 908-916, 2007.

95.    **Gibbons R.D.** Dr. Gibbons replies. *American Journal of Psychiatry*, *164*, 1908-1910, 2007.

96.    Brown C.H., Wyman P.A., Brinales J.M., and **Gibbons R.D.**  The role of randomized trials in testing interventions for the prevention of youth suicide.  *International Journal of Psychiatry,* 19, 617-631, 2007.

97.    Mann J.J. and **Gibbons R.D.**  SSRIs and the risk of suicide attempt and completion: a systematic review of observational studies. *Canadian Medical Association Journal*,  180, 270-271, 2009.

98.    **Gibbons R.D.**, Normand S.L.T., Greenhouse J.B. Comment on "Risk of suicidality in clinical trials of antidepressants in adults: analysis of proprietary data submitted to US Food and Drug Administration,"*British Medical Journal*,  http://www.bmj.com/cgi/eletters/339/aug11_2/b2880#220707.

99.    **Gibbons R.D.**, Hur K., Brown C.H., Mann J.J. The relationship between antiepileptics and suicide attempts in patients with bipolar disorder.  *Archives of General Psychiatry*, 66, 1354-1360, 2009.

100.    **Gibbons R.D.**, Hur K., Brown C.H., Mann J.J. Gabapentin and suicide attempts. *Pharmacoepidemiology and Drug Safety*,19, 1241-1247, 2010.

101.    **Gibbons R.D.**, Hur K., Brown C.H., Mann J.J. Antiepileptic Drugs and Suicide Attempts in Patients with Bipolar Disorder: Response to Mentari, Stone and Hammad. *Archives of General Psychiatry*, 67, 1326-1327, 2010.

102.    Marcus, S.M., **Gibbons, R.D.**  A common misapplication of propensity scores. *Archives of General Psychiatry*, 68, March 3, 2011.

103.    **Gibbons R.D.**, Hur K., Brown C.H., Davis J.M., Mann J.J.  Benefits from antidepressants: Synthesis of 6-week patient-level outcomes from double-blind placebo controlled randomized trials of fluoxetine and venlafaxine.  *Archives of General Psychiatry,* 69, 572-579, 2012.

104.    **Gibbons R.D.**, Brown C.H., Hur K., Davis J.M., Mann J.J. Suicidal thoughts and behavior with antidepressants treatment: Re-analysis of the Randomized Placebo Controlled Studies of Fluoxetine and Venlafaxine.  *Archives of General Psychiatry,* 69, 580-587, 2012.

105.    **Gibbons, R.D.** Brown C.H., Hur K.  Is the rate of suicide among veterans elevated? *American Journal of Public Health*, 102, S17-S19, 2012.

106.    Marcus S.M., Weaver J., Lim S., Duan N., **Gibbons R.D.**, Rosenheck R. Assessing the causal effect of section 8 housing vouchers as the active ingredient for decreasing homelessness in veterans with mental illness. *Health Services and Outcomes Research Methodology*. 12, 273-287, 2012.

107.    **Gibbons R.D.**, Brown C.H., Hur K., Davis J.M., Mann J.J. Inappropriate data and measures lead to questionable conclusions - reply. *JAMA Psychiatry,* 70, 121-123, 2013.

108.    **Gibbons R.D.**, Brown C.H., Hur K., Davis J.M., Mann J.J. Suicide risk and efficacy of antidepressant drugs - reply. *JAMA Psychiatry,* 70, 123-125, 2013.

109.    **Gibbons R.D.** The statistics of suicide.  *Shanghai Psychiatric Journal*, 25, 124-130, 2013.

110.    Marcus S.M., Lu B., Lim S., **Gibbons R.D.**, Oquendo M.A. Suicide attempts in patients with bipolar disorder tend to precede, not follow, initiation of antiepileptic drugs.  *Journal of*

*Clinical Psychiatry*, 74, 2013.

111. **Gibbons R.D.,** Mann J.J. Varenicline, smoking cessation and neuropsychiatric events. *American Journal of Psychiatry*, 170, 1460-1467, 2013.

112. Mann J.J, **Gibbons R.D.** Guns and Suicide. *American Journal of Psychiatry*, published on-line first, 2013.

113. Rzhetsky A., Bagley S.C., Wang K., Lyttle C.S., Cook E.H., Altman R.B., **Gibbons R.D.** Environment and incentives affect the incidence of autism and intellectual disability. *PLOS Computational Biology*, 10, e1003518, 2014.

114. Green C.A., Duan N., **Gibbons R.D.,** Hoagwood K.E., Palinkas L.A., Wisdom J.P. Approaches to mixed methods dissemination and implementation research: methods, strengths, caveats, and opportunities. *Administration and Policy in Mental Health and Mental health Services Research*. Published online, April 2014.

115. Brent D.A., **Gibbons R.D.** Initial dose of antidepressant and suicidal behavior in youth. *JAMA Internal Medicine*, in press.


## Environmental Statistics:

116. **Gibbons R.D.** Statistical prediction intervals for the evaluation of ground-water quality. *Ground Water, 25*, 455-465, 1987.

117. **Gibbons R.D.** Statistical models for the analysis of volatile organic compounds in waste disposal sites. *Ground Water, 25*, 572-580, 1987.

118. **Gibbons R.D.** A comment on "Statistical Methods for Evaluating Ground-water Monitoring from Hazardous Waste Facilities" - Final Rule *Ground Water, 27*, 252-254, 1989.

119. **Gibbons R.D.** A general statistical procedure for Ground-Water Detection Monitoring at waste disposal facilities. *Ground Water, 28*, 235-243, 1990.

120. **Gibbons R.D.** Estimating the precision of ground-water elevation data. *Ground Water, 28*, 357-360, 1990.

121. **Gibbons R.D.** & Baker J. The properties of various statistical prediction limits. *Journal of Environmental Science and Health*, A26-4, 535-553, 1991.

122. **Gibbons R.D.** Statistical tolerance limits for ground-water monitoring. *Ground Water, 29*, 563-570, 1991.

123. **Gibbons R.D.** Statistical tolerance limits for ground-water monitoring. *Water Resources Journal, 171*, 21-28, 1991. Reprinted by the United Nations Economic and Social Commission for Asia and the Pacific.

124. **Gibbons R.D.** Some additional nonparametric prediction limits for ground-water monitoring at waste disposal facilities. *Ground Water, 29*, 729-736, 1991.

125. **Gibbons R.D.,** Jarke F.H., & Stoub K.P. Detection Limits: for linear calibration curves with increasing variance and multiple future detection decisions. *Waste Testing and Quality Assurance, 3*, ASTM STP 1075, 377-390, 1991.

126. **Gibbons R.D.,** Grams N.E., Jarke F.H., & Stoub K.P. Practical quantitation limits. *Chemometrics and Intelligent Laboratory Systems, 12*, 225-235, 1992.

127. **Gibbons R.D.** Some conceptual and statistical issues in detection of low level environmental pollutants. *Environmental and Ecological Statistics, 2*, 125-162, 1995.

128. **Gibbons R.D.** Rejoinder: Some conceptual and statistical issues in detection of low level environmental pollutants. *Environmental and Ecological Statistics, 2*, 163-167, 1995.

129.    **Gibbons  R.D.** The problem with U.S. EPA's method detection limit. *American Environmental Laboratory*, *8*, 4-10, 1996.

130.    **Gibbons  R.D.** Some conceptual and statistical issues in analysis of ground-water monitoring data. *Environmetrics*, *7*, 185-199, 1996.

131.    **Gibbons  R.D.**, Brown J. & Cameron K. Provisional standard guide for developing appropriate statistical approaches for ground-water detection monitoring programs. *ASTM PS 64-96*, West Conshohocken, PA, 1996.

132.    **Gibbons  R.D.** & Coleman D.E. QL assumptions questioned. *J. of AWWA*, *88*, 4-8, 1996.

133.    **Gibbons  R.D.** Stalking the RCRA Leapfrog. *Remediation*, *4*, 27-30, 1996.

134.    **Gibbons  R.D.**, Coleman D.E. & Maddalone R.F. An alternative minimum level definition for analytical quantification. *Environmental Science and Technology*, *31*, 2071-2077, 1997.

135.    <u>Zorn  M.E.</u>, **Gibbons R.D.** & Sonzogni W.C. Weighted least squares approach to calculating limits of detection and quantification by modeling variability as a function of concentration. *Analytical Chemistry*, *69*, 3069-3075, 1997.

136.    **Gibbons  R.D.**, Coleman D.E. & Maddalone R.F. Response to comment on "An alternative minimum level definition for analytical quantification." *Environmental Science and Technology*, *31*, 3729-3731, 1997.

137.    Baldwin  R., Bethem R.A., Boyd R.K., Budde W.L., Cairns T., **Gibbons R.D.**, Henion J.D., Kaiser M.A., Lewis D.L., Matusik J.E., Sphon J.A., Stephany R.W., Trubey R.K. 1996 ASMS Fall workshop - Limits to confirmation, quantitation, and detection. *Journal of the American Society for Mass Spectrometry*, *8*, 1180-1190, 1997.

138.    **Gibbons  R.D.**, Coleman D.E. & Maddalone R.F. Response to comment on "An alternative minimum level definition for analytical quantification." *Environmental Science and Technology*, *32*, 2346-2348, 1998.

139.    **Gibbons  R.D.** Some conceptual and statistical issues in analysis of ground-water monitoring data. In *Encyclopedia of Environmental Analysis and Remediation*, John Wiley & Sons, 1998.

140.    **Gibbons  R.D.** Some conceptual and statistical issues in detection and quantification of environmental pollutants. In *Encyclopedia of Environmental Analysis and Remediation*, John Wiley & Sons, 1998.

141.    **Gibbons  R.D.** False positives in groundwater statistics. *Waste Age*, *29*, 32-37, 1998.

142.    **Gibbons  R.D.**, Brown J. & Cameron K. Guide for developing appropriate statistical approaches for ground-water detection monitoring programs. *ASTM D6312-98*, West Conshohocken, PA, 1999.

143.    **Gibbons  R.D.** Discussion of simultaneous nonparametric prediction limits. *Technometrics*, *41*, 104-105, 1999.

144.    **Gibbons  R.D.**, Coleman D.E. & Maddalone R.F. Response to comment on "An alternative minimum level definition for analytical quantification." *Environmental Science and Technology*, *33*, 1313-1314, 1999.

145.    <u>Zorn  M.E.</u>, **Gibbons R.D.** & Sonzogni W.C. Evaluation of approximate methods for calculating the limit of detection and limit of quantification. *Environmental Science and Technology*, *33*, 2291-2295, 1999.

146.    **Gibbons R.D.** Use of combined Shewhart-CUSUM control charts for ground-water monitoring applications. *Ground Water*, *37*, 682-691, 1999.

147.    **Gibbons R.D.**, <u>Dolan D.G.</u>, May H., O'Leary K. & O'Hara R. Statistical comparison of leachate from hazardous, co-disposal, and municipal solid waste landfills. *Ground Water Monitoring and Remediation*, *19*, 57-72, 1999.

148. **Gibbons R.D.** Discussion of "Rethinking Poisson-based statistics for GW quality monitoring." *Ground Water, 37*, 803-804, 1999.

149. **Gibbons R.D.** Detection and quantification of environmental pollutants. In *Encyclopedia of Analytical Chemistry*, John Wiley & Sons, New York, 2000.

150. **Gibbons R.D.** and Bhaumik D. Weighted random-effects regression models with application to inter-laboratory calibration. *Technometrics, 43*, 192-198, 2001.

151. **Gibbons R.D.** A Statistical Approach for Performing Water Quality Impairment Assessments. *Journal of AWRA, 39*, 841-849, 2003.

152. Bhaumik D.K. and **Gibbons R.D.** An upper prediction limit for the arithmetic mean of a lognormal random variable. *Technometrics, 46*, 239-248, 2004.

153. **Gibbons R.D.** Standard guide for applying statistical methods for assessment and corrective action environmental monitoring programs. *ASTM* D7048-04, West Conshohocken, PA, 2004.

154. Bhaumik D.K. and **Gibbons R.D.** Confidence regions for random-effects calibration curves with heteroscedastic errors. *Technometrics, 62*, 223-230, 2005.

155. Bhaumik D.K. and **Gibbons R.D.** One-sided prediction intervals for at least p of m observations from a gamma population at each of r locations. *Technometrics, 48*, 112-119, 2006.

156. **Gibbons R.D.** and Bhaumik D.K. Simultaneous gamma prediction limits for ground-water monitoring applications. *Ground Water Monitoring and Remediation*, 26, 105-116, 2006.

157. Aryal S., Bhaumik D.K., Sourav S., **Gibbons R.D.** Confidence intervals for random-effects calibration curves with left-censored data. *Environmetrics*, 20, 181-189, 2009.

158. **Gibbons R.D.** Detection and quantification of environmental pollutants. In *Encyclopedia of Analytical Chemistry*, eds. R.A. Meyers, John Wiley, Chichester, 2012.

159. **Gibbons R.D.** Some conceptual and statistical issues in analysis of ground-water monitoring data. In *Encyclopedia of Environmental Analysis and Remediation*, revised edition. John Wiley & Sons, 2014.

160. Gibbons R.D., Morris J.W.F., Prucha C.P., Caldwell M.D., Stanley B.F. Longitudinal data analysis in support of functional stability concepts for leachate management at closed municipal landfills. *Waste Management*, 34, 1674-1682, 2014.


**Item Response Theory:**

161. **Gibbons R.D.**, Clark D.C., Cavanaugh S.V. Application of modern psychometric theory in psychiatric research. *Journal of Psychiatric Research, 19*, 43-55, 1985.

162. Bock R.D., **Gibbons R.D.**, Muraki E. Full information factor analysis. *Applied Psychological Measurement, 12*, 261-280, 1988.

163. Hendrix M.S., Haviland M.G., **Gibbons R.D.**, & Clark D.C. An application of item-response theory to alexithymia assessment among abstinent alcoholics. *Journal of Personality Assessment, 58*, 506-515, 1992.

164. **Gibbons R.D.**, & Hedeker D.R. Full-information item bi-factor analysis. *Psychometrika, 57*, 423-436, 1992.

165. **Gibbons R.D.**, Clark D.C., & Kupfer D.J. Exactly what does the Hamilton Depression Rating Scale measure? *Journal of Psychiatric Research, 27*, 259-273, 1993.

166. **Gibbons R.D.**, Bock R.D., Hedeker D., Weiss D., Segawa E., Bhaumik D.K., Kupfer D., Frank E., Grochocinski V., Stover A. Full-Information Item Bi-Factor Analysis of Graded Response

16

Data. *Applied Psychological Measurement, 31*, 4-19, 2007.

167. **Gibbons R.D.,** Weiss D.J., Kupfer D.J., Frank E., Fagiolini A., Grochocinski V.J., Bhaumik D.K., Stover A. Bock R.D., Immekus J.C.  Using computerized adaptive testing to reduce the burden of mental health assessment.  *Psychiatric Services, 59,* 361-368, 2008.

168. **Gibbons R.D.,** Rush J., Immekus J.C. On the psychometric validity of the diagnostic domains of the PDSQ. *Journal of Psychiatric Research,* 43, 401-410, 2009.

169. **Gibbons R.D.,** Weiss D.J., Pilkonis P.A., Frank E., Moore T., Kim J.B., Kupfer D.K. Development of a computerized adaptive test for depression. *JAMA Psychiatry,* 69, 1104-1112, 2012.

170. **Gibbons R.D.,** Hooker G., Finkelman M.D., Weiss D.J., Pilkonis P.A., Frank E., Moore T., Kupfer D.J.  The CAD-MDD: A computerized adaptive diagnostic screening tool for depression.  *Journal of Clinical Psychiatry,* 74, 669-674, 2013.

171. **Gibbons R.D.,** Weiss D.J., Pilkonis P.A., Frank E., Moore T., Kim J.B., Kupfer D.K. Computerized adaptive test - depression inventory not ready for prime time - Reply. *JAMA Psychiatry,* 70, 763-765, 2013.

172. **Gibbons R.D.,** Weiss D.J., Pilkonis, P.A., Frank E., Moore T., Kim J.B., Kupfer D.J. Development of the CAT-ANX: A computerized adaptive test for anxiety.  *American Journal of Psychiatry,* 171, 187-194, 2014.

173. **Gibbons R.D.,** Hooker G., Finkelman M.D., Weiss D.J., Pilkonis P.A., Frank E., Moore T., Kupfer D.J.  Reply to CAD-MDD: Not diagnostic, lacks screening data.  *Journal of Clinical Psychiatry,* 75, 85-86, 2014.

174. **Gibbons R.D.,** Bi-factor Analysis. *Encyclopedia of Quality of Life Research,* Springer, Netherlands, 386-394, 2014.

**Collaborative Studies:**

175. Stein  J.H., **Gibbons R.D.,** & Meldman M.J. Lateral eye movement, handedness and sex in learning disability children. *Cortex, 16,*  223-229, 1980.

176. Ostrow  D.G., Halaris A., DeMet E., **Gibbons R.D.** & Davis J.M. Ion transport and adrenergic function in major affective disorders. *Biological Psychiatry, 17,* 971-980, 1982.

177. Fawcett  J., Clark D.C., Scheftner W.A., & **Gibbons R.D.**  Assessing anhedonia in psychiatric patients: the pleasure scale. *Archives of General Psychiatry, 40,* 79-84, 1983.

178. Dorus  E., Cox N.J., **Gibbons R.D.,** Shaughnessy R., Pandey G.N. & Cloninger R.C. Lithium ion transport and affective disorders within families of bipolar patients. *Archives of General Psychiatry, 401,* 945-552, 1983.

179. Ostrow  D.G. Okonek A., **Gibbons R.D.,** Cooper R., & Davis J.M. Biological markers and antidepressant response. *Journal of Clinical Psychiatry, 44,* 10-13, 1983.

180. Cavanaugh  S., Clark D.C., & **Gibbons R.D.** Diagnosing depression in the hospitalized medically ill. *Psychosomatics, 24,* 809-815, 1983.

181. Nasr  S.J., Pandey G.N., Altman E.G., **Gibbons R.D.,** Gaviria M.F., & Davis J.M. Symptom profile of patients with positive DST. *Biological Psychiatry, 18* , 1069-1073, 1983.

182. Nasr   S.J. & **Gibbons R.D.** Depressive symptoms associated with dexamethasone resistance. *Biological Psychiatry, 10,* 183-188, 1983.

183. Clark  D.C., Cavanaugh S.A., & **Gibbons R.D.** The core symptoms of depression in medical and psychiatric patients. *Journal of Nervous and Mental Disease, 171,* 705-713, 1983.

184. Levy D.L., Yasillo N.J., Dorus E., Shaughnessy R., **Gibbons R.D.**, Peterson J., Janicak P.G., Gaviria M., & Davis J.M. Relatives of unipolar and bipolar patients have normal pursuit. *Psychiatry Research, 10*, 285-293, 1983.

185. Fugmann R.A., Aranyi C., Barbara P.W., Bradof J.N., **Gibbons R.D.**, Fenters J.D. The effect of diethylstilbestral as measured by host resistance and tumor susceptibility assays in mice. *Journal of Toxicology and Environmental Health, 11*, 827-841, 1983.

186. **Gibbons R.D.**, Gudas C., Gibbons S.W. A study of the relationship between flexibility of closure and surgical skill. *Journal of the American Podiatry Association, 73*, 12-16, 1983.

187. Killian G.A., Holzman P.S., Davis J.M., **Gibbons R.D.** Effect of psychotropic medication on selected cognitive and perceptual measures. *Journal of Abnormal Psychology, 93*, 58-70, 1984.

188. Poznanski E.O., Grossman J.A., Buchsbaum Y., Banegas M., Freeman L., **Gibbons R.D.** Preliminary studies of the reliability of validity of the children's depression rating scale. *Journal of the American Academy of Child Psychiatry, 23*, 191-197, 1984.

189. Zeller E.A., Huprikar S.V., **Gibbons R.D.**, Miller E.A. Influence of age, sex and osteogenesis imperfecta on count, protein content, and monoamine oxidase activity of human thrombocytes. *Clinica Chemica Acta, 137*, 123-129, 1984.

190. Maas J.M., Koslow S.H., Katz M.M., Bowden C.L., **Gibbons R.D.**, Robbins E., and Davis, J.M. Pretreatment neurotransmitter metabolite levels and response to tricyclic antidepressant drugs. *American Journal of Psychiatry, 141*, 1159-1171, 1984.

191. Fawcett J.A., Clark D.C., **Gibbons R.D.**, Aagesen C.A., Pisani V.D. Tilkin, J.M., Sellers D., Stutzman D. Preliminary report: evaluation of lithium therapy for alcoholism. *American Journal of Psychiatry, 45*, 494-498, 1984.

192. Janicak P.G., Davis J.M., **Gibbons R.D.**, Ericksen S., Chang S., Gallagher P. Efficacy of ECT: A meta analysis. *American Journal of Psychiatry, 142*, 297-302, 1985.

193. Levy D.L., Dorus E., Shaughnessy R., Yasillo N.J., Pandey G.N., Janicak P.G., **Gibbons R.D.**, Gaviria M., Davis J.M. Pharmacologic evidence for specificity of pursuit dysfunction to schizophrenia: lithium carbonate associated with abnormal pursuit. *Archives of General Psychiatry, 42*, 335-341, 1985.

194. Thomas P., Fugman R., Aranyi C., Barbera P., **Gibbons R.D.**, Fenters J. The effect of dimethylnitrosamine on host resistance and immunity. *Toxicology and Applied Pharmacology, 77*, 219-229, 1985.

195. Thomas P., Ratajczak H., Aranyi C., **Gibbons R.D.**, Fenters J. Evaluation of host resistance and immune function in cadmium-exposed mice. *Toxicology and Applied Pharmacology, 80*, 446-456, 1985.

196. Gordon S.M., Szidon J.P., Krotoszynski B.K., **Gibbons R.D.**, O'Neill H.J. Volatile organic compounds in the expired air of subjects with lung cancer. *Clinical Chemistry, 31*, 1278-1282, 1985.

197. Janicak P.G., Mask J., Trimakas K.A., **Gibbons R.D.** ECT: an assessment of mental health professionals' knowledge and attitudes. *Journal of Clinical Psychiatry, 46*, 262-266, 1985.

198. Clark D.C., **Gibbons R.D.**, Fawcett J., Aagesen C.A., Sellars D. Unbiased criteria for severity of depression in alcoholic inpatients. *Journal of Nervous and Mental Disease, 73*, 482-487, 1985.

199. Goldman M., Dratman M.B. Crutchfield F.L., Jennings A.S., Marvniak J.A., **Gibbons R.D.** Intrathecal triiodothyronine administration causes greater heart rate stimulation in hypothyroid rats than intravenously-delivered hormone: evidence for a central nervous system site of thyroid action. *Journal of Clinical Investigation, 76*, 1622-1625, 1985.

18

200. **Gibbons R.D.**, Baker R.J., Skinner D.B. Field articulation testing: a predictor of technical skills in surgical residents. *Journal of Surgical Research, 41*, 53-57, 1986.

201. Clark D.C., Gibbons R.D., Daugherty S.R., Silverman C.M. Model for quantifying the drug involvement of medical students. *International Journal of Addictions, 22*, 249-271, 1987.

202. Dorus W., Kennedy J., **Gibbons R.D.**, Ravi S.D. Symptoms and diagnosis of depression in alcoholics. Alcoholism: *Clinical and Experimental Research, 11*, 150-154, 1987.

203. Fawcett J.A., Scheftner W., Clark D.C., Hedeker D.R., **Gibbons R.D.**, Coryell W. Clinical predictors of suicide in patients with major affective disorders: A controlled prospective study. *American Journal of Psychiatry, 144*, 35-40, 1987.

204. Mass J.W., Koslow S.H., Davis, J.M., Katz M., Frazer A., Bowden C.L., Berman N., **Gibbons R.D.**, Stokes P., Landis H. Catecholamine metabolism and disposition in healthy and depressed subjects. *Archives of General Psychiatry, 44*, 337-344, 1987.

205. Fawcett J., Clark D.C., Aagesan C.A., Pisani V.D., Tilkin J.M., Sellers D., McGuire M., **Gibbons R.D.** A double blind placebo controlled trial of lithium therapy for alcoholism. *Archives of General Psychiatry, 44*, 248-256, 1987.

206. Pandey G.N., Fawcett J.A., **Gibbons R.D.**, Clark D.C., Davis J.M. Platelet monoamine oxidase in alcoholism. *Biological Psychiatry, 24*, 15-24, 1988.

207. O'Neill H.J., Gordon S.M., O'Neill M.H., **Gibbons R.D.**, & Szidon J.P. A computerized classification technique for screening for the presence of breath biomarkers in lung cancer. *Clinical Chemistry*, *33*, 1613-1618, 1988.

208. Aranyi C., Henry M.C., Vana S.C., **Gibbons R.D.**, & Iverson W.O. Effects of multiple intermittent inhalation exposures to red phosphorus/butyl rubber obscurant smokes in Sprague-Dawley rats. *Inhalation Toxicology*, *1*, 65-78, 1988.

209. Talsma D.M., Leach C.L., Hatoum N.S., **Gibbons R.D.**, Roger J.C., & Garvin P.J. Reducing the number of rabbits in the Draize eye irritancy test: A statistical analysis of 155 studies conducted over 6 years. *Fundamental and Applied Toxicology*, *10*, 146-153, 1988.

210. Henthorn T.K., Benitez J., Avram M.J., Martinez C., Llerena A., Cobaleda J., Krejcie T.C., & **Gibbons R.D.** Assessment of the debrisoquin and dextromethorphan phenotyping tests by Gaussian mixture distribution analysis. *Clinical Pharmacology and Therapeutics*, *45*, 328-333, 1989.

211. Fawcett J., Aagesen C.A., Tilken J.M., McGuire M., Clark D.C., Pisani V.D., Sellers D., & **Gibbons R.D.** Lithium carbonate prophylaxis of alcoholism: Its time has come: in reply. *Archives of General Psychiatry*, *46*, 290-291, 1990.

212. Charles S.C., **Gibbons R.D.**, Frisch P.R., Pyskoty C.E., Hedeker D.R., & Singha N.K. Predicting risk for medical malpractice claims utilizing quality of care characteristics. *Western Journal of Medicine*, *157*, 433-439, 1992.

213. Clark D.C., **Gibbons R.D.**, Haviland M.G., & Hendryx M.S. Assessing the severity of depressive states in recently-detoxified alcoholics. *J. of Studies on Alcohol*, *54*, 107-114, 1993.

214. Appleby L., Desai P.N., Luchins D.J., **Gibbons R.D.**, & Hedeker D.R. Length of stay and recidivism in schizophrenia: A study of public psychiatric hospital patients. *Am. J. of Psychiatry*, *150*, 72-76, 1993.

215. Miller N.S., Szcuczki D. & **Gibbons R.D.** Family history in comorbidity and alcohol dependence in cocaine dependence. *Alcohol Treatment Quarterly*, *10*, 77-94, 1993.

216. Frisch P., Charles S.C., **Gibbons R.D.** & Hedeker D.R. Role of previous claims and specialty on the effectiveness of risk management education for office based physicians. *The Western Journal of Medicine*, *163*, 346-350, 1995.

19

217. Elkin  I., **Gibbons R.D.**, Shea M.T., & Shaw B.F. Science is not a trial (but it can sometimes be a tribulation). *Journal of Clinical and Consulting Psychology*, *64*, 92-103, 1996.

218. Appleby  L., Luchins D.J., Desai P.N., **Gibbons R.D.**, Janicak P.G. & Marks R. Length of inpatient stay and recidivism among patients with schizophrenia. *Psychiatric Services*, *47*, 985-990, 1996.

219. Lavigne  J.V., **Gibbons, R.D.**, Cristoffel K.K., Arend, R., Rosenbaum D., Binns H., Dawson N., Sobel H. & Isaacs C. Prevalence rates and correlates of psychiatric disorders among preschool children. *Journal of the American Academy of Child and Adolescent Psychiatry*, *35*, 204-214, 1996.

220. Lavigne  J.V., Binns H.J., Arend R., Rosenbaum D., Christoffel K.K, Hayford J.R. & **Gibbons R.D.** Psychopathology and health care use among preschool children: A retrospective analysis. *J. of the American Academy of Child and Adolescent Psychiatry*, *37*, 262-270, 1998.

221. Lavigne  J.V., Arend R., Rosenbaum D., Binns H.J., Christoffel K.K, & **Gibbons R.D.** Psychiatric disorders with onset in the preschool years: I. Stability of diagnosis. *J. of the American Academy of Child and Adolescent Psychiatry*, *37*, 1246-1254, 1998.

222. Lavigne  J.V., Arend R., Rosenbaum D., Binns H.J., Christoffel K.K, & **Gibbons R.D.** Psychiatric disorders with onset in the preschool years: II. Correlates and predictors of stable case status. *J. of the American Academy of Child and Adolescent Psychiatry*, *37*, 1255-1261, 1998.

223. Bunney  W.E., Azarnoff D.L., Brown B.W., Cancro R., **Gibbons, R.D.**, Gillin J.C., Hullett S., Killam K.F., Kupfer D.J., Krystal J.H., Stolley P.D., French G.S., Pope A.M. Report on the Institute of Medicine committee on the efficacy of and safety of Halcion. *Archives of General Psychiatry*, *56*, 349-352, 1999.

224. Lavigne  J.V., **Gibbons R.D.**, Arend R., Rosenbaum D., Binns H.J., & Christoffel K.K. Toward rational service planning in pediatric primary care: continuity and change in the occurrence of psychopathology among young children enrolled in pediatric practices. *J. of Pediatric Psychology*, *24*, 393-403, 1999,

225. Lavigne  J.V. Cicchetti C., **Gibbons R.D.**, Binns, H.J., Larsen, L., and DeVito C. Oppositional defiant disorder with onset in preschool years: Longitudinal stability and pathways to other disorders. *Journal of the American Academy of Child and Adolescent Psychiatry*, *40*, 1393-1400, 2001.

226. Frank  E., Kupfer D.J., Gerebtzoff, Meya, U., Laghrissi-Thode, F., Grochocinski, V.J., Houck, P.R., Mallinger, A.G., and **Gibbons, R.D.** The development of study exit criteria for evaluating antimanic compounds. *Journal of Clinical Psychiatry*, *62*, 421-425, 2001.

227. Bailey  H.R, Beck D.E., Billingham R.P., Binderow S.R., Gottesman L., Hull T., Larach S.W., Margolin D.A., Milson J.W., Potenti F.M., Rafferty J.F., Riff D.S., Sands L.R., Senagore A., Stamos M.J., Yee L.F., Young-Fadok T.M., **Gibbons R.D.** A study to determine the nitroglycerin ointment dose and dosing interval that best promote the healing of chronic anal fissures. *Dis Colon Rectum*, *45*, 1192-1199, 2002.

228. MTA  Cooperative Group. National Institute of Mental Health multimodal treatment study of ADHD follow-up: 24-month outcomes of treatment strategies for attention-deficit/hyperactivity disorder. *Pediatrics*, *113*, 754-761, 2004.

229. MTA  Cooperative Group. National Institute of Mental Health multimodal treatment study of ADHD follow-up: Changes in effectiveness and growth after the end of treatment. *Pediatrics*, *113*, 762-769, 2004.

230. Hurlburt  M.S., Leslie L.K., Landsverk J., Barth R.P., Burns B.J., **Gibbons R.D.**, Slymen D.J., Zhang J. Contextual predictors of mental health service use among a cohort of children open

to child welfare. *Archives of General Psychiatry, 61*, 1217-1224, 2004.

231.    Redd J, Suggs H, **Gibbons R.D.**, Muhammad L, McDonald J, Bell CC.  The Bloomington Model: A Plan to Strengthen Families and Decrease the Need for Protective Custody.  *Illinois Child Welfare, 2*, 34-46, 2007.

232.    Kunwar S., Prados M.D., Chang S.M., Berger M.S., Lang F.F., Piepmeier J.M., Sampson J.H., Ram Z., Gutin P.H., **Gibbons R.D.**, Aldape K.D., Croteau D., Sherman J.W., Puri R.K. Direct inter-cerebral delivery of Cintredekin Besudotox (IL13-PE38QQR) in patients with recurrent malignant glioma. *Journal of Clinical Oncology, 25*, 837-844, 2007.

233.    Swanson J.M., Elliott G.R., Greenhill L.L., Wigal T., Arnold L.E., Vitiello B., Hetchman L., Epstein J., Pelham W., Abikoff H.B., Newcorn J., Molina B., Hinshaw S., Wells K., Hoza B., Severe J.B., Jensen P.S., **Gibbons R.D.**, Hur K., Stehli A., Davies M., March J., Caron M., Volkow N.D., and Posner M.I. Effects of Stimulant Medication on Growth Rates Across 3 Years in the MTA Follow-up. *Journal of the American Academy of Child & Adolescent Psychiatry, 46*,  1015-1027, 2007.

234.    Jensen P.S., Arnold L.E., Swanson J., Vitiello B., Abikoff, H.B., Greenhill L.L., Hechtman L., Hinshaw S.P., Pelham W.E., Wells K.C., Conners C.K., Elliott G.R., Epstein J., Hoza B., Molina B.S., Newcorn J.H., Severe J.B., Wigal T., **Gibbons R.D.**, Hur K., Follow-up of the NIMH MTA Study at 36 Months After Randomization.  *Journal of the American Academy of Child & Adolescent Psychiatry, 46*, 989-1002, 2007.

235.    Swanson J.,  Hinshaw S.P., Arnold L.E., **Gibbons R.D.**, Marcus S., Hur K., Jensen P.S.,  Vitiello B., Abikoff H., Greenhill L.L., Hechtman L., Pelham W., Wells K.,  Conners C.K., Elliott G., Epstein L., Hoagwood K., Hoza B., Molina B.S.,  Newcorn J.H., Severe J.B.,  Odbert C., Wigal T. Secondary Evaluations of MTA 36-month Outcomes: Propensity Score and Growth Mixture Model Analyses. *Journal of the American Academy of Child & Adolescent Psychiatry, 46*, 1003-1014, 2007**.**

236.    Molina B.S., Flory K., Hinshaw S.P., Greiner A.R., Arnold L.E., Swanson J., Hechtman L., Jensen P.S., Vitiello B., Hoza B., Pelham W.E., Elliott G.R., Wells K.C., Abikoff H.B., **Gibbons R.D.**, Marcus S., Epstein J., Greenhill L.L., Newcorn J.H., Severe J.B., Wigal T.  Delinquent behavior and emerging substance use in the MTA at 36-months: Prevalence, course, and treatment effects. Propensity Score and Growth Mixture Model Analyses. *Journal of the American Academy of Child & Adolescent Psychiatry, 46*, 1028-1040, 2007**.**

237.    Shuhaiber J.H., Kim J.B., Hur K., **Gibbons R.D.** Comparison of Survival in Primary and Repeat Heart Transplantation during 1987-2004 in the United States. *Annals of Thoracic Surgery, 83,* 2135-2141, 2007.

238.    Bell C.C., Bhana A., Petersen I, McKay M.M., **Gibbons R.D.**, Bannon W., Amatya A.  Building protective factors to offset sexually risky behaviors among black South African youth: A randomized controlled trial.  *Journal of the National Medical Association*, 100, 936-944, 2008.

239.    Shuhaiber J.H., Kim J.B., **Gibbons R.D.** Repeat heart-lung transplantation outcome in the United States. *Journal of Heart Lung Transplantation*, 27, 1122-1127, 2008.

240.    Hoagwood K.E., Green E., Kelleher K., Schoenwald S.K., Rolls-Reutz J., Landsverk J., Glisson C., Mayberg S., Weisz J.R., Chorpita B.F., **Gibbons R.D.**, Green E. P., Jensen P. S., Miranda J., & Palinkas L. Family advocacy, support and education in children's mental health: Results of a national survey. *Administration and Policy in Mental Health and Mental Health Services Research, 35,* 73-83, 2008.

241.    Schoenwald S.K., Chapman J.E., Kelleher K., Hoagwood K.E., Landsverk J., Stevens J., Glisson

21

C., Rolls-Reutz J., Weisz J.R., Chorpita B.F., **Gibbons R.D.**, Green E.P., Jensen P.S., Mayberg S., Miranda J., & Palinkas L. A survey of the infrastructure for children's mental health services: Implications for the implementation of empirically supported treatments (ESTs). *Administration and Policy in Mental Health and Mental Health Services Research*, *35*, 84-97, 2008.

242. Glisson C., Landsverk J., Schoenwald S., Kelleher K., Hoagwood K.E., Mayberg S., Green P., Weisz J., Chorpita B., **Gibbons R.D.**, Green E.P., Hoagwood K., Jensen P.S., Miranda J., Palinkas, L. Assessing the Organizational Social Context (OSC) of mental health services: Implications for research and practice. *Administration and Policy in Mental Health and Mental Health Services Research,* 35, 98-113, 2008.

243. Chorpita, B.F., Bernstein A., Daleiden E.L., Weisz J. **Gibbons R.D**., Glisson C., Green E.P., Hoagwood K., Jensen P.S., Kelleher K., Landsverk J., Mayberg S., Miranda J., Palinkas L., Scoenwald S. Driving with roadmaps and dashboards: Using information resources to structure the decision models in service organizations. *Administration and Policy in Mental Health and Mental Health Services Research, 35,* 114-123, 2008.

244. Glisson C., Schoenwald S.K., Kelleher K., Landsverk J., Hoagwood K.E., Mayberg S., Green E. P., Weisz J.R., Chorpita B.F., **Gibbons R.D.**, Jensen P.S., Miranda J., & Palinkas L. Therapist turnover and new program sustainability in mental health clinics as a function of organizational culture, climate, and service structure. *Administration and Policy in Mental Health and Mental Health Services Research, 35*, 124-133, 2008.

245. Shuhaiber J.H., Kim J.B., Hur K., **Gibbons R.D.** Survival of primary and repeat lung transplantation in the United States. *Annals of Thoracic Surgery*, 87, 261-266, 2009.

246. Cassano G.B., Mula M., Rucci P., Miniati M., Frank E., Kupfer D.J., Oppo A., Calugi S., Maggi L., **Gibbons R.D.**, Fagiolini A. The structure of lifetime manic-hypomanic spectrum. *Journal of Affective Disorders*, 115, 253-256, 2009.

247. Molina B.S.G., Hinshaw S.P., Swanson J.M., Arnold L.E., Vitiello B., Jensen P.S., Epstein J.N., Hoza B., Hechtman L., Abikoff H.B., Elliott G.R., Greenhill L.L., Newcorn J.H., Wells K.C., Wigal T.L., Severe J.B., **Gibbons R.D.**, Hur K., Houck P.R., and the MTA Cooperative Group. The MTA at 8 Years: Prospective Follow-Up of Children Treated for Combined Type ADHD in a Multisite Study. *Journal of the American Academy of Child and Adolescent Psychiatry*, 48, 484-500, 2009.

248. Owley T., Brune C.W., Salt J., Walton L., Guter S., Ayuyao N., **Gibbons R.D.**, Leventhal B.L., Cook E.H. A Pharmacogenetic Study of Escitalopram in Autism Spectrum Disorders, *Autism Research*, 2, 1-7, 2009.

249. Nemunaitis J., Clayman G., Agarwala S., Hrushesky W., Moore C., Hamm J., Menander K.A., Licato L.L., Chada S., **Gibbons R.D.**, Roth J.A., Sobol R.E., and W.J. Goodwin. Biomarkers Predict *p53* Gene Therapy Efficacy in Recurrent, Squamous Cell Carcinoma of the Head and Neck. *Clinical Cancer Research*, 15, 7719-7725, 2009.

250. Shuhaiber J.H., Hur K., **Gibbons R.D.** The influence of pre-transplant use of ventricular assist devices on survival following heart transplantation: A propensity score matched analysis. *British Medical Journal*, 340, 1-8, 2010.

251. Aarons G.A., Glisson C., Hoagwood K.E., Landsverk J., Kelleher K., Cafri G., Chorpita B.F., **Gibbons R.D.**, Green E.P., Mayberg S., Miranda J., Palinkas L., Schoenwald S. K., & Weisz J. R. Psychometric properties and United States national norms of the Evidence-Based Practice Attitude Scale (EBPAS). *Psychological Assessment*, 22, 356-365, 2010.

252. Lambert B.L., Dickey L.W., Fisher W.M., **Gibbons R.D.**, Lin S.J., Luce P.A., McClennan C.T.,

Senders J.W., Yu C.T.  Listen carefully: The risk of error in spoken medication orders. *Social Science & Medicine*, 70, 1599-1608, 2010.

253. Sripada B.N., Henry D.B., Jobe T.H., Winer J., Schoeny M., **Gibbons R.D.**  A randomized controlled trial of a feedback method for improving empathic accuracy in psychotherapy. *Psychology and Psychotherapy Theory, Research, and Practice,* Epub, 2010.

254. Schumock G.T., **Gibbons R.D.,** Lee T.A., Joo M., Valuck R. Stayner L. The relationship between leukotriene-modifying agent prescriptions dispensed and the rate of suicide deaths by county in the United States.  *Drug, Healthcare, and Patient Safety*, 3, 47-52, 2011.

255. Woo J.M., **Gibbons R.D.,** Qin P.Q., Komarow H., Kim J.B., Rogers C.A., Mann J.J., Postolache T.T. Suicide and prescription rates of intranasal corticosteroids and nonsedating antihistamines for allergic rhinitis: An ecological study. *J. of Clinical Psychiatry*, 72, 1423-1428, 2011.

256. Schumock G.T., Lee T.A., Joo M., Valuck R. Stayner L., **Gibbons, R.D.**  Association between leukotriene modifying agents and suicide. *Drug Safety*, 34, 533-544, 2011.

257. Schumock G.T., **Gibbons R.D.,** Lee T.A., Joo M.J., Stayner L.T., Valuck R.J.  The association between leukotriene-modifying agents and spontaneously reported suicide. *Drug Information Journal.*46, 99-106, 2012.

258. Weisz J.R., Chorpita B.F., Palinkas L.A., Schoenwald S.K., Miranda J., Bearman S.K., Daleiden, E.L., Ugueto A.M., Ho A., Martin J., Gray J., Alleyne A., Langer D.A., Southam-Gerow M.A., Gibbons R.D., and the Research Network on Youth Mental Health. Testing standard and modular designs for psychotherapy with youth depression, anxiety, and conduct problems: A randomized effectiveness trial. *Archives of General Psychiatry,* 69, 274-282, 2012.

259. Vitiello B., Elliott G.R., Swanson J.M., Arnold L.E., Hechtman L., Abikopf H., Molina B.S.G., Wells K., Wigal T., Jensen P.S., Greenhill L.L., Kaltman J.R., Severe J.B., Odbert C, Hur K., **Gibbons R.D.**  Blood pressure and heart rate over 10 years in the multimodal treatment study of children with ADHD. *American Journal of Psychiatry*,169, 167-177, 2012.

260. Woo J.M., **Gibbons R.D.,** Rogers C.A., Qin P., Kim J.B., Roberts D.W., Noh E.S., Mann J.J., Postolache, T.T.  Pollen counts are not significantly associated with suicide rates in the U.S. *Acta Psychiatrica Scandinavica.* 125, 168-175, 2012.

261. Schumock G.T., Stayner L.T., Valuck R.J., Joo M.J., **Gibbons R.D.,** Lee T.A.  Risk of suicide attempt in asthmatic children and young adults prescribed leukotriene-modifying agents: A nested case-control study  *Journal of Allergy and Clinical Immunology,* Aug;130(2):368-75, 2012.

262. Kozman D., Graziul C., **Gibbons R.D.,** Caleb A.C. Association between unemployment rates and prescription drug utilization in the United States, 2007-2010. BMC Health Services Research. 12, 435, 2012.

263. Graziul C., **Gibbons R.D.,** Caleb A.C. Association between the commercial characteristics of psychotropic drugs and their off-label use. Medical Care, 50, 940-947, 2012.

264. Russo M.J., Meltzer D., Merlo A., Johnson E., Shariati N., Sonett J.R., **Gibbons R.D.**  The local allocation of lung donors results in transplanting lower priority transplant recipients. *Annals of Thoracic Surgery*, 95, 1231-1234, 2013.

265. Molina B.S.G, Hinshaw, S.P., Arnold L.E., Swanson J.M., Pelham W.E., Hechtman L., Hoza B., Epstein J.N., Wigal T., Abikoff H.B., Greenhill L.L., Jensen P.S., Wells K.C., Vitiello B., **Gibbons R.D.,** Howard A., Houck P.R., Hur K., Lu B., Marcus S., & MTA Cooperative Group.  Adolescent substance use in the MTA as a function of childhood ADHD, random assignment to childhood treatments, and subsequent medication.  JAACAP, 52, 250-263,

2013.

266.   Churpek, M. M., Yuen T.C., Winslow, C., Robicsek A.A., Meltzer, D.O., **Gibbons R.D.**, Edelson D.P. Multicenter development and validation of a risk stratification tool for ward patients. *Am J Respiratory Critical Care Medicine*, 190, 649-655, 2014.

267.   Frazier, S.L., Mehta, T.G., Atkins, M.S., Glisson , C., Green, P.D., **Gibbons, R.D.**, Kim, J.B., Chapman, J.E., Schoenwald, S.K., Cua, G., Ogle, R.R. The social context of urban classrooms: measuring student psychological climate. Journal of Early Adolescence, 1-31, 2015.

268.   Wulczyn F., **Gibbons R.D.**, Snowden L., Levy B. Poverty, social disadvantage and the black/white placement gap. *Children and Youth Services Review*, in press.

269.   Chorpita, B. F., Weisz, J. R., Daleiden, E. L., Schoenwald, S. K., Palinkas, L. A., Miranda, J., Higa-McMillan, C. K., Nakamura, B. J., Austin, A. A., Borntrager, C., Ward, A. M., Wells, K. C., **Gibbons, R. D.**, & the Research Network on Youth Mental Health. Long term outcomes for the child steps randomized effectiveness trial: A comparison of modular and standard treatment designs with usual care. *Journal of Consulting and Clinical Psychology,* in press.

270.   Churpek, M. M., Yuen T.C., Park S.Y., **Gibbons R.D.**, Edelson D.P. Using electronic health record data to develop and validate a prediction model for adverse outcomes on the wards. *Critical Care Medicine*, in press.

**BOOKS**:

1.   **Gibbons  R.D.**, & Dysken M.W. *Statistical and Methodological Advances in Psychiatric Research*. New York, Spectrum, 1983.

2.   **Gibbons R.D.** *Statistical Methods for Ground-Water Monitoring*. New York, John Wiley & Sons, 1994.

3.   **Gibbons  R.D.** & Coleman D.E. *Statistical Methods for Detection and Quantification of Environmental Contamination*. New York, John Wiley & Sons, 2001.

4.   Hedeker  D. & **Gibbons R.D.** *Longitudinal Data Analysis.* New York, John Wiley & Sons, 2006.

5.   **Gibbons R.D.**, Bhaumik D.K., Aryal S. *Statistical Methods for Ground-Water Monitoring*. New York, John Wiley & Sons, 2nd edition, 2009.

6.   Hedeker D. & **Gibbons R.D.** *Longitudinal Data Analysis.* New York, John Wiley & Sons, 2nd edition, in preparation.

7.   **Gibbons R.D.** and Amatya A. *Statistical Methods in Pharmacoepidemiology*.  Chapman and Hall, in press, June 2015.

**INSTITUTE OF MEDICINE AND NATIONAL ACADEMY OF SCIENCES REPORTS**:

1.   Bunney  W.E., Azarnoff D.L., Brown B.W., Cancro R., **Gibbons R.D.**, Gillin J.C., Hullett S., Killam K.F., Krystal J.H., Kupfer D.J., Stolley P.D. Halcion: *An Independent Assessment of Safety and Efficacy Data*, Washington D.C., National Academy Press, 1997.

2.   Penhoet  E.D., Duan N., Dubler N.N., Francis C.K., **Gibbons R.D.**, Gill, B., Guinan E., Henderson M., Ildstad S.T., King, P.A., Martinez-Maldonado M., Mclain G.E., Meltzer D., Murray J.E.,

Nelkin D. and Spellman M.W. *Organ Procurement and Transplantation,* Washington D.C., National Academy Press, 1999.

3.  Ildstad S.T., Centor R.M., Davis E., **Gibbons R.D.**, Levin B., Miller E.D., Olkin, I. Tollerud D.J., Tugwell P. *Small Clinical Trials: Issues and Challenges*, Washington D.C., National Academy Press, 2001.

4.  Goldsmith S.K., Pellmar T.C., Kleinman A.M., Bunney W.E. Bell, C.C., Brent D.A., Eggert L., Fawcett J., **Gibbons R.D.**, Redfield-Jamison K., Korbin J.E., Mann J.J., May P.A., Reynolds C.F., Tsuang M.T., Frank R.G. *Reducing Suicide: A National Imperative*, Washington D.C., National Academy Press, 2002.

5.  Gebbie K.M., Aubry W.M., Champlin R., Childress J.F., Fiske C., **Gibbons R.D.**, Haley N.R., Horowitz M.M., Ildstad S.T., Kelley L.L., McGinnis J.M., Meltzer D., Moise K.J., Palmer L.I., Scadden D.T., Wagner J.E., Yeager A.M. *Cord Blood: Establishing a National Hematopoietic Stem Cell Bank Program*, Washington D.C., National Academy Press, 2005.

6.  Burke S.P, Baciu A., Straton K., Blumenthal D. Breckenridge A. Charo A. Edgman-Levitan S. Ellenberg S. **Gibbons R.D.**, Hripcsak G., Korn, D. Meltzer D. Myers W.A., Olson M. Psaty B.M., Schroeder C. Stergachis A. *The Future of Drug Safety: Promoting and Protecting the Health of the Public,* Washington D.C., National Academy Press, 2006.

7.  Nelson A., Ampian S. Balmes J., Breysse P., **Gibbons R.D.**, Hei T., Hoal K, Kidd-Taylor A., Mauderly J., Meeker G. *A Review of the NIOSH Roadmap for Research on Asbestos Fibers and Other Elongate Mineral Particles,* Washington D.C., National Academy Press, 2009.

8.  Kolb C.E., Beauchamp J.L., Beaudet R.A., Berkowitz J.B., Chen H., Cooper A.T., Fernandez F.M., **Gibbons R.D.**, McLean J.A., Morris M.D., Murphy D.W., Reese C.S., Rhomberg L.R., Viggiano A.A. *Assessment of Agent Monitoring Strategies for the Blue Grass and Pueblo Chemical Agent Destruction Pilot Plants*, Washington DC, National Academy Press, 2012.

**CHAPTERS:**

1.  Davis J.M., **Gibbons R.D.** Pandey G.N., & Javaid J.I., Mechanism, mathematics and markers of mental disease. In: *Biological Markers in Psychiatry and Neurology*, E. Usdin and I. Hanin, (eds.), New York: Pergamon Press, 1982.

2.  Ostrow D.G., Trevisan M., Okonek A., **Gibbons R.D.**, Cooper R., & Davis J.M. Sodium dependent membrane processes in major affective disorders. In: *Biological Markers in Psychiatry and Neurology*, E. Usdin and I. Hanin, (eds.), New York: Pergamon Press, 1982.

3.  Davis J.M., Vogel C., **Gibbons R.D.**, Pavkovic I., Zhang M. Pharmacoendocrinology of schizophrenia. In: *Neuroendocrinology and Psychiatric Disorder*, G.M. Brown, S.H. Koslow, & S. Reichlin, (eds.), New York: Raven Press, 1984.

4.  Hatoum N.S., Leach C.L., **Gibbons R.D.**, Talsma D.M., Roger J.C., Garvin P.J. Influence of reduced numbers of rabbits on the adequacy of eye irritancy tests. In: *Vitro Toxicology: Approaches to Validation*, A.M. Goldberg (ed.), New York: Mary Ann Liebert, Inc., 1987.

5.  **Gibbons R.D.**, Baker R.J., Skinner D.B. Field articulation testing: A predictor of technical skills in surgical residents. Reprinted in *How to Select Residents*, American Board of Medical Specialties, 1988.

6.  Davis J.M., **Gibbons R.D.**, A simulation study of methods for the combination of evidence from multiple psychiatric investigations. In: *Perspectives in Psychopharmacology*: A collection of papers in honor of Earl Usdin. Alan R. Liss, Inc., 483-493, 1988.

7.    **Gibbons  R.D.**, & Davis J.M. The price of beer and the salaries of priests: Analysis and display of longitudinal psychiatric data. Reprinted in *G. Stanley Hall Invited Addresses*, R.M. Suinn (Ed.), American Psychological Association, 1988.

8.    Ratajczak  H., Thomas P., **Gibbons R.D.**, Heck J.D., & Vollmuth T. Seasonal influence on murine immune function. In: *Chronobiology: Its Role in Clinical Medicine, General Biology and Agriculture, Part A*, 493-501, Wiley-Liss, New York, 1990. 49-60, 1990.

9.    Sara  M. & **Gibbons R.D.** Organization and analysis of water quality data. In: *Practical Handbook of Ground-Water Monitoring*, D.M. Nielsen (ed.), Chelsea MI: Lewis, 1991.

10.   **Gibbons R.D.** An overview of statistical methods for ground-water detection monitoring at waste disposal facilities. In: *Ground-Water Contamination at Hazardous Waste Sites: Chemical Analysis*, S. Lesage & R.E. Jackson (eds.), New York: Marcel Dekker, Inc., 1992.

11.   **Gibbons R.D.** Commentary on "Personality and Depression: Modeling and Measurement Issues," In: *Personality and Depression*, M. Klein, D. Kupfer & T. Shea (eds.), New York: Guilford, 1993.

12.   **Gibbons  R.D.** & Patterson D. Application of computerized image analysis to estimating bone age. In: *Essays on Auxology*, R. Hauspie, G. Lindgren, F. Falkner (eds.), London: Castlemead, 1995.

13.   **Gibbons  R.D.** & Sara M.N. Statistical comparison of metal concentrations in filtered and unfiltered ground-water samples. In: *Ground Water Sampling – A Workshop Summary*, U.S. EPA, *600, R-94, 205*, 54-58, 1995.

14.   Bock R.D. and **Gibbons R.D.** Factor analysis of categorical item responses.  In: *Handbook of Polytomous Item Response Theory Models: Development and Applications*, M. Nering, R. Ostini (eds.), Lawrence Erlbaum, Florence KY, 2010.

15.   Siddique J., Hedeker D., Gibbons R.D. Analysis of longitudinal data in health services research. Health Services Research Handbook.  Constantine Gatsonis (ed), in press.

16.   Bannon W., Bell C.C., **Gibbons R.D**., McKay M. How to deal with missing data over time? In J. Bray, W. Pequegnat and the NIMH Consortium on Families and HIV/AIDS. Statistical Challenges in Studying Complex and Changing Families. *AIDS and Behavior*, in press.

### REVIEWS, TECHNICAL REPORTS, SOFTWARE:

1.    Wilson  D., Wood R., **Gibbons R.D.** Testfact: test scoring and item factor analysis. *International Educational Services*, Chicago, 1984.

2.    **Gibbons  R.D.**, Bock R.D., <u>Hedeker D.R.</u> Approximating multivariate normal orthant probabilities using the Clark algorithm. *Office of Naval Research*, Technical Report, 1987.

3.    **Gibbons R.D.** Review of "Latent Variable Models and Factor Analysis" by Bartholomew, D.J. (1987). *Journal of the American Statistical Association*, *83*, 1221-1222, 1988.

4.    **Gibbons R.D.**, Bock R.D., <u>Hedeker D.R.</u> Conditional Dependence *Office of Naval Research*, Final Report, 1989.

5.    **Gibbons R.D.** Mixmaster: A program for resolving univariate and multivariate normal mixture distributions. *Scientific Software*, Chicago, 1989.

6.    **Gibbons R.D.**, Jarke F.H., & Stoub K.P. Method detection Limits. Proceedings of *Fifth Annual USEPA Waste Testing and Quality Assurance Symposium, Vol. 2*, 292-319, 1989.

7.    **Gibbons R.D.**, Grams N.E., Jarke F.H., & Stoub K.P. Practical quantitation limits. *Proceedings of*

*Sixth Annual USEPA Waste Testing and Quality Assurance Symposium Vol. 1*, 126-142, 1990.

8.  **Gibbons R.D.**, Bock R.D., & Hedeker D.R. Approximating multivariate normal orthant probabilities. *Office of Naval Research*, Technical Report, *90-1*, 1990.

9.  **Gibbons R.D.**, Hedeker D.R., & Bock R.D. Full-information item bi-factor analysis. *Office of Naval Research*, Technical Report, *90-2*, 1990.

10. **Gibbons R.D.**, Hedeker D.R., & Bock R.D. Multivariate generalizations of Student's $t$ distribution. *Office of Naval Research*, Technical Report, *90-3*, 1990.

11. **Gibbons R.D.** Review of "Statistical Methods in Longitudinal Research" Vol. 1, Ed. by Von Eye, *Journal of the American Statistical Association*, *86*, 1146-1149, 1991.

12. **Gibbons R.D.** Review of "Statistical Methods in Longitudinal Research" Vol. 2, Ed. by Von Eye, *Journal of the American Statistical Association*, *86*, 1146-1149, 1991.

13. Maddalone R.F., **Gibbons R.D.**, Rice J. & Nott B. MDL's and PQL's - complications proposal and results. *Proceedings of the American Statistical Association Meeting*, Chicago, 1996.

14. Bock R.D., **Gibbons R.D.**, Schilling, S.G. Wilson, D.T. & Wood R. TESTFACT 2: Test scoring, item statistics and item factor analysis. *Scientific Software International*, Chicago, 1997.

15. Hedeker D. and **Gibbons R.D.** *MIXREG: Mixed-effects Regression Models for Continuous Response Data*. Center for Health Statistics, University of Illinois at Chicago. www.uic.edu/labs/biostat, 1997.

16. Hedeker D. and **Gibbons R.D.** *MIXOR: Mixed-effects Ordinal Regression Models.* Center for Health Statistics, University of Illinois at Chicago. www.uic.edu/labs/biostat, 1997.

17. Hedeker D. and **Gibbons R.D.** *MIXNO: Mixed-effects Multinomial Regression Models*. Center for Health Statistics, University of Illinois at Chicago. www.uic.edu/labs/biostat, 1999.

18. Hedeker D. and **Gibbons R.D.** *MIXPREG: Mixed-effects Poisson Regression Models.* Center for Health Statistics, University of Illinois at Chicago. www.uic.edu/labs/biostat, 2000.

19. **Gibbons R.D.**, Immekus, J. Bock, R.D. *The Added Value of Multidimensional IRT Models.* National Cancer Institute Technical Report. www.healthstats.org, 2007.

20. Hedeker D., **Gibbons R.D.**, Du Toit, S.H.C., Patterson, D.: SuperMix - A program for mixed-effects regression models. Scientific Software International, Chicago, 2008.

**RECENT MEDIA COVERAGE:**

1.  *New York Times*, Study Condemns F.D.A.'s Handling of Drug Safety. September 23, 2006.
2.  *New York Times,* New sense of caution at FDA.  September 29, 2006.
3.  *New England Journal of Medicine,* Blueprint for a stronger food and drug administration. October 9, 2006.
4.  *Washington Post,* Report faults FDA on drug safety.  October 10, 2006.
5.  *JAMA,* IOM: Overhaul drug safety monitoring. November 1, 2006.
6.  *WebMDHealth,* Child suicide: No antidepressant link? November 1, 2006.
7.  *CBC News,* Antidepressants linked to lower youth suicide risk, November 1, 2006.
8.  *U.S. Department of Health and Human Services,* Antidepressants lower kids suicide risk, new research finds. November 1, 2006.
9.  *Medical News Today,* Antidepressants and lower child suicide rates linked, November 4, 2006.
10. *New York Times/Health Day News,* Antidepressants lower kids' suicide risk, new research finds. November 7, 2006.
11. *National Institute of Mental Health Science Update,* U.S. youth suicide rates lower in counties

with high SSRI use. November 8, 2006.

12. **WebMDHealth,** Study probes suicide, antidepressants. December 4, 2006.
13. **Washington Post,** Antidepressants a suicide risk for young adults. December 14, 2006.
14. **New York Times,** Federal panel urges suicide-risk labels for antidepressants.  December 14, 2006.
15. **USA Today,** FDA plans to boost safety with newsletters, drug profiles. January 30, 2007.
16. **Seattle Times,** FDA moves to toughen oversight of drugs. January 30, 2007.
17. **Los Angeles Times,** Changes will ensure drug safety, FDA says. January 31, 2007.
18. **Wall Street Journal,** FDA plans drug-safety moves. January 31, 2007.
19. **New York Times,** FDA widens safety reviews on new drugs. January 31, 2007.
20. **ABC World News Tonight,** Teen suicide/prescription drugs. Feb 5, 2007.
21. **Washington Post,** Don't take your vitamins? Antioxidants might be dangerous. March 7, 2007.
22. **WebMD Medical News,** Antidepressant/child suicide risk slim.  April 17, 2007.
23. **American Psychiatric Association,** Two Large Studies Show Decline in Suicide Attempts. July 1, 2007.
24. **Psychiatric Times,** Update on antidepressants and suicidality. July 1, 2007.
25. **Psych Central,** Antidepressants not a suicide risk. July 6, 2007.
26. **Medical News Today,** Young Adults Not At Risk Of Suicidal Behavior From Antidepressants. July 6 2007.
27. **Consumer Affairs,** Study Finds Lessened Suicide Risk in Young Adults on Antidepressants. July 6, 2007.
28. **New York Times**, Suicide Findings Question Link to Antidepressants. July 10, 2007.
29. **Reason Magazine,** Can cautions be too risky? Balancing risks and benefits at the FDA.  July 10, 2007.
30. **Medical News,** Two large studies show decline in suicide attempts with antidepressant treatment. July 11, 2007.
31. **Newsweek,** Teens and Antidepressants: Did Warnings Go Too Far. July 16, 2007.
32. **MSNBC,** Trouble in a 'Black Box' Did an effort to reduce teen suicides backfire? July 16, 2007.
33. **Science News,** Antidepressants trim suicide tries. July 28, 2007.
34. **Clinical Psychiatry News,** Benefits of Multivitamins Unclear, Panel Finds. July, 2006.
35. **American Foundation for Suicide Research,** New findings show treatment benefits for depressed people outweigh any potential harm. July, 2007.
36. **Scientific American,** Suicide risk in adults lowered by antidepressants. August 2, 2007.
37. **Psychiatric Times,** VA finds antidepressants reduce suicide risk in vets.  August 3, 2007.
38. **The Province (Canada),** Drugs lower suicide risk. August 3, 2007.
39. **Reuters,** Teen antidepressant warning had ripple effect. September 5, 2007.
40. **The Washington Post,** Youth Suicides Increased As Antidepressant Use Fell. September 6, 2007.
41. **National Public Radio,** Study: Anti-Depressants Lower Teen Suicide Rates. September 6, 2007.
42. **San Francisco,** Chronicle Suicide rise follows antidepressant drop: Study finds dramatic increase after 'black box' warning. September 6, 2007.
43. **Science,** Antidepressant warnings linked to suicides. September 6, 2007.
44. **Science News,** Suicide sharply on the rise in youth. September 6, 2007.
45. **Yahoo Health,** Suicide sharply on the rise in youth . September 6, 2007.
46. **Los Angeles Times,** Suicides up after warning, study shows. September 6, 2007.
47. **Chicago Tribune,** Suicides up after warning, study shows. September 6, 2007.
48. **The News & Observer,** Suicides spiked as antidepressant use fell, Warning labels on pills were followed by a startling jump in young deaths, a study find. September 6, 2007.

49. **Reuters,** Suicides rise sharply in U.S. youth, studies find. September 6, 2007.

50. **Bloomberg,** Youth Suicides Rise the Most in 15 Years, CDC Says (Update2). September 6, 2007.

51. **Chicago Tribune,** Suicides rise as antidepressant use falls.  September 6, 2007.

52. **USA Today,** As antidepressant use fell, youth suicides rose. September 6, 2007.

53. **Fox News,** Study: Suicide Rates Rise as Antidepressant Use Falls. September 6, 2007.

54. **MSNBC,** CDC: Suicide rate jumps for kids, young adults Biggest rise in 15 years; 'black box' antidepressant label blamed by some. September 6, 2007.

55. **Yahoo News,** Antidepressants Vindicated? September 7, 2007.

56. **The New York Times,** Questions About a Rising Suicide Rate. September 7, 2007.

57. **The New York Post,** Girl's Suicide Shock. September 7, 2007.

58. **The China Post,** Youth suicides rise after drop in antidepressant prescriptions. September 7, 2007.

59. **The New York Times,** Suicide Rises in Youth; Antidepressant Debate Looms. September 7, 2007.

60. **Scientific American,** Antidepressant warnings scared parents, doctors. September 9, 2007.

61. **Science Daily,** Newer Antidepressants Led To Less, Not More, Teen Suicides. September 10, 2007.

62. **ABC News**, Too Young to Die. March 30, 2008.

63. **JAMA News Release,** Antiepileptic drugs not associated with increased risk of suicide attempts in patients with bipolar disorder, December 7, 2009.

64. **Los Angeles Times,** Reconsidering antiepileptic medications as a treatment for bipolar disorder. December 7, 2009.

65. **WebMD Health News,** Epilepsy drugs for bipolar disorder: Fewer Suicides?, December 8, 2009.

66. **Medscape Medical News,** No link between antiepileptics and suicidality in patients with bipolar disorder. December 11, 2009.

67. **US News and World Report**, Antidepressants may not raise risk of suicide in youth. February 6, 2012.

68. **Los Angeles Times,** Study questions antidepressant link to suicide in kids, February 6, 2012.

69. **National Public Radio**, A fresh look at antidepressants finds low risk of youth suicide, February 7, 2012.

70. **Chicago Tribune**, Study questions antidepressant link to suicide in kids, February 7, 2012.

71. **Forbes,** New evidence of antidepressant-suicide connection in kids, February 10, 2012.

72. **Medscape**, No link between antidepressants and suicide in kids, February 21, 2012.

73. **Lancet**, Antidepressant suicide link in children questioned, March 3, 2012.

74. **Reuters**, Study suggests overall benefit from antidepressants, March 8, 2012.

75. **AMSTAT News,** A statistician's journey, September, 2013.

76. **Psychiatric News,** Chantix doesn't appear to cause psychiatric events, October 24, 2013.

77. **Forbes,** Proper SSRI antidepressant starting dose minimizes suicide risk in young adults, April 28, 2014

**Appendix B - Reference Materials – Dr. Robert Gibbons**

**Medical and Scientific Literature:**

1.    Addis A. & Koren G. Safety of Fluoxetine During the First Trimester of Pregnancy: A Meta-Analytical Review of Epidemiological Studies, 30 Psychological Med. 89-94 (2000)

2.    Alwan S, Reefhuis J, Rasmussen SA, Olney RS, Friedman JM. Use of Selective Serotonin-Reuptake Inhibitors in Pregnancy and the Risk of Birth Defects, 356 The New England Journal of Medicine 2684-2692 (2007)

3.    American Psychiatric Association; American College of Obstetricians and Gynecologists (APA and ACOG) – Depression During Pregnancy: Treatment Recommendations 08/21/09. Available at: http://www.acog.org/About%20ACOG/News%20Room/News%20Releases/2009/Depression%20During%20Pregnancy.aspx

4.    Andersen JT, et al. Exposure to Selective Serotonin Reuptake Inhibitors in Early Pregnancy and the Risk of Miscarriage. 0 Obstet Gynecol 1-7 ePublication DOI: 10.1097/AOG. 0000000000000447 (2014)

5.    Andrade SE., et al. Prescription Drug Use in Pregnancy 191 American Journal of Obstetrics and Gynecology 398 (2004)

6.    Andrade SE, Raebel MA, Brown J, Lane K, Livingston J, Boudreau D, et al.  Use of Antidepressant Medications During Pregnancy: A Multisite Study, 198(2) Am. J. Obstetrics & Gynecology 194 (2008)

7.    Andrade SE., et al. Antidepressant Medication Use and Risk of Persistent Pulmonary Hypertension of the Newborn. Pharmacoepidemiology and Drug Safety 10.1002 (2009)

8.    Austin MP. To Treat or Not to Treat: Maternal Depression, SSRI Use in Pregnancy and Adverse Neonatal Effects, 36 Psychology Med. 1663 (2006)

9.    Bakker MK, Kerstjens-Frederikse WS, Buys CH, de Walle HE, de Jong-van denBerg LT. First-Trimester Use of Paroxetine and Congenital Heart Defects:  A Population-Based Case-Control Study, 88(2) Birth Defects Res. (Part A) 94-100 (2010)

10.   Ban L, et al. Maternal Depression, Antidepressant Prescriptions, and Congenital Anomaly Risk in Offspring: A Population-based Cohort Study. BJOG 2014; DOI:10.1111/1471-0528.12682 (2014)

11.   Bar-Oz B, Einarson T, Einarson A, et al.: Paroxetine and congenital malformations: meta-analysis and consideration of potential confounding factors. Clinical Therapeutics, 29(5): 918–926, 2007.

12.    Berard A, Ramos E, Rey E, Blais L, St. Andre M, Oraichi D. First Trimester Exposure to Paroxetine and Risk of Cardiac Malformations in Infants: The Importance of Dosage, 80 Birth Defects Res. Part B 18-27 (2007)

13.    Berard A. Paroxetine Exposure during Pregnancy and the Risk of Cardiac Malformations: What Is the Evidence? 88(3) Birth Defects Res A Clin Mol Teratol 171-174 (2010)

14.    Berard A, Zhao J-P, Sheehy O. Sertraline use during pregnancy and the risk of major malformations. Am J Obstet Gynecol 2015;212:x.ex-x.ex.

15.    Byatt N, Deligiannidis KM, Freeman MP. Antidepressant Use in Pregnancy: A Critical Review Focused on Risks and Controversies. 127(2) Acta Psychiatr Scand 94-114 (2013)

16.    Casper RE, Fleisher BE, Lee-Ancajas C, Gilles A, Gaylor E, DeBattista A, et al. Follow-up of Children of Depressed Mothers Exposed or Not Exposed to Antidepressant Drugs During Pregnancy, 4 J. Pediatrics 402-408 (2003)

17.    Chambers CD, Johnson KA, Dick LM, Felix RJ, Jones KL. Birth Outcomes in Pregnant Women Taking Fluoxetine, 335 NEJM 1010-1015 (1996)

18.    Chambers CD, Hernandez-Diaz S, Van Malter LJ, Weder MM, Louik C, Jones KL, et al. Selective Serotonin-Reuptake Inhibitors and Risk of Persistent Pulmonary Hypertension of the Newborn, 354 New England Journal of Medicine 579-587 (2006)

19.    Cole JA, Ephross SA, Cosmatos IS, Walker AM. Paroxetine in the First Trimester and the Prevalence of Congenital Malformations, 16 Pharmacoepidemiology & Drug Safety 1075-1085 (2007)

20.    Colvin L, Slack-Smith L, Stanley FJ, Bower C. Dispensing Patterns and Pregnancy Outcomes for Women Dispensed Selective Serotonin Reuptake Inhibitors in Pregnancy. 91 Birth Defects Research (Part A) 142-152 (2011)

21.    Costei AM, Kozer E, Ho T, Ito S, Koren G. Perinatal Outcome Following Third Trimester Exposure to Paroxetine, 156 Archives Pediatric & Adolescent Med. 1129-1132 (2002)

22.    Davis RL, Rubanowice D, McPhillips H, et al. Risks of Congenital Malformations and Perinatal Events Among Infants Exposed to Antidepressant Medications During Pregnancy, 16 Pharmacoepidemiology & Drug Safety 1086-1094 (2007)

23.    Diav-Citrin O, Shechtman S, Weinbaum D, et al. Paroxetine and Fluoxetine in Pregnancy: A Prospective, Multicentre, Controlled, Observational Study, 66 Brit. J. Clinical Pharmacology 695-705 (2008)

24.    Diav-Citrin O and Ornoy A. Selective Serotonin Reuptake Inhibitors in Human Pregnancy: To Treat or Not to Treat. Obstetrics and Gynecology International, Article ID 698947, 12 pages, doi:10.1155/2012/698947, 2012.

25.    Donofrio MT, Moon-Grady AJ, Hornberger LK, Copel JA, Sklansky MS, Abuhamad A, Cuneo BF, Huhta JC, Jonas RA, Krishnan A, Lacey S, Lee W, Michelfelder EC Sr, Rempel GR, Silverman NH, Spray TL, Strasburger JF, Tworetzky W, Rychik J; American Heart Association Adults With Congenital Heart Disease Joint Committee of the Council on Cardiovascular Disease in the Young and Council on Clinical Cardiology, Council on Cardiovascular Surgery and Anesthesia, and Council on Cardiovascular and Stroke Nursing (2014) Diagnosis and treatment of fetal cardiac disease: a scientific statement from the American Heart Association *Circulation* 129(21):2183-242. doi: 10.1161/01.cir.0000437597.44550.5d. Epub 2014 Apr 24

26.    Domar AD, Moragianni VA, Ryley DA, Urato AC. The Risks of Selective Serotonin Reuptake Inhibitor Use in Infertile Women: A Review of the Impact on Fertility, Pregnancy, Neonatal Health and Beyond. 28(1) Human Reproduction 160-171 (2013)

27.    Einarson TR, Einarson A. Newer Antidepressants in Pregnancy and Rates of Major Malformations: A Meta-Analysis of Prospective Comparative Studies, 14 Pharmacoepidemiology & Drug Safety 823-827 (2005)

28.    Einarson A, Pistelli A, DeSantis M, Maim H, Paulus WD, Panchaud A, et al. Evaluation of the Risk of Congenital Cardiovascular Defects Associated with Use of Paroxetine During Pregnancy, 165 Am. J. Psychiatry 749-752 (2008)

29.    Einarson A, Choi J, Einarson TR, Koren G. Incidence of Major Malformations in Infants Following Antidepressant Exposure in Pregnancy: Results of a Large Prospective Cohort Study, 54 Canadian J. Psychiatry 242-246 (2009)

30.    Ericson A, Kallen B, Wiholm BE. Delivery Outcome After the Use of Antidepressants in Early Pregnancy, 55 Eur. J. Clinical Pharmacology 503-508 (1999)

31.    Frias JL, & Gilbert-Barness E. Human Teratogens: Current Controversies, 55 Advances in Pediatrics 171 (2008)

32.    Gentile S. Selective Serotonin Reuptake Inhibitor Exposure During Early Pregnancy and the Risk of Birth Defects, 123(4) Acta Psychiatr Scand 266-275 (2011)

33.    Gentile S. SSRIs in Pregnancy and Lactation:  Emphasis on Neurodevelopmental Outcome, 19 CNS Drugs 623 (2005)

34.    Goldstein DJ, Corbin LA, Sundell KL. Effects of First-Trimester Fluoxetine Exposure on the Newborn, 89 Obstetrics & Gynecology 713-718 (1997)

35.    Greene MF. Teratogenicity of SSRIs – Serious Concern or Much Ado About Little?, 356 New Eng. J. Med. 2732 (2007)

36.    Grigoriadis S, VonderPorten EH, Mamisashvili L, et al. Antidepressant Exposure during Pregnancy and Congenital Malformations: Is There an Association: A Systematic Review and Meta-Analysis of the Best Evidence. 74(4) J Clin Psychiatry e293 (2013)

37.    Grigoriadis S, et al. Prenatal Exposure to Antidepressants and Persistent Pulmonary Hypertension of the Newborn: Systematic Review and Meta-Analysis. BMJ ePublication 10.1136/bmj.f6932 (Jan 14, 2014)

38.    Grzeskowiak LE, Gilbert AL, Morrison JL. Investigating Outcomes Following the Use of Selective Serotonin Reuptake Inhibitors for Treating Depression in Pregnancy. 34(11) Drug Saf 1027 (2011)

39.    Haddad PM, et al. Neonatal Symptoms Following Maternal Paroxetine Treatment: Serotonin Toxicity or Paroxetine Discontinuation Syndrome?, 19 J. Psychopharmacology 554 (2005)

40.    Hanley GE, Oberlander TF. The Effect of Perinatal Exposures on the Infant: Antidepressants and Depression. 28(1) Best Practice & Research Clin Obstet Gynaecol 37 (2014)

41.    Hemels ME, et al. Antidepressant Use During Pregnancy and the Rates of Spontaneous Abortions: A Meta-Analysis, 39 Annals Pharmacotherapy 803 (2005)

42.    Huybrechts KF. Antidepressant Use in Pregnancy and the Risk of Cardiac Defects. 370(25) N Engl J Med 2397-2407 (2014)

43.    Jefferies AL; Canadian Paediatric Society; Fetus and Newborn Committee. Selective Serotonin Reuptake Inhibitors in Pregnancy and Infant Outcomes. 16(9) Paediatric Child Health 562-563 (2011)

44.    Jimenez-Solem E, Andersen JT, Petersen M, et al. Exposure to Selective Serotonin Reuptake Inhibitors and the Risk of Congenital Malformations: A Nationwide Cohort Study, 2(3) BMJ Open ePublication e001148 (June 10, 2012) [with Supplements]

45.    Jimenez-Solem E, Andersen JT, Petersen M, et al.: SSRI use during pregnancy and risk of stillbirth and neonatal mortality. Am J Psychiatry. 170(3): 299-304, 2013.

46.    Jimenez-Solem E. Exposure to Antidepressants during Pregnancy – Prevalences and Outcomes. 61(9) Dan Med J B4916 (2014)

47.    Kallen BA; Olausson PO. Antidepressant Drugs During Pregnancy and Infant Congenital Heart Defect, 21 Reproductive Toxicology 221-222 (2006)

48.    Kallen BA. Maternal Use of Selective Serotonin Re-Uptake Inhibitors in Early Pregnancy and Infant Congenital Malformations, 79 Birth Defects Research (Part A) 301-308 (2007)

49.    Kallen BA, Olausson PO. Maternal Use of Selective Serotonin Re-uptake Inhibitors and Persistent Pulmonary Hypertension of the Newborn, 17(8) Pharmacoepidemiol Drug Saf 801-806 (2008)

50.    Kallen BA, Olausson PO. Maternal Drug Use in Early Pregnancy and Infant Cardiovascular Defect. 17 Reproductive Toxicology 255-261 (2003)

4

51.    Kieler H, Artama M, Engeland A, et al. Selective Serotonin Reuptake Inhibitors During Pregnancy and Risk of Persistent Pulmonary Hypertension in the Newborn: Population Based Cohort Study from the Five Nordic Countries, 344 British Medical Journal d8012 (2012)

52.    Koren G, and Nordeng HM. Selective Serotonin Reuptake Inhibitors and Malformations: Case Closed? 18(1) Semin Fetal Neonatal Med 19-22 (2013)

53.    Koren G, Nordeng H. Antidepressant Use During Pregnancy: The Benefit-Risk Ratio, 207(3) American Journal of Obstetrics and Gynecology157 (2012)

54.    Kornum JB, Nielsen RB, et al. Use of selective serotonin-reuptake inhibitors during early pregnancy and risk of congenital malformations: updated analysis.  Clin Epidemiol 2: 29-36, 2010.

55.    Kulin NA, Pastuszak A, Sage SR, et al. Pregnancy Outcome Following Maternal Use of the New Selective Serotonin Reuptake Inhibitors: A Prospective Controlled Multicenter Study, 279 JAMA 609-610 (1998)

56.    Lorenzo L, Byers B, Einarson A. Antidepressant Use in Pregnancy. 10(6) Expert Opin Drug Saf 883-889 (2011)

57.    Louik, C., A. E. Lin, et al.: First-trimester use of selective serotonin-reuptake inhibitors and the risk of birth defects. N Engl J Med 356(26): 2675-2683, (2007)

58.    Lund N, Pedersen LH, Henriksen TB. Selective Serotonin Reuptake Inhibitor Exposure In Utero and Pregnancy Outcomes, 163 Archives Pediatric & Adolescent Med. 949 (2009)

59.    Malm H, Klaukka T, Neuvonen PJ. Risks Associated with Selective Serotonin Reuptake Inhibitors in Pregnancy, 106(6) Obstetrics & Gynecology 1289-1296 (2005)

60.    Malm H, Artama M, Gissler M, Ritvanen A. Selective Serotonin Reuptake Inhibitors and Risk for Major Congenital Anomalies, 118(1) Obstetrics & Gynecology 111-120 (2011) [with Commentary by Koch, Spinelli, Pupco, and Petersen]

61.    Malm H. Prenatal Exposure to Selective Serotonin Reuptake Inhibitors and Infant Outcome. 34(6) Ther Drug Monit 607-614 (2012)

62.    Margulis AV, Abou-Ali A, Strazzeri MM, et al. Use of Selective Serotonin Reuptake Inhibitors in Pregnancy and Cardiac Malformations: A Propensity-Score Matched Cohort in CPRD. 9 Pharmacoepidemiology and Drug Safety 942-951 (2013)

63.    McDonagh, MG, Matthews, A, Phillipi, C, Romm, J, Peterson, K, Thakurta, S, Guise, J-M. Depression Drug Treatment Outcomes in Pregnancy and the Postpartum Period: A Systematic Review and Meta-Analysis. 3 Obstetrics & Gynecology 526 (2014)

64.     Merlob P, Birk E, Sirota L, et al. Are Selective Serotonin Reuptake Inhibitors Cardiac Teratogens? Echocardiographic Screening of Newborns with Persistent Heart Murmur, 85 Birth Defects Research (Part A) 837-841 (2009)

65.     Mortensen JT, Olsen J, Larsen H, Bendsen J, Abel C, Sorensen HT. Psychomotor Development in Children Exposed In Utero to Benzodiazepines, Antidepressants, Neuroleptics, and Anti-Epileptics, 18 Eur. J. Epidemiology 769-771 (2003)

66.     Myles N, Newall H, Ward H, Large M. Systematic Meta-Analysis of Individual Selective Serotonin Reuptake Inhibitor Medications and Congenital Malformations. 47(11) Australian & New Zealand Journal of Psychiatry 1002 (2013)

67.     Nielsen RE, and Damkier P. Pharmacological Treatment of Unipolar Depression During Pregnancy and Breast-Feeding—A Clinical Overview, 66(3) Nord J Psychiatry 159 (2012)

68.     Nikfar S, Rahimi R, Hendoiee N, Abdollahi M. Increasing the Risk of Spontaneous Abortion and Major Malformations in Newborns Following Use of Serotonin Reuptake Inhibitors during Pregnancy: A Systematic Review and Updated Meta-Analysis. 20(75) DARU Journal of Pharmaceutical Sciences 1 (2012)

69.     Nordeng H, van Gelder M, Spigset O, Koren G, Einarson A. Pregnancy Outcome After Exposure to Antidepressants and the Role of Maternal Depression. 32 J Clin Psychopharmacol 186-194 (2012)

70.     Nulman I, et al. Neurodevelopment of Children Exposed In Utero to Antidepressant Drugs, 336 New Eng. J. Med. 258 (1997)

71.     O'Brien L, et al. Does Paroxetine Cause Cardiac Malformations?, 30 J. Obstetrics & Gynaecology Can. 696 (2008)

72.     Oberlander TF, Warburton W, Misri S, Riggs W, Aghajanian J, Hertzman C. Major Congential Malformations Following Prenatal Exposure to Serotonin Reuptake Inhibitors and Benzodiazepines Using Population-Based Health Data, 83 Birth Defects Research (Part B) 68-76 (2008)

73.     Oberlander TF, Warburton W, Misri S, Aghajanian J, Heitzman C. Neonatal Outcomes After Prenatal Exposure to Selective Serotonin Reuptake Inhibitor Antidepressants and Maternal Depression Using Population-Based Linked Health Data, 63 Archives Gen. Psychiatry 898-906 (2006)

74.     Oberlander TF, et al. Effects of Timing and Duration of Gestational Exposure to Serotonin Reuptake Inhibitor Antidepressants:  Population-Based Study, 192 Brit. J. Psychiatry 338 (2008)

75.     Olivier JA, et al. The Effects of Maternal Depression and Maternal Selective Serotonin Reuptake Inhibitor Exposure on Offspring. 7 Frontiers in Cellular Neuroscience 73 (2013)

76.    Ornoy A, and Koren G. Selective Serotonin Reuptake Inhibitors in Human Pregnancy: On the Way to Resolving the Controversy. 19(3) Semin Fetal Neonatal Med 188 (2014)

77.    Pastuszak A, Schickboschetto B, Zuber C, et al. Pregnancy Outcome Following First-Trimester Exposure to Fluoxetine (Prozac), 269(17) JAMA 2246-2248 (1993)

78.    Paulus WE, et al. Risk of Congenital Malformations After Maternal Treatment with Sertraline in Early Pregnancy. 34 Reproductive Toxicology 149 (2012)

79.    Pedersen, LH, Henriksen TB, et al. Selective serotonin reuptake inhibitors in pregnancy and congenital malformations: population based cohort study. BMJ 339: b3569, 2009.

80.    Polen KD, et al. Association Between Reported Venlafaxine Use in Early Pregnancy and Birth Defects, National Birth Defects Prevention Study, 1997-2007. 97(1) Birth Defects Research A Clin Mol Teratol 28 (2013)

81.    Ramos E, St-Andre M, Rey E, Oraichi D, Berard A. Duration of Antidepressant Use During Pregnancy and Risk of Major Congenital Malformations, 79 Birth Defects Res. (Part A) 358 (2008)

82.    Reis M, Kallen B. Delivery Outcome After Maternal Use of the Antidepressant Drugs in Pregnancy: An Update Using Swedish Data, 40 Psychological Medicine 1723-1733 (2010)

83.    Reis M, Kallen B. Combined Use of Selective Serotonin Reuptake Inhibitors and Sedatives/Hypnotics during Pregnancy: Risk of Relatively Severe Congenital Malformations or Cardiac Defects. A Register Study. 3(2) BMJ Open e002166.doi:1136/bmjopen-2012-002166 ePublication (2013)

84.    Scialli AR. Paroxetine Exposure During Pregnancy and Cardiac Malformations, 88 Birth Defects Res. Part A 175 (2010)

85.    Simon GE, Cunningham ML, Davis RL. Outcomes of Prenatal Antidepressant Exposure, 159 Am. J. Psychiatry 2055-2061 (2002)

86.    Simoncelli M, Martin BZ, Berard A. Antidepressant Use during Pregnancy: A Critical Systematic Review of the Literature. 5 Current Drug Safety 153-170 (2010)

87.    Sivojelezova A, Shuhaiber S, Sarkissian L, Einarson A, Koren G. Citalopram Use in Pregnancy: Prospective Comparative Evaluation of Pregnancy and Fetal Outcome, 193 Am. J. Obstetrics & Gynecology 2004-2009 (2005)

88.    Stephansson O, Kieler H, Haglund B, et al. Selective Serotonin Reuptake Inhibitors During Pregnancy and Risk of Stillbirth and Infant Mortality. 309(1) JAMA 48 (January 2, 2013)

89.    Toh S,  et al. Antidepressant Use During Pregnancy and the Risk of Preterm Delivery and Fetal Growth Restriction, 29 J. Clinical Psychopharmacology 555 (2009)

90.    Tuccori M, Testi A, Antonioli L, et al. Safety Concerns Associated with the Use of Serotonin Reuptake Inhibitors and Other Serotonergic/Noradrenergic Antidepressants During Pregnancy: A Review. 21 (Theme Issue) Clinical Therapeutics 1426-1453 (2009)

91.    Tuccori M, Montagnani S, Testi A, et al. Use of Selective Serotonin Reuptake Inhibitors During Pregnancy and Risk of Major and Cardiovascular Malformations: An Update. 122 (4) Postgraduate Medicine 49-65 (2010)

92.    Udechuku A; Nguyen T; Hill R; Szego K. Antidepressants in Pregnancy: A Systemic Review, 44 Australian and New Zealand Journal of Psychiatry 978-996 (2010)

93.    Urato AC. Antidepressant Exposure in utero Is Associated with an Increased Risk of Cardiovascular Malformation. Evid Based Med ePublication 10.1136/eb-2013-101489 (Sep 19, 2013)

94.    van Gelder MM, et al. Drugs Associated with Teratogenic Mechanisms. Part II: A Literature Review of the Evidence on Human Risks. 29(1) Hum Reprod 168 (2014)

95.    Vasilakis-Scaramozza C, Aschengrau A, Cabral H, Jick SS. Antidepressant Use During Early Pregnancy and the Risk of Congenital Anomalies. 33(7) Pharmacotherapy 693-700 (2013)

96.    Wen SW, Yang QY, Garner P, et al. Selective Serotonin Reuptake Inhibitors and Adverse Pregnancy Outcomes, 194 Am. J. Obstetrics & Gynecology 961-966 (2006)

97.    Wichman CL, Moore KA, Lang TR, St Sauver JL, Heise RH, Watson WJ. Congenital Heart Disease Associated with Selective Serotonin Reuptake Inhibitor Use During Pregnancy, 84 Mayo Clinic Proc. 23-27 (2009)

98.    Wilson KL; Zelig CM; Harvey JP; Cunningham BS; Dolinsky BM; Napolitano PG. Persistent Pulmonary Hypertension of the Newborn Is Associated with Mode of Delivery and Not with Maternal Use of Selective Serotonin Reuptake Inhibitors, 28(1) Am J Perinatol 19-24 (2011)

99.    Wisner KL, et al. Pharmacologic Treatment of Depression During Pregnancy, 282 JAMA 1264 (1999)

100.   Wisner, K., D. Sit, Hanusa BH, et al. Major Depression and Antidepressant Treatment: Impact on Pregnancy and Neonatal Outcomes, 166 Am. J. Psychiatry 557-566 (2009)

101.   Wogelius P, Norgaard M, Gislum M, et al. Maternal Use of Selective Serotonin Reuptake Inhibitors and Risk of Congenital Malformations, 17 Epidemiology 701-704 (2006)

102.   Wurst KE, Poole C, Ephross SA, Olshan AF. First Trimester Paroxetine Use and the Prevalence of Congenital, Specifically Cardiac, Defects: A Meta-Analysis of Epidemiological Studies, 88 Birth Defects Res. (Part A) 159-170 (2010)

103.   Yonkers KA, et al. The Management of Depression During Pregnancy:  A Report from the American Psychiatric Association and the American College of Obstetricians and Gynecologists, 114 Obstetrics & Gynecology 703-713 (2009)

104.   Yonkers KA, et al. Antidepressant Use in Pregnant and Postpartum Women. 10 Annu Rev Clin Psychol 4.1 (2014)

105.   Zucotti GV, et al. Neonates Born to Mothers Using Antidepressant Drugs, 88Suppl2 Early Human Development S84 (2012)

**Other:**

1.   Robinson (PCCP) – Frye hearing testimony – 02/12/15-02/19/15

2.   Robinson (PCCP) – Slides used during direct examination  of Dr. Nicholas Jewell

3.   Robinson (PCCP) – Expert report of Dr. Nicholas Jewell

4.   Zoloft MDL – Expert report of Dr. Nicholas Jewell