# EXHIBIT 3

| | |
|---|---|
| **From:** | Mark Cheffo |
| **Sent:** | Sunday, August 02, 2015 11:34 AM |
| **To:** | Mark Robinson; Dianne Nast |
| **Subject:** | Zoloft |

Mark/Diane,

With respect to the documents produced yesterday, they were designated as confidential pursuant to the protective order. We do not believe that any of these documents are properly designated confidential and ask that you de-designate them. Please let me know if you will agree or if we will need to move the Court. Notably, the communications you asked for were produced to you without a confidentiality designation from us. Thanks.

Mark

Mark Cheffo
Global Co-Head of Products Liability and Mass Torts
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7073 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
markcheffo@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-
mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-
client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.