# EXHIBIT 4

| | |
|---|---|
| **From:** | Mark Cheffo |
| **To:** | Mark Robinson |
| **Subject:** | Zoloft |
| **Date:** | Friday, August 07, 2015 1:21:05 PM |

Mark,

I asked if Plaintiffs would agree to de-designate some or all of the materials produced to us regarding communications with authors, etc. You were going to confer with the PSC and get back to me. Can you please let me know what the position is? Thx

Mark

**Mark Cheffo**
*Partner*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7073 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
markcheffo@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.