# EXHIBIT 9

\\slonefp1\vol1\USERS\CLOUIK\analyses\ssris\definitive ssri analysis\final analyses for paper.spo

```
comment ADJUSTED ODDS RATIOS .

logistic regression var=septout
 with zolonlyt1 rage cntryr rbmi reduc rpar szr diab hbp smoke alcohol infert rr
   ace faany fat1 rel1hx relany
 /categorical=zolonlyt1 rage cntryr rbmi reduc rpar szr diab hbp smoke alcohol i
   nfert rrace faany fat1 rel1hx relany
    /contrast (zolonlyt1)=indicator(2)
   /contrast (rage) = indicator(1)
  /contrast (cntryr)=indicator(4)
  /contrast (rbmi) = indicator(2)
  /contrast (reduc) = indicator(2)
  /contrast (rpar) = indicator(1)
  /contrast (szr) = indicator(2)
  /contrast (diab) = indicator(2)
  /contrast (hbp) = indicator(2)
  /contrast (smoke) = indicator(1)
  /contrast (alcohol) = indicator(1)
  /contrast (infert) = indicator(3)
  /contrast (rrace) = indicator(1)
  /contrast (faany) = indicator(2)
  /contrast (fat1) = indicator(2)
  /contrast (rel1hx) = indicator(2)
 /contrast (relany) = indicator(2)
 /print=ci(95).
```

## Logistic Regression

**Case Processing Summary**

| Unweighted Cases[a] | | N | Percent |
|---|---|---|---|
| Selected Cases | Included in Analysis | 6212 | 39.5 |
| | Missing Cases | 9497 | 60.5 |
| | Total | 15709 | 100.0 |
| Unselected Cases | | 0 | .0 |
| Total | | 15709 | 100.0 |

a. If weight is in effect, see classification table for the total number of cases.

\\slonefp1\vol1\USERS\CLOUIK\analyses\ssris\definitive ssri analysis\final analyses for paper.spo

**Dependent Variable Encoding**

| Original Value | Internal Value |
|---|---|
| .00 | 0 |
| 1.00 | 1 |

**Categorical Variables Codings**

| | | Frequency | Parameter coding (1) | (2) | (3) | (4) | (5) | (6) | (7) |
|---|---|---|---|---|---|---|---|---|---|
| cntryr | 1.00 boston early | 321 | 1.000 | .000 | .000 | .000 | .000 | .000 | .000 |
| | 2.00 phil early | 225 | .000 | 1.000 | .000 | .000 | .000 | .000 | .000 |
| | 3.00 toronto early | 415 | .000 | .000 | 1.000 | .000 | .000 | .000 | .000 |
| | 4.00 boston late | 2883 | .000 | .000 | .000 | .000 | .000 | .000 | .000 |
| | 5.00 phil late | 1054 | .000 | .000 | .000 | 1.000 | .000 | .000 | .000 |
| | 6.00 toronto late | 766 | .000 | .000 | .000 | .000 | 1.000 | .000 | .000 |
| | 7.00 san diego | 489 | .000 | .000 | .000 | .000 | .000 | 1.000 | .000 |
| | 8.00 ny & mi | 59 | .000 | .000 | .000 | .000 | .000 | .000 | 1.000 |
| rage | 1.00 lt 25 | 1198 | .000 | .000 | .000 | | | | |
| | 2.00 25-29 | 1650 | 1.000 | .000 | .000 | | | | |
| | 3.00 30-34 | 2243 | .000 | 1.000 | .000 | | | | |
| | 4.00 35+ | 1121 | .000 | .000 | 1.000 | | | | |
| rbmi | 1.00 underweight | 312 | 1.000 | .000 | .000 | | | | |
| | 2.00 normal | 3909 | .000 | .000 | .000 | | | | |
| | 3.00 overweight | 1254 | .000 | 1.000 | .000 | | | | |
| | 4.00 obese | 737 | .000 | .000 | 1.000 | | | | |
| rrace | 1.00 white | 4839 | .000 | .000 | .000 | | | | |
| | 2.00 black | 419 | 1.000 | .000 | .000 | | | | |
| | 3.00 hispanic | 665 | .000 | 1.000 | .000 | | | | |
| | 4.00 Asian, Pacific Islander | 289 | .000 | .000 | 1.000 | | | | |
| infert | 1.00 treated | 431 | 1.000 | .000 | | | | | |
| | 2.00 untreated | 211 | .000 | 1.000 | | | | | |
| | 3.00 not infertile | 5570 | .000 | .000 | | | | | |

\\slonefp1\vol1\USERS\CLOUIK\analyses\ssris\definitive ssri analysis\final analyses for paper.spo

**Categorical Variables Codings**

|  |  | Frequency | \multicolumn{7}{c}{Parameter coding} |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  | (1) | (2) | (3) | (4) | (5) | (6) | (7) |
| alcohol | 1.00 never | 2525 | .000 | .000 |  |  |  |  |  |
|  | 2.00 before preg | 2942 | 1.000 | .000 |  |  |  |  |  |
|  | 3.00 during preg | 745 | .000 | 1.000 |  |  |  |  |  |
| smoke | 1.00 never | 3520 | .000 | .000 |  |  |  |  |  |
|  | 2.00 before preg | 1564 | 1.000 | .000 |  |  |  |  |  |
|  | 3.00 during preg | 1128 | .000 | 1.000 |  |  |  |  |  |
| reduc | 1.00 lt hs | 481 | 1.000 | .000 |  |  |  |  |  |
|  | 2.00 hs | 1176 | .000 | .000 |  |  |  |  |  |
|  | 3.00 some college+ | 4555 | .000 | 1.000 |  |  |  |  |  |
| rpar parity | 1.00 1 | 1918 | .000 | .000 |  |  |  |  |  |
|  | 2.00 2 | 1987 | 1.000 | .000 |  |  |  |  |  |
|  | 3.00 3+ | 2307 | .000 | 1.000 |  |  |  |  |  |
| relany | 1.00 | 1744 | 1.000 |  |  |  |  |  |  |
|  | 2.00 | 4468 | .000 |  |  |  |  |  |  |
| szr | 1.00 | 29 | 1.000 |  |  |  |  |  |  |
|  | 2.00 | 6183 | .000 |  |  |  |  |  |  |
| diab | 1.00 | 311 | 1.000 |  |  |  |  |  |  |
|  | 2.00 | 5901 | .000 |  |  |  |  |  |  |
| rel1hx | 1.00 | 755 | 1.000 |  |  |  |  |  |  |
|  | 2.00 | 5457 | .000 |  |  |  |  |  |  |
| fat1  facEXP2 | 1 | 5815 | 1.000 |  |  |  |  |  |  |
|  | 2 | 397 | .000 |  |  |  |  |  |  |
| faany  facEXP1 | 1 | 5989 | 1.000 |  |  |  |  |  |  |
|  | 2 | 223 | .000 |  |  |  |  |  |  |
| hbp | 1.00 | 612 | 1.000 |  |  |  |  |  |  |
|  | 2.00 | 5600 | .000 |  |  |  |  |  |  |
| zolonlyt1 | 1.00 | 54 | 1.000 |  |  |  |  |  |  |
|  | 2.00 | 6158 | .000 |  |  |  |  |  |  |

## Block 0: Beginning Block

7/27/2015 3:18:27 PM  3

\\slonefp1\vol1\USERS\CLOUIK\analyses\ssris\definitive ssri analysis\final analyses for paper.spo

**Classification Table[a,b]**

|  |  |  | Predicted | | |
|---|---|---|---|---|---|
|  |  |  | septout | | Percentage |
|  | Observed |  | .00 | 1.00 | Correct |
| Step 0 | septout | .00 | 5209 | 0 | 100.0 |
|  |  | 1.00 | 1003 | 0 | .0 |
|  | Overall Percentage |  |  |  | 83.9 |

a. Constant is included in the model.
b. The cut value is .500

**Variables in the Equation**

|  |  | B | S.E. | Wald | df | Sig. | Exp(B) |
|---|---|---|---|---|---|---|---|
| Step 0 | Constant | -1.647 | .034 | 2282.538 | 1 | .000 | .193 |

**Variables not in the Equation**

|  |  |  | Score | df | Sig. |
|---|---|---|---|---|---|
| Step 0 | Variables | zolonlyt1(1) | 1.485 | 1 | .223 |
|  |  | rage | 3.260 | 3 | .353 |
|  |  | rage(1) | .450 | 1 | .503 |
|  |  | rage(2) | .762 | 1 | .383 |
|  |  | rage(3) | 1.157 | 1 | .282 |
|  |  | cntryr | 542.192 | 7 | .000 |
|  |  | cntryr(1) | 35.351 | 1 | .000 |
|  |  | cntryr(2) | 5.469 | 1 | .019 |
|  |  | cntryr(3) | 16.032 | 1 | .000 |
|  |  | cntryr(4) | 237.685 | 1 | .000 |
|  |  | cntryr(5) | 28.968 | 1 | .000 |
|  |  | cntryr(6) | 2.379 | 1 | .123 |

7/27/2015 3:18:27 PM   4

\\slonefp1\vol1\USERS\CLOUIK\analyses\ssris\definitive ssri analysis\final analyses for paper.spo

**Variables not in the Equation**

|  |  |  | Score | df | Sig. |
|---|---|---|---|---|---|
| Step 0 | Variables | cntryr(7) | 5.297 | 1 | .021 |
|  |  | rbmi | 24.976 | 3 | .000 |
|  |  | rbmi(1) | .172 | 1 | .679 |
|  |  | rbmi(2) | .309 | 1 | .578 |
|  |  | rbmi(3) | 24.063 | 1 | .000 |
|  |  | reduc | 15.539 | 2 | .000 |
|  |  | reduc(1) | 4.442 | 1 | .035 |
|  |  | reduc(2) | 15.477 | 1 | .000 |
|  |  | rpar | 1.081 | 2 | .583 |
|  |  | rpar(1) | .528 | 1 | .468 |
|  |  | rpar(2) | .062 | 1 | .803 |
|  |  | szr(1) | 1.841 | 1 | .175 |
|  |  | diab(1) | 30.252 | 1 | .000 |
|  |  | hbp(1) | 3.954 | 1 | .047 |
|  |  | smoke | 6.117 | 2 | .047 |
|  |  | smoke(1) | 2.166 | 1 | .141 |
|  |  | smoke(2) | 5.355 | 1 | .021 |
|  |  | alcohol | 33.507 | 2 | .000 |
|  |  | alcohol(1) | 22.720 | 1 | .000 |
|  |  | alcohol(2) | 22.520 | 1 | .000 |
|  |  | infert | 2.413 | 2 | .299 |
|  |  | infert(1) | 2.397 | 1 | .122 |
|  |  | infert(2) | .041 | 1 | .839 |
|  |  | rrace | 4.454 | 3 | .216 |
|  |  | rrace(1) | 3.891 | 1 | .049 |
|  |  | rrace(2) | .266 | 1 | .606 |
|  |  | rrace(3) | .190 | 1 | .663 |
|  |  | faany(1) | 2.195 | 1 | .138 |
|  |  | fat1(1) | 5.676 | 1 | .017 |
|  |  | rel1hx(1) | 11.472 | 1 | .001 |
|  |  | relany(1) | 8.687 | 1 | .003 |
|  | Overall Statistics |  | 625.457 | 34 | .000 |

\\slonefp1\vol1\USERS\CLOUIK\analyses\ssris\definitive ssri analysis\final analyses for paper.spo

## Block 1: Method = Enter

**Omnibus Tests of Model Coefficients**

|        |       | Chi-square | df | Sig. |
|--------|-------|-----------:|---:|-----:|
| Step 1 | Step  | 662.243    | 34 | .000 |
|        | Block | 662.243    | 34 | .000 |
|        | Model | 662.243    | 34 | .000 |

**Model Summary**

| Step | -2 Log likelihood | Cox & Snell R Square | Nagelkerke R Square |
|------|------------------:|---------------------:|--------------------:|
| 1    | 4830.231[a]       | .101                 | .172                |

a. Estimation terminated at iteration number 6 because parameter estimates changed by less than .001.

**Classification Table[a]**

|        |          |       | Predicted |       |            |
|--------|----------|-------|-----------|-------|------------|
|        |          |       | septout   |       | Percentage |
|        | Observed |       | .00       | 1.00  | Correct    |
| Step 1 | septout  | .00   | 5185      | 24    | 99.5       |
|        |          | 1.00  | 981       | 22    | 2.2        |
|        | Overall Percentage |    |           |       | 83.8       |

a. The cut value is .500

\\slonefp1\vol1\USERS\CLOUIK\analyses\ssris\definitive ssri analysis\final analyses for paper.spo

**Variables in the Equation**

|  |  | B | S.E. | Wald | df | Sig. | Exp(B) | 95.0% C.I.for EXP(B) Lower | Upper |
|---|---|---|---|---|---|---|---|---|---|
| Step 1[a] | zolonlyt1(1) | .686 | .360 | 3.643 | 1 | .056 | 1.986 | .982 | 4.019 |
|  | rage |  |  | .114 | 3 | .990 |  |  |  |
|  | rage(1) | .024 | .118 | .041 | 1 | .840 | 1.024 | .813 | 1.289 |
|  | rage(2) | .040 | .120 | .108 | 1 | .742 | 1.040 | .822 | 1.316 |
|  | rage(3) | .037 | .140 | .069 | 1 | .793 | 1.037 | .789 | 1.364 |
|  | cntryr |  |  | 431.653 | 7 | .000 |  |  |  |
|  | cntryr(1) | 2.026 | .174 | 135.611 | 1 | .000 | 7.585 | 5.393 | 10.667 |
|  | cntryr(2) | 1.645 | .207 | 63.092 | 1 | .000 | 5.179 | 3.452 | 7.772 |
|  | cntryr(3) | 1.784 | .165 | 117.491 | 1 | .000 | 5.953 | 4.312 | 8.219 |
|  | cntryr(4) | 2.168 | .110 | 392.049 | 1 | .000 | 8.744 | 7.055 | 10.837 |
|  | cntryr(5) | 1.810 | .123 | 215.058 | 1 | .000 | 6.110 | 4.797 | 7.781 |
|  | cntryr(6) | 1.446 | .150 | 92.834 | 1 | .000 | 4.248 | 3.165 | 5.701 |
|  | cntryr(7) | 1.939 | .312 | 38.726 | 1 | .000 | 6.955 | 3.776 | 12.811 |
|  | rbmi |  |  | 10.172 | 3 | .017 |  |  |  |
|  | rbmi(1) | .006 | .167 | .001 | 1 | .973 | 1.006 | .725 | 1.394 |
|  | rbmi(2) | -.022 | .096 | .054 | 1 | .815 | .978 | .811 | 1.179 |
|  | rbmi(3) | .333 | .110 | 9.111 | 1 | .003 | 1.396 | 1.124 | 1.733 |
|  | reduc |  |  | 5.903 | 2 | .052 |  |  |  |
|  | reduc(1) | .026 | .151 | .030 | 1 | .863 | 1.027 | .763 | 1.381 |
|  | reduc(2) | -.218 | .098 | 4.885 | 1 | .027 | .805 | .663 | .976 |
|  | rpar |  |  | 3.988 | 2 | .136 |  |  |  |
|  | rpar(1) | -.169 | .094 | 3.222 | 1 | .073 | .844 | .702 | 1.016 |
|  | rpar(2) | -.165 | .097 | 2.909 | 1 | .088 | .848 | .702 | 1.025 |
|  | szr(1) | -1.171 | .751 | 2.430 | 1 | .119 | .310 | .071 | 1.352 |
|  | diab(1) | .720 | .147 | 23.992 | 1 | .000 | 2.054 | 1.540 | 2.740 |
|  | hbp(1) | .114 | .119 | .923 | 1 | .337 | 1.121 | .888 | 1.415 |
|  | smoke |  |  | .689 | 2 | .708 |  |  |  |
|  | smoke(1) | -.041 | .092 | .197 | 1 | .657 | .960 | .801 | 1.150 |
|  | smoke(2) | .053 | .101 | .275 | 1 | .600 | 1.054 | .865 | 1.284 |
|  | alcohol |  |  | 1.314 | 2 | .518 |  |  |  |
|  | alcohol(1) | -.096 | .088 | 1.209 | 1 | .272 | .908 | .765 | 1.078 |

\\slonefp1\vol1\USERS\CLOUIK\analyses\ssris\definitive ssri analysis\final analyses for paper.spo

**Variables in the Equation**

|  |  | B | S.E. | Wald | df | Sig. | Exp(B) | 95.0% C.I.for EXP(B) Lower | Upper |
|---|---|---|---|---|---|---|---|---|---|
| Step 1[a] | alcohol(2) | -.017 | .147 | .013 | 1 | .910 | .983 | .737 | 1.312 |
|  | infert |  |  | 4.372 | 2 | .112 |  |  |  |
|  | infert(1) | .295 | .142 | 4.306 | 1 | .038 | 1.343 | 1.016 | 1.774 |
|  | infert(2) | .085 | .207 | .169 | 1 | .681 | 1.089 | .726 | 1.633 |
|  | rrace |  |  | 2.474 | 3 | .480 |  |  |  |
|  | rrace(1) | -.180 | .149 | 1.461 | 1 | .227 | .835 | .624 | 1.118 |
|  | rrace(2) | .094 | .136 | .485 | 1 | .486 | 1.099 | .843 | 1.434 |
|  | rrace(3) | -.046 | .184 | .062 | 1 | .804 | .955 | .665 | 1.371 |
|  | faany(1) | .151 | .264 | .327 | 1 | .568 | 1.163 | .693 | 1.952 |
|  | fat1(1) | -.163 | .202 | .654 | 1 | .419 | .849 | .572 | 1.262 |
|  | rel1hx(1) | .250 | .133 | 3.505 | 1 | .061 | 1.283 | .988 | 1.667 |
|  | relany(1) | .172 | .101 | 2.886 | 1 | .089 | 1.188 | .974 | 1.449 |
|  | Constant | -2.856 | .242 | 139.598 | 1 | .000 | .058 |  |  |

a. Variable(s) entered on step 1: zolonlyt1, rage, cntryr, rbmi, reduc, rpar, szr, diab, hbp, smoke, alcohol, infert, rrace, faany, fat1, rel1hx, relany.