```
 1                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF PENNSYLVANIA
 2

 3    IN RE:                      )   2:12-md-02342-CMR
                                  )
 4    ZOLOFT (SERTRALINE          )   September 1, 2015
      HYDROCHLORIDE) PRODUCTS     )
 5    LIABILITY LITIGATION        )   10:34 a.m.-3:27 p.m.
      J. RETTENMAIER USA LP       )   Philadelphia, PA
 6

 7                        DAUBERT HEARING
            BEFORE THE HONORABLE CYNTHIA M. RUFE
 8

 9    APPEARANCES:

10    Plaintiff's Steering      DIANNE NAST, ESQ.
      Committee Co-Lead         Rodanast P.C.
11    Counsel:                  801 Estelle Drive
                                Lancaster, PA  17601
12
                                JOSEPH ZONIES, ESQ.
13                              STEPHEN CORR, ESQ.
                                SEAN TRACEY, ESQ.
14
      Defendants' Lead and      MARK CHEFFO, ESQ.
15    Liaison Counsel:          Skadden Arps Slate Meagher &
                                Flom LLP
16                              Four Times Square
                                New York, NY  10036
17
      ESR Operator:             ERICA PRATT
18

19

20

21

22

23          Veritext National Court Reporting Company
                        Mid-Atlantic Region
24            1801 Market Street - Suite 1800
                    Philadelphia, PA 19103
25                      1-888-777-6690
```

Page 2

1                        I N D E X

2     Opening Statements:                        PAGE

3       By Mr. Cheffo                             5

4       By Mr. Zonies                             66

5     WITNESS              DIRECT    CROSS  REDIRECT  RECROSS

6     Nicholas Jewell      117

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S
 2               THE CLERK:  All rise.
 3          (Call to Court)
 4               THE COURT:  Good morning, everyone.
 5               ALL:  Good morning, Your Honor.
 6               THE COURT:  Please be seated.  I see
 7     the courtroom is ready for the Daubert hearings that
 8     we continued to today.  I would like to address two
 9     matters prior to us hearing statements --
10               UNIDENTIFIED:  Your Honor, I just want
11     to apologize in advance.  Two of our members, Brian
12     Alstruck (ph) and his partner, Jace Smith (ph) were
13     held up at the airport, they'll be late, but they'll
14     be here.
15               THE COURT:  Do you need them to start?
16               UNIDENTIFIED:  No.
17               THE COURT:  Counsel, there are some
18     matters to address before we actually get on with the
19     hearing, which I hope will be any moment now.
20               Is there somebody on the phone?
21               UNIDENTIFIED:  No, I was checking it.
22               THE COURT:  All right.  That's one.
23               UNIDENTIFIED:  (indiscernible) by Mr.
24     Zonies.
25               MR. ZONIES:  It wasn't me, I swear.
```

 1                    THE COURT:  All right.  Let me clarify.

 2    Is there any pending Daubert issue related to Robert

 3    Gibbens (ph)?  I thought it was resolved, I just want

 4    this here on the record.

 5                    MR. CHEFFO:  Our understanding is it's

 6    been resolved, Your Honor.

 7                    MR. ZONIES:  Your Honor, our

 8    understanding is that Dr. Gibbens has been pulled down

 9    as an expert and therefore the Daubert motion would be

10    moot or Your Honor just could grant it, which we'd be

11    happy with as well, but assuming it's --

12                    THE COURT:  Then there won't be any

13    testimony on Mr. Gibbens' report.

14                    Then putting that aside, I would like

15    to address the motion that was filed to de-designate

16    documents, and I wanted to give each side a brief

17    opportunity to address it.  There are voluminous

18    papers filed here, and many, many, many documents

19    attached to those.

20                    And I understand that when a motion to

21    de-designate documents that have been labeled

22    confidential under our system in the MDL, the PTO No.

23    8 would control, but that is subject to evaluation and

24    analysis.

25                    The burden would be on the party that

1    has declared certain documents or evidence to be

2    confidential to show why it is so, and as far as I can

3    read, there's no claim of attorney/client privilege or

4    work product.

5                    So we're talking about a number of e-

6    mails, many of which are hearsay, and they would never

7    make it into evidence.  So I'm wondering why I have to

8    deal with that at all.

9                    Those are accompanied by some that are

10   not at issue.  Dr. Kimmel (ph) and the study authors

11   and Sandra Greenfield and Luac (ph) study authors,

12   they are not at issue.  So we're really talking about

13   a smaller subset.  And I'd like to know if this is

14   still an issue between the parties, because otherwise

15   ruling en masse to all the e-mails that may be at

16   issue seems to me superfluous, unnecessary and if it's

17   not going to be admissible in this litigation, then

18   it's also moot.

19                    So, Mr. Cheffo, you filed the motion.

20                    MR. CHEFFO:  Yes, Your Honor.  Just let

21   me say this, and I'll try to address all those

22   questions.

23                    First I would say for the purposes of

24   this hearing, it shouldn't impact.  That was from our

25   perspective.  So in other words, you know, to the

1    extent -- this isn't something that we think Your

2    Honor has to make kind of a snap decision or rule on

3    with respect to these issues.

4              Basically our argument, and I don't

5    think that there's that many documents here, all

6    right, so we haven't looked at this as kind of an en

7    masse approach.

8              Really what happened was, you'll recall

9    from the last hearing, the plaintiffs seem to take

10   some issue with respect to certain contacts with study

11   authors that resulted from Dr. Kimmel, you know,

12   basically told the Luac authors, I am a consultant for

13   the plaintiffs, we have that information, we've given

14   that e-mail.

15             We then essentially said, you know,

16   goose/gander rule, you know, have you had contacts

17   with respect to the experts and the plaintiffs then

18   produced that information to us.  And our view is,

19   when we provided those communications between Dr.

20   Kimmel and others to the extent that they were there,

21   including I think there may have been a lawyer request

22   to certain experts for information.  We just produced

23   that information without labeling it confidential.

24             So quite simply our kind of view is we

25   didn't see the distinction.  These were -- there was

1    no work product, there was no privileged claim.  These

2    were e-mails that were sent to either consulting

3    experts or non-parties or folks who may have been

4    retained and they addressed specifically the issues

5    here.

6              So the plaintiffs having asked for this

7    information, in fact, subpoenaed most of these

8    documents.  They were the ones who issued the subpoena

9    to Boston University for the Luac documents.  They

10   then produced them, and we basically just said, it was

11   not clear to us as to -- if there was no privilege, no

12   work product, why these would be confidential.  And

13   they are frankly a very limited number of documents,

14   and they're only the documents that were really

15   produced following the last hearing.

16             So that's really what this is about.

17   Now, to the extent that they may have issues in terms

18   of hearsay or admissibility, you know, that's

19   certainly a fair point in terms of the trial.  But, of

20   course, as Your Honor knows, it depends on how things

21   can be used, experts can often rely on issues of

22   hearsay that may not otherwise pass muster on certain

23   of the evidentiary rules.

24             These are all issues that Your Honor

25   will certainly address if and when we ever get to a

```
 1    trial, and we appreciate that.  And that's frankly
 2    true for, you know, probably a lot of the millions of
 3    documents that both sides have produced.
 4                 So I guess in sum, we have not taken --
 5    we don't think or didn't mean to take kind of
 6    scattered shot or shotgun approach to it because there
 7    is a goose/gander rule.  We're not trying to get into
 8    documents that we think were legitimately
 9    characterized as confidential.  These are documents
10    that really we didn't understand what the basis would
11    be, because no privilege, no work product, third
12    parties.  These are folks who really there was no
13    expectation of confidentiality or privacy.
14                 THE COURT:  All right.  Thank you.  And
15    I will ask for the PSE's response.  Mr. Robinson.
16                 MR. ROBINSON:  Good morning, Your
17    Honor.
18                 THE COURT:  Good morning.
19                 MR. ROBINSON:  You know, I agree, Your
20    Honor, with Mr. Cheffo, that I think if at all,
21    there's just a few documents that may be work product,
22    and I think we need to argue that with you under your
23    PTO.  But I don't -- I think at this point -- now, if
24    a document came into evidence and was allotted
25    evidence then obviously it would not be protected.
```

1            But there was a similar motion made by

2    the defense on documents that they said was -- they

3    gave it to us, but they said they were confidential.

4    And I think it was RR-8, No. 8, report and

5    recommendation No. 8.

6                    THE COURT:  Right.

7                    MR. ROBINSON:  The Court ruled that --

8                    THE COURT:  Affirmed without objection

9    by PTO-8.

10                   MR. ROBINSON:  Yes, Your Honor.  And so

11   we're basically at this point objecting to some

12   documents, and we've laid it out in our brief, but I

13   do think that it's something we can talk to Mr. Cheffo

14   about and it's something we can do later.

15                   THE COURT:  If it comes up in this

16   litigation, I think -- I'll take that right now and

17   put together what each counsel are telling me, that it

18   isn't all of the e-mails you had me review.  It is a

19   few that may be relevant to some and admissible

20   pursuant to some Federal Rule of Evidence.  And I

21   would prefer to take those few as they arise, rule on

22   them in the context of confidentiality as well as

23   pursuant to PTO-8 as well as admissibility in this

24   proceeding.  And I'm not thinking about a trial, I'm

25   thinking about this proceeding.

1              And until I hear the context, it may or

2    may not be permitted.  And I would prefer to do it

3    that way instead of ruling en masse that this is or is

4    not like the ruling we made previously concerning

5    Pfizer's internal e-mails, which were not part of the

6    litigation.  That's how we ruled, there was no

7    objection to it.

8              So let's see where this goes, but there

9    are so many, what I consider to be superfluous and

10   also a side trial and a side hearing, and while

11   they're interesting, I don't think they belong here.

12   I don't think they'll get into evidence.

13             So you decide what you really want to

14   use, each side, and we will address that as it comes

15   up in this hearing this week.  And then I'll rule on

16   those.  But I won't rule, Mr. Cheffo, on your motion

17   en masse.

18             MR. CHEFFO:  Understood, Your Honor.

19             THE COURT:  Because there's too many e-

20   mails on each side that are presented.  And while

21   you've asked for those, in reference to Dr. Brerard

22   (ph) and Shae Shaver (ph) and Dr. Jewell primarily,

23   and between Dr. Jewell and study authors, Huberts (ph)

24   and Luac, and I think the third category was Shaver

25   and study authors Jiminea Solom and Hubrix (ph), we'll

1    address those as they become relevant.  All right?

2    And we'll leave that there, and let's go on with the

3    actual hearing and testimony.

4              Do you need to make an opening

5    statement?

6              MR. CHEFFO:  Yes, Your Honor, I would

7    like to do that.

8              THE COURT:  Proceed.

9              MR. CHEFFO:  Thank you.  I have a few

10   extra copies of the slides.  I'll give one actually to

11   you.

12             THE COURT:  I made space.

13             MR. CHEFFO:  So just before I do start,

14   there may be a document or two in this presentation, I

15   guess because the opening is not technically evidence,

16   we can -- you know, however Your Honor wants to deal

17   with it, defer on those documents ultimately --

18             THE COURT:  Defer, please.

19             MR. CHEFFO:  -- later about whether you

20   want, but there's not a lot of them, but I may be

21   referencing one or two of those documents.

22             THE COURT:  All right.

23             MR. CHEFFO:  Well, with that, Your

24   Honor, thank you very much as always for providing us

25   with the time to address these important issues.  I'm

1    going to be presenting the opening statement for

2    Pfizer.  You'll recall Pam Yates, Ms. Yates and I will

3    be conducting the hearing with as usual a little help

4    from our friends.

5              This is not the first Daubert hearing

6    in this MDL.  As Your Honor knows, we had a 7-day

7    Daubert hearing last April it was, and the Court

8    excluded Dr. Brerard's opinions in their entirety

9    because she used novel and unreliable methods.

10             Plaintiffs then, as Your Honor will

11   recall, moved for reconsideration.  They argued that

12   the decision was contrary to the Supreme Court and

13   Third Circuit precedent, and Your Honor gave both

14   parties -- both sides a full and fair opportunity to

15   address those issues and deny the reconsideration

16   motion and reaffirmed the decision with respect to Dr.

17   Brerard.

18             After that, Plaintiffs moved to allow

19   them to replace Dr. Brerard with Dr. Jewell, and they

20   told the Court a number of things.  They said Dr.

21   Jewell applied different methodology than Dr. Brerard.

22   That they were focused only on cardiac birth defects,

23   and they suggested at the time that the science was

24   changing substantially in plaintiff's favor, and we'll

25   talk about that today.

1              We believe, Your Honor, that Dr.

2    Jewell's testimony fairs no better than Dr. Brerard.

3    His opinion said all cardiac defects are caused by --

4    can be caused by Zoloft or plagued by a constellation

5    of mythological errors including many of the same

6    errors and flaws that Your Honor identified with

7    respect to Dr. Brerard.

8              Moreover, since -- and I think you'll

9    see today, since last year's Daubert hearing, since

10   that April hearing, the science has become even

11   stronger in demonstrating a lack of causal

12   relationship between Zoloft and birth defects.

13             And what was true then is true now,

14   which is that there is no regulatory agency, there is

15   no professional organization, no peer review treatise

16   or no study that has concluded that Zoloft causes

17   cardiac birth defects.  The only people who make that

18   claim are plaintiff's counsel and their experts.

19             Now, let me give the Court a little bit

20   of a road map.  The first issue that we will address

21   and there's going to be five main topics, is the new

22   science since last year's Daubert hearing.  There have

23   been no replicated, statistically significant

24   associations of cardiac defects with Zoloft.  That's

25   the kind of headline.

1            The second topic is Dr. Jewell's lack

2     of qualifications to offer a causation opinion here.

3     As Your Honor certainly knows well, Dr. Jewell is a

4     statistician, he's qualified to crunch numbers and

5     deal with those issues.  Our challenge here is his

6     causation opinions.  He's not a medical doctor, he

7     didn't consult with an expert in cardiology in forming

8     his opinions.

9            The third topic we're going to be

10    dealing with is Dr. Jewell's improper application of

11    the generally accepted methods and what we believe is

12    a torturing of the existing peer review data.  And he

13    opines only on cardiovascular birth defects overall.

14    There's no recognition of the heterogeneity between

15    cardiac defects.

16            He disregards the requirements as

17    you'll see for replication, he improperly relies on

18    non-significant trends, he fails to account for

19    confounding, and he conducts what we believe is a

20    litigation re-analysis of peer reviewed accepted

21    epidemiological data.

22            The fourth topic is situational

23    science.  That's essentially taking different

24    approaches and applying different methodologies

25    depending on a required outcome, even in situations

1     where one would expect an expert to follow the same

2     methodology, and you're going to see that with respect

3     to some of the approaches that Dr. Jewell has taken

4     here and in the Prozac litigation.

5                    And you'll see why the plaintiffs

6     fought so hard to keep us and Your Honor from seeing

7     his report in the Prozac litigation.

8                    And finally the fifth topic is really a

9     cherry picking and misrepresentation of Pfizer Company

10    documents and we're going to hope to do is putting

11    context and certainly give Your Honor a complete

12    picture of the documents that Dr. Jewell has

13    referenced in his report.

14                   Now, we know that Your Honor, perhaps

15    more than many courts is fully aware of Daubert and

16    the Daubert standard, so I'm going to spend this much

17    time talking about the law and Daubert issues.

18                   The only thing I would highlight are

19    really two I think principles or concepts from the

20    case law.  This is from the Third Circuit, the Paoli

21    case.  Any step that renders an expert's analysis

22    unreliable renders the expert's testimony

23    inadmissible, and where an expert completely changes

24    or misapplies the correct methodology his testimony is

25    inadmissible.

1            And also while general acceptance, we

2    realize and recognize it's not a required kind of

3    foundational or fundamental aspect of Daubert, it

4    remains an important consideration under Daubert and

5    we know that from the Daubert decision itself.

6            The theory that has been able to

7    attract only minimal support within the community may

8    properly be viewed with skepticism.

9            So this next chart is really where we

10   left off, and many of those names I'm sure will be

11   very familiar to Your Honor.  And here, the data then

12   as it does now, did not demonstrate that Zoloft is the

13   cause of cardiac birth defects.

14           The scientific medical community then

15   and now agree that a causal relationship did not exist

16   between Zoloft and birth defects.  So let's just

17   highlight a little bit where we were very briefly back

18   prior to the last hearing.

19           Your Honor will recall OTIS, which is

20   the Organization of Teratology Information

21   Specialists, OTIS determined that the available

22   information does not suggest that Zoloft increases the

23   risks for birth defects above the background rate.

24   The Lorenzo peer reviewed published paper, there's no

25   evidence that Zoloft increases the risk of major

1    malformations.

2                Miles, a particular important meta-

3    analysis that we'll talk about today and I think

4    throughout this hearing, Zoloft is not significantly

5    associated with congenital malformations.

6                But since last year's Daubert hearing,

7    there's been perhaps even a surprising and

8    overwhelming amount of information and science that's

9    become available, and it's become stronger in

10   essentially ratifying all of those determinations and

11   all of those findings from 2007 on.

12               You can see on the right-hand side,

13   what we've put in kind of blue and black, that's just

14   the new kind of science and position statements that

15   have come out since Your Honor's last hearing.  And

16   what you'll see is that there are no replicates

17   statistically significant associations of cardiac

18   defects with Zoloft.  We would expect to see that if

19   there were.

20               Now, just to take a second on this,

21   there's only so many organizations that we can't all

22   fit them on the slide here.  This is just since the

23   last Daubert hearing.  And these are the consensus.

24   The scientific consensus with essentially Dr. Jewell

25   on one side, and all of these organizations looking,

1    trying to find the answers with respect to these

2    specific and very important issues, and Dr. Jewell

3    clearly stands alone in contrast to these

4    organizations.

5                     Now, let's talk about the new data.  So

6    Bond, they reported no statistically significant

7    association or cardiac defects with Zoloft.  The

8    evidence to disfavor certain SSRIs regarding

9    teratogenicity remains weak and they all seem largely

10   safe.

11                    American Heart Association, it issued a

12   scientific statement in 2014, in which it concluded

13   that there is no increased risk to congenital heart

14   defects associated with the use of most SSRIs.  It did

15   say although Paxil, not Zoloft, may be an exception.

16                    And we have Hibrex (ph).  Hibrex is a

17   really important study for a number of reasons.  First

18   of all, it's Harvard researchers published in the New

19   England Journal of Medicine, very recent, and it's a

20   massive study, the largest study done to date, almost

21   950,000 women of which 14,000 were exposed to Zoloft.

22                    These authors developed a three step

23   process to control by indication, as Your Honor is

24   probably aware.  These processes and these steps are

25   not done after people know the data.  They kind of had

1    an approach, they formulate it, and then they applied

2    that once they had the information.

3                    And also, you know, certainly as Your

4    Honor has seen through this and probably other

5    hearings, early studies and early information

6    important, no one is suggesting that we shouldn't look

7    at them.  But as studies develop we know that often

8    they become more powered, and what happens is study

9    authors like the Hibrex authors, like the Jiminea

10   Solom authors try to identify what were perhaps

11   weaknesses or shortcomings in prior literature, so

12   they can design and devise studies and -- with a

13   methodology to address these issues.

14                   And that's what the Hibrex folks did.

15   And what did they find?  They found no statistically

16   significant associations between Zoloft and any

17   cardiac malformation, right ventricular outflow track

18   obstruction, VSD or other cardiac defects.

19                   They found that there's no

20   significantly increased risks were observed with

21   respect to specific cardiac defects previously, and

22   this is important, hypothesized, previously

23   hypothesized, not proven to be associated with SSRIs.

24                   The authors concluded that their

25   results suggest that the use of anti-depressants

1    during the first trimester does not substantively

2    increase the risk of specific cardiac defects.  The

3    accumulated evidence implies low absolute risk and

4    argues against important cardiac or teratogenic

5    effects, associated with the most commonly used anti-

6    depressant medications.

7             And, of course, this conclusion is

8    absolutely inconsistent with Dr. Jewell's opinions

9    here and his methodology with respect to causation.

10   And it's for that reason, as you'll see, and as you

11   have seen in Dr. Jewell's reports that he goes to such

12   great lengths to contort and to kind of rejigger and

13   to try and take this information and put a square peg

14   in a round hole, because without that, there is no

15   answer for a study that is published in the New

16   England Journal of Medicine with almost a million

17   women with 14,000 who find no association between

18   Zoloft and cardiac birth defects.

19             But that's not the end of the story

20   either, because then we have McDunna (ph) which is

21   another peer reviewed meta-analysis and it was

22   prepared for an agency that is part of the United

23   States Department of Health and Human Services.

24             The McDunna meta-analysis reported

25   actually a reduced risk of cardiac defects with

1   Zoloft.  The authors concluded that the best evidence

2   points to the fact that there's no increased risk of

3   cardiac defects.

4              Then we have the APA, American

5   Psychiatric Association, and American College of

6   Obstetricians and Cardiologists.  And this may look

7   familiar and it is, because there was a 2009 statement

8   that obviously predated the last Daubert hearing.  But

9   in 2014, ACOC reaffirmed their statement that the

10  current data on SSRI exposure show no consistent

11  information to support specific morphological

12  teratogenic risks.

13             And the story continues with Otis (ph).

14  Otis also reaffirmed its prior statement.  Overall,

15  the available information does not suggest that Zoloft

16  increases the risks for birth defects above the

17  background risk.

18             There's another meta-analysis, this is

19  the Wang 2015 and it's published from the Journal of

20  the American Heart Association.  It reported no

21  statistically significant association of cardiac

22  defects from Zoloft, in fact, it reported odds ratio

23  of 1:0, as Your Honor knows means that there is no

24  association.  And the authors concluded that SSRIs

25  were not associated with cardiac defects.

 1                    Then there's Fooroo (ph) which is a

 2      2015 study.  When plaintiffs sought to -- permission

 3      from Your Honor to replace Dr. Brerard with Dr.

 4      Jewell, they argued, as I indicated, that the Court --

 5      one of the reasons why Your Honor should allow them to

 6      do is because the science was changing in their favor,

 7      and the primary, at least first kind of support was,

 8      that they had characterized was the abstract from

 9      Fooroo.

10                    Now, we believe they may have taken

11      some license with that, but nonetheless, they made a

12      big deal about Fooroo.

13                    But ultimately the study was published.

14      And this is another massive international study on

15      Zoloft and birth defects.  There were 7,245 women,

16      that's just exposed to Zoloft, and it combined data

17      from Denmark, Finland, Iceland, Norway, Sweden to look

18      at birth defects, and particularly to look at cardiac

19      defects.

20                    And it was a very sophisticated sibling

21      controlled analysis to adjust for confounding.  One of

22      the factors of the things they did, was to look at

23      women who had multiple births children, that while

24      they were taking an SSRI and while they were not, that

25      was a component of this kind of complicated controlled

1    analysis.

2                    And what did they find in this

3    published peer review article looking at 7,000 women

4    on Zoloft, no statistically significant association

5    between Zoloft and any cardiac defect, kind of trample

6    (ph) and major arch anomalies, atrial and ventricular

7    septal defects, atrial, ventricular septal defects,

8    right ventricular outflow tract obstructions and left

9    ventricular outflow tract obstructions.

10                   What did they conclude?  Taken

11   together, the results from our co-varied adjust

12   analysis and the sibling controlled analysis point

13   against a substantial teratogenic effect.

14                   It's rare, Your Honor, that you see one

15   or two or three studies, but to see this kind of

16   crushing amount of data all pointing in one direction

17   is unique, at least in many of the litigations that

18   I've been involved in.  And plaintiffs somewhat

19   ironically ignore this peer review study in their

20   briefs, although they had spent a lot of time talking

21   about it when they believed the abstract was

22   supportive of them.

23                   Then there's another study that came

24   out in 2015, I may be butchering the name, but I think

25   is Wemocker (ph) or Wemaker (ph) and this study

1    reported no statistically significant associations

2    between Zoloft and congenital heart defects, septal

3    ASD/DSD to torology (ph) of flow, transposition of the

4    grade vessels, ABSD, hyperplastic left heart

5    cortication of the aorta and pulmonary valve stenosis.

6              Unlike many of the others, this study

7    didn't adjust for factors such as depression, smoking,

8    age, and medication use.  It did have a finding for

9    severe cardiac defects in this particular study, but

10   it was based only in six findings, and of course, it

11   lumped many of these heterogeneous defects together

12   from four different cardiac developmental groups.

13             But perhaps most importantly for the

14   Court's analysis, there's no replication of any of

15   these findings for severe cardiac defects.

16             Then there is almost -- almost done

17   with this, Your Honor.  There's another study from the

18   CDC 2015 and this was published in the British Medical

19   Journal, a very well respected journal, and Zoloft was

20   the most commonly used SSRI in the CDC study, which

21   combined results from prior studies.  The CDC finds no

22   statistically significant associations between Zoloft

23   and septal defects.

24             Now, there are two studies or two

25   issues that are probably in this timeline that I left

1    out that I'm going to talk about, but they require

2    just a tad more explanation.  One actually I think

3    both you'll be familiar with.

4              The first is Luac, the 2007 study and

5    Your Honor knows that there has been a very important

6    and significant development with respect to the Luac

7    2007 studies, and what appeared to be a positive

8    finding in that study for septal defects with respect

9    to Zoloft.

10             And, of course, this development and

11   this issue was significant, if not a major role as to

12   why Your Honor afforded the parties an opportunity to

13   come back today, as opposed as to the hearing in July.

14             Now, last year at the Daubert hearing

15   with Dr. Brerard, Pfizer acknowledged that there were

16   two independent studies that reported a significantly

17   -- a statistically significant association for Zoloft

18   and septal defects.  Those were the only two.

19             And one of the studies that because it

20   was peer reviewed and published, was Luac.  And as the

21   Court kind of recognized, Luac reported a

22   statistically significant association between Zoloft

23   and septal defects.  We now know that that was

24   incorrect, that was not right.  We now know and I

25   should add that this has now been published, and this

1    is both on-line and in their written journal.

2                    The correct confidence interval is 1.0

3    to 4.0.  So there are no replicated findings for

4    septal defects.  And just kind of as a footnote, one

5    of the issues that I think you may see or hear about,

6    both -- from both sides, is whether 1.0 is really 1.0

7    or whether it's 1.0000, .1, it's statistically

8    significant, I think you'll see from -- and that's why

9    these doctors are particularly important.

10                   That 1.0 is actually I think .96

11   rounded up.  So there is no question that the actual

12   data, the actual information runs from 1.0 to 4.0

13   which means unequivocally that it is not statistically

14   significant.

15                   And you'll see from the documents that

16   it's not just us saying that, this is exactly what the

17   journal authors and editors required with respect to

18   their correction.  And frankly the authors didn't

19   disagree with that.

20                   So plaintiffs recognized that this was

21   very significant, and they actually asked two of their

22   experts to contact the Luac study authors about the

23   correction.  And this is -- I think this is actually

24   from the day before the last hearing, either that or

25   the same day, Dr. Jewell tells the authors that he

 1    would be interested in seeing the statistical analysis

 2    output that led to their correction.

 3                    Second, plaintiffs asked their

 4    consulting expert, there's -- in one of the e-mails he

 5    identifies himself I think as kind of working with Mr.

 6    Robinson to contact the study, the Luac study authors

 7    as well, so there's kind of dual efforts by the

 8    plaintiffs to try and understand or get some more

 9    information.

10                    As Dr. Greenland writes here, in light

11    of the correction, the big question, he says, is

12    what's the second digit past the decimal point for the

13    lower bound of the confidence interval.

14                    So why is it that the plaintiffs are so

15    interested in finding out this data.  Well, if the

16    lower bound of the confidence interval was nominally

17    above 1, as I said say 1.01 then plaintiffs would

18    argue that the finding is still statistically

19    significant.

20                    Now, we know though from the e-mails

21    that the plaintiffs actually subpoenaed from the Luac

22    study authors that Dr. Luac herself said the

23    confidence interval, the lower bound is .982.  Which

24    means that it's less than 1, it's only been rounded

25    up, so we've answered that question.

 1                    We also know that the e-mails that

 2       plaintiffs subpoenaed, that the New England Journal --

 3       from the plaintiff's subpoenaed documents, the New

 4       England Journal recognizes the importance of

 5       statistical significance.

 6                    An editor from the Journal recognized

 7       that confidence integrals that include one

 8       (indiscernible) usual criteria are statistically

 9       significant.

10                    The Journal required the study authors

11       to remove an emphasis on findings that are not

12       statistically significant.  Drs. Mitchell and Luac

13       acknowledged the Journal's position, and accepted the

14       Journal's revision that removed the emphasis on the

15       non-statistically significant findings for Zoloft and

16       septal defects.

17                    And, of course, this determination,

18       this information, this approach is 100 percent

19       consistent with Your Honor's rulings with respect to

20       statistical significance with respect to Dr. Brerard.

21                    And speaking of Dr. Brerard, let's talk

22       about a recent publication from Dr. Brerard.  Now,

23       this -- she published a paper in 2015, and there's a

24       few things of note.  The first is she finds no

25       statistically significant associations for any end

1   points with Zoloft, including cardiac malformations

2   except she finds two positive findings.  One for

3   VSD/ASD and the other for cranial stenosis, which Your

4   Honor knows is not even at issue here, because those

5   cases have now all been dismissed.

6            But even as to these two positive

7   findings, it seems that Dr. Brerard has made another

8   very significant mistake in charting her data.  In her

9   crew data for VSD and ASD, Dr. Brerard reported an

10  odds ratio of 1.35, with a confidence interval of 1.01

11  to 1.79.

12           Now, something didn't look right in

13  this information, so Dr. Kimmel went to something

14  called open epi (ph).  You and I could do it if we

15  were so inclined, it's kind of a computer program

16  that's open, and you kind of punch in the numbers, and

17  when you punched in the numbers, said well, this is

18  not, this is using the crude data, this is not

19  statistically significant, this doesn't seem right.

20           So then what he did was he went and he

21  said, well, let me try the other positive finding.

22  And again, he punched in the numbers, using the raw

23  data that was provided by the study authors, and he

24  said again, this is not the same.  This is not

25  statistically significant.

1               So just to be sure that maybe he wasn't

2     missing something, he said, well, let me go and look

3     at all of the findings, okay again, this is a -- a

4     little bit of a busy chart, but essentially what it

5     shows is that he checked -- sorry about that, Judge,

6     he checked every one of the findings, and they all

7     kind of squared out, they were all right.

8               The only ones that seemed to be wrong

9     were the two positive findings.  So, you know, kind of

10    on our side of the V, Your Honor, we were scratching

11    our heads, that doesn't seem right, and we've known

12    that Dr. Brerard has had some issues with certain

13    other calculations.

14              So we've now found that it's actually

15    not just Pfizer, the lawyers, Dr. Kimmel who believes

16    that there is some significant issues with respect to

17    these two findings.  But, in fact, we know that the

18    PSE also agrees that there's something very, very

19    wrong with those two positive findings.

20              So Your Honor knows that there was a

21    Frye hearing before Judge Bernstein and the PSC --

22    PCCP, excuse me, that was in February.  So this e-mail

23    relates to some of the goings on with respect to that

24    particular hearing.

25              It was brought to our attention the

1    Frye hearing that Dr. Brerard's most recent study is

2    wrong in her calculations.  They asked Nick on the

3    stand to check her numbers, we dodged it, but after

4    the hearing, here is what he -- so he went back and

5    specifically found on the Zoloft numbers, Brerard is

6    apparently wrong with her calculations, the correct

7    calculations are, and they lay them out.

8              And frankly if you compare what those

9    calculations are from Dr. Jewell, they're exactly the

10   same as what Dr. Kimmel said.  So PSC recognized there

11   was something wrong, there's no significant findings

12   and her abstract as well as the papers are incorrect.

13   Someone should tell her before it goes to print.

14             So as of 2015, we know a few things.

15   One is, we agree on this particular issue with the PSE

16   that the study, the abstract is wrong, and we know

17   that Dr. Jewell not only agrees, but actually crunched

18   the numbers and looked at this either at or during the

19   hearing, in order to come to the same conclusion.

20             So Dr. Jewell was deposed in May of

21   2015, and asked about these specific questions.  He

22   was asked whether independently assessed Dr. Brerard's

23   data and his testimony is irreconcilable at best.  He

24   testified that he did not independently assess Dr.

25   Brerard's data, that he was unable to check her data,

1    that he cannot tell whether her data was right or

2    wrong, but of course, we know from the February 2015

3    e-mail that that is just simply not accurate.  And

4    perhaps it's because he didn't expect this e-mail

5    would essentially be produced in this litigation.

6                 So here we have another e-mail where

7    there's another one of these open epi again who

8    would've thought that you need more than one program

9    to check epi data.  But here, the PSE used another

10   program, they checked the numbers for every end point,

11   they were all correct except for the three positive

12   numbers, the ORs, the odds ratios are the same, but

13   her confidence intervals are wrong.

14                 If there was something odd or

15   unknowable about how she did the data, why would this

16   program be correct for all the rest, except for the

17   three positive significant association, does it make

18   sense, but I don't think there's anything else we can

19   do.  Again, I probably couldn't have said that better

20   myself, that's exactly the point, we agree.

21                 Now, just to kind of -- if there was a

22   need, a little bit of belt and suspenders on the final

23   point of this, so we looked at it, PSE looked at it,

24   Dr. Jewell did, Dr. Kimmel, everyone says it's wrong.

25   So we went back, though, and looked at the actual

1   abstract.  And the abstract is instructive, because

2   it's using the same data set, the same information,

3   right, this is before the actual published

4   information.

5              And using the same information, you

6   know what Dr. Brerard's abstract says?  It says the

7   same thing that we all say now with respect to the

8   numbers being incorrect.

9              And as a result, this is, you know, for

10  Your Honor's ready reference a portrayal of the

11  information here.  So we have the abstract numbers.

12  We have what's been reported in this kind of orange

13  slide of Brerard and then we have really what kind of

14  both sides agree on is the data and the information

15  that shows that it's not statistically significant

16  consistent with her abstract.  And again the outlier

17  is Dr. Brerard.

18             Now, she -- in some of the e-mails she

19  says, no, no, you're wrong, you don't understand it.

20  But no one seems to understand it except Dr. Brerard.

21  Now -- and Dr. Kimmel says unless we can figure this

22  out, the findings must be deemed unreliable.

23             Now, let's turn to Dr. Jewell's

24  methodological flaws, and there are a number of them,

25  and Your Honor may recall we used a similar but not

1    identical slide to -- with Dr. Brerard, but that's

2    largely because many of the same issues,

3    notwithstanding plaintiff's view that his methodology

4    changed, many of the same methodological flaws and

5    issues applied equally with respect to Dr. Jewell.

6              His opinions are not generally accepted

7    by the scientific community, we've seen that over and

8    over again.  He relies on inconsistent findings and

9    false associations, relied on overlapping data.  He

10   improperly lumps heterogeneous cardiac defects, he

11   relies on trends and non-statistically significant

12   data, which Your Honor has addressed multiple times.

13   Employs inconsistent standards, conducts post topry

14   (ph) analysis, engages in situational science, and I'm

15   just going to talk about some of the more salient

16   issues because most of these are also covered in our

17   brief.

18             So let's talk about Dr. Jewell's

19   qualifications.  He's not qualified to offer causation

20   opinion here, he's just simply not, because the Third

21   Circuit tells us, that qualifications are part of the

22   reliability inquiry.  And as I noted, we're not

23   challenging the fact that Dr. Jewell is a

24   statistician, and can crunch numbers and look at those

25   types of issues.  We're challenging his causation

1    opinions here, which he's not qualified, he's not an

2    epidemiologist, he's not a medical doctor, he has no

3    medical training whatsoever.  He's not an expert in

4    cardiovascular disease or cardiology.  There's no

5    dispute about any of this.

6              He didn't even consult, he didn't even

7    ask an expert on cardiology when forming his opinions,

8    hey, what is these different diseases, are the same,

9    are the same from the pathogenesis.  None of that

10   happened here.

11             He doesn't have the expertise to say

12   whether cardiac defects are anatomically, clinically

13   or developmentally heterogeneous.  Candidly says, hey,

14   I'm not the person to do this for cardiac birth

15   defects.

16             Despite those admissions and those lack

17   of qualifications, he does seem to seek to opine that

18   Zoloft essentially causes all manner of cardiac birth

19   defects.  And he's developed this catch all category

20   of cardiovascular birth defects generally which as

21   best as I can tell, means every single possible

22   cardiac birth defect that one could imagine.  He

23   doesn't address even a single individual cardiac birth

24   defect.

25             And what's really ironic, Your Honor,

1    for specific cardiac defects, things like heterodoxy

2    (ph) or anomalist pulmonary vainest return.  There are

3    no findings individually.  So there's nothing in the

4    literature, yet his catch-all category would capture

5    all of those issues.

6              The Court properly recognized that

7    cardiac defects are heterogeneous and a specific

8    exposure is not expected to increase the risks of

9    cardiac defects generally.  That's not the way things

10   work.  And while Dr. Jewell acknowledges that cardiac

11   defects are almost surely epidemiologically

12   heterogeneous, his report nonetheless opines only on

13   cardiac defects overall.

14             This lumping is an unreliable

15   methodology.  Your Honor may recall this next slide, I

16   won't read the whole thing from the last Daubert

17   hearing, but this is from the (indiscernible) paper

18   which is peer reviewed and teratology premer (ph),

19   teratology organization, obviously like OTIS, an

20   organization, doesn't -- it's sole purpose is to

21   understand birth defects and help women and their

22   families deal with them.

23             And in these papers, they basically

24   call out and specifically say heart defects are

25   heterogeneous.  Putting aside all birth defects, they

1      specifically talk about them.  For example, heart

2      defects and heterogeneous and anatomy, development,

3      epidemiological factors, combining different birth

4      defects for analysis is valid only if the defects

5      being lumped have an underlying pathogenesis that's

6      similar.

7                    And it's based on those principles in

8      the real world when experts are looking at these

9      issues that the Luac study authors developed seven

10     categories, cardiac categories, and they lumped them

11     or grouped them, excuse me, with respect to

12     developmentally appropriate categories from a cardiac

13     perspective.

14                    This approach was adopted by the

15     Peterson authors, they used these same sub-groups of

16     cardiac defects that were created by the Luac authors.

17     And as Dr. Shavastiva (ph) explained, lumping defects

18     is unreliable and not generally accepted because

19     they're a different heart malformations that are

20     considered heterogeneous and involve different

21     pathogenesis and physical manifestations.

22                    So outside the courtroom, people don't

23     look at these cardiac defects as a monolithic single

24     event.

25                    So let's talk about trends now.  Dr.

1    Jewell is not shy about telling the Court that he is

2    relying on non-statistically trends with respect to

3    his analysis.  And in their opposition brief, as Your

4    Honor knows, the plaintiffs have attempted yet again

5    to revisit the issue of statistical significance and

6    argued that it's not required when assessing

7    teratogenicity, but as Your Honor has recognized,

8    epidemiologists who are examining potential teratogens

9    generally will not draw a causal conclusions in the

10   absence of replicated statistically significant epi

11   findings.

12              And in excluding Dr. Brerard, the Court

13   recognized that relying on trends in non-statistically

14   significant data to draw conclusions about

15   teratogenicity, rather than on replicated

16   statistically significant findings is, in fact, a

17   novel methodology.  But it is a novel methodology that

18   Dr. Jewell readily admits that he is relying on with

19   respect to non-significant supporting trends and

20   risks.

21              Now, even within that kind of trend

22   analysis, and let me just say a word about this.  The

23   reason why Your Honor came to the conclusion and all

24   of these other courts and the science is because what

25   we don't want to have someone is to kind of give gut

1    reaction.  Well, I've been doing this a long time, it

2    kind of looks like a trend to me, it feels like a

3    tetralogy, and I know enough about it, but you can't

4    do that if you actually have statistical significance.

5                    And that's how -- that's the yard stick

6    by which Your Honor, other courts, and the scientific

7    community largely measure and judge these issues.  So

8    this is an example of why this kind of trend loosey

9    goosey analysis can cause such mischief.

10                   This is an example, when you have non-

11   statistically significant data, okay.  So Dr. Jewell

12   looks at it and says, non-statistical significant,

13   (indiscernible) ratio, is it a protected effect, and

14   to be clear, I think Your Honor knows is we're not

15   suggesting that Zoloft or SSRIs, even though you can

16   find blips, we're not suggesting they're protective,

17   we're just suggesting there's no association between

18   cardiac birth defects.

19                   What he says is, if you look at this

20   odds ratio that is in the protective effect, it's

21   compatible with an increased risk.  This one on this

22   side of the line is compatible to increased risk.

23   Why?  Because well if you look at the upper bounds,

24   this 1.23 if you look at this, it crosses one, so

25   let's kind of ignore this, but this is trending in the

1    right direction.

2                        But then when we have an odds ratio

3    that's just kind of a hair over one, he says, well,

4    that also, it's non-significant, but that's supporting

5    a trend and risk.

6                        So what you have here really is kind of

7    a heads I win, tails you lose approach.  As I

8    understand Dr. Jewell's analysis, the only time you

9    actually find something that unequivocally doesn't

10   increase risk, or doesn't cause birth defects is if we

11   had something like prenatal vitamins where we had

12   multiple studies on the left-hand side that were all

13   statistically significant.

14                       And, of course, this is not how science

15   is supposed to work, Your Honor.  This is actually --

16   this data is from the Callen (ph) study.  I think

17   we've heard it's pronounced Chaleen (ph), for our

18   purposes, we'll call it Callen or Kalen.  And this is

19   from the Callen authors.  Did the study authors say,

20   hey, our data shows that it's compatible with an

21   increased risk.  Did they say, hey, our statistically

22   -- not statistically significant data supports trends

23   in increased risks, of course not.

24                       What they concluded was that the use of

25   SSRIs is not associated with any increased risks of

1    birth defects with Paxil being a possible exception.

2    Again directly contrary to the way Dr. Jewell reads

3    this data and significant other data, and it's just

4    simply not reliable.

5                    Dr. Jewell also tortures the data, and

6    that's admittedly a strong word, but I think we chose

7    our words carefully in that regard, Your Honor.

8                    Now, Professor Ron Corce (ph) is I

9    think credited with this statement, if you torture the

10   data long enough, it will confess to anything.

11                   Now -- and the reason why is that the

12   statisticians and others recognize that doing so leads

13   to spurious results and a serious distortion of the

14   significance both statistical and clinical of the

15   findings.

16                   This is a graphic from the manual on

17   scientific evidence.  It's, I think, basic but

18   instructive, right.  The idea of a cohort study tells

19   us you look at the population, you try and find people

20   who were exposed, you try and find people who were not

21   exposed, and then you look at the exposed group, hey,

22   did it cause any adverse issue or disease.

23                   Not exposed group, any adverse issue or

24   disease to find out background and that's again,

25   somewhat basic, but I think instructive view from the

Page 42

1    manual about how things are supposed to work.

2                    And this is a concept that Jiminea and

3    Solom authors really were -- it's quite brilliant in

4    what they thought about.  So let me see if I can

5    explain again.  I know Your Honor is generally

6    familiar with these issues, but it's been a while, and

7    we also know this is not Your Honor's only litigation.

8                    What Jiminea and Solom tried to do, is

9    they recognized, everybody recognized that this

10   concept of confounding is important, right.  Is it

11   something about women who are depressed, who are

12   having these other issues that's causing them perhaps

13   to have negative birth outcomes, or is there something

14   about SSRIs, or the medicine, right, so that's what

15   they wanted to find out.

16                   So they said, you know what, let's take

17   a group of women who were depressed because they were

18   on -- and they looked at medical records, they were on

19   SSRIs, right.  We're going to look at the medical

20   records and we're going to find those women who

21   actually stopped taking an SSRI more than three months

22   prior to conception based on the medical records,

23   whether they did it intentionally or no one knows, or

24   how they did.

25                   But they were able to say, this is a

1    paused group, they're not exposed.  These women also

2    went back on SSRIs after they gave birth to their

3    children, right.  But we know they were not on an SSRI

4    during, at least for the purposes of this hearing, a

5    cardiac development phase of 2 AABs (ph).  So that's

6    one group.

7                   And then they looked at women who

8    basically were depressed, were prescribed an SSRI and

9    never paused, just continued taking the medicine all

10   throughout their pregnancy and their conception.

11                  So what did Jiminea and Solom find?

12   What Jiminea and Solom found, even had some ironic

13   results, look at ventricular septal defect.  This is

14   women who were paused who never took the medicine.

15   They actually had a higher risk.  Now, this is

16   elevated as with respect to the background of women

17   who were not depressed and never took it, but it's

18   highly people -- women who were taking the medicine

19   all throughout their time, their pregnancy.

20                  And even these other numbers, they're

21   basically all the same, right.  So what is the

22   conclusion here?  The conclusion is, hey, is there

23   something about these women, is it the medicine, well,

24   no, because we're seeing the same thing about women

25   who were depressed and already taking the medicine.

1          So they concluded in their peer review

2   publication the risks related to SSRI use during the

3   first trimester are a result of an unaccounted

4   confounder (ph), it's not the medicine.

5          What does Dr. Jewell do with this?  He

6   says, I read Jiminea and Solom as saying, Zoloft

7   exposure was associated with a nearly tripling of the

8   risk of cardiovascular defects.  Go back to that

9   slide.  I mean, is that what these authors say is the

10  result?

11         In fact, next slide, please, looking at

12  their own data, did they say, my gosh, I found a

13  threefold, 300 percent increased risk between Zoloft

14  and birth defects.  I don't think so.  What they said

15  is we believe that the present study brings us one

16  step closer to a verdict of not guilty for the SSRIs

17  based on our findings, reports, have recently emerged

18  suggesting that SSRIs should be acquitted from being

19  major teratogenic agents.  That's looking at their own

20  information and their own data.

21         Now, another example of this torturing

22  of the data comes with respect to the Hibrex study.

23  And Hibrex, as we discussed is the largest, most

24  powerful study to date, and it found no statistically

25  significant association of cardiac defects with

Page 45

1    Zoloft.

2                      Here, Dr. Jewell tortures that data to

3    reach a conclusion that's not only inconsistent, but

4    frankly contrary to the Hibrex authors' approach and

5    conclusions.  And it suffers from serious

6    methodological flaws.

7                      Now, Hibrex compared as the manual

8    tells us they should, exposed versus non-exposed.  I

9    think what sometimes gets a little muddled here and a

10   little confusing is what Dr. Jewell tried to do is use

11   this data, which the Hibrex authors never did, to

12   create something called the pause group.  Remember,

13   the paused concept was Jiminea and Solom, these folks

14   never talked about pause.  They had their own kind of

15   peer reviewed approach, and their approach was to

16   basically use this three-step analysis, and at each

17   step, you were to adjust for confounding, for these

18   other factors, did they smoke, were they obese, did

19   they have a family history, a host of other factors

20   that were all pre-listed.

21                     And -- next slide, please.  To show how

22   Dr. Jewell tortures this information, because he

23   didn't have this exposed versus non-exposed in the

24   Hibrex data, he said, well, me try and create my own

25   paused group.  But admittedly, this is his slide, and

1    this is his footnote, he said, I'm going to use --

2    call people pause, and remember Jiminea and Solom

3    pause meant you weren't taking the medicine.  I'm

4    going to call Jiminez -- I'm sorry, Hibrex group

5    paused even though they were classified by the Hibrex

6    authors as women who were using the medicine.  So that

7    means you're comparing exposed to exposed, which makes

8    no sense, and is not methodologically appropriate.

9              And we know that there is -- next

10   slide, please, only one reason why Dr. Jewell tried to

11   contort this information in a way that makes no sense

12   from a methodological or scientific perspective.

13             Now, in some of the documents that were

14   recently produced by the plaintiffs, it reveals Dr.

15   Kimmel is not alone in his methodological criticisms

16   of Dr. Jewell's post-hoc analysis of Hibrex.

17             So we know Dr. Hibrex, the lead author

18   of the study after her name, shares the same concerns

19   that Dr. Kimmel has.  And we know this because Dr.

20   Jewell e-mailed Dr. Hibrex and asked her not just a

21   question about hey, what does this mean or what's the

22   study, basically e-mailed her on July 6th, and said, I

23   was wondering whether you might be interested in

24   joining me as a co-author on a publication about these

25   issues as I think other investigators might find these

1    and related results to be of interest.

2              Now, Dr. Hibrex gets this, and she

3    sends several e-mails back, specifically on this

4    point.  And this is what she says.  She's basically

5    saying a number of things, and you'll see them from

6    her words, but my words are, why would someone do

7    this, it doesn't make sense, why wouldn't you rely on

8    the peer reviewed data, and you can't control for

9    confounding which is essentially the main point of why

10   we did this entire study.  I don't think I follow how

11   you conduct an analysis, based on the concept of

12   pausing, just what Dr. Kimmel has said.  It appears

13   you compared patients that filled a prescription

14   during the first trimester to patients who had days'

15   supply overlap but did not fill a prescription.

16             So again, she says, as we're saying, is

17   that Dr. Jewell improperly compares an exposed group

18   with an exposed group.

19             And again, this is what Dr. Kimmel

20   said.  The paused group is in fact not paused, the

21   comparison that Dr. Jewell makes is really among women

22   who are exposed to Zoloft during the first trimester,

23   the exposed group had a prescription filled during the

24   first trimester, or one that lasted into the first

25   trimester.

     1                   And again just -- without getting too
     2       much into the weeds, Your Honor, really what Dr.
     3       Jewell said was, I'm only going to look if somebody --
     4       I'm going to recharacterize it, because I didn't see
     5       they filled a prescription in the first semester, I'm
     6       going to say they weren't exposed.
     7                   Well, as Dr. Hibrex and Dr. Kimmel and
     8       (indiscernible) said you don't have to be a scientist
     9       said, well, what if happens if someone filled a three
    10       month prescription a day before or a week before they
    11       were conceived, knowing that cardiac development is
    12       within the first two, or three, or four or five or six
    13       weeks.
    14                   So, of course, it's completely
    15       artificial to try and create this scenario just for
    16       litigation purposes.
    17                   I don't see how you can account for
    18       potential confounding this way, doing such analysis
    19       would be useful if there was a concern about
    20       confounding by depression and its associated factors,
    21       given that the overall analysis are peer reviewed
    22       million person data, showed a no association and
    23       residual confounding is not a concern, what would be
    24       the value of such an analysis.  Why would you do this?
    25                   And what's particularly interesting is

1    this is a person who's never published before, he's

2    never published on these issues, or saw a fit in his

3    regular life and duties to publish, but now he's

4    interested apparently in publishing certain data that

5    Dr. Hibrex finds is completely unnecessary and

6    contrary to her report.

7                    And he says, I'm not able to make

8    adjustments for confounding, as I would need raw

9    individual data for at least the two sub-calculations

10   to be able to do this.  And that's right.

11                   And finally what she says is, hey,

12   politely, but she says, it would be surprising for a

13   post-hoc analysis subgroup, post-hoc subgroup analysis

14   like the one you're proposing to supersede all other

15   pre-specified information that we've been working for

16   years on.

17                   And again, this is consistent with what

18   Dr. Kimmel has said before he knew Dr. Hibrex knew

19   from these e-mails the plaintiff subpoenaed, the most

20   reliable and thorough analysis of Hibrex come from

21   their own published studies, which clearly document

22   the importance of confounding.

23                   Now, I think and I don't want to be

24   quoted on this, but I think at one point, maybe it was

25   one of the prior hearings, Dr. Jewell said, his

1    analysis, his Hibrex analysis is an exquisite

2    analysis.  Okay.

3              Well, if it was really an exquisite

4    analysis, wouldn't you have expected him to employ

5    that with respect to his work in connection with

6    Prozac.  Does he?  Well, I think Your Honor probably

7    knows the answer to that.  He doesn't for one reason.

8    Because if he used the same analysis that he's trying

9    to use before Your Honor, to show that this new two-

10   step process versus the three-step process from

11   Hibrex, he likes these numbers, because they support

12   his analysis.  Didn't do that analysis in Prozac,

13   because they would be absolutely contrary, and that's

14   one example of situational science as well, which

15   leads us to our next point.

16             Courts certainly disfavor situational

17   science and experts' opinion in another case that may

18   reveal whether the expert is genuine and is properly

19   following some scientific methods with integrity or --

20   I'm sorry.

21             An expert's opinion in another case may

22   reveal whether the expert is genuine and properly

23   following some scientific method with integrity, or

24   simply in the business of expressing whatever opinion

25   is helpful to the party hiring the expert.

Page 51

1                And I think for this purpose, we can

2    compare what Dr. Jewell did in Prozac and what he did

3    in this litigation.  It's not a scientific

4    methodology.  It's advocacy.

5                We start with really an interesting

6    kind of jumping off point, because this is from his

7    reports.  If you literally, and you can take my word

8    for this, when Your Honor -- kind of changed Prozac,

9    right, and the chemical name, it's the same thing, so

10   I was asked to do the same thing.  I was asked to look

11   at here's my method.  For this report, I was asked to

12   limit my inquiry to cardiovascular outcomes.  Again,

13   it's all the same.

14               So again, if you were asked around the

15   same period of time, looking at SSRI, given the same

16   job, if you weren't engaging in situational science,

17   you would think that you would follow a standard

18   methodology.  Well, let's see if Dr. Jewell did that.

19               So here for reasons apparently only

20   known to Dr. Jewell, he said, I focused my review on

21   peer reviewed studies that provided original data for

22   cardiovascular birth defects related to maternal

23   exposure to Zoloft during pregnancy.  Okay.  That's

24   what he said he's going to look at.

25               Interestingly for the same method, with

1    Prozac, I focused my review on numerous meta-analysis

2    that reviewed and analyzed data related to maternal

3    exposure.  You can see, Your Honor, the differences

4    there.  Meta-analysis bad Zoloft, meta-analysis seem

5    to be good Prozac.

6                    Let's talk about the Miles (ph), which

7    is -- the reason why Miles is so important, he

8    referenced it earlier, Your Honor, but Miles is a peer

9    reviewed recent meta-analysis, okay.  With respect to

10   Zoloft, next slide, please, this is what the authors

11   had to say, and then you'll have to draw your own

12   conclusions as to why Dr. Jewell determined to exclude

13   meta-analyses.

14                   Zoloft should be considered as a first

15   line SSRI treatment in pregnancy in women of child

16   bearing age, Zoloft was not significantly associated

17   with congenital malformations.

18                   What did they say about Prozac though?

19   Prozac should be avoided in the first trimester, and

20   among those at risk to an unplanned pregnancy, some

21   consideration ought to be given to whether Prozac

22   should be placed with Paxil as category D medication;

23   very, very different findings with respect to those

24   issues.

25                   In our litigation before Your Honor, he

1    rejects Miles.  It appears the investigators might not

2    have followed their own predetermined

3    inclusion/exclusion criteria.  He's pretty harsh with

4    them, given the methodological flaws, I do not find

5    Miles scientifically reliable when considering the

6    specific effects of Zoloft exposure.

7                   Does he find the same flaws when he's

8    writing a Prozac report?  It appears that there was

9    inconsistent application of the data, similar, but

10   here, those flaws become issues.  And even with those

11   methodological issues, Dr. Jewell repeatedly quotes

12   from Miles and relies on it, and specifically likes

13   the part about consideration might be -- ought to be

14   given to whether Prozac should be placed with Paxil as

15   a category D.

16                   You see, Your Honor, where the

17   plaintiffs fought so hard to keep us from getting this

18   -- these reports.

19                   There's another example, which is the

20   McDonagh (ph) meta-analysis.  And, you know, I think

21   Your Honor is perfectly within the realm of

22   determining why someone would choose to only look at

23   studies but not meta-analysis in one litigation versus

24   another.

25                   So let's look at McDonagh.  McDonagh,

1    no increased risk for major malformations, no

2    increased risk for cardiac malformations, but with

3    statistical heterogeneity upon the sensitivity

4    analysis, reduced risk of cardiac anomalies

5    inconsistent with Dr. Jewell's approach.

6              Whereas with Prozac, it's statistically

7    significantly associated with an increased risk of

8    major malformations.  Prozac is associated with an

9    increased risk of cardiac malformations.  Zoloft good,

10   Prozac not so good.

11             Extremely dismissive, both in his

12   deposition and throughout.  I don't think it's worthy

13   of discussion.  In fact, until he was asked about this

14   study, Your Honor, at his deposition, he said, why

15   would I even bother with that, I don't think it's

16   worthy of discussion in my report.

17             He then later went back and had to

18   comment on it, but he didn't find it worthy of much

19   comment in my original report, ultimately I cannot

20   rely on this meta-analysis in our litigation.

21             Is that true for Prozac?  Again, of

22   course not.  He embraces McDonagh, he talks about how,

23   you know, attempting to prompt this up, this was

24   prepared for this U.S. Department of Health and Human

25   Services Agency, it was issued recently in 2014, it's

1      a well done study, and he relies on it significantly.

2                    The authors conclude that the best

3      evidence of the risk of cardiac malformations, you

4      know, again a statistically significant finding and

5      the authors concluded that Prozac is associated with

6      an increased risk of cardiac malformations.

7                    Rarely, Your Honor, do you have this

8      stark of an example of situational science, which is

9      really no science at all.

10                    Now, I want to move to my last

11     category, Your Honor, and this is the

12     misrepresentation of company documents.  Of course,

13     Your Honor will probably -- most Courts would write

14     something similar that reliance and phrases plucked

15     from corporate documents don't prove or provide

16     scientific evidence of causation under Daubert.

17                    And what is also kind of -- to me at

18     least somewhat ironic, while Dr. Jewell talks about

19     some of these, and we've seen them in prior openings,

20     and when the jury had a full chance of seeing them, we

21     know what their conclusions were.  But on the one

22     hand, he includes them in his report, but on the other

23     he says, hey, none of my opinions are based on this, I

24     don't rely on them, you know, they're essentially

25     didn't help me form my opinions.

1                But let's talk briefly about these two

2       categories that are frankly misrepresented.  The first

3       is a PSUR.  It's a one page out of a 50 plus paged

4       document, and of course, the PSUR which is a Periodic

5       Safety Update Report has to do with something called

6       growth retardation in children and adolescents, not

7       birth defects.  It was not designed for and didn't

8       present a complete review of the literature on Zoloft,

9       and everyone agrees with that, when you see what they

10      talked about, it's not complete.

11               This is actually the front page of the

12      PSUR, and it's dealing with growth retardation in

13      children and adolescents.  The plaintiffs rely on this

14      one page over and over again in their materials.

15               But let's talk about, you know, we know

16      that obviously this was not focused on birth defects.

17      There is a section on it.  We also know that the

18      search terms they used wouldn't capture the state of

19      the art data, and in fact, they didn't capture the

20      state of the art data because -- next slide, please,

21      it only cites three studies, it's not a complete

22      review.

23               And what I think is really important,

24      based on what we know really in the last, you know,

25      month or two, one of the findings that we're relying

1    and here's Luac, which at the time, everyone in good

2    faith believed was statistically significant, but now

3    we know it's not.

4              So if and when Your Honor sees or

5    appreciates this, I think some of that background is

6    important.  And, of course, this is, you know, kind of

7    a breakdown that by admission that PSUR doesn't

8    address all of those studies on the top, and when it

9    says that there was consistent findings, in fact, we

10   know and Dr. Jewell agrees that there's many studies

11   that have negative associations.

12             Now, there's one other kind of document

13   that or maybe two documents that we believe are and

14   have been misrepresented and really taken out of

15   context.  I think the Court -- just give Your Honor a

16   brief capsule here, a time capsule of what happened.

17             So the issue here is that an April 2014

18   document or PowerPoint that was based on a document

19   from a Pfizer employee, and it talked about four

20   studies.  So let's talk about that.

21             So March 2014, the FDA said to Pfizer,

22   hey, we're -- informed Pfizer that it was in the

23   process of updating Zoloft label, and as is customary,

24   the FDA asked Pfizer to review the published

25   literature on whether Zoloft is associated with

1    teratogenic defects when used in pregnancy, and

2    provide language to update the section.  We're looking

3    at your label, give us some information to update it.

4              This was assigned to a woman employee

5    at Pfizer, named Ms. Kolitsopoulos (ph).  And she

6    wasn't on the Zoloft team, as I understand it, but she

7    was assigned this task, and she did an initial review,

8    a two week review of this information.  And she sends

9    an e-mail of kind of what she had found at that point,

10   what she believed her charge was.

11             And we know that it was obviously

12   incomplete and a work in progress because she only

13   relies on five studies.  We've probably talked about,

14   you know, two dozen or so, and one of them doesn't

15   even include birth defects.  So she didn't capture

16   kind of the universe we know, of course, at that time.

17             She then prepares a PowerPoint

18   essentially two days later, or maybe it was a work in

19   progress of the same information, and she says that

20   evidence from the epi data studies assessing the risks

21   of Zoloft exposure during pregnancy have demonstrated

22   inconsistent results, it lists the five studies.  As I

23   said which is clearly incomplete, and it includes one

24   that's a birth defect, not a birth defect study.

25             And then when she says, and plaintiffs

1    have kind of seized on this, or attempted to seize on

2    this, is that, although the data not conclusive,

3    there's suggest of an effect, but of course, when you

4    ask a scientist, an expert what suggests means, it's a

5    proposition, it's a hypothesis that requires further

6    research.  And we know that not only from the science,

7    but we know that because that's exactly what happened.

8              And again the reason why, just putting

9    this in context, Your Honor, is because there's been

10   some kind of either implication or outright statement

11   that hey, you know, what Pfizer is saying in its

12   internal documents is somehow disparate or completely

13   different than what, you know, they're telling Judge

14   Rufe in this courtroom or somewhere else, where they

15   actually believe that it causes birth defects.

16             But this should put that issue to rest.

17   Initial were questions, nothing goes to the FDA.  Then

18   in April, over the summer, months and months, Ms.

19   Kolitsopoulos with a team of other folks look at this

20   issue as you would expect them to do with something as

21   important as this.

22             And then in September, she says I'm

23   almost complete with my review, and would like to

24   discuss my findings and next steps Thursday or Friday.

25   She then with the benefit of all the work that she's

1      done with the team, she e-mails the results of the

2      literature which now includes 13 studies.

3                  And this is what she says, potential

4      methodological issues noted by the study authors that

5      could have impacted the results of these studies

6      include uncontrolled confounding by indication,

7      medication not compliance, incomplete report,

8      medication recall bias, multiple testing, small number

9      of outcomes, detection bias in which women -- in which

10     children of depressed women on pharmacological

11     treatment are more thoroughly examined for

12     malformations than other children.

13                  She's now kind of gotten her hands

14     dirty in a little science, and many of these issues,

15     frankly, are things that both sides agree with.  And

16     then what she says is, given the scorings and study

17     findings and methodological limitations of these

18     studies, the data and Zoloft use and risk of

19     congenital birth defects are inconclusive, that's her

20     conclusion after she looks at the data, and has a fit

21     full and fair opportunity.  And not only is it her

22     conclusions, the team's conclusions, but based on that

23     information, not a two week analysis in April, Pfizer

24     takes it, reviews it, and they send the information to

25     the FDA in October.

1          Do they say that Zoloft causes birth

2     defects?  Of course not.  At this time, given the

3     discordance and study findings and limitations and

4     methodology, these studies discussed in this response,

5     the data on Zoloft use of congenital birth defects are

6     inconclusive, given no compelling evidence for risk of

7     congenital birth defects associated with the use of

8     Zoloft, continuation of the current labeling is

9     recommended.

10          Now that, Your Honor, is what Pfizer is

11     saying in January of 2015, is what we've been saying

12     since the very first time I had the pleasure of

13     appearing before Your Honor in this MDL.

14          And then in January 2015, Pfizer sends

15     a letter to the FDA, based on this information saying,

16     hey, we've now done what you've asked us to do, based

17     on the results of this comprehensive review, it's

18     concluded that there's insufficient evidence to

19     suggest that there is a causal relationship between

20     Zoloft use during pregnancy and congenital anomalies.

21          Data from these studies of pregnant

22     women in the first trimester to determine the risk of

23     major malformations are inconclusive.  Overall, a

24     causal relationship has not been established.  That's

25     Pfizer's position then and now.

1                So -- and then finally, you know,

2       perhaps we -- in this regard at least, the benefit of

3       moving this hearing, there was something very

4       interesting that happened just a few weeks ago, Your

5       Honor.

6                The FDA actually just came back,

7       remember that whole timeline, the election of

8       information, writing all the studies, writing the

9       information, they came back and said, this is what we

10      think your label should be, August 2015.  The weight

11      of evidence from epidemiologic studies of pregnant

12      women exposed to Zoloft in the first trimester

13      suggests no difference in major birth defect risk

14      compared to the background rate of major birth defects

15      in pregnant women who were not exposed to Zoloft.

16                Again, proposed labeling, a meta-

17      analysis of studies suggest no increase of the risk

18      for cardiac malformations among offspring of women for

19      the first trimester exposure to Zoloft.

20                Ironically, the FDA as opposed to Dr.

21      Jewell relies on Miles.  And this is, I believe, my

22      second to last slide, Your Honor, but this is what the

23      FDA proposed based on all of the information.  An

24      increased risk of congenital cardiac defects

25      specifically septal, the most common type of

1    congenital heart defect was observed in some published

2    epidemiological studies for the first trimester

3    exposure.

4              However, these studies were limited by

5    the use of comparison populations that did not allow

6    for the control of confounders, such as the underlying

7    depression, which may be independently associated with

8    these malformations.

9              So that's where we are, Your Honor.

10    That's the complete story as to those documents, and I

11    guess I would just conclude basically I think where I

12    started, you know, Your Honor, there are just so many

13    methodological flaws that are part and parcel of Dr.

14    Jewell's opinions, that you have to ask kind of why is

15    it, why would someone have to jump through all those

16    hoops.  And the reason is really clear.

17              The reason is, this story should write

18    itself.  The data, the information that's out there,

19    that's available to the FDA, all of these

20    organizations tells the story that there is no

21    causation.

22              If you're going to want to change that

23    story for litigation purposes, you have to engage in

24    all of these things, you have to do post-doc analysis,

25    you have to apply different standards.  You have to

1        kind of ignore certain scientific principles.  You
2        have to rely on overlapping data, and non-
3        statistically significant information.  And when
4        you're dealing with something as important as the
5        issues are in this case, and Your Honor has spent --
6        and your staff, you know, a kind of overwhelming
7        amount of time, it's really important to make sure
8        that what the expert is hoping and trying to do in
9        this courtroom is consistent with what he or she is
10       doing outside this courtroom, and I think Dr. Jewell
11       clearly fails that test.  Thank you, Your Honor.
12                   THE COURT:  Thank you, Mr. Cheffo.
13                   Who will be addressing the opening for
14       the plaintiffs?
15                   MR. ZONIES:  Good morning, Your Honor,
16       Joe Zonies.
17                   THE COURT:  How long do you think
18       you'll be, Mr. Zonies?
19                   MR. ZONIES:  It's going to be,
20       according to my slides, probably about an hour, an
21       hour and ten minutes.
22                   THE COURT:  Okay.
23                   MR. ZONIES:  Yeah.
24                   THE COURT:  Okay.  Then we're going to
25       take a brief recess before you start.

1                    MR. ZONIES:  Well, yeah, and that's

2      actually I think wrong.

3                    THE COURT:  Oh, don't go by that.

4      Never go by that.

5                    MR. ZONIES:  Okay.

6                    THE COURT:  I think it's almost 12

7      o'clock.

8                    MR. ZONIES:  Right.  Mr. Cheffo

9      discussed that before (indiscernible) or you want to

10     do lunch now and then come back (indiscernible) confer

11     with counsel and maybe I'll stipulate, and we can just

12     go straight to testimony.

13                   THE COURT:  Well, what's -- I have no

14     problem with having an early lunchbreak, but not a

15     long one.

16                   MR. ZONIES:  Right.

17                   THE COURT:  So 45 minutes is a good

18     suggestion and do what you have to do with your

19     colleagues.  I see some of them have arrived.

20                   MR. ZONIES:  Yes.

21                   THE COURT:  The planes, the traffic is

22     just miserable today.  It is a holiday week.  So we

23     will come back in 45 minutes, which will be 12:45.

24                   MR. ZONIES:  Thank you, Your Honor.

25                   (Recessed at 11:55 a.m.; reconvened at 12:50

1    p.m.)

2                    THE CLERK:  All rise.

3         (Call to Court)

4                    THE COURT:  Good afternoon.  Please be

5    seated.

6                    MR. ZONIES:  May I approach, Your

7    Honor?

8                    THE COURT:  Yes, please do.

9                    MR. ZONIES:  Your Honor, I have a copy

10   of a notebook for the Court.

11                   THE COURT:  Thank you.

12                   MR. ZONIES:  Documents that are simply

13   objected evidence, it's Dr. Jewell's report which I'm

14   sure will actually be called subjective at least to

15   some, but in the primary studies cited.

16                   THE COURT:  So you met with your

17   colleagues and you are going to open.

18                   MR. ZONIES:  I guess they just can't

19   wait to hear from me.

20                   THE COURT:  Well then proceed.

21                   MR. ZONIES:  Thank you.

22                   I had a fairly straight forward Daubert

23   presentation and opening ready, but I had to switch it

24   up a little bit because of a few points that I want to

25   make.  Because in the context in which it was

1    presented, I would agree they seem quite strong

2    issues.

3                One is the difference between whether

4    or not to use meta-analyses and whether or not Dr.

5    Jewell had situational science.  And what I would say

6    and posit for the Court is, that Dr. Jewell actually

7    had good science, in depth science, the typical

8    science that the Court will see throughout his report

9    and I really encourage the Court to reread that again.

10                Because what Dr. Jewell did in Prozac

11    as compared to Zoloft is scientifically correct.  And

12    the thing that made me switch this up a little bit

13    was, Pfizer knows that.  They've asked these very

14    questions before.  Pfizer knows the reasons that Dr.

15    Jewell has done this.  And Pfizer not only didn't

16    address those reasons, Pfizer obfuscates and hides the

17    reasons.

18                Here's a quote that was put up on slide

19    82, and you'll see across the top, that's actually --

20    those are accurate quotes.  It appears in Zoloft they

21    may not have filed their own predefining

22    (indiscernible) exclusion criteria, it appears

23    inconsistent application inclusion exclusion criteria

24    in the study, that both reports recognize that

25    potential flaw with the Miles analysis.

Page 68

1              Oddly the analysis that Pfizer has

2     convinced the FDA (indiscernible) as far as we know.

3     But then here's the quote that got me a little bit

4     upset.  Given the methodological flaws in Miles . . .

5     I do not find Miles scientifically reliable.

6              That looks like it makes sense.  In

7     Zoloft, he says there's a methodological flaw, and

8     then he says, I don't find it reliable.  And in Prozac

9     he says, oh, there's a methodological flaw, and even

10    with it, I'm going to include it.  I too, would be

11    upset, but Pfizer knows that's not actually what

12    happened.

13             Because the . . . is actually a little

14    bit important.  I've handed to the Court a binder with

15    Dr. Jewell's report as Exhibit 1.  What he actually

16    says about Miles in his Zoloft report is,

17    unfortunately given the methodological flaws in Miles,

18    the inclusion of studies that should have been

19    excluded per protocol, and their apparent lack of

20    understanding of heterogeneity, I do not find Miles

21    scientifically reliable when considering the specific

22    effects of Zoloft exposure.

23             The . . . actually included a lot of

24    stuff in it.  One of the things that the . . .

25    included is statistics.  And what statistics means in

 1    this context.  Heterogeneity.  Could you please switch

 2    to my PowerPoint.

 3                   UNIDENTIFIED:  Joe, do we have a copy

 4    of that one?

 5                   MR. ZONIES:  I don't think I have a

 6    copy, we'll print them out.

 7                   Prozac expert report now Lilly's (ph)

 8    counsel from Ms. Gusset's (ph) office is here, they

 9    knew this, and Pfizer fought hard to get this report,

10    and we didn't actually push back.  I think Mr. Boise

11    (ph) might admit he had something to do with it.  Why

12    wouldn't we push back?  Because Dr. Jewell is very

13    clear in his use of meta-analyses between Prozac and

14    Zoloft.

15                   He says, such an issue is addressed by

16    examining the heterogeneity effects across the studies

17    using standard statistical methods.  For example, in

18    Miles discussed below, there were statistically

19    significant heterogeneity when assessing the risk for

20    Zoloft in malformations.  This calls into question the

21    summary provided in Miles for that drug; however, on

22    the other hand, when examining Prozac, the

23    heterogeneity was moderate and not significant.

24                   There is a scientific basis for a

25    differential treatment of Miles in the Prozac context

1    and in the Zoloft context.  We agree with Pfizer in

2    this context that it's not class effect, it shouldn't

3    be applied similarly across these drugs, that's what

4    Dr. Jewell had said.  One of the Court's early

5    concerns with Dr. Brerard, Dr. Jewell has

6    intentionally not done that.  Had he done that, he

7    would have used this and quoted the Prozac results in

8    this case.  He can't, because statistically it's not

9    permitted.

10                What is heterogeneity?  Heterogeneity

11    is you have all these different results, and if

12    someone asks you, hey, tell me what wine tastes like,

13    and you mix all those together, you're not really

14    going to get a good idea of what wine tastes like.

15                It's a recognized issue in all of

16    science, including the reference manual on scientific

17    evidence for the federal courts.  The key issue is a

18    matter of heterogeneity results among studies being

19    summarized, but there's more variance than one would

20    suspect by chance.  There is further uncertainty about

21    the summary measure from the meta-analysis.  Dr.

22    Jewell applied good science, not what is called

23    situational science.

24                Now, Dr. Kimmel is not a statistician,

25    but one can presume hopefully that Dr. Kimmel like

1    Miles would know about the heterogeneity issue.

2    Certainly Pfizer was aware of the heterogeneity issue,

3    because they had this report at their insistence.

4                    They have also heard and cross-examined

5    Dr. Jewell on this very issue a number of times, and

6    Dr. Jewell has explained it to them.  And

7    unfortunately for the Court what was presented was

8    instead a slide making it look like Dr. Jewell decided

9    to do two different analyses.  You can even back it up

10   a step further, when they say, huh, Dr. Jewell here

11   says, I examined the individual studies and the data,

12   and in Prozac Dr. Jewell decided to use meta-analyses.

13                   Well, again, Pfizer knows what that

14   happened, they've read his report, they've also cross-

15   examined him on that issue a number of times.  Why

16   would that be?  Well, unlike Pfizer, Ely Lilly, the

17   makers of Prozac determined to do a meta-analysis of

18   their own on their drug of 18 studies, and that meta-

19   analysis led to a label change for them about cardiac

20   events.

21                   Pfizer has yet to date to ever do a

22   meta-analysis.  Their experts won't do one, if they

23   want one so desperately.  Why?  It's not proper.

24                   You cannot do a proper meta-analysis on

25   these studies, on Zoloft studies.  Why?

1    Heterogeneity.

2                    Here is from Miles in the Miles chart

3    pulled right out, and you can see the difference

4    between Fluoxetine, Prozac, where heterogeneity which

5    is measured here by its P value for significance, and

6    also it's I square value which is the magnitude of the

7    heterogeneity, and you can see that virtually there is

8    indeed significant open magnitude and statistically of

9    heterogeneity.  That means that it is not proper to do

10   the meta-analysis, or you can do it, but the results

11   are not necessarily reliable.

12                   So again, in the slides when they

13   present this Prozac issue on slide 82, even with these

14   methodological issues, quote -- it's a quote and then

15   the quote ends, Dr. Jewell repeatedly quotes Miles.

16                   Dr. Jewell's full sentence in Prozac

17   says, even with these methodological issues, meaning

18   the inclusion/exclusion criteria, the fact that there

19   was not heterogeneity or it's not significant

20   heterogeneity or a great magnitude, and because my

21   primary piece of evidence is Lilly's meta-analysis and

22   these results are not inconsistent with that.  Miles

23   is a supported study.

24                   So in the absence of that context, a

25   context well-known to Pfizer, it's really not fair to

1    Dr. Jewell in particular and to this Court to present

2    this slide making it look like Dr. Jewell is using

3    different methods in two different litigations because

4    he wants the outcomes to be right.  That's not fair,

5    and it's not true, and they know it.

6              The same with McDonagh.  There are

7    three meta-analysis that I'll talk about today.

8    Miles, McDonagh, otherwise known as an AHRQ, and the

9    Wang (ph) recent meta-analysis.  And Dr. Jewell will

10    go into some detail about each of those, but this is

11    McDonagh's meta-analysis, and indeed as Pfizer puts in

12    its brief, Dr. Jewell does say the best evidence in

13    the Prozac litigation, the best evidence of -- because

14    he's quoting from the chart, which is called best

15    evidence, he's not making a determination of that --

16    the best evidence for Fluoxetine is on here -- is a

17    1.3 statistically significant increased risk, what's

18    the hetrodyne, the (i) squared, zero percent.

19    Sertraline, what's the hetrodyne, 68 percent.

20              Dr. Jewell is very clear about these

21    issues in his two reports.  He's testified about them

22    numerous times, and Pfizer knows it.

23              Another issue that came up was the Luix

24    and Allen Mitchell emails back and forth, and the

25    regression analysis that was provided, and

1    unfortunately for some reason -- well actually they

2    received it late last night, I'll assume that's the

3    reason why this didn't show up in the presentation for

4    Pfizer -- but when the authors were asked about why

5    the regression analysis appeared to have additional

6    confounding factors from the published papers by me,

7    this is the response we received yesterday afternoon,

8    and it's essentially saying that, oh, looks like we

9    messed up again, and we'll be going back to the

10   Journal to fix it again.

11             So while Dr. Mitchell says we regret

12   this error about which we are communicating with the

13   Journal, but wish to clearly state that the risk

14   estimates in the regression, which we provided, are

15   correct.  Well they're correct for that analysis, but

16   it appears they may not be correct for what was

17   actually published.  And again, there's more detail on

18   that later, but these new Luix figures continue to

19   evolve.

20             With regard to Dr. Berard it's a

21   strange subject in this courtroom for both sides I

22   think and for the Court.  What the Court said about

23   Dr. Berard was about her methodology that she used in

24   this courtroom as an expert witness.  And in fact

25   during Dr. Berard's testimony and at other times, the

1      Court made it very clear that you weren't and wouldn't

2      question Dr. Berard's methods in her own studies.  In

3      fact one of your concerns was is that Dr. Berard

4      seemed to applying different methods in court than she

5      did in her own published papers.

6                     Dr. Berard's 2015 paper is a published,

7      peer reviewed paper, that no one has questioned.

8      Pfizer hasn't written a letter, Dr. Kimel, as far as

9      we know, hasn't written a letter to the editor saying,

10     what is going on here, this is crazy.  And again, this

11     is something that Pfizer either knows or should know

12     about Dr. Berard's study, which is the results --

13     because in part they have the emails -- the results

14     are complex because of a statistical method about

15     which Dr. Jewell has actually published, that was used

16     in the paper.  And it's not a statistical method that

17     was made up after the fact to get things to look

18     significant in some way.

19                     If she were doing that one would think

20     she would have done us a kick and done it for all

21     cardiac or something like that.  But she didn't, she

22     reported her actual results.  Crude and adjusted,

23     both, were calculated using generalized estimating

24     equations models.  That's a nuance term in statistics

25     that apparently Dr. Kimel either ignores or doesn't

1    understand, but in this courtroom by this time they

2    should understand that because Dr. Jewell testified

3    about this in his deposition extensively, and

4    Dr. Jewell testified that this method makes it

5    impossible to do what Dr. Kimel did.  How do we know

6    it?  Dr. Berard, yes, did I -- did Ms. Shaver (ph), I,

7    send Dr. Berard a question saying, why can't I get

8    these confidence intervals that you're getting?  Yes,

9    because Pfizer questioned them, we can type them into

10   MedCalc like any other person can or Open Epi and find

11   out, well, this -- something is weird here.  And her

12   response is, is there's no way to calculate the

13   confidence interval with the numbers in the paper.  It

14   is a match multivariate model.  The numbers are right.

15              What does that mean?  These are

16   adjusted for repeated measures, women with more than

17   one pregnancy within the time period, all variables

18   that are at the bottom of the table.  We use GEE

19   models, my biostatistician redid all the models

20   yesterday, so we put her through some extra work

21   because of (indiscernible) because we have women who

22   have multiple newborns with atrial septal defects or

23   crainiosynostosis, the variance calculated for the

24   crude using the frequencies in the table, in other

25   words, the table that Ms. Shaver had supplied, is

 1    incorrect.  You need the raw data to calculate the

 2    estimates.  You need the raw data in this model

 3    because of a standard statistical methodology that is

 4    explained very clearly in the methods of the paper.

 5    It should be clear to any biostatistician or

 6    epidemiologist upon that review that these numbers are

 7    solid and running them in a MedCalc isn't going to do

 8    it.

 9              Now, does Pfizer know that?  Yes.

10    Dr. Jewell's deposition was taken.  Did you

11    independently access her data?  I looked at her -- to

12    finish the sentence -- I looked at her confidence

13    intervals and was worried that they didn't match.  So,

14    no, I did not access her data, the underlying data.  I

15    looked at her data that was in summary form on the two

16    tables in the paper.  And actually the first time that

17    I was asked to look at that data was by Pfizer's

18    counsel at Fry (ph), which she requested I analyze the

19    data for an earlier version.

20              Table two presents enough basic data to

21    double check the risk ratios, which is what he did on

22    the stand at Fry.  He said, I can tell you that her

23    risk ratio was correct, but you can't do the

24    confidence intervals.

25              Now in this question Pfizer's counsel

1    either doesn't know that, but after this question

2    does.  Wait a minute, the basic data is there and the

3    confident, you can do crude data confidence intervals.

4    No, that's not correct.  Why is that incorrect?

5    Because you need the raw data to check.  Not to check

6    the risk ratios perhaps, though even that is a little

7    unsure.  You don't have enough information to get the

8    confidence intervals from the paper.

9                   Now, Dr. Jewell knows that because this

10   is a statistical method that Dr. Jewell is familiar

11   with and has applied and is in every textbook on

12   epidemiology, and it is an advanced technique used in

13   pregnancy because what it does, is it accounts for

14   multiple pregnancies with the same woman and tries to

15   analyze, is there a difference there that makes an

16   impact, much like the sibling analysis in Furu (ph)

17   and much like the sibling analysis in Wemocker (ph),

18   although I'm simplifying it, Dr. Jewell would have to

19   some more justice to that.

20                   Dr. Jewell clearly informed Pfizer at

21   this deposition months ago, assuming the OpenEpi

22   results are the right -- assuming the OpenEpi results

23   are the right thing to do for this data, that is

24   what's incorrect, and that's what Dr. Kimel failed to

25   recognize.  Why do you say the OpenEpi is incorrect?

1    Because neither you nor Dr. Kimel read the statistical

2    section apparently in Dr. Berard's report where she

3    specifically highlights that that's not what she or

4    her statistician did.

5              Pfizer knows this before they come into

6    this courtroom, and Pfizer refuses to let the Court

7    know as it presents this information that Dr. Jewell

8    has a very sound scientific reason for relying upon

9    Dr. Berard's published peer review data.

10             Dr. Kimel did a two by two analysis.

11   He computed crude odds using OpenEpi, and I assume he

12   just plugged them in, which is also what I did not

13   knowing that Dr. Berard had applied the GEE.  So

14   Dr. Kimel and I suffer from a similar misunderstanding

15   of the nuances of statistics.

16             So those were just three issues that I

17   wanted to bring to the Court's attention today that I

18   hadn't anticipated moving to the front of my

19   presentation, because I had assumed that Pfizer would

20   have informed the Court, or frankly, wasn't going to

21   go into each of these things, because Dr. Jewell's

22   testimony on this in multiple other contexts has been

23   very clear that what he has done is not situational

24   science, it is good science.  It just requires an

25   understanding of the science.

1              So, I'll back up now to where I would

2      have started, which is this is today a Daubert

3      hearing.  It's not about conclusions, it's about

4      methodologies that were used in reaching a conclusion

5      about whether or not there's a causal association

6      between the use of Zoloft in the first trimester and

7      cardiac heart defects.

8              Dr. Jewell's qualifications are well-

9      known to the Court, including his book entitled

10     Statistics for Epidemiology.

11             This methodology is the same

12     methodology that Dr. Jewell has applied in his entire

13     career, as far as I'm aware, the same that he applied

14     in this court previously.  Dr. Jewell gathers the

15     relevant literature, extracts the relevant data, he

16     examines the associations in that data, and he

17     accesses, as only a scientist can, whether the

18     associations are a function of one of three things,

19     because that's all an increased risk can be.  It's

20     either due to rain of chance or it's due to bias,

21     which includes confounding, or if not, the

22     associations get accessed for causality under Bradford

23     Hill.

24             It's not a different methodology than

25     anyone else has applied.  Dr. Kimel has previously

1    testified that that is a valid methodology, and in

2    fact the same one that he used, and Dr. Shurvastava

3    (ph) has said the same thing.

4              The concern that Pfizer seems to have

5    is with the way that these were applied, not with the

6    methodology itself, and primarily with the conclusions

7    that Dr. Jewell reaches.

8              So, gathering the relevant literature

9    and extracting the relevant data.  There is science

10   involved in this, nuance involved in this.  You have

11   to define what it is you're looking for.  And for

12   Dr. Jewell he predefined what he was looking for a

13   peer reviewed, published papers with original data,

14   with Zoloft specific results for cardiovascular birth

15   defect outcomes.  Those were his four criteria, and

16   this is in his report, and he found 11 what he calls

17   core studies, and those are listed there.

18             Peer reviewed original data reported as

19   an odds ratio for Zoloft in particular in cardiac

20   birth defects.  In doing so Dr. Jewell was mindful of,

21   although this is I think how he would have done it

22   even before the Court's concerns about class data,

23   other drugs, concerned about other defects.  He

24   focuses his analysis on those things that were most

25   relevant in this courtroom.

1            Here are his 11 studies.  Dr. Kimel

2      used those 11 studies.  And Pfizer, in it's literature

3      review, used 10 of those 11 studies.  And a sampling

4      of the studies that Dr. Jewell did not use, Overlander

5      (ph) no odds ratio or risk ratio provided.  Margulus

6      (ph) only reported on all SSRIs.  Miles and McDonagh,

7      because they have no original data.

8            It's not that he threw them out.  As

9      you'll see in his report, he discusses Miles and he's

10     also discussed all of the meta-analyses in multiple

11     testimony and deposition.

12            Now, I added these back in because I

13     didn't think this would come up, but you saw the slide

14     with all the societies, et cetera, and it's odd that

15     we're here about methodology, and clearly the

16     conclusions of the societies are uninformative if at

17     all relevant, and that's not just because they're not

18     in this courtroom and subject to cross-examination, so

19     this is complete hearsay, and I would love to go take

20     the deposition of whoever wrote this, but I'm not

21     going to do that because I don't thin it's relevant.

22     Why is it not relevant?  Because you can look at it

23     facially and see why.  What did the American Heart

24     Association do to access whether or not Zoloft was

25     casually associated with cardiovascular birth defects?

1    Well first of all it looked at all SSRIs.  Second of

2    all it looked at all malformations, but those are

3    errors that apparently the AHA are allowed to make.

4    But most importantly they looked at Alwon (ph) and

5    Luix.  That's it.  Those are the two studies they cite

6    to for their conclusions.  Here's what Dr. Jewell at

7    this point looked at, and we're going to have more

8    data.

9               So the American Heart Association, how

10   Pfizer can stand up here and excoriate Dr. Jewell for

11   his methods and not mention to the Court, well the

12   AHA, they only looked at two when they made their

13   decision.  Or Otis, that's an organization that's

14   right -- looking out for kids and birth defects.  Well

15   how many studies did Otis report on?  Four.  That's

16   it.  This is a 2014 paper, right?  Could they have

17   done, I don't know, any of those?  How about the most

18   important one according to Pfizer?  Hubrix (ph), not

19   even in there.  Jimenez Solem (ph), huge, right?  None

20   of these get mentioned in the Otis paper, and they

21   just look at those.  And of course that's the

22   conclusion you're going to reach.

23              So the societies are not here and

24   subject to my cross-examination.  The societies

25   clearly are not as informed as the 30-plus page report

1    -- to 50 I think now -- before the Court, and have not

2    done the analysis, haven't even bothered to look at

3    the studies that Dr. Jewell considers key studies.

4              During the Fry hearing I had the

5    opportunity to have a conversation with Dr. Kimel, and

6    Judge Bernstein captured one -- the issues regarding

7    this first step in the methodology in his opinion on

8    Fry where he said, Dr. Kimel, the primary defense

9    expert at Fry, agreed the appropriate first step in

10   determining whether Zoloft is strategenic is to

11   identify the relevant literature.  That is

12   Dr. Jewell's step.  Dr. Kimel agreed that Dr. Jewell

13   reviewed the appropriate literature.  Quote, "Yes, I

14   listened, so I certainly know Dr. Jewell and I looked

15   at the same literature."  In addition he also captured

16   the fact that Pfizer's internal experts also looked at

17   that same literature.

18              So we think that with the addition of

19   the studies that were published since Dr. Jewell's

20   report, which we'll discuss Berard, Furu, Wemocker,

21   Refuse (ph), and the adjustment to Luix, and there is

22   one new meta-analysis that we'll also discuss, but it

23   does not meet Dr. Jewell's criteria for an inclusion,

24   because it does not provide original data.  I'll also

25   demonstrate that is fatally flawed.  Dr. Jewell will

1    at least.

2                    So those are what Dr. Jewell considers

3    to be his core studies as defined by his inclusion

4    criteria, and as Dr. Kimel says appropriately included

5    in the analysis.

6                    So, I think that through step one we're

7    in pretty good shape.

8                    There's concern about overlapping

9    populations, and again, this isn't something that

10   Dr. Jewell ignored.  Dr. Jewell applied a reasoned

11   scientific approach to the issue of overlapping

12   populations.  And there are number of overlapping

13   populations.

14                   For example, in this list if you're

15   looking just geographically Luix and Alwon overlap.

16   Now Alwon has an update, it overlaps.  Cowan and Reece

17   overlap.  Peers and Cornum (ph) and Jimenez overlap.

18   In fact Furu tries to take all of them and throw them

19   in a bucket, and it doesn't work well.  Why?

20   (Indiscernible).

21                   So, Dr. Jewell is cognizant and an

22   attentive scientific and he says, I don't intent to

23   imply that the results from all these studies are

24   entirely independent.  It's important to determine

25   whether there are relevant differences between the

1    studies that lead one to be strong than another or

2    that differentiate them so significantly that the

3    results should not be interpreted as simply the same

4    study.  Pfizer would like nothing more than to take

5    Jimenez, Cornum, and Peterson and say, it's one study.

6    And in fact they take that and throw it over into Furu

7    and say Furu is actually the right now.  Right?

8              There are blinders that you can put on

9    when doing that.  They don't pay attention to good

10   science.  Because what do good scientists do?  You

11   wouldn't just look at it and say, oh, all they're all

12   from Denmark.  You'd actually do an examination of the

13   overlap, see if there's a difference, see if they used

14   different methodologies.  That's what Dr. Jewell did.

15   His report is replete with why he did it the way he

16   did it.

17             Now, Dr. Kimel in this courtroom

18   actually testified, if you have studies that are

19   looking at the same data, and Jimenez Solem was

20   exactly the same population as Peterson, so you get

21   the problem.  It doesn't have to be 100 percent

22   overlap, right?  But if you have two studies that

23   examine the same population and they overlap by 75

24   percent of the years, well in a meta you wouldn't

25   include both those.

1                  Okay.  Let's take that at his word.

2      You know, Dr. Jewell actually does a more in-depth

3      analysis, looks at the method, sees if they would have

4      included or excluded women in one or the other.  Does

5      one capture confounders better than the other?  And

6      does an analysis to see which study is better, beyond

7      just looking at how many years.  I mean I could do

8      that.  So, I did.

9                  Here's Reece and Cowan, so these are

10     the Swedish studies that Pfizer relies upon, because

11     it has a .7 and a .7.  Well they might act similar

12     because if you look at the difference here you have

13     Dr. Kimel's magical 75 overlap by years  So, Dr. Kimel

14     wouldn't include those two in his meta-analysis.

15                 But when you look at the Danish studies

16     what you see is some very different data.  This is the

17     years across which the study was done.  This is the

18     total study population, the size of this block.

19     Cornum was done in four counties in Denmark.  Peterson

20     was nationwide but for a short period of time.

21     Jimenez Solem was -- nationwide -- countrywide I guess

22     is the right word, for a bigger period of time.  Just

23     one way to demonstrate that you don't lump all these

24     together and say, oh, it's the same thing just to look

25     at this pie.  That's the total number in Cornum,

1    215,000.  So if we assumed, counter to what the facts

2    show, because Cornum has all these extra years here,

3    but if we assume the years absolutely overlap Jimenez

4    Solem has 633,000 additional pregnancies to look at.

5                    Do you throw that out?  Is that not

6    relevant?  That's not what scientists do, they don't

7    throw out information.  They look at the information

8    and see if there's something important in that

9    information that might inform their decision.  How do

10   we know that?  It just recently happened.

11                   This is a Refuse study that Pfizer

12   discussed.  It is indeed an update of Alwon.  So it

13   takes the Alwon data from 1997 to 2002 and updates it.

14   Repeats this entire set of data and then adds data to

15   it, much like Reece did in Reece Cowan.

16                   In response to that there were some

17   comments posted, and one of the comments came from a

18   Michael B. Bracken (ph), a professor at Yale

19   University who happens to be a consulting expert for

20   GlaxoSmithKline and Forest (indiscernible).  And

21   Dr. Bracken writes something that is exactly what

22   Dr. Jewell says in his report.  And this was just

23   written a couple days ago.

24                   One strategy for evaluating which of

25   Alwon's observations are likely due to chance is to

1    examine the new data to see if the associations are

2    replicated.  All right?  That's a great idea.  We have

3    in Cornum and Jimenez we have this little population,

4    we have all these additional women.  If that's a three

5    times risk let's check and see, back those women out

6    if you can, and let's see if when we back out that

7    earlier group can we confirm the associations in just

8    that 633,000 women?  So when Alwon Refuse 1997 to 2002

9    -- that should be -- oh, that's entire -- 1997 all the

10   way to 2009, Refuse picks up all of those cases and

11   controls and adds these new cases and controls.  You

12   can see that there's more information, but you could

13   also do a comparison between these two just like

14   Dr. Bracken says at Yale, and just like Dr. Jewell

15   would say in this courtroom.

16              What do you find?  Well when Alwon put

17   Sertraline there's a .7, and in Refuse for Sertraline

18   it's now gone up to 1.0.  That's in the final study

19   results.  So wait a minute.  You say, Refuse includes

20   Alwon, so shouldn't it be .7, .7?  Well it's not.  So

21   there's information there from the new women that are

22   analyzed.  There's information here in the additional

23   years about this.  And what is that information?  Well

24   to get from a .7 to a 1.0 what it tells you is that

25   the women who were added to Refuse must have had an

1    increased risk of 1.2 to 1.3.  That's the only way you

2    can take a .7 and get it to a 1.0.  When you include

3    the .7 you add these women, you have to have -- be out

4    here just as far to be able to get it to 1.0.

5                     So what does that show?  It shows that

6    in fact the later data, what Pfizer just told you

7    would be the better data captured because it's coming

8    in later, and it's in fact true, they changed the

9    capture instrument between these two studies, they

10   started to capture data better in Refuse.  There's

11   Refuse capturing indeed an increased risk.  Now it's

12   washed out a bit down to 1.0 because it's also

13   bringing forward the Alwon data.

14                    So do you ignore this?  Because that's

15   what Pfizer wants you to do, they want you to throw

16   out earlier versions of studies where you apply

17   scientific method to and determine whether or not

18   there's information in there that can be important to

19   you as a scientist.

20                    So overlapping populations does not

21   mean you simply throw out earlier data.  It means that

22   earlier data needs to be looked at within the context

23   of the question that is being asked and not ignored.

24                    So Dr. Jewell's next step is to examine

25   the associations.  And just a reminder, that a

1    positive association -- this is not my language or

2    Dr. Jewell's language, this is the reference manual in

3    scientific evidence -- if a relative risk is greater

4    than 1.0 the risk in exposed is greater than the risk

5    in the unexposed.

6              Does that answer the question on

7    casualty?  No, everybody knows that, right, in this

8    courtroom.  There's a positive association.  And what

9    does it say?  It could be causal.  What else could it

10   be?  It could be chance or it could be bias, including

11   confounding, just like Dr. Jewell's methodology.

12             These are the all cardiac outcomes in

13   the core studies that Dr. Jewell reviewed.  And you

14   can see that the red ones would be statistically

15   significant because they do not cross one or unity.

16   And you can also see that the majority of the studies

17   are on the right-hand side.  Is that all you do, look

18   at the first one and say, okay, we're in?  No.  But

19   this is a starting point to examine the associations.

20             These are the all septal outcomes.

21   Same facts apply.  Significant ones, risk, and one

22   down here that goes sub one, and Refuse, the recent

23   one, which is 1.0, but as we discussed likely the

24   newer data in Refuse is to the right of one.

25             This is just gathering the data, that's

Page 92

1      all you're doing.

2                    These are individual septal defects.  I

3      didn't have the patience to plot them.  And again,

4      ASD, which is a subcategory of the septal defect,

5      which show -- the bold are significant, and you can

6      see here ASDs all double and plus of the risk.  VSDs

7      and another septal defect.

8                    These below the line are the ones that

9      go in a protective direction.  And to be clear on

10     this, Dr. Jewell doesn't say that this is supportive

11     of an increased risk, because the confidence intervals

12     had 3.76.  He's been asked that question numerous

13     times and has made it very clear that what he's saying

14     is -- and it's right in his report -- this is not

15     consistent with my opinion; however, the confidence

16     interval was wide enough to include these potential

17     outcomes.  So it's not necessarily (indiscernible),

18     that's all.  It's not that this supports and I win.

19     That's not what Dr. Jewell does, they know that's not

20     what Dr. Jewell does.

21                    These are all of the other cardiac --

22     these are as reported in the studies.  Dr. Jewell

23     didn't twist or turn or do anything here.  Dr. Jewell

24     is not indeed a cardiologist.  Dr. Jewell says, I'm

25     not the guy who could classify these things, that's

1    not what I do.  I am reviewing the classifications

2    done by the experts in that classification, some of

3    which we'll get to in a bit.  I'm reviewing the

4    classifications done by Luix, for what it may be

5    worth, Mitchell, Alwon, Furu, and I'm reporting those

6    as they define them, and I'm reporting the most

7    adjusted outcome, because I'm trying to be

8    conservative.

9              And these are the outcomes for the

10   other cardiac defects.  Again, increased risk above

11   the line, some could say that 1.02 should slide down,

12   .82 below the line.  There's duplication in that.

13   Dr. Jewell didn't just put the good ones up here and

14   duplicate them.  There's Alwon twice.  He's looking at

15   all the data, he's not hiding from the data.

16             So let's access those associations.

17   There's a chance.  At the beginning of this case that

18   seemed like a big deal chance, and I don't know, maybe

19   I've just gotten past it, but we should spend some

20   time on it.  Because the first thing you do is this is

21   every outcome in every study.  The red ones again are

22   statistically significant outcomes.  These are

23   increased risk.  Below here are the ones that are to

24   the left of one and incompatible with Dr. Jewell's

25   assessment.

1            So when you're looking at chance there

2    are a couple of ways to go about it.  When you're

3    looking at chance within a single study it is true

4    that one looks at statistical significance and the

5    importance thereof.

6            So let's do that.  Here are the

7    statistically significant outcomes.  And Dr. Jewell

8    looked at those and said, okay, there's replication

9    for cardiac, there's replication for septal in here,

10   but you know, I understand that we're in the context

11   of multiple testing and multiple comparisons.  So

12   let's take a deeper look.

13           The typical way Dr. Jewell will go

14   about looking about multiple comparisons would be to

15   look across all of these studies and make a conclusion

16   that goes something along -- he'll do better work with

17   this -- along the lines of yeah, look, you can have

18   this finding, but by time you have this finding and

19   then that finding and (indiscernible) one and then

20   that finding (indiscernible) one, it becomes

21   statistically impossible that they're chance.  You're

22   replicating across multiple studies.

23           But Dr. Jewell, because Dr. Kimel

24   mentioned it frankly in his report -- his original

25   report in this case, said, I'll do this Bonferroni

Page 95

1    adjustment.  And what Bonferroni does is it takes a
2    P value of .05 and it says for each of the tests
3    you're doing you have to make that P value even bigger
4    and even bigger -- I mean, I'm sorry -- even smaller
5    and even smaller.  And Dr. Jewell applied that to the
6    Jimenez Solem findings.
7                   Now remember, I understand that Pfizer
8    has concerns with the confounding by indications show
9    in this study and other issues.  That's not relevant
10   at this stage, right?  At this stage you're testing it
11   for chance.  We'll get to the confound.
12                  When you test these for chance under
13   the most conservative method that's out there, which
14   is the Bonferroni application, all (indiscernible)
15   survives, all septal survives, VSEs survives, and ASE
16   gets pretty darn close.  That P value is ridiculous,
17   right?
18                  Now, Dr. Jewell would not want to stand
19   up here and say that's very, very, very, very -- you
20   know, Dr. Jewell and P values, we'll get to that in
21   more detail, but these do not make or break whether or
22   not a study should be looked at.  All right?  Because
23   according to Pfizer nothing except those studies
24   should be looked at.  Those are the only ones that
25   matter because they're statistically significant, and

1    then let's pick those apart, let's pick apart Berard,

2    let's pick apart Wemocker, let's pick apart Jimenez,

3    let's say you can't do Jimenez and Cornum, because

4    that's a nice limited universe.  But look what you're

5    ignoring when you do that.  All of this information

6    that's in here, because you picked some arbitrary

7    point and said if it's not this we're (indiscernible).

8                    Now is Dr. Jewell alone in that

9    thought?  No.  This is -- now you've heard a lot about

10   him.  Here's his picture.  Boston grad

11   (indiscernible), discussing his points.  None of my

12   viewpoints can bring indisputable evidence for or

13   against cause and effect hypothesis.  That is an

14   important issue.  Nothing is dispositive, as Bradford

15   Hill says in the same treatise, nothing is necessary

16   and nothing is exclusive, determinative.  You have to

17   approach this with a scientific eye.

18                    If it were simply P values and

19   statistically significant or not I wouldn't need

20   Dr. Jewell, I can do that through OpenEpi if it's not

21   the generalized equation, whatever that is.

22                    So he also says in the same -- next

23   paragraph, no formal test of significance can answer

24   the question.  What's the question?  What they can do,

25   these viewpoints and significance, with greater or

1     less strength is to help us to make up our minds on

2     the fundamental question.  Is there any other way of

3     explaining the set of facts before us?  Is there any

4     other answer equally or more likely than cause and

5     effect?  And what Dr. Jewell has included is that

6     there's no answer that is equally or more likely than

7     causal in this case, applying exactly this gentleman's

8     methods.  He says no formal test of significance can

9     answer those questions.  Beyond such test can and

10    should remind us of the effects in play of chance, and

11    they will instruct us in the magnitude of the effects.

12    Beyond that they contribute nothing to the proof of

13    our hypothesis.

14                 Now that doesn't mean you throw them

15    away, that doesn't mean that significance doesn't

16    matter, it doesn't mean any of that.  What it means is

17    it's one of a number of factors that you put into a

18    bucket when you look at the totality of the evidence,

19    and based upon those factors and a scientific analysis

20    of those factors, do you believe that any other way of

21    explaining these increased risks that is equally or

22    more likely than cause and effect?  Clearly there's a

23    disagreement on that in this courtroom or we wouldn't

24    be here, but that sounds, if the methodology is

25    correct, like a question for a jury.

 1                    The reference manual and scientific

 2       evidence does not limit the inquiry to only

 3       significant results.  Epidemiologists have become

 4       increasingly sophisticated in addressing random error

 5       and examining the data from a study to ascertain what

 6       information they may provide about the relationship

 7       between an agent and a disease without the necessity

 8       of rejecting all studies that are not statistically

 9       significant.  Exactly what Pfizer requests that this

10       Court do.

11                    The Matrixx case, which the Court has

12       read about and cited to in its opinions.  The law does

13       not limit the inquiry to significance.  The Supreme

14       Court unanimously -- this is from the reference manual

15       -- the Supreme Court unanimously rejected the claim

16       citing cases in which courts have permitted expert

17       witnesses to testify to toxic tort causation in the

18       absence of any statistically significant studies.

19       Any.  That's the Supreme Court.

20                    Is that the end all and be all?  No.

21       Allen Mitchell in his emails back and forth to Sandra

22       Greenland (ph), this is the author of the Luix study,

23       one of them.  Let me reflect my personal perspective.

24       So what happens outside of the courtroom in the real

25       world when it's not an expert report?  Let me reflect

1    my personal perspective that the slavish worship of

2    the dichotomist P value is something we have fought

3    fiercely, including with the journals to which we

4    submit our work.  In that regard I was delighted to

5    see the Matrixx opinion noting the fallacy surrounding

6    devotion to the P value.  Allen Mitchell, professor of

7    epidemiology and pediatrics.

8              Now importantly Allen Mitchell,

9    actually in the emails you (indiscernible) with the

10   New York -- with the New England Journal of Medicine

11   saying, look, you're making too much out of this.  I

12   don't believe in what you're trying to reprint here.

13   But the Journal won.  But the scientists don't believe

14   it.

15             And it's not just Mitchell, here's

16   Sandra Greenland.  We can all see exactly how Kimel

17   used the information.  He used it precisely for the

18   type of dichotomy abuse you say you decry.

19             Lynn Rosenberg (ph), professor of

20   epidemiology.  You and Sandra -- to Allen Mitchell --

21   you and Sandra share the same views about statistical

22   significance.  It would be good to end what has

23   unwittingly become a battle, and one way to do that

24   would be to take up his offer and submit the views

25   that you agree with to the Court, because that's what

1    Sandra asked Mitchell to do, and Mitchell to, as he --

2    as a scientist would want, said, I'm not interested in

3    getting involved in the litigation.

4              Sonya Hernandez Diaz (ph), an author of

5    a number of these studies, including the Hubrix study.

6    Dear Sandra, I learned that in an amicus brief can be

7    perceived as part of the litigation and I don't want

8    to get involved in litigation.  For her own correct

9    reasons.  However, I still agree with the

10   methodological -- this is methods -- methodological

11   principals, and would be happy to sign a letter to the

12   editor saying so about statistical significance.  And

13   logic doesn't limit the inquiry to significance,

14   because that's all you would look at instead of that.

15             Now we're not running from are

16   statistical significance, there are replicated

17   significant results in here for cardiac defects, there

18   are replicated statistically significant results in

19   for perseptal defects, and then there are all of these

20   increased risks, the right of one.  Is that chance?

21   Because that's the question.

22             So Dr. Jewell will come up here and let

23   you know why he concludes that chance is not

24   explaining these.  He's not alone, there are a number

25   of study authors who conclude the same way, again, as

1    his report addresses it.

2                    Is it bias?  He looks at detection

3    bias, one of those issues, because the concern is

4    babies whose mothers were treated with these drugs,

5    those babies end up in neonatal intensive care more

6    than babies whose mothers weren't.  So do they get

7    looked at more often?

8                    One way to address it was done in

9    Cornum, restricting the analysis to severe cases so

10   that you'd see them no matter what, and there was

11   still an increased risk.  As recently as a month ago

12   Wemocker did it for detection bias.  This by the way

13   is a paper by the World Health Organization, the WHO,

14   and says, stronger -- you'll see this result -- the

15   association is stronger for severe CHD and therefore

16   it's unlikely to be explained as detection bias.

17                    Confounding by indication, the big one

18   in the room.  Dr. Jewell's approach is fourfold.

19                    One, there's no evidence that

20   depression causes cardiac heart birth defects, not one

21   study anywhere.

22                    If it's depression, why don't all the

23   antidepressants show similar risk?  Okay.  Don't even

24   bother looking at all antidepressants, why don't all

25   the SSRIs show the same risk?  They're all prescribed

1    for depression.  So shouldn't they all be increased?

2    Right?  The class fallacy.  Why is there no risk on

3    later exposure and for studies that do restrict it to

4    depressed woman?  The difference is Hubrix, for

5    example when Hubrix does her initial analysis of

6    (indiscernible), I'll show this to you for Zoloft,

7    it's a significant increase in 1.27.  Once she

8    restricts it to women who had a diagnosis of

9    depression it goes down about nine percent.  Exactly

10   the same in Bond.  When Bond looks at all women it's a

11   1.52, when she restricts it to women who have a

12   depression diagnosis it goes down 9 percent.

13                  So what's the impact of depression?

14   Maybe nine percent.  That doesn't account for doubling

15   of risk, right?  All it does is move a 1.9 to -- I

16   don't know -- 1.6 or 1.7.  That's all it can do.

17   Depression is not erasing a doubling of the risk.

18                  Proof that -- this is Yonkers, who is

19   actually very involved in the industry and publishes

20   this paper that that Pfizer cites often but doesn't

21   cite this part.  We can find no studies that link

22   maternal depression to congenital anomalies in

23   infants.  And it's true, there aren't any.

24                  The WHO study, just a month or so ago,

25   the evidence that maternal depression increases

1    congenital anomaly risk is lacking.

2              Mulick (ph), I can take this out now I

3    suppose.  The evidence -- the absence of significant

4    increased risk of various birth defects associated

5    with the use of non-SSRI antidepressants suggests that

6    depression is not the cause.

7              And again, Cornum, no increase for

8    other antidepressants, no increase for previous SSRI

9    users, no increase for those exposed to SSRIs after

10   the period of congenital malformations would take

11   place.

12             So Jimenez is a big one, obviously

13   increased risk in women who pause, and you saw the

14   graph up there, and I think that probably accurately

15   describes how one could think Jimenez works.  The key

16   to Jimenez however wasn't mentioned in that graph,

17   which is the paused group of women is first of all all

18   SSRIs, it's not broken down by individual SSRIs.  So

19   it ignores what Pfizer calls the class fallacy.  In

20   other words, that increased risk is across all SSRIs.

21   There's not Zoloft specific data.

22             But here's one of the keys in Jimenez.

23   It requires women to restart their SSRI in the year

24   after birth.  And as one study author who looked at

25   this same data in Denmark concluded, says, in

Page 104

1    accordance with Jimenez we found an association

2    towards an increased risk in the offspring of women

3    who had used SSRIs before pregnancy and within one

4    year after pregnancy.  In other words, we got the same

5    result for pause.

6              But you know what, we don't think it's

7    confounding by indication.  Why?  Because there could

8    be a much simpler reason.  Jimenez assumed that these

9    women have a mental illness without being exposed or

10   in pregnancy, and the increased risk of cardiac heart

11   defects indicates confounding by indication.  However,

12   it was likely that women who have experienced having a

13   malformed child are more inclined to resume their use

14   of SSRIs after pregnancy.  That's why there's an

15   increased risk in that group.  Because it's more

16   likely that women will restart if they have a child

17   that has a congenital malformation.

18             There are no studies showing that

19   depression increases cardiac birth defect risk.  None,

20   zero.  How can it possibly be that that's not the

21   correct answer to Jimenez?

22             Now, Dr. Jewell did do an analyze in

23   Jimenez where he took the Zoloft exposed women that

24   had a three times increased risk and he compared them

25   to that all SSRI pause group, and he compared them

1    directly, because Jimenez didn't do that direct

2    comparison.  And when you do that direct comparison

3    Jimenez actually gives you a 1.6 increased risk.

4                  Hubrix.  Dr. Jewell did do an analysis

5    of Hubrix, and I want to show you what he did.  This

6    is in the Hubrix study, as I said, this is their

7    original analysis, 14,000 Zoloft users compared to

8    885,000 women who didn't use an antidepressant.  It

9    shows a statistically significant increased risk, not

10   adjusted.

11                  Hubrix doesn't stop there, she goes to

12   the next level down and she says, let's restrict this

13   to depression.  So when you take the depression

14   notably Zoloft goes down to 11,000, so 3,000 some odd

15   are using it for something other than depression, and

16   the comparative goes to 180.  And the odds ratio goes

17   down to 1.16, as I discussed earlier.  And according

18   to conventional statistics it would have gone

19   (indiscernible).

20                  Dr. Jewell simply takes these 11,000

21   women, using only data that's in Hubrix, and he says,

22   Hubrix provides me with data about these 11,000 women.

23   What Hubrix provides me is data that says which of

24   these women filled a prescription during the first

25   trimester?  Because they're all exposed to Zoloft

1    during pregnancy, and they're all depressed.  That's a

2    nice tight group.  We have a group of 11,000 women who

3    take care of all their concerns about confounding.

4    You know, this group never took an antidepressant, who

5    knows what's going on there.

6                This, women who are depressed and who

7    have a prescription for Zoloft in their hands that

8    will give them enough pills to take it in the first

9    trimester, right?  But there's a subgroup that is

10   women who had enough pills to go into the first

11   trimester who refilled their prescription or filled

12   the prescription in the first trimester.  And

13   Dr. Jewell said, those women are more likely to be

14   exposed.  What if we take the women who filled a

15   prescription in this 11,000, what if we took the women

16   who filled the prescription and compared their risk to

17   the women who had enough Zoloft but didn't fill a

18   prescription, so they more likely stopped.  That's

19   all.  And it's an analysis that's been done in a

20   number of studies, including other Hubrix studies.

21               And all Dr. Jewell did was take a look

22   at that, using numbers already in Hubrix, and compared

23   the risk of the women who refilled or filled their

24   prescription to those who didn't.  Statistically

25   significant, 1.87 increased risk with a P value of .02

1    in that 11,000 women population.  That's pretty

2    strong.

3                  How can you get a better comparison?

4    Every women in this entire pie was depressed.  So

5    there's no confounding by depression.  Every women in

6    that entire pie had a prescription for Zoloft within

7    30 days of pregnancy.  These refilled it or filled it

8    in the first trimester, and they have two times

9    increased risk.  Statistically significant.  Yes,

10   Dr. Jewell is actually pretty proud of this analysis.

11                  So Gibbons (ph) doesn't like it.

12   Professor Jewell has not conducted his new analysis

13   separately for women who filled two or more

14   prescriptions -- and he quotes to where it is in the

15   paper -- which would guarantee refill.  So in response

16   to that Dr. Jewell did that analysis, because she

17   works -- provides that data.  And he took the women,

18   the same 200, 442 who didn't fill a prescription in

19   the first trimester of more exposed under Hubrix's

20   analysis, so they likely stopped taking it.  And he

21   compared it to the 3,000 women who filled twice during

22   the first trimester, four more times.

23                  So there's -- as Dr. Gibbons says,

24   guaranteed exposure here compared to these women who

25   did not fill a prescription.  What did he find?

1     Almost the exact same data, 1.88 instead of 1.87, and

2     the P value as .047.  Statistically significant.

3                    That was at Dr. Gibbons' request,

4     essentially.  That is strong data to demonstrate

5     there's a risk.  Every women in there is depressed,

6     every women in there has a prescription for Zoloft.

7                    And this you didn't see when you saw

8     the emails that led up to Dr. Jewell explaining his

9     analysis to Dr. Hubrix, because her final email to

10    Dr. Jewell was, hey, thanks for the clarification on

11    what you're trying to do.  I agree it's an interesting

12    possibility, why don't I speak with the others in our

13    group and assess what we can do from our end?  She

14    thinks it's an interesting possibility.  She doesn't

15    think he's nuts.

16                    Now, Dr. Jewell took the Hubrix data,

17    his analysis, and the Jimenez Solem data, and he did a

18    little meta analysis of those two studies just to see

19    what the results was, because he's an inquisitive

20    scientist.  And what does that show?  When he combines

21    Hubrix and Jimenez Solem data, the two studies dealing

22    with confounding by indication.  Recognize that?  1.8

23    increased risk, P value 0.008.  Substantial risk

24    remains after accounting for confounding by

25    indication.

1              He also looked at other potential

2     confounders, these are in his report.  Smoking,

3     comparable results.  In other words, smoking didn't

4     change the results.  Obesity didn't change the

5     results.  I'm sorry, obesity is an independent risk

6     factor, but when women who were obese also took an

7     SSRI there was more than a doubling of that risk.  So

8     it's an amplification of the existing risk.  And he

9     also looked at other unknown factors.  These are all

10    straight from the studies that are the core studies

11    that all scientists use.

12              So once you determine that bias and

13    confounding are not in play, chance is not in play,

14    you look to Sir Austin Bradford Hill, and again, it's

15    a matter of good scientific judgment, not a matter of

16    simple statistically significant or not.

17              Strength of association.  All of these

18    are statistically significant outcomes showing an

19    increased risk between one and the mid threes.

20    Dr. Jewell's -- Hubert's analysis is on here as well.

21    A strong association.

22              Consistently.  Are these consistent

23    results?  Yes, this Bond in 2014 says they're

24    consistent.  Sertraline -- our results were consistent

25    for Sertraline from studies from the U.S., Denmark,

1    and Finland.  Finland is not for Sertraline.

2                Now U.S., which would be Luix, might be

3    in question, but that doesn't mean that Bond would

4    change his opinion, because they're consistent within

5    a number of different studies, and consistent with

6    Bond's result, which by the way was not significant,

7    according to Pfizer.

8                So Bond is saying I understand I have a

9    non-significant result, but that increased risk is

10   actually consistent with these significant results in

11   other places.  So, I believe my result to be correct

12   as well.  That's a non-significant result she's

13   harping on.  Pfizer's epidemiologists agree.  When

14   focusing on a specific defect a consistently positive

15   association -- consistent, positive -- has been found

16   for Sertraline exposure and all cardiac defects,

17   especially (indiscernible).  Lumped.  Especially

18   (indiscernible).

19               What do they rely on?  Horner (ph).

20   They also rely on Peterson, two Danish studies.  Why?

21   Because good scientists do that.  They don't throw out

22   information.  They recognize the difference between

23   the two studies.  I think Pfizer study -- scientists

24   pretty good.

25               This is what you look at for

1    consistency as well.  Is there a consistent increased

2    risk in that graph?  Is there consistently a problem

3    going on?  This is two.  That's all two and above.

4    All of those are two and above.  These are all 1.8's,

5    1.5's.  That's an increased risk.  This is a textbook

6    by Sandra Greenland and Kenneth Rothman (ph) and it's

7    considered one of the basic textbooks in epidemiology.

8    We know it because it's also in Musix, Dr. Kendall's

9    University of Pennsylvania in their MPH degree

10   program, course syllabus, modern epidemiology.  It's

11   taught in almost every epidemiology class in the

12   country.  It is considered a learned treatise.  And

13   when assessing consistency Dr. Greenland, it would not

14   surprise you, and Dr. Rothman clearly say, it is

15   sometimes claimed that literature is inconsistent

16   simply because some results are statistically

17   significant and some are not.  That sort of evaluation

18   is completely fallacious.  Even if one accepts the use

19   of significance testing methods, the results from a

20   set of studies could all be identical, even if many

21   were significant and many were not.  The difference in

22   significance arises solely because of the difference

23   in the standard errors or the size of the

24   (indiscernible).  That's how significance is treated

25   within this context in the scientific world of

1    epidemiology.  In the most basic textbook taught

2    through the first year of every master's students.

3              Who else uses this methodology?

4    Dr. Kimel uses this methodology.  This is Pfizer's sad

5    heart study trying to promote the use of Zoloft as

6    protective against recurrent myocardial infarctions.

7    And in this study the relative risk of death when

8    using Zoloft or myocardial infarc was indeed protected

9    .7.  A problem, .23 to 2.16.  It's non-significant.

10              So what does that mean in the world?

11    What do you do with that result, do you throw it out?

12    Dr. Kimel wouldn't throw it out.  Because when

13    Dr. Kimel was writing his later paper on this issue,

14    Dr. Kimel cited to that sad heart study for Pfizer,

15    also for Pfizer.  In the sad heart study, a randomized

16    trial investigating the safety and efficacy of

17    Sertraline in patients with post-MI depression, there

18    was a non-significant reduction in MI risk in the

19    treatment group, although it was not powered to detect

20    any meaningful reduction.  In other words, the reason

21    it was non-significant, he's implying, is because of

22    the power of the study, you pick it up because it's a

23    rare outcome, the results, which are statistically

24    insignificant, are consistent with what we observed in

25    the present study.

1                Now is there a danger to doing that?

2      Of course there is.  But is it what even Dr. Kimel

3      does?  You betcha, because you don't throw out

4      information.  You try to figure out if the information

5      makes sense.

6                And lastly, specificity or what's

7      called the lumping argument.  And here Dr. Jewell very

8      clearly in his report says, for the end points I

9      adopted the definitions and classification provided by

10     the investigators.  I did not do my own, I'm not the

11     investigator expert and I'm not reclassifying things.

12     I did not independently modify or pull study results.

13               Now the grouping of defects is by the

14     professionals, by the authors.  This is the Jimenez

15     Solem study, corresponding grouping according to the

16     European Surveillance of Congenital Anomalies

17     Classification System Guide 1.3.  Every study reports

18     grouped outcomes.  Every study.  In fact most of them

19     actually look at major malformations over all.  Why?

20               Here's the professionals, the experts

21     in the field and what they say.  The purpose of

22     classification, in the sense we use it here, is to

23     group together anomalies who share etiologic or

24     clinical characteristics.  There is a balance to be

25     struck.  Again, if you just look from the outside and

1    you say, oh, they're different, yeah, different, you

2    can't lump them, if you just look there it looks like

3    Pfizer is right, but you actually have to apply good

4    science.  There's a balance to be struck between

5    lumping together heterogeneous sets of anomalies and

6    splitting so finely that there are few cases in each

7    group.  That's what they do in the real world.  And

8    Dr. Jewell didn't independently lump or split

9    anything.  He used exactly what these experts say you

10   should do.  In fact Dr. Kimel during (indiscernible)

11   said they did it correctly.

12                  Did they lump or group in

13   (indiscernible)?  They did.  Did they do it

14   methodologically properly or improper?  I think it was

15   properly.  Would it be proper to lump all heart

16   defects that occur in children when they're born?

17   It's not improper.  Does not improper mean proper or

18   is that different?  It is proper.  And I agree with

19   this.  Assume you look at the specific defects and

20   treat those in the problem way.  Which is exactly what

21   Dr. Jewell did.  He looked at the all party act and

22   then he looked at each of the subcategories underneath

23   and he's looking down through to see if there's some

24   inconsistency, something that stands out and says,

25   I've seen these increased risks in cardiac, but look

1    at some of these over here, there's no increased risk,

2    something weird is going on.  That's exactly what he

3    did, what a good scientist does, what Dr. Kimel says

4    is a good methodology, and it's exactly what Pfizer

5    did.  Looking at cardiovascular defects, look at the

6    subgroup to see if there's significant information in

7    the subgroup.

8                  Biological plausibility, I don't know

9    if that's still at issue, but this Court has already

10   found that the methodology of our biological

11   plausibility experts used to reach their conclusions

12   about biological plausibility are generally reliable

13   and you've allowed those opinions in.  So Dr. Jewell

14   relies on those biological experts.

15                  He gathered the relevant information,

16   he examined the associations.  The associations he

17   assessed them for chance and biased, and he concluded

18   that their causal.

19                  Thank you.

20                  THE COURT:  Thank you, Mr. Zonies.

21                  Let's call the first witness.

22                  MR. ZONIES:  Plaintiffs call Dr. Jewell

23   to the stand.

24                  THE COURT:  Right up here.  It's the

25   same red chair.

Page 116

```
 1                    THE CLERK:  Please raise your right
 2     hand and place your left hand on the bible.
 3          DR. NICHOLAS PATRICK JEWELLL, WITNESS, SWORN
 4                    THE CLERK:  Please state your full name
 5     and spell your last name for the record.
 6                    THE WITNESS:  Nicholas Patrick Jewell.
 7                    THE COURT:  Please be seated.
 8                    MS. YATES:  Your Honor, we made a
 9     request for the slides, and we don't have them yet.
10     It does make it easy to follow along, if we could get
11     this set --
12                    THE COURT:  Certainly.  Let's see if we
13     can get the electronics settled.
14                    MS. YATES:  Thank you.
15                    MR. ZONIES:  If we could have five
16     minutes, Your Honor, we could print them out real
17     quickly.
18                    THE COURT:  Yes, of course.
19                    MR. ZONIES:  All right.
20                    MS. YATES:  Thank you.
21                    THE COURT:  Let's go into recess and
22     get all settled.
23                    MR. ZONIES:  Thank you.
24                    THE WITNESS:  That was quick.
25                    THE COURT:  Stay here.
```

1                    THE WITNESS:  I'm going use the

2      restroom.

3                    THE COURT:  Very well.

4           (Recessed at 2:00 p.m.; reconvened at 2:15 p.m.)

5                    THE CLERK:  All rise.

6      (Call to Court)

7                    THE COURT:  Good afternoon again.

8                    UNIDENTIFIED SPEAKER:  Good afternoon,

9      Your Honor.

10                   THE COURT:  Are the electronics in

11     place?

12                   MS. YATES:  We have hard copies.

13                   THE COURT:  You have hardcopies?

14                   MS. YATES:  We're going to exchange

15     PDFs I believe so that we have it electronically.

16                   THE COURT:  That should be helpful, at

17     least there's something in hardcopy.

18                   MS. YATES:  For now I can use this,

19     Your Honor.  Thank you.

20                   THE COURT:  Thank you.  Please be

21     seated everyone.  And Dr. Jewell.  Dr. Jewell, you may

22     resume the witness stand, please.  All right, Mr.

23     Zonies.

24                        DIRECT EXAMINATION

25     BY MR. ZONIES:

1          Q.    Good afternoon, Dr. Jewell, how are you

2     today?

3          A.    I'm fine.  Thank you.

4          Q.    Dr. Jewell, could you state your full name

5     for the record, please?

6          A.    Yes.  My full name is Nicholas Patrick

7     Jewell.

8          Q.    And Dr. Jewell, what do you do for a living?

9          A.    I'm a professor of biostatistics and

10    statistics at the University of California, Berkley.

11         Q.    And how long have been a professor of

12    statistics?

13         A.    At Berkley, I've been 34 years.

14         Q.    Thirty-four years at Berkley?

15         A.    And then a few years before that at

16    Princeton and then back in Scotland where I grew up.

17         Q.    And Dr. Jewell, I've put up a slide that are

18    your qualifications.  Does that accurately represent

19    your education in the early to mid-70s?

20         A.    Yeah, starting from graduate school and

21    forward, yes.

22         Q.    And you mentioned you were in Princeton,

23    what was your position at Princeton?

24         A.    I was an assistant professor in the

25    department of statistics at Princeton University.

1       Q.   And then in 1982 or '83, did you start at

2    U.C. Berkley?

3       A.   Yeah, 1982, '81 to '82.

4       Q.   In addition to your job function as a

5    professor in the division of biostatistics, what else,

6    if any positions have you held at U.C. Berkley?

7       A.   Well, I was very involved in the academic

8    senate there for several years and then was appointed

9    vice provost for the entire campus working with the

10   chancellor at Berkley for about six to ten years in

11   the 1990s.  And then I served in a similar function

12   for the University of California system under the

13   president of the university in the years 2000.

14      Q.   Now, I'm calling you Dr. Jewell.  Are you a

15   medical doctor, Dr. Jewell?

16      A.   No.

17      Q.   And some might stand up in a bit and call

18   you Professor Jewell.  Do you have a preference

19   whether it's professor or Dr. Jewell?

20      A.   Neither is fine, but if you have to, either

21   is fine.

22      Q.   You have a doctorate.  Is that correct?

23      A.   Yes, I have a Ph.D. in mathematics.

24      Q.   And where did you receive that Ph.D.?

25      A.   From the University of Edinburgh, in

1   Scotland.

2        Q.   And do we see that up here when you received

3   your Ph.D. was it in 1976?

4        A.   Correct.

5        Q.   You are also the author of the book that's

6   shown on the screen, Statistics for Epidemiology; is

7   that right?

8        A.   Yes.

9        Q.   And can you tell the Court, please, what the

10   nature of that book is?

11        A.   Well, the book was based on a set of notes

12   for a class that I teach in graduate school at

13   Berkley, largely to epidemiologists and a few

14   statisticians about statistical methods that are

15   particularly applicable to epidemiologic studies.

16        Q.   And that's actually a good point, Dr.

17   Jewell, who -- what are your students typically --

18   what level of science are your students?

19        A.   Oh, I have about 100 students a year take

20   this class.  About 10 to 20 percent of them are M.D.s

21   or about to be M.D.s, about 10 percent are

22   statisticians and the rest are usually other graduate

23   students doing Ph.D. programs or master's programs in

24   epidemiology and public health.

25        Q.   So your teaching is focused on graduate

1    students?

2         A.   Largely, yes.

3         Q.   Is this textbook used outside of your

4    classroom?

5         A.   Yes.

6         Q.   Do you have a sense of how popular it is?

7         A.   It's a pretty good seller, actually,

8    according to the publisher.  They're hounding me for a

9    second edition.

10        Q.   In addition to that authorship, Dr. Jewell,

11   you've authored approximately 160 peer reviewed

12   articles, primarily in the field of biostatistics and

13   epidemiology; is that right?

14        A.   That is correct.

15        Q.   And can you just give us a sense of the

16   breadth of that type of publication?  What kind of

17   issues have you published on?

18        A.   Well, largely I publish it on statistical

19   issues to other statisticians and have less interest

20   in publishing articles outside of my own field,

21   because that's just my publication style.  I

22   contribute a lot to the field, but I prefer to write

23   original research in my own field.

24             My papers cover a wide spans of topics

25   because I'm kind of old now.  I've been at this a

1    while.  Largely in the 1980s, I devoted a considerable

2    amount of my effort to statistical issues to get a

3    handle on the HIV epidemic, which began in San

4    Francisco in 1981 just as I arrived in California.

5    And I probably spent ten years designing, implementing

6    and evaluating studies as a statistician on HIV and

7    that led to my long term interest in using statistics

8    to improve and understand infectious diseases.  So

9    I've worked on SARS, I worked on Ebola last year.  I'm

10   working intensely in Dengue Fever now, so that's one

11   major area.

12          On the flip side, I've also because of the

13   methods overlapped to a large extent, spent a lot of

14   time thinking about analyzing chronic disease

15   epidemiology.  That would be like heart disease or

16   cancer.  And in fact, this book that's on the screen

17   is largely about observational studies and not about

18   infectious disease studies at all, so that reflects a

19   second aspect of my area of interest.  And I'm also

20   currently extremely involved in human rights

21   investigations.  I'm working in Syria at the moment

22   trying to evaluate the civilian crisis in Syria and

23   also in humanitarian problems in relocating children

24   with their families in El Salvador.  So those are my

25   three current basic areas of interest.

1          Q.    Now, Dr. Jewell, when you're talking about

2     that, you're not actually going, showing up in Syria

3     and trying to see what the situation is, you're

4     looking at population based effects of various

5     outcomes of various effects?

6          A.    Yeah.   The group I work with, the human

7     rights data analysis group, takes data collected by

8     people on the ground in Syria and assesses it and

9     cleans the data and manipulates the data and then

10    averages it in a way to provide information to the

11    United Nations about the state of civilian casualties

12    in Syria specifically.

13         Q.    So in doing that, Dr. Jewell, do you -- is

14    it required that you, in fact, do a deep dive into the

15    data, understand it well to be able to interpret it in

16    some way?

17         A.    Yeah, it's often with a lot of colleagues,

18    of course, too, not just me.

19         Q.    And Dr. Jewell, in this case, we've asked

20    you to come before the Court and discuss the studies

21    related to Zoloft and cardiac birth defects.   Is that

22    right?

23         A.    That was my charge, I believed, yes.

24         Q.    Is this something that is in any way novel

25    or new to you, examining data for cause and effect?

1        A.   No, in fact that's what I spent my whole

2   life essentially doing is trying to understand

3   causation. In fact, the book that's put me off the

4   second edition of this is just coming out and it's

5   called Causation, so I just spent the last year

6   writing a book on statistical methods to understand

7   causation, largely informed by my experience in

8   exactly these kind of situations that this case itself

9   is an example of.

10       Q.   And that's a book that's being prepared for

11   publication?

12       A.   Yeah, it's in press right now.

13       Q.   Dr. Jewell, in your work in this case, were

14   any of your methods in any way, shape or form, new or

15   different or unique compared to your day to day work?

16       A.   No.

17       Q.   Your publications, I believe I mentioned one

18   of them about statistical methods, you have

19   publications, for example, looking at the statistical

20   method that Dr. Berard utilized in her study.  Is that

21   right?

22       A.   Yes.  A graduate student I taught at

23   Princeton actually was the co-inventor of that

24   technique that Dr. Berard used, so I was very familiar

25   with it and I've had graduate students who worked on

1    that topic.  In fact, I'm teaching that topic right

2    now, this fall in Berkley, so I was more aware of the

3    issue there than I wish I was.

4         Q.   And is that a -- your work on that

5    statistical process, is that a well accepted

6    statistical process?

7         A.   Oh, yes. It is now, it's well studied.

8         Q.   In addition to your publications, you've

9    been the editor of a number of journals and I've put

10   some of those up here.  What does it mean when you're

11   an editor for a journal such as the journal of

12   American Statistical Association?

13        A.   Well, that's the premier statistical journal

14   for the United States for people both in industry and

15   academia publishing an area of statistics.  There are

16   actually two co-editors, because it's such a large

17   journal.  Between us, we handle about 7- or 800

18   submissions a year and the editor with a team of

19   associate editors determines which papers will be

20   published or not and provide advice back to the

21   authors.

22        Q.   So in that role, Dr. Jewell, do you have the

23   occasion to review studies, review the methods used in

24   the studies, see if the methods were appropriately

25   applied and to critique the studies?

1        A.   Well, I do.  As the editor, I usually farm

2    that work out a lot, so I'm usually reading someone

3    else's review of those very questions and making the

4    final judgment.  There's one there I'm the associate

5    editor of the most preeminent British journal in

6    biostatistics called Biometrica, there I'm doing more

7    of the evaluation myself.  I must get asked many times

8    a week to review articles for the medical or clinical

9    or epidemiological literature with regard to

10   statistical issues in those articles.

11       Q.   And when making that review, Dr. Jewell, are

12   you in any way hampered by the fact that you're not a

13   medical doctor or if it's a review about HIV that

14   you're not an infectious disease medical doctor or is

15   your job similar to what you did here?

16       A.   Well, usually statisticians work hand in

17   hand with subject matter experts like medical doctors

18   or infectious disease specialists so that the data

19   itself that's being collected is being collected with

20   that insight already there.  The statistician is not

21   defining conditions or telling people how to measure

22   things because we're not trained to do that.  So we

23   have to work in research teams.  It's one of the

24   things I enjoy the most is actually working in a team

25   of people, each of whom is an expert in their own way,

1   each of whom contributes important information and

2   that's the only way you can get good science.  You

3   can't have statisticians running around on their own,

4   they have to rely on subject matter experts and I've

5   done that my entire life.

6        Q.   And in your analysis and work here, Dr.

7   Jewell, who were the subject matter experts that you

8   relied upon?

9        A.   Here I was dealing with Extent Literature or

10  literature that's already written, so I wasn't

11  involved in designing or implementing my own study, in

12  which case I would have had to have, obviously, a team

13  of perinatal epidemiologists or cardiologists or

14  medical experts.  I would needed to have database

15  experts who knew where we could get information.  But

16  here, I was dealing with the work that had already

17  been done by other research teams. And so I was

18  relying on their expertise at face value that when

19  they classified events in a certain way, I can

20  certainly read what they did, question it, but I did

21  not try and invent anything new, because that's not my

22  area of expertise.

23        Q.   If you were to invent something new, if you

24  were to reclassify some of these outcomes in some

25  different way, would that require a much larger team

1    than just you to work on that?

2         A.   Well, it might if it was to make sense, yes.

3         Q.   If you had felt the need to do that here, is

4    that something you would have done?

5         A.   Well, in litigation, I'm a little bit --

6    usually I'm signing a confidentiality agreement, so I

7    actually work on my own and don't feel that I'm at

8    liberty to discuss the details of the case with

9    experts surrounding me.  Obviously, as I said, it's

10   one of the things I enjoy the most is interacting with

11   teams of medical experts who know a lot more about the

12   subject matter than I do.  They don't know the

13   statistics sometimes as well as I do and that's why

14   you work as a team.

15        Q.   And Dr. Jewell, is it fair to say that the

16   authors of the studies were part of your team here?

17   In essence, they've done the ground work?

18        A.   In a sense, I was treating it that way that

19   I was taking their data.  I did not have access to raw

20   data on any study.  I was taking their data at face

21   value and their analysis at face value.  That's in

22   part why I restricted to peer review literature,

23   because at least someone else had looked at it to some

24   extent.

25        Q.   And Dr. Jewell, the final one says Editorial

1      Board of the Proceedings of the Royal Society B.   Can

2      you please tell the Court what that is?

3              A.   Yes.   This is a British organization, the

4      Royal Society, probably the most prestigious

5      scientific organization in the UK.   And they publish

6      academic journals and this specific one is the one

7      dedicated to the biological  scientists and I think I

8      may be the only statistician on the editorial board.

9      It's mostly biologists, but I do handle papers there

10     that come in that have a major statistical part to

11     their work.

12             Q.   And would that be the same Royal Society

13     where Bradford Hill gave his address?

14             A.   No.   Bradford Hill gave his address to the

15     Royal Statistical Society.

16             Q.   Okay.   Thank you.

17             A.   Not quite such a prestigious organization.

18             Q.   Dr. Jewell --

19                  MR. ZONIES:  May I approach the witness

20     Your Honor?

21                  THE COURT:   You may.

22     BY   MR. ZONIES:

23             Q.   Dr. Jewell, tab 1 of this binder has your

24     report that you prepared for this litigation.

25             A.   Thank you.

1        Q.    And behind the report is your curriculum

2    vitae.  Is that as of the date of the report, at

3    least, an updated CV with additional listing of all of

4    the papers you have published, other editorial

5    positions you've held and more of your experience in

6    detail?

7        A.    Yes.  It's up to date as of the time I

8    submitted the report.  It's a little bit longer now.

9        Q.    And so you have additional published studies

10   since then?

11       A.    Well, it doesn't mention the new book, for

12   example.

13       Q.    And also it has attached to it, a history of

14   testimony in the past four years.  Have you been past

15   as an expert witness before and approved as an expert

16   witness before in this context, in litigation?

17       A.    Yes, I believe so.

18       Q.    You've acted as an expert witness before.

19   Isn't that true?

20       A.    That is correct.

21       Q.    Do you know offhand, how many different

22   litigations that might be?

23       A.    During my life?

24       Q.    Or even if we look at the past four years,

25   for example, it says that you were an expert witness

1    in the Depue hip (ph) cases.  Is that right?

2        A.    That is correct.

3        Q.    Did you go through a hearing similar to this

4    Depue or have a Daubert --

5        A.    No.  I was only deposed on that a few times

6    on that case.  I don't believe there was a Daubert

7    hearing.

8        Q.    Have you been subjected to a Daubert hearing

9    before?

10       A.    I have, yes.

11       Q.    Have you been subjected to one in this

12   courtroom?

13       A.    I think it was in this courtroom, yes.  It's

14   a while ago now.

15       Q.    It may have been on a different floor.  I

16   can't remember.

17       A.    I can't remember.

18       Q.    Have you passed Daubert and/or you may not

19   know these names, Frye scrutiny in other litigations?

20       A.    Yes.

21       Q.    Have you also passed Frye scrutiny in this

22   very litigation?

23       A.    Yes.

24       Q.    In this city?

25       A.    Yes.

1                    MR. ZONIES:  Your Honor, we would offer

2      Dr. Jewell as an expert in, as his book says,

3      Statistics for Epidemiology.

4                    THE COURT:  Thank you.  Would you like

5      to cross-examine?

6                    MS. YATES:  Not at this time, Your

7      Honor.

8                    THE COURT:  All right.  I understood

9      that there was an objection to his qualifications as

10     to causation.

11                   MS. YATES:  Correct.  So don't object

12     on the mathematics statistical part, but what he then

13     does with those opinions, I -- that sort of takes it

14     to the next level, Your Honor.

15                   THE COURT:  It does.  Well, he did

16     respond to some questions, but you can defer.  I'm

17     going to admit him provisionally now as an expert in

18     statistics and he is qualified to testify in this

19     matter and you may proceed.

20                   MR. ZONIES:  Thank you, Your Honor.

21     BY   MR. ZONIES:

22        Q.   Dr. Jewell, you were here for the opening

23     statements this morning and part of this afternoon?

24        A.   I was, yes.

25        Q.   I'd like to touch on some of the topics that

1      we discussed and make sure that I captured your

2      thoughts on that correctly in my opening.  One of the

3      issues that was discussed was your expert opinion in

4      Prozac.  Do you recall those discussions during

5      opening?

6           A.   I do.

7           Q.   Dr. Jewell, are you also designated as an

8      expert witness in the Prozac birth defect litigation?

9           A.   Yes, that is my understanding.

10          Q.   And have you been deposed in that

11     litigation?

12          A.   I have.

13          Q.   And written a report in that litigation?

14          A.   I have.

15          Q.   And it's probably now your understanding, if

16     not before that that report has been provided to

17     Pfizer as well?  Is that right?

18          A.   That is my understanding, yes.

19          Q.   Pfizer, in its opening, Dr. Jewell,

20     discussed one of the methodological concerns that it

21     had which was that in Prozac you relied upon meta

22     analysis when doing your expert report and here you

23     chose to rely upon primarily original data.  Can you

24     please describe for the Court why those decisions were

25     made?  Why you made those decisions?

1          A.   I think it's a little overstatement to say I

2     relied on the meta analysis is the Prozac case to form

3     my opinions  I certainly looked at meta analysis more

4     deeply there, in part because one of the major meta

5     analysis was done by Eli Lily themselves, by the

6     manufacturer and there was no such equivalent meta

7     analysis in the Zoloft case that Pfizer was willing to

8     carry out themselves.  I just didn't have that.  It

9     doesn't exist to the best of my knowledge.

10          So that's, I think a little bit the

11     difference in the first place.  I had a manufacturer

12     meta analysis on one case and not the other.  There

13     were meta analysis that have already been discussed

14     this morning, carried out in the Zoloft case, some of

15     which, if not all of them, also looked at other SSRIs,

16     including Prozac.  And you have to look at the data

17     separately for each of the drugs because the data

18     looks differently in those meta analysis, and

19     specifically in this case for Zoloft and for Prozac.

20     So you can't use a single statistical tool in all

21     situations blindly as if it will give you

22     interpretable results, ignoring what the data itself

23     is telling you about whether the tool is valid or not.

24     You have to look and see this is a screw, maybe not a

25     great idea to use the hammer here.  And that's exactly

1     what I did for both Prozac and for Zoloft.  I looked

2     at the same meta analysis, using the same studies,

3     albeit looking in this case, these two different

4     exposures.  Looked at what the data said about the

5     information and how it varied across studies and then

6     on the basis of that made my interpretation.  I think

7     that's the best way I can describe why there were

8     differences and how I came out of those looking at

9     those meta analysis.

10          Q.   Now, Dr. Jewell, I put up this glass of wine

11    to describe heterogeneity and probably didn't do a

12    great job on it, but I do want to put up the Miles and

13    the chart for Miles that shows the objective evidence

14    of heterogeneity for a sertraline as compared to

15    Prozac.  And then if you could explain for us, also

16    McDonagh, which reflects the same.  If you could

17    explain to us what is heterogeneity and what is a good

18    way to describe why that could call into question

19    results?

20          A.   Well, meta analysis is a tool used

21    essentially to average results across many different

22    studies.  It's used when we have a question, no single

23    study probably is definitive in its own right.  That's

24    a very common phenomenon in epidemiology

25    .  Different authors and different populations start

1    studying the same question and at some point in time

2    somebody wants to collate the information and in a

3    sense provide the average summary of what do all these

4    studies mean.  And we have examples of that in this

5    case and I've testified in this very courtroom as

6    you've pointed out of doing that for randomized

7    clinical trials, which is a much more reliable

8    situation to apply meta analysis for reasons I could

9    explain if asked.

10             So here we have a whole series of

11    observational studies and people have tried to average

12    or summarize them.  The first thing that's important,

13    I think everyone agrees that you want to get high

14    quality comparable data into the meta analysis and

15    both Mr. Cheffo and you have referred this morning to

16    inclusion exclusion of which studies you include.

17    That's important and certainly is worth discussion.

18    But at the base of it all, meta analysis is about

19    averaging and I love averaging.  I've made my living

20    on averaging.  That's what statisticians do, right?

21    That's what you see a number of at bats and you wonder

22    what's the average, so we grow up learning how to do

23    that.  But we also are taught very early on that

24    sometimes averaging is dangerous because it obscures

25    variation.

1            Now, I know in this courtroom I'm surrounded

2    by friends, on both sides of the house, good friends.

3    I've seen you all so many times.  I assume no one here

4    would want to do me harm, but suppose you did and you

5    decided that you were going to do me in and just stick

6    my head in an oven this afternoon after we break, turn

7    the heat up to 500 degrees Fahrenheit and you think

8    that ought to do it, give him a little time to cook.

9    But then you think, well let's be sure, let's also at

10   the same time freeze his feet at minus 400 degrees

11   Fahrenheit.  I'm a goner, we all know this.

12           But just as I'm dying, I look up and say,

13   I'm a statistician.  If I average the temperatures,

14   I'm just fine.  My body temperature is perfect, thank

15   you.  But we all know the fallacy there, the point is

16   that averaging in that case is hiding in this case two

17   extremes.  So you don't want to do a meta analysis

18   blindly where one study has a relative risk of .5,

19   maybe it's a very good study.  And you have another

20   study, equal weight, equal strength, that shows a

21   relative risk of 2 and you're tempted to say, well

22   I've got these two inconsistent studies, let's average

23   them.  But I just told you, you all laughed, that's

24   stupid.  You realize that, because you got a relative

25   risk of 1 and you say there's nothing going on, but

1    that's not the truth.  The truth is there's something

2    seriously bad going on in one study and seriously

3    protective in the other and you can't hide from that.

4    In fact, to hide from it is to make a statistical

5    error of letting averaging obscure the variation.

6           That's exactly what's going on in some of

7    these meta analysis.  There is so much heterogeneity

8    that the average loses its meaning.  It's not

9    technically that averaging can't be done.  I can do a

10   meta analysis.  Even you can do a meta analysis, Mr.

11   Zonies.  I know you can.  It's easy to teach, it's

12   easy to do.  Give me an hour and everyone in this

13   courtroom I can have doing meta analysis tonight, very

14   well.  But it's not the doing of it, it's making sure

15   you do it right and interpret the data and

16   heterogeneity of different studies has got to be

17   looked at.

18           Sometimes there are differences in very

19   large studies, very good studies because the

20   populations are different.  That's possible.  It is

21   possible, some unlikely, but it's possible that a drug

22   might be doing harm in one place and being protective

23   in another, so you certainly would look at that

24   possibility.  Are there characteristics of a

25   population that allow you to understand this

1    heterogeneity.  More likely some studies suffer from

2    some biases because they're in different populations

3    than other studies.  You ought to take that into

4    account.

5              Maybe the studies that show the relative

6    risk of 2 are -- have a strong bias in them and the

7    one that's at a relative risk of .5 didn't have that

8    bias.  That's going to influence.  I'm not going to

9    take those two studies and throw them into a meta

10   analysis at that point because now I know something

11   about them.  In my view, that is the best way to

12   approach meta analysis and not just if I use your

13   analogy, not just say I want to teach you about red

14   wine and white wine.  Gee, let's just cut the corners

15   and just mix them and give it to you because the

16   averaging is not going to tell you the truth of what

17   red wine tastes like and what white wine tastes like.

18   They're heterogeneous.

19        Q.   Does that mean there's no way to determine

20   whether or not there's a causal association?  Do we

21   just toss it out?

22        A.   No.  I mean, it means that you have to go

23   deeper than just the mindless application of a meta

24   analysis.  As it turned out in Prozac, there's far

25   less variation in the results than there is for

1     Zoloft.  And the slides you just had up there for both

2     Miles meta analysis and McDonagh pointed that out, but

3     these people were not statisticians.  They didn't know

4     what to do.  They did what I would teach you to do

5     tonight.  They ran the meta analysis, reported the

6     results, but then come, of course, to these kind of

7     not very helpful interpretations because they've just

8     averaged high temperature and low temperature and said

9     it's perfect and that's not what the data is saying.

10    You've got to listen to the data itself.  And you can

11    see that here in this slide, you can see there is the

12    Sertraline, the heterogeneity I won't bore you with

13    the description of the I squared and what it means,

14    but it's a measure of how much heterogeneity it is.

15    You can see with Fluoxetine, zero percent

16    heterogeneity reported by McDonagh, but Sertraline 68

17    percent heterogeneity.  And you can see up there at

18    the top, we're not talking about any SSRI, 84 percent,

19    that's why we don't want to lump them all in in some

20    big litigation of let's look at all SSRIs together.

21    There's too much variation and it's clearly different

22    here for Prozac and Zoloft and that's why I did

23    something clearly different in my interpretation and

24    use of these information.

25         Q.   Now, meta analysis in the  world of

1    statistics, is it a fairly recent phenomena?  In other

2    words, before meta analysis, would people just say, oh

3    we can't figure this out or would they do essentially

4    what you did, which is the sometimes harder way to go

5    about it?

6         A.   Yeah, meta analysis is not recent now, but

7    it wasn't around when I was in graduate school.  The

8    tools probably started being publicized maybe 20 or 30

9    years ago.  It remains a somewhat controversial field

10   because of this difficulty in knowing how to use it

11   effectively, but it's been around for, I would say 20

12   years or so, but it has to be used carefully.  Do not

13   use a meta analysis to hide variation, that's a

14   mistake.  And to use specialized statistical tools,

15   because statisticians have worried about this like the

16   so-called random effects model is one way to allow for

17   variation, but then every single document in this case

18   that I've read, which contains one of those analysis

19   has been misinterpreted by every single individual as

20   a measure of an effect.  Just like saying my average

21   temperature tells you what my whole body feels like.

22   Every single one has been misinterpreted, because it

23   is a little tricky when you have to try and deal with

24   this heterogeneity.

25        Q.   So Dr. Jewell, one of your concerns that you

1    discuss in your report with the meta analysis and in

2    particular originally Miles meta analysis was about

3    the inclusion, exclusion criteria, which studies and

4    which end points were looked at.  Is that right?

5        A.   That is correct.

6        Q.   And you have a quote in your report from Dr.

7    Kimel in his textbook discussion how that can have a

8    huge impact on the outcome of the study.  Is that

9    right?

10       A.   I'm sure he would say that still, yes.

11       Q.   And while you were doing your review, one of

12   the things that you noticed about Miles was some

13   concerns you had with the studies that were included

14   or excluded.  Is that right?

15       A.   Yes.  I read this and I think it looks like

16   you've highlighted it there.  An exclusion criteria

17   was used to say we're not going to look at studies if

18   in the control group -- these are people not exposed

19   to an SSRI and to Zoloft specifically -- if in the

20   control group, unexposed group, if they were exposed

21   to the drugs, other anti-depressants it says right

22   here, we're not going to put those studies in our meta

23   analysis.  If I read that correctly, it says if some

24   others in the control group were exposed to other

25   anti-depressants we're not going to include them.  And

1      that puzzled me because in the Miles paper -- there

2      were for Zoloft, there were only four or five.  I

3      could see that that didn't quite match, because I had

4      now gotten fairly familiar with these articles and so

5      I was puzzled by that when I first wrote the report.

6           Q.   And in particular, here are the one, two,

7      three, four, five studies and one of them is Alwin

8      (ph) and this is from Miles; is that right?  The

9      (indiscernible) plot of meta analysis?

10          A.   This is the summary, yes.

11          Q.   And your slide says two of the five studies

12     include mothers who took other antidepressants in the

13     control and  you've excerpted out, in fact, from

14     Alwin?

15          A.   Correct.

16          Q.   Exactly that effect?

17          A.   Correct.  This was behind my puzzlement

18     about well it sounded like Alwin should have been

19     excluded, just so I understood, as we just said, how

20     important that is to understand where the author is

21     coming from in terms of which studies they put in or

22     not.

23          Q.   And that's how you wrote your original

24     report, right, was that you had concerns with that?

25          A.   That is correct.

Page 144

1          Q.    In addition to your concerns with the

2     heterogeneity in the Zoloft (indiscernible), right?

3          A.    That is correct.

4          Q.    That was before you wrote your Prozac

5     report, right?

6          A.    That is correct.

7          Q.    And you're aware Dr. Jewell, that Pfizer's

8     lawyers then wrote a declaration or an affidavit of

9     one of the authors of the Miles study that Mathew

10    Large?

11         A.    Yes, I was presented this, I think right at

12    the first deposition on the Zoloft case with this

13    affidavit or declaration from the senior author of the

14    Miles meta analysis saying in fact my interpretation

15    was incorrect and what they had written, by inference,

16    was also therefore incorrect.  That in fact, the only

17    excluded studies if all the women in the control group

18    were taking some other anti-depressant and this is an

19    excerpt, I think from that declaration.

20         Q.    Which was inconsistent with the study

21    itself, which said only some mothers?

22         A.    Yes.  It actually flatly contradicts what it

23    says in the paper.  I believe Dr. Large offered to

24    write and correct this in the literature.  I don't

25    believe that has happened yet, but my understanding is

1    he himself accepted it was not -- these two statements

2    were contradictory.

3         Q.   So Dr. Jewell, you said there were five

4    studies in the Miles for all cardiac and here are the

5    five outcomes or those were the ones chosen by Doctors

6    Large or Miles?

7         A.   If by that team that is with the five

8    included in the meta analysis, yes.

9         Q.   Does this give you some concern that these

10   were the only end points they looked at?

11        A.   Well, this is the all cardiac outcome that

12   has been pulled out here.  That was the grouping that

13   they selected to report, not what I -- this is from

14   their paper, this information.

15        Q.   Did you examine each of these outcomes in

16   your work?

17        A.   There wasn't a single outcome reported that

18   had Zoloft specific data on a cardiac outcome that I

19   did not put in my report.

20        Q.   Did you examine them in more detail than

21   just plugging them into the software program and

22   running a meta analysis?

23        A.   I did.  I've looked at all of these papers

24   now in great detail.

25        Q.   There were two additional meta analysis, one

1    McDonagh and one recent Wang; did you have concerns

2    with those as well?

3         A.   Well, they suffer from very similar

4    criticisms.  In fact, all of these analyze a very -- a

5    relatively small subset of the existing studies.

6    Someone had a slide earlier maybe in your opening

7    where you had all the studies listed, which is in my

8    report and you may be added a few of the recent ones.

9    And you could see it filled up the page.  Here you can

10   see that the Miles meta analysis looked at only five

11   studies.  This is the AHRQ where the lead author was

12   McDonagh.  Seven, so none of these meta analysis have

13   looked at the data that you and Mr. Cheffo described

14   this morning.  They're missing -- there's no Jimenez

15   Solem here.  There's no Hubrix here.  These, as Mr.

16   Cheffo points out, two of the largest studies ever

17   done, they're not included.  So anyone making a

18   conclusion about Zoloft on the basis of these meta

19   analysis is now deliberately or not specifically

20   ignoring considerable information that as Mr. Cheffo

21   pointed out, we've gone to great lengths as scientists

22   to collect to shed light on this question.  So

23   irrespective of the methodological issues, which I

24   believe there are in spades, these meta analysis are

25   just not comprehensive enough anymore.

1          Q.   And Dr. Jewell, the AHRQ actually looked at

2     Cornum and Peterson, two Danish studies in one of

3     their meta analysis.  Is that right?

4          A.   They did.  And they also looked at Colin and

5     Reese Colin, which as you yourself pointed out, Colin

6     is essentially completely subsumed by Reese Colin.

7     They should not have been in there together in a meta

8     analysis because one is contained inside the other and

9     there is overlap between Cornum and Peterson also.

10         Q.   So this is the most recent meta analysis the

11    Wang (ph) meta analysis.  Does this reflect a complete

12    review of the literature to determine whether or not

13    there's a causal association between the use of Zoloft

14    and cardiac birth defects?

15         A.   Well, the publication of this journal,

16    because I was now knee deep in Zoloft, this just led

17    me -- I'm going to say the Scottish word if you'll

18    allow me -- gob smacked.  Is that an American

19    expression?  She probably understands.  That just

20    means I was just stunned.  Here we are 2015.  I've

21    been through three or four depositions, hearings, I've

22    reviewed the literature, Dr. Kimel has spent a

23    considerable amount of his valuable time and here

24    comes a meta analysis, three articles.  It includes

25    Colin and not Reese Colin, which is the update, so

1    that's sort of a no, no.  It does include Hubrix,

2    terrific, which was in I think 2014 very recently.

3    There's nothing about Jimenez Solem and all the other

4    European data other than the Swedish Colin study,

5    completely ignored Colinun (ph), which is Australia,

6    nothing from the UK, nothing else, none of the other

7    papers.  And so this is, to me, just ludicrous, why

8    these three, there was no explanation in the paper.

9    There's no scientific rationale behind that.  This

10   paper, I trust you on both sides, you should just

11   completely ignore it.  It adds nothing beyond what was

12   in those three papers, which we all looked at in

13   detail and it's just a very sorry example of what can

14   go wrong with publishing spurious meta analysis.

15        Q.   These are the studies listed out that each

16   of those covered.  Did you do an in depth review of

17   all of the outcomes on cardiac for all of these

18   studies?

19        A.   Yes.  I didn't look at Overlander (ph) that

20   much, which McDonagh raised that, because of the

21   reasons you mentioned in your opening, but I did look

22   at all of the others.  I read all the original

23   articles.

24        Q.   So in your expert opinion, Dr. Jewell, what

25   is the better way to determine the question before the

1  Court in this case, whether or not Zoloft is causally

2  associated with cardiac birth defects?  To look at

3  these studies in a meta analysis setting where there

4  is heterogeneity and questionable inclusion, exclusion

5  criteria or to do an in depth review of each study,

6  look at its internal biases, including confounding by

7  indication, and determine whether or not that

8  association exists?

9       A.   Well, I clearly believe I did a better job

10  than these meta analysis, partly because just in the

11  timing.  With Miles, he couldn't put in Hubrix, for

12  example, so that was not a flaw in itself, but now it

13  makes it outdated because we've got a new study that

14  provides a lot of information.  So these studies

15  should not be relied on.  I'm kind of taken aback when

16  the Pfizer indicated this morning something I didn't

17  know that FDA is relying on Miles for its label

18  decision, because that clearly doesn't validate Miles.

19  What it does is invalidates the FDA's conclusion

20  because it's based on old, outdated data.  And no

21  scientist would ever want to do that.

22       Q.   It's based on these five.

23       A.   These five studies, yes.  I'm missing some

24  very important ones that will possibly talk about at

25  length.

1          Q.    So these are the end points you've --

2          A.    Right.  These are all the end points,

3     including all cardiac and subcategories for all of the

4     studies, the dozen or so studies.  So this goes way

5     beyond anything that's in any of those meta analysis.

6          Q.    Now, there were some discussion about Dr.

7     Berard and generalized estimating equation models.

8     Are you surprised knowing that Dr. Berard's study and

9     her statistician, knowing that they used generalized

10    estimating equation models, are you surprised to see

11    that there is a difference in the confidence interval

12    if you put the numbers into openepi (ph) or you

13    actually run the numbers to generalized estimated

14    equation models.

15         A.    Yes.  That's the whole point of running the

16    more sophisticated analysis, which correctly allows

17    for the fact that you're looking in her study on

18    multiple pregnancies from the same women.  And

19    multiple pregnancies for the same women tend to be

20    correlated.  They're not independent replications, if

21    you want, of an outcome or a trial of seeing a

22    pregnancy and seeing what its outcome is, because it's

23    from the same mother and often the same father.

24               So statisticians develop these tools, one of

25    which is GEE, a different tool from what Furu (ph)

1    used with a similar situation, though they at least

2    recognized you also had to do something different than

3    what software like openepi would do.  You have to use

4    more sophisticated software to assess the variation.

5    It doesn't change the point estimates and that's why

6    when I was in Frye hearing asked to reproduce the

7    results on the stand, I got the same point estimates.

8    When Dr. Kimel did it, he got the same point

9    estimates.  When I checked them again in my hotel

10   room, I got the same point estimate.  The software

11   doesn't change the estimate, but it says the variation

12   is different than what you would get from the crude

13   calculations that were done in Dr. Kimel's report and

14   were put out this morning in Mr. Cheffo's opening.

15            In fact, I initially saw that myself and

16   tried to find out -- I didn't see initially that there

17   was this multiple pregnancy issues, but when I went

18   back to the hotel room after the Frye hearing, I read

19   the Berard paper and it says right in the Berard

20   paper, to her defense it says right in there, our data

21   has a lot more multiple pregnancies and we've had to

22   use this more sophisticated software.  I'd love to be

23   able to check it, but as I testified and as Mr. Cheffo

24   pointed out, I said, you can check that calculation

25   without the actual original data.

1           And in fact, Dr. Berard did check it and

2    said it's correct.  I have no way, of course,

3    verifying that personally, but it's not an issue -- so

4    the issue here is not of a mistake necessarily on

5    openepi (ph) being different, that's completely

6    irrelevant.  I pointed this out at my deposition.  I

7    told the Pfizer lawyers specifically the questions to

8    ask and to relay to Dr. Kimel, that this is not the

9    point.  This generalized estimating equation approach

10   is a more sophisticated method and it's going to take

11   a lot more work to verify the results.  It would take

12   the original data and no one has done that, other than

13   Dr. Berard's statistician and she claims the

14   calculations were done correctly.  I have nothing more

15   to day at this point.

16       Q.   Do you have any reason, whatsoever, if you

17   had never heard of Dr. Berard before, never known that

18   she was attacked in this courtroom, would you have

19   ever questioned that outcome in any way?

20       A.   No.  I don't know her personally, of course,

21   and I don't have any reason to second-guess the

22   published results in peer review literature of any of

23   the authors until a mistake is brought to our

24   attention.  That's the small error in Luix (ph).

25   Sure, then it's important to correct it, but I have no

1    -- a (indiscernible) or a reason.  She said it's a

2    more sophisticated that's been done.  The data is more

3    complicated, you know, absent someone independently

4    verifying it, which we would have to do with all these

5    papers, in a sense, I have no way of knowing.  I take

6    it at face value at this point.

7         Q.   Well, in fact, would you love to get your

8    hands on the Hubrix data?

9         A.   I would love to get my hands on the raw

10   data.  Yeah, I've asked for it and I was told I

11   couldn't get it by the author.

12        Q.   And is that similar to any of these

13   analysis, if you had the time and I had the money,

14   wouldn't you love to rerun all of these and see what

15   you find?

16        A.   I can spend a considerable amount of my life

17   doing exactly that, but normally I can only get the

18   data when somebody does it in litigation, because I

19   can't get it as an independent scientist.

20        Q.   And as Dr. Hubrix said, when she said I'd

21   love to give you my data, but we're subject to an

22   agreement that doesn't allow us to release it, is that

23   actually fairly common?

24        A.   That's very common and it's common in

25   situations like her, where she was dealing with

1    Medicaid data where there's confidentiality

2    arrangements.  When you're dealing with a

3    manufacturer, there's usually intellectual property

4    issues, which means they will not release raw data

5    from studies or trials, so I rarely get it, except in

6    litigation, but then I do spend a lot of time

7    reproducing individual results.  That's an important

8    task.

9         Q.   If Pfizer had decided to do one of these

10   studies, you would hope that they would provide the

11   data from that study to you, right?

12        A.   I always hope that people will provide the

13   data, because I'm a big open data person.

14        Q.   But from where you sit, Dr. Jewell, has

15   Pfizer ever bothered to do an epidemiological study

16   about this very important question?

17        A.   well, I don't know if they've tried.  I

18   haven't seen any published studies sponsored by Pfizer

19   that I'm aware of.

20        Q.   But you are aware of only because of your

21   work in the Prozac litigation, that other

22   manufacturers certainly have done that, correct?

23        A.   Well, they have, yes.

24        Q.   Lastly on this initial topic, Dr. Jewell,

25   the New England Journal of Medicine at your request by

1      sending a letter asking them to take a closer look at

2      their logistic regression analysis that they provided

3      to us.  Can you explain to the Court please what your

4      concern was with the regression analysis that they

5      supplied and said was the regression analysis that was

6      used to reach the results in the original paper?

7           A.   Yes.  I may be giving you more detail than

8      you want, so please stop me if I am.  My

9      understanding, I was in Philadelphia in July eagerly

10     waiting to be here and then was sent home because of

11     this correction and the confusion around it.  And I

12     was handed some information that the authors had by e-

13     mail indicated that there was an error that a 1.2

14     lower bound for confidence interval associating Zoloft

15     with all septal defects was incorrect.  It should have

16     been 1.0.

17          It's a slightly odd error to make.  I can

18     certainly understand 1.02 becoming 1.20, I've made

19     that kind of mistake many times, but anyway, I didn't

20     know.  That was the issue.  There seemed to be more

21     concern than is really warranted from a statistical

22     point of view in whether it was 1.01 or .98.  I don't

23     think there's a statistician in the world -- well,

24     that's -- let's not be sweeping generalizations --

25     there's very few statisticians who really believe that

1    and we saw some quotes this morning that it would make

2    any difference to your interpretation of the

3    information, given the context, if we had only one

4    study.

5           If we were here and Luix was the only study

6    that we had information on regarding Zoloft and

7    cardiac defects and in specific, septal, that becomes

8    much more important. I think it becomes important to

9    the Court.  It becomes important to the statistician.

10   This is the only information we have and do we have

11   enough information to be definitive with regard to

12   causation.  A statistical significance in the context

13   of a single study is important.  It's important in

14   efficacy studies.  FDA requires statistical

15   significance, but that's not the context I was in, in

16   July.

17          I was in the context where Luix was one of a

18   dozen or so studies and this was a subcategory of the

19   all cardiac, it wasn't even a transcription error on

20   the all cardiac results, so I certainly wanted to know

21   and was pleased to get the correction.  But whether it

22   fell on one side of 1.0 or not, I think is reflecting

23   that in this case, Mr. Kimel or Dr. Kimel and

24   subsequently Pfizer this morning, if I can use the

25   words of Bradford Hill, he would say they were

1    specifically grasping at shadows and losing the
2    meaning.  It was not -- they were just down there at
3    that slavish covering, 1 or zero.
4           It really makes very little difference.  I
5    reproduce my forest plot with the change in and
6    without and I guarantee you I can show those two
7    forest plots to a million people and not one of them
8    could tell the difference between the two in a minute
9    or two, because they look identical. It's a tiny
10   change in a sea of evidence.  So from that point of
11   view, that point people were focusing on whether it
12   was one or zero, so I said, let's just look at the
13   output.
14          Dr. Mitchell originally refused to say what
15   it was, so I think somebody went and got the
16   information in the output.  Great, so now we could
17   know .0498 was the P value and the lower bound I think
18   was 0.98 or something like that, just clipping 1.  But
19   in providing the output, I looked at it to see that
20   that corresponded exactly with what was reported in
21   the paper and it didn't.  They actually had different
22   variables in what they reported.  What they had done,
23   I think in July, suddenly in the middle of their
24   summer vacations, they've gotten this flurry of
25   interest in a four or five year old paper.  They reran

1    the analysis as best I can tell. And I was concerned,

2    well, are you rerunning something different from what

3    was in the paper and we asked them.

4         And I think I just learned yesterday that in

5    fact, the output they provided did not quite

6    correspond with what was in the paper.  So they're

7    having, I think, to publish another correction.

8    They're now going back and changing a five year old

9    paper to report an analysis that was done in July.  As

10   an editor that would make me a little bit nervous, but

11   that seems to be the gory end to a really kind of

12   senseless discussion.

13        Q.   Well, Dr. Jewell, let's talk about that.

14   What was -- do you recall what the odds ratio estimate

15   was for that?

16        A.   The odds ratio was 2.0 rendered to one

17   decimal place.

18        Q.   2.0.  Did the odds ratio or the risk, did

19   that change in any of these analysis?

20        A.   No, Luix and Mitchell continued to report

21   that the risk for a septal heart defect was doubled

22   under women exposed to Zoloft.

23        Q.   So the change at most was only in the lower

24   bounds of the confidence interval from 1.2 to 1?

25        A.   Correct.  From 1.2 to 1.0.

1    Q.   And in your big charts here that puts Luix

2    septal right there, 2.0, 1.0 to 4.0, right?

3    A.   Yeah, it's that one there that just touches

4    the line because it's right at 1.0.

5    Q.   So it used to be at 1.2 and that one line

6    moved left?

7    A.   It moved a very small amount to the right at

8    the end of the confidence interval, just over 1 now.

9    Q.   In this sea of information, Dr. Jewell, as

10   you described it, did that -- first of all, were you

11   happy to get that data and see it?

12   A.   Absolutely.  I think it's important to be

13   correct and I'm glad that they published a correction

14   and it was discovered.  I think that was valuable and

15   I hadn't noticed it and Dr. Kimel did.  I think that

16   was terrific.  You gotta get the right data and that's

17   what they claim the data showed.

18   Q.   Did you bring that new data into your

19   analysis?

20   A.   I did.

21   Q.   Did adding that one change in the lower

22   bounds of that confidence interval change your

23   ultimate opinion about whether or not Zoloft is

24   causally associated with cardiac birth defects?

25   A.   Well, it didn't ultimately not because it's

1        not important whether it clips the line or not,

2        whatever you believe about significance.  As I said,

3        that would have been a big deal to me if it was the

4        only study we were talking about, strip away

5        everything else.  But as you can see, this was a piece

6        of information in other information about septal

7        defects and septal defects, in and of themselves are

8        already a subcategory where it's already hard to be

9        precise.  And so I was more focused on the all cardiac

10       outcomes and then looking to see if there was

11       consistency in what you see in all cardiac outcomes

12       when you look at some outcomes.  And of course, that

13       confidence interval change didn't change my perception

14       of is the information in Luix about septal heart

15       defects consistent with what we see in general for all

16       cardiac defects.

17            Q.   Dr. Jewell, are any of the opinions that

18       you've ever expressed professionally, so unstable that

19       the change of a lower bounds of a single confidence

20       interval in one of forty-five different outcomes by .2

21       that your opinion is so unstable that that one change

22       in that sea of data would ever impact your ultimate

23       conclusion?

24            A.   Well, isn't that an incomplete hypothetical?

25            Q.   Why?  Objection, incomplete hypothetical.

1          The witness is objecting.

2                    (Laughter)

3                    THE WITNESS:  I'd like the context

4     first.  I've already said in a single study where

5     you've got a single primary end point knowing whether

6     the results are significant seems to me to be quite

7     important.  And I think many people would agree with

8     that.  When you're dealing with a secondary end point

9     and you have multiple studies of the same issue it

10    becomes a piece of -- it's important to get it right,

11    no question, but it only becomes a piece of a much

12    bigger story as the plot indicates.  And so it did

13    have an impact on my opinion, but very, very slight

14    and not enough, in any way, to change my substantive

15    opinions at the end.

16         Q.   So Dr. Jewell, let's talk about your charge

17    in this case and your methodology.  I've put up a

18    slide here that you've seen before.  Does this capture

19    in sort of a summary fashion how you went about

20    analyzing the question presented, which was is there a

21    causal association between the use of Zoloft during

22    pregnancy and cardiac birth defects?

23         A.   I think you described it pretty well for a

24    non-statistician.

25         Q.   So in the first step of gathering the

1    relevant literature and extracting the data, in your

2    report, these were what you called your eleven core

3    studies.  Is that right?

4         A.    That is correct.

5         Q.    And why did you define core studies in this

6    fashion?

7         A.    Well, as I indicated, I wanted to use peer

8    review, published studies.  I wanted to at least have

9    some review of the data source having gone on by peer

10   review.  I wanted studies that were reporting about

11   original data, not just rehashing a previous paper, I

12   can look at the original data, so I didn't really want

13   data just commentaries on other people's opinions.  I

14   wanted to make up my own mind.

15            I wanted papers which had specific results

16   about Zoloft, not papers that talked about SSRIs in

17   general.  And specifically they had to give me results

18   about Zoloft, even though they might have mentioned

19   Zoloft in the article, that was one of the SSRIs.  If

20   they didn't give me data specifically to Zoloft, I

21   didn't want to rely on a class effect or any other

22   assumption.

23            And I wanted it for a specific outcome,

24   which corresponded to the charge, which in this case

25   was cardiovascular birth outcomes, not all congenital

1    abnormalities or I needed to have something of a

2    cardiac effects.  And these were the eleven studies

3    that met each of these criteria.

4         Q.   So for example, when you say with original

5    data, the AHA paper that we saw earlier and

6    summarizing two studies and reaching its conclusion,

7    that's not something that you would have deemed a core

8    piece of evidence for your analysis?

9         A.   Did not provide the core data.  I did look

10   at those meta analysis later to see the insights of

11   the authors and see if they shed light on the quality

12   of the individual studies, but I did not individually

13   use that to originally to come to my opinions.

14        Q.   And when you say that it was Zoloft specific

15   results, I believe there was only one paper that has

16   Zoloft specific results as its entire paper and that's

17   Dr. Berard's paper, but did most of these papers

18   address other SSRIs and other anti-depressants?

19        A.   I think actually all of them addressed other

20   SSRIs, but they would provide data on Paxil and Zoloft

21   broken down separately so they would be comparing

22   women specifically exposed to Zoloft to women not

23   exposed to any SSRI, so that's what I was looking for.

24        Q.   And you mentioned the class fallacy or the

25   class effect, what are your concerns now after this

1    review in particular and you've done, what concerns do

2    you have about looking at data that covers all SSRIs

3    and trying to reach a conclusion about Zoloft in

4    particular?

5         A.   Well, the trouble is the heterogeneity again

6    that can arise that there might be different effects

7    for different pharmaceuticals on the same outcome.

8    And if you put them all in together you'll get an

9    averaging which may not be accurate in describing any

10   one of the drugs as we just talked about earlier.  So

11   I didn't want to get caught into that and then having

12   to hypothesize and guess as to what extent the results

13   for all SSRIs really reflect the actions of Zoloft.

14   So I tried to avoid that entirely.

15        Q.   And your choice to look at cardiovascular

16   birth defect outcomes or all cardiac outcomes and any

17   cardiac outcomes, was that a choice that was

18   effectively mirrored in all of this literature?

19        A.   I don't think there's been a single paper

20   we've discussed today that has not looked at that

21   category and that's where I took my information.

22   Certainly all eleven of these do look at all cardiac

23   outcomes.

24        Q.   So we talked a little bit, Dr. Jewell, or I

25   did in my opening about overlapping populations.  Was

1    this a surprise to you or was this something that you

2    specifically addressed in your report that some of

3    these populations overlap?

4         A.   No, it was immediate.  As soon as you go to

5    an in depth analysis of the papers and the first

6    question you'll ask is where did the data come from,

7    what is the population, who are the women, who are the

8    children?  You see that overlap very quickly.  Some of

9    the authors comment on the fact that they're updating

10   or overlapping with preexisting papers, so I knew that

11   almost from the minute I opened the papers, but of

12   course became much more intimately familiar with the

13   extent of the overlap as I looked at it in more

14   detail.

15        Q.   And why was that important for you, Dr.

16   Jewell, to not just say, oh these are all from

17   Denmark, I'm only going to take the latest one and

18   throw the others out?  Why did you instead do a more

19   in depth look at whether or not they were actually

20   similar or the same?

21        A.   Well, there are two reasons for that.  Two

22   things you have to figure out.  One is, if one study

23   completely subsumes another, in other words it takes

24   all the data that the first study has and adds more

25   then there's a little bit less anxiousness about maybe

1    just using the more recent study. That's a little bit

2    true of the Swedish studies, the Reese Colin and the

3    Colin.

4         You might look in those situations,

5    particularly if the recent data contradicts what the

6    earlier data said or not. That's still worth doing

7    and in fact, I did that on the extension of the Alwin

8    paper that was discussed this morning. I specifically

9    looked, okay we have new data now. Does it give the

10   same odds or ratio as what we saw a few years ago when

11   Alwin looked at the data. So that's worth it in

12   itself just to see if things changing in time,

13   population, what's going on here, is it replicating

14   what the earlier results show or not.

15        The second issue is and there is the --

16   someone just slashed out the Swedish ones where it's

17   contained, so you might look at the dark blue here and

18   say well, we knew about the light blue when Colin did

19   their data up to 2004, but does the dark blue, which

20   has three more years of data, give different

21   information or the same. And if it's the same, it

22   won't change the odds ratio that much and that's what

23   you can see here. So in fact, Reese did not break out

24   the new data and provide that, but you can see from

25   the odds ratio, they hardly change. So that means the

1    dark blue were not dramatically different.  There was

2    no head in the oven.  If the green is cold, you know,

3    there's no red there so very similar information.

4            And I did that for each of these cases.

5    Now, it becomes much more important where there's less

6    overlap in this case not complete overlap.  The idea

7    that Jimenez Solem and Carnum are just essentially

8    saying the same thing, it's the same population, yes

9    they're all Danish women and that's terrific because

10   the Danish registry system is pretty good about

11   reporting outcomes and reporting pharmaceutical

12   exposures, but Carnum was just one part of Denmark.

13   And so the natural question you might have thought of

14   coming out of Carnum, maybe Carnum himself thought

15   about this is can we replicate this in other parts of

16   Denmark.  Is there something particular about this

17   part of Denmark?  They didn't do that as far as I'm

18   aware.

19           Peterson did sort of take the first natural

20   step and said let's do all of Denmark, but because he

21   was looking for specific exposure information, he had

22   to limit -- he and his team had to limit their

23   investigation to 1996 and later, so they couldn't

24   cover exactly what Carnum did.  And then now much

25   later, Jimenez Solem, again using all of Denmark, the

1    registry data, looked at a much longer period of time.

2    So there's a lot more information in Jimenez Solem

3    than was in Peterson.  That's important, there was

4    more information, but it's also important to see about

5    replication.

6            Peterson did this.  He found, in this case

7    it's odds ratio of 2.4, now you get some new data.

8    The first question any statistician is going to think

9    about is heterogeneity.  Does the new data replicate

10   what we saw before?  That replication is the

11   cornerstone of science.  Does it replicate?

12           Well, Jimenez Solem doesn't actually break

13   out the data.  I would have loved to have done that.

14   And then you could have a slide, here's what Peterson

15   knew and here's the extra data that Jimenez Solem did.

16   Do they look the same or not?  But again, look at the

17   odds ratios.  If Jimenez Solem had an odds ratio of

18   one for all that new data, that 2.36 in Peterson

19   necessarily would have to drop enormously well below

20   to down because Jimenez Solem is essentially almost

21   double, even more Peterson.  Averaging would have

22   brought it way down.

23           Now, what do we see from Jimenez Solem?  We

24   see 2.7, so what does that tell us?  It tells us that

25   the new blue data, these are new women studied after

1    Peterson had been published, did they show the same

2    effect?  They not only showed the same effect, they

3    had to show an even stronger effect for the entirety

4    of Jimenez Solem to take the odds ratio up from 2.4 to

5    2.7.

6         I wasn't particularly driven by that

7    difference between 2.4 and 2.7, because look at the

8    confidence intervals.  What is important and what

9    people still seem to refuse to understand is that this

10   provides a modicum of replication.  These are new

11   women, newly studied and they give the same, if not

12   more extreme results in terms of the association.

13   That replication is important.

14        Is it the only replication that's important?

15   No.  I now want to look at the U.S. data and the

16   Finnish data and the whole set of studies, but that

17   replication is important.  So the overlapping is

18   important to recognize, but also to exploit to

19   understand whether that 2.3 had just been random

20   because of a spurious association wouldn't it have

21   disappeared in a new set of women at random?  The

22   answer, it didn't disappear and that's why replication

23   is so important as compared to worrying about multiple

24   comparisons within an individual study and that's what

25   I discuss in my report, that distinction and that

1    replication trumps multiple comparisons.

2         Q.   So you said, Dr. Jewell, that you also

3    looked at it for the Alwin data and we looked at this

4    earlier with Refuse (ph) being an update to Alwin and

5    do you know Professor Brackin at Yale University

6    School of Public Health?

7         A.   I know of him.  He's a very eminent,

8    perinatal epidemiologist.  I don't know him

9    personally.

10        Q.   And did you have an opportunity to review

11   his comment about the strategy of using the subset of

12   later data to compare to the earlier data to examine

13   replication and chance?

14        A.   Yeah.  He had the same kind of reaction I

15   did that I just tried to explain, maybe badly, but I

16   just tried to explain why that's important to look at

17   the new data.  And if it gives you a completely

18   different result, you then get very suspicious that

19   this is just something spurious or chance.

20        Q.   And then you applied that to the Alwin

21   Refuse comparison.  Is that right?

22        A.   Correct.

23        Q.   And when you ran the difference between the

24   outcomes here as described by Dr. Brackin doing it,

25   did you find that the newer data, the newer 8,000 plus

1    5,000 -- you're the mathematician.

2        A.    Yeah, 14,000 yeah.

3        Q.    That new data while it's reported as a 1.0

4    when it includes the Alwin data, that necessarily the

5    new data that was not included in Alwin would have had

6    a different affect?

7        A.    Well here it was a little different from

8    Jimenez Solem because they did provide in their

9    supplement the ability to break out the data and

10   see the new data and directly compare it.  And the new

11   data showed a stronger, not very strong, but a

12   stronger association than originally in Alwin.

13   This is just I think, this is not for all cardiac,

14   this is just septal defects.  And refuse was the

15   only paper that I've seen that didn't actually talk

16   about all cardiac and that's because Alwin didn't

17   find it interesting and the original and they only

18   focused on the results of the earlier paper in this

19   case.

20       Q.    So I put up there 1.2, 1.3, did you

21   actually do that calculation at some point?

22       A.    I did.

23       Q.    And do recall what it was?

24       A.    My memory is it's 1.22, but I hate to go by

25   memory.

Page 172

1    (Conclusion of requested transcript at 3:27 p.m.)

2                        * * * * *

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 173

1                           CERTIFICATIONS
2
3              I, Sheila G. Orms, certify that the
4       foregoing is a correct transcript from the official
5       electronic sound recording of the proceedings in the
6       above-entitled matter.
7
        Dated:  July 9, 2015
8
9
10
11
          Signature of Approved Transcriber
12
13
14
        I, Melissa Looney, certify that the foregoing
15
        transcript is a true and accurate record of the
16
        proceedings.
17
18
19
        Melissa Looney
20
        AAERT Certified Electronic Transcriber CET-607
21
22
23
24
25

**A**

**AABs** 43:5
**AAERT** 173:20
**aback** 149:15
**ability** 171:9
**able** 16:6 42:25
  49:7,10 90:4
  123:15 151:23
**abnormalities**
  163:1
**above-entitled**
  173:6
**ABSD** 24:4
**absence** 38:10
  72:24 98:18 103:3
**absent** 153:3
**absolute** 20:3
**absolutely** 20:8
  50:13 88:3 159:12
**abstract** 22:8 23:21
  31:12,16 33:1,1,6
  33:11,16
**abuse** 99:18
**academia** 125:15
**academic** 119:7
  129:6
**acceptance** 16:1
**accepted** 14:11,20
  28:13 34:6 37:18
  125:5 145:1
**accepts** 111:18
**access** 77:11,14
  82:24 93:16
  128:19
**accessed** 80:22
**accesses** 80:17
**accompanied** 5:9
**account** 14:18
  48:17 102:14
  139:4
**accounting** 108:24
**accounts** 78:13
**accumulated** 20:3
**accurate** 32:3
  67:20 164:9
  173:15

**accurately** 103:14
  118:18
**acknowledged**
  25:15 28:13
**acknowledges**
  36:10
**ACOC** 21:9
**acquitted** 44:18
**act** 87:11 114:21
**acted** 130:18
**actions** 164:13
**actual** 11:3 26:11
  26:12 32:25 33:3
  75:22 151:25
**add** 25:25 90:3
**added** 82:12 89:25
  146:8
**adding** 159:21
**addition** 84:15,18
  119:4 121:10
  125:8 144:1
**additional** 74:5
  88:4 89:4,22
  130:3,9 145:25
**address** 3:8,18 4:15
  4:17 5:21 7:25
  10:14 11:1,25
  12:15 13:20 19:13
  35:23 57:8 67:16
  101:8 129:13,14
  163:18
**addressed** 7:4
  34:12 69:15
  163:19 165:2
**addresses** 101:1
**addressing** 64:13
  98:4
**adds** 88:14 89:11
  148:11 165:24
**adjust** 22:21 23:11
  24:7 45:17
**adjusted** 75:22
  76:16 93:7 105:10
**adjustment** 84:21
  95:1
**adjustments** 49:8
**admissibility** 7:18

9:23
**admissible** 5:17
  9:19
**admission** 57:7
**admissions** 35:16
**admit** 69:11 132:17
**admits** 38:18
**admittedly** 41:6
  45:25
**adolescents** 56:6,13
**adopted** 37:14
  113:9
**advance** 3:11
**advanced** 78:12
**adverse** 41:22,23
**advice** 125:20
**advocacy** 51:4
**affect** 171:6
**affidavit** 144:8,13
**Affirmed** 9:8
**afforded** 25:12
**afternoon** 66:4
  74:7 117:7,8
  118:1 132:23
  137:6
**age** 24:8 52:16
**agency** 13:14 20:22
  54:25
**agent** 98:7
**agents** 44:19
**ago** 62:4 78:21
  88:23 101:11
  102:24 131:14
  141:9 166:10
**agree** 8:19 16:15
  31:15 32:20 33:14
  60:15 67:1 70:1
  99:25 100:9
  108:11 110:13
  114:18 161:7
**agreed** 84:9,12
**agreement** 128:6
  153:22
**agrees** 30:18 31:17
  56:9 57:10 136:13
**AHA** 83:3,12 163:5
**AHRQ** 73:8 146:11

147:1
**airport** 3:13
**albeit** 135:3
**Allen** 73:24 98:21
  99:6,8,20
**allotted** 8:24
**allow** 12:18 22:5
  63:5 138:25
  141:16 147:18
  153:22
**allowed** 83:3
  115:13
**allows** 150:16
**Alstruck** 3:12
**Alwin** 143:7,14,18
  166:7,11 170:3,4
  170:20 171:4,5,12
  171:16
**Alwon** 83:4 85:15
  85:16 88:12,13
  89:8,16,20 90:13
  93:5,14
**Alwon's** 88:25
**American** 18:11
  21:4,5,20 82:23
  83:9 125:12
  147:18
**amicus** 100:6
**amount** 17:8 23:16
  64:7 122:2 147:23
  153:16 159:7
**amplification**
  109:8
**analogy** 139:13
**analyses** 71:9
**analysis** 4:24 15:21
  17:3 22:21 23:1
  23:12,12 24:14
  27:1 34:14 37:4
  38:3,22 39:9 40:8
  45:16 46:16 47:11
  48:18,21,24 49:13
  49:13,20 50:1,1,2
  50:4,8,12,12 54:4
  60:23 62:17 63:24
  67:25 68:1 71:19
  73:25 74:5,15

78:16,17 79:10
  81:24 84:2 85:5
  87:3,6 97:19
  101:9 102:5 105:4
  105:7 106:19
  107:10,12,16,20
  108:9,17,18
  109:20 123:7
  127:6 128:21
  133:22 134:2,3,5
  134:7,12,13,18
  135:2,9,20 136:8
  136:14,18 137:17
  138:7,10,10,13
  139:10,12,24
  140:2,5,25 141:2
  141:6,13,18 142:1
  142:2,23 143:9
  144:14 145:8,22
  145:25 146:10,12
  146:19,24 147:3,8
  147:10,11,24
  148:14 149:3,10
  150:5,16 153:13
  155:2,4,5 158:1,9
  158:19 159:19
  163:8,10 165:5
**analyze** 77:18
  78:15 104:22
  146:4
**analyzed** 52:2
  89:22
**analyzing** 122:14
  161:20
**anatomically** 35:12
**anatomy** 37:2
**and/or** 131:18
**anomalies** 23:6
  54:4 61:20 102:22
  113:16,23 114:5
**anomalist** 36:2
**anomaly** 103:1
**answer** 20:15 50:7
  91:6 96:23 97:4,6
  97:9 104:21
  169:22
**answered** 27:25

answers 18:1
anti 20:5
anticipated 79:18
antidepressant
    105:8 106:4
antidepressants
    101:23,24 103:5,8
    143:12
anti-depressant
    144:18
anti-depressants
    19:25 142:21,25
    163:18
anxiousness 165:25
anymore 146:25
anyway 155:19
aorta 24:5
APA 21:4
apart 96:1,1,2,2
apologize 3:11
apparent 68:19
apparently 31:6
    49:4 51:19 75:25
    79:2 83:3
APPEARANCES
    1:9
appeared 25:7 74:5
appearing 61:13
appears 47:12 53:1
    53:8 67:20,22
    74:16
applicable 120:15
application 14:10
    53:9 67:23 95:14
    139:23
applied 12:21 19:1
    34:5 70:3,22
    78:11 79:13 80:12
    80:13,25 81:5
    85:10 95:5 125:25
    170:20
apply 63:25 90:16
    91:21 114:3 136:8
applying 14:24
    75:4 97:7
appointed 119:8
appreciate 8:1

appreciates 57:5
approach 6:7 8:6
    19:1 28:18 37:14
    40:7 45:4,15,15
    54:5 66:6 85:11
    96:17 101:18
    129:19 139:12
    152:9
approaches 14:24
    15:3
appropriate 37:12
    46:8 84:9,13
appropriately 85:4
    125:24
approved 130:15
    173:11
approximately
    121:11
April 12:7 13:10
    57:17 59:18 60:23
arbitrary 96:6
arch 23:6
area 122:11,19
    125:15 127:22
areas 122:25
argue 8:22 27:18
argued 12:11 22:4
    38:6
argues 20:4
argument 6:4
    113:7
arises 111:22
Arps 1:15
arrangements
    154:2
arrived 65:19
    122:4
art 56:19,20
article 23:3 162:19
articles 121:12,20
    126:8,10 143:4
    147:24 148:23
artificial 48:15
ascertain 98:5
ASD 29:9 92:4
ASDs 92:6
ASD/DSD 24:3

ASE 95:15
aside 4:14 36:25
asked 7:6 10:21
    26:21 27:3 31:2
    31:21,22 46:20
    51:10,10,11,14
    54:13 57:24 61:16
    67:13 74:4 77:17
    90:23 92:12 100:1
    123:19 126:7
    136:9 151:6
    153:10 158:3
asking 155:1
asks 70:12
aspect 16:3 122:19
assess 31:24 108:13
    151:4
assessed 31:22
    115:17
assesses 123:8
assessing 38:6
    58:20 69:19
    111:13
assessment 93:25
assigned 58:4,7
assistant 118:24
associate 125:19
    126:4
associated 17:5
    18:14 19:23 20:5
    21:25 40:25 44:7
    48:20 52:16 54:7
    54:8 55:5 57:25
    61:7 63:7 82:25
    103:4 149:2
    159:24
associating 155:14
association 18:7,11
    20:17 21:5,20,21
    21:24 23:4 25:17
    25:22 32:17 39:17
    44:25 48:22 80:5
    82:24 83:9 91:1,8
    101:15 104:1
    109:17,21 110:15
    125:12 139:20
    147:13 149:8

161:21 169:12,20
    171:12
associations 13:24
    17:17 19:16 24:1
    24:22 28:25 34:9
    57:11 80:16,18,22
    89:1,7 90:25
    91:19 93:16
    115:16,16
assume 74:2 79:11
    88:3 114:19 137:3
assumed 79:19
    88:1 104:8
assuming 4:11
    78:21,22
assumption 162:22
atrial 23:6,7 76:22
attached 4:19
    130:13
attacked 152:18
attempted 38:4
    59:1
attempting 54:23
attention 30:25
    79:17 86:9 152:24
attentive 85:22
attorney/client 5:3
attract 16:7
August 62:10
Austin 109:14
Australia 148:5
author 46:17 98:22
    100:4 103:24
    120:5 143:20
    144:13 146:11
    153:11
authored 121:11
authors 5:10,11
    6:11,12 10:23,25
    18:22 19:9,9,10
    19:24 21:1,24
    26:17,18,22,25
    27:6,22 28:10
    29:23 37:9,15,16
    40:19,19 42:3
    44:9 45:4,11 46:6
    52:10 55:2,5 60:4

74:4 100:25
    113:14 125:21
    128:16 135:25
    144:9 152:23
    155:12 163:11
    165:9
authorship 121:10
available 16:21
    17:9 21:15 63:19
average 135:21
    136:3,11,22
    137:13,22 138:8
    141:20
averaged 140:8
averages 123:10
averaging 136:19
    136:19,20,24
    137:16 138:5,9
    139:16 164:9
    168:21
avoid 164:14
avoided 52:19
aware 15:15 18:24
    71:2 80:13 125:2
    144:7 154:19,20
    167:18
a.m 1:5 65:25

**B**

B 88:18 129:1
babies 101:4,5,6
back 16:17 25:13
    31:4 32:25 43:2
    44:8 47:3 54:17
    62:6,9 65:10,23
    69:10,12 71:9
    73:24 74:9 80:1
    82:12 89:5,6
    98:21 118:16
    125:20 151:18
    158:8
background 16:23
    21:17 41:24 43:16
    57:5 62:14
bad 52:4 138:2
badly 170:15
balance 113:24

114:4
**base** 136:18
**based** 24:10 37:7
  42:22 44:17 47:11
  55:23 56:24 57:18
  60:22 61:15,16
  62:23 97:19
  120:11 123:4
  149:20,22
**basic** 41:17,25
  77:20 78:2 111:7
  112:1 122:25
**basically** 6:4,12
  7:10 9:11 36:23
  43:8,21 45:16
  46:22 47:4 63:11
**basis** 8:10 69:24
  135:6 146:18
**bats** 136:21
**battle** 99:23
**bearing** 52:16
**becoming** 155:18
**began** 122:3
**beginning** 93:17
**believe** 13:1 14:11
  14:19 22:10 44:15
  57:13 59:15 62:21
  97:20 99:12,13
  110:11 117:15
  124:17 130:17
  131:6 144:23,25
  146:24 149:9
  155:25 160:2
  163:15
**believed** 23:21 57:2
  58:10 123:23
**believes** 30:15
**belong** 10:11
**belt** 32:22
**benefit** 59:25 62:2
**Berard** 74:20,23
  75:3 76:6,7 79:13
  84:20 96:1 124:20
  124:24 150:7
  151:19,19 152:1
  152:17
**Berard's** 74:25

75:2,6,12 79:2,9
  150:8 152:13
  163:17
**Berkley** 118:10,13
  118:14 119:2,6,10
  120:13 125:2
**Bernstein** 30:21
  84:6
**best** 21:1 31:23
  35:21 55:2 73:12
  73:13,14,16 134:9
  135:7 139:11
  158:1
**betcha** 113:3
**better** 13:2 32:19
  87:5,6 90:7,10
  94:16 107:3
  148:25 149:9
**beyond** 87:6 97:9
  97:12 148:11
  150:5
**bias** 60:8,9 80:20
  91:10 101:2,3,12
  101:16 109:12
  139:6,8
**biased** 115:17
**biases** 139:2 149:6
**bible** 116:2
**big** 22:12 27:11
  93:18 101:17
  103:12 140:20
  154:13 159:1
  160:3
**bigger** 87:22 95:3,4
  161:12
**binder** 68:14
  129:23
**biological** 115:8,10
  115:12,14 129:7
**biologists** 129:9
**Biometrica** 126:6
**biostatistician**
  76:19 77:5
**biostatistics** 118:9
  119:5 121:12
  126:6
**birth** 12:22 13:12

13:17 14:13 16:13
  16:16,23 20:18
  21:16 22:15,18
  35:14,18,20,22,23
  36:21,25 37:3
  39:18 40:10 41:1
  42:13 43:2 44:14
  51:22 56:7,16
  58:15,24,24 59:15
  60:19 61:1,5,7
  62:13,14 81:14,20
  82:25 83:14
  101:20 103:4,24
  104:19 123:21
  133:8 147:14
  149:2 159:24
  161:22 162:25
  164:16
**births** 22:23
**bit** 13:19 16:17
  30:4 32:22 66:24
  67:12 68:3,14
  90:12 93:3 119:17
  128:5 130:8
  134:10 158:10
  164:24 165:25
  166:1
**black** 17:13
**blinders** 86:8
**blindly** 134:21
  137:18
**blips** 39:16
**block** 87:18
**blue** 17:13 166:17
  166:18,19 167:1
  168:25
**board** 129:1,8
**body** 137:14 141:21
**Boise** 69:10
**bold** 92:5
**Bond** 18:6 102:10
  102:10 109:23
  110:3,8
**Bond's** 110:6
**Bonferroni** 94:25
  95:1,14
**book** 80:9 120:5,10

120:11 122:16
  124:3,6,10 130:11
  132:2
**bore** 140:12
**born** 114:16
**Boston** 7:9 96:10
**bother** 54:15
  101:24
**bothered** 84:2
  154:15
**bottom** 76:18
**bound** 27:13,16,23
  155:14 157:17
**bounds** 39:23
  158:24 159:22
  160:19
**Bracken** 88:18,21
  89:14
**Brackin** 170:5,24
**Bradford** 80:22
  96:14 109:14
  129:13,14 156:25
**breadth** 121:16
**break** 95:21 137:6
  166:23 168:12
  171:9
**breakdown** 57:7
**Brerard** 10:21
  12:17,19,21 13:2
  13:7 22:3 25:15
  28:20,21,22 29:7
  29:9 30:12 31:5
  33:13,17,20 34:1
  38:12 70:5
**Brerard's** 12:8
  31:1,22,25 33:6
**Brian** 3:11
**brief** 4:16 9:12
  34:17 38:3 57:16
  64:25 73:12 100:6
**briefly** 16:17 56:1
**briefs** 23:20
**brilliant** 42:3
**bring** 79:17 96:12
  159:18
**bringing** 90:13
**brings** 44:15

**British** 24:18 126:5
  129:3
**broken** 103:18
  163:21
**brought** 30:25
  152:23 168:22
**bucket** 85:19 97:18
**burden** 4:25
**business** 50:24
**busy** 30:4
**butchering** 23:24

---

**C**

**C** 3:1
**calculate** 76:12
  77:1
**calculated** 75:23
  76:23
**calculation** 151:24
  171:21
**calculations** 30:13
  31:2,6,7,9 151:13
  152:14
**California** 118:10
  119:12 122:4
**call** 3:3 36:24 40:18
  46:2,4 66:3
  115:21,22 117:6
  119:17 135:18
**called** 29:14 45:12
  56:5 66:14 70:22
  73:14 113:7 124:5
  126:6 162:2
**Callen** 40:16,18,19
**calling** 119:14
**calls** 69:20 81:16
  103:19
**campus** 119:9
**cancer** 122:16
**Candidly** 35:13
**capsule** 57:16,16
**capture** 36:4 56:18
  56:19 58:15 87:5
  90:9,10 161:18
**captured** 84:6,15
  90:7 133:1
**capturing** 90:11

**cardiac** 12:22 13:3
13:17,24 14:15
16:13 17:17 18:7
19:17,18,21 20:2
20:4,18,25 21:3
21:21,25 22:18
23:5 24:9,12,15
29:1 34:10 35:12
35:14,18,22,23
36:1,7,9,10,13
37:10,12,16,23
39:18 43:5 44:25
48:11 54:2,4,9
55:3,6 62:18,24
71:19 75:21 80:7
81:19 91:12 92:21
93:10 94:9 100:17
101:20 104:10,19
110:16 114:25
123:21 145:4,11
145:18 147:14
148:17 149:2
150:3 156:7,19,20
159:24 160:9,11
160:16 161:22
163:2 164:16,17
164:22 171:13,16
**cardiologist** 92:24
**cardiologists** 21:6
127:13
**cardiology** 14:7
35:4,7
**cardiovascular**
14:13 35:4,20
44:8 51:12,22
81:14 82:25 115:5
162:25 164:15
**care** 101:5 106:3
**career** 80:13
**carefully** 41:7
141:12
**Carnum** 167:7,12
167:14,14,24
**carried** 134:14
**carry** 134:8
**case** 15:20,21 50:17
50:21 64:5 70:8

93:17 94:25 97:7
98:11 123:19
124:8,13 127:12
128:8 131:6 134:2
134:7,12,14,19
135:3 136:5
137:16,16 141:17
144:12 149:1
156:23 161:17
162:24 167:6
168:6 171:19
**cases** 29:5 89:10,11
98:16 101:9 114:6
131:1 167:4
**casually** 82:25
**casualties** 123:11
**casualty** 91:7
**catch** 35:19
**catch-all** 36:4
**categories** 37:10,10
37:12 56:2
**category** 10:24
35:19 36:4 52:22
53:15 55:11
164:21
**caught** 164:11
**causal** 13:11 16:15
38:9 61:19,24
80:5 91:9 97:7
115:18 139:20
147:13 161:21
**causality** 80:22
**causally** 149:1
159:24
**causation** 14:2,6
20:9 34:19,25
55:16 63:21 98:17
124:3,5,7 132:10
156:12
**cause** 16:13 39:9
40:10 41:22 96:13
97:4,22 103:6
123:25
**caused** 13:3,4
**causes** 13:16 35:18
59:15 61:1 101:20
**causing** 42:12

**CDC** 24:18,20,21
**certain** 5:1 6:10,22
7:22 18:8 30:12
49:4 64:1 127:19
**certainly** 7:19,25
14:3 15:11 19:3
50:16 71:2 84:14
116:12 127:20
134:3 136:17
138:23 154:22
155:18 156:20
164:22
**CERTIFICATI...**
173:1
**Certified** 173:20
**certify** 173:3,14
**cetera** 82:14
**CET-607** 173:20
**chair** 115:25
**Chaleen** 40:17
**challenge** 14:5
**challenging** 34:23
34:25
**chance** 55:20 70:20
80:20 88:25 91:10
93:17,18 94:1,3
94:21 95:11,12
97:10 100:20,23
109:13 115:17
170:13,19
**chancellor** 119:10
**change** 63:22 71:19
109:4,4 110:4
151:5,11 157:5,10
158:19,23 159:21
159:22 160:13,13
160:19,21 161:14
166:22,25
**changed** 34:4 51:8
90:8
**changes** 15:23
**changing** 12:24
22:6 158:8 166:12
**characteristics**
113:24 138:24
**characterized** 8:9
22:8

**charge** 58:10
123:23 161:16
162:24
**chart** 16:9 30:4
72:2 73:14 135:13
**charting** 29:8
**charts** 159:1
**CHD** 101:15
**check** 31:3,25 32:9
77:21 78:5,5 89:5
151:23,24 152:1
**checked** 30:5,6
32:10 151:9
**checking** 3:21
**Cheffo** 1:14 2:3 4:5
5:19,20 8:20 9:13
10:16,18 11:6,9
11:13,19,23 64:12
65:8 136:15
146:13,16,20
151:23
**Cheffo's** 151:14
**chemical** 51:9
**cherry** 15:9
**child** 52:15 104:13
104:16
**children** 22:23 43:3
56:6,13 60:10,12
114:16 122:23
165:8
**choice** 164:15,17
**choose** 53:22
**chose** 41:6 133:23
**chosen** 145:5
**chronic** 122:14
**Circuit** 12:13 15:20
34:21
**cite** 83:5 102:21
**cited** 66:15 98:12
112:14
**cites** 56:21 102:20
**citing** 98:16
**city** 131:24
**civilian** 122:22
123:11
**claim** 5:3 7:1 13:18
98:15 159:17

**claimed** 111:15
**claims** 152:13
**clarification**
108:10
**clarify** 4:1
**class** 70:2 81:22
102:2 103:19
111:11 120:12,20
162:21 163:24,25
**classification** 93:2
113:9,17,22
**classifications** 93:1
93:4
**classified** 46:5
127:19
**classify** 92:25
**classroom** 121:4
**cleans** 123:9
**clear** 7:11 39:14
63:16 69:13 73:20
75:1 77:5 79:23
92:9,13
**clearly** 18:3 49:21
58:23 64:11 74:13
77:4 78:20 82:15
83:25 97:22
111:14 113:8
140:21,23 149:9
149:18
**CLERK** 3:2 66:2
116:1,4 117:5
**clinical** 41:14
113:24 126:8
136:7
**clinically** 35:12
**clipping** 157:18
**clips** 160:1
**close** 95:16
**closer** 44:16 155:1
**cognizant** 85:21
**cohort** 41:18
**cold** 167:2
**Colin** 147:4,5,5,6
147:25,25 148:4
166:2,3,18
**Colinun** 148:5
**collate** 136:2

colleagues 65:19
66:17 123:17
collect 146:22
collected 123:7
126:19,19
College 21:5
combined 22:16
24:21
combines 108:20
combining 37:3
come 17:15 25:13
31:19 49:20 65:10
65:23 79:5 82:13
100:22 123:20
129:10 140:6
163:13 165:6
comes 9:15 10:14
44:22 147:24
coming 90:7 124:4
143:21 167:14
comment 54:18,19
165:9 170:11
commentaries
162:13
comments 88:17,17
Committee 1:10
common 62:25
135:24 153:23,24
153:24
commonly 20:5
24:20
communicating
74:12
communications
6:19
community 16:7,14
34:7 39:7
company 1:23 15:9
55:12
comparable 109:3
136:14
comparative
105:16
compare 31:8 51:2
170:12 171:10
compared 45:7
47:13 62:14 67:11

104:24,25 105:7
106:16,22 107:21
107:24 124:15
135:14 169:23
compares 47:17
comparing 46:7
163:21
comparison 47:21
63:5 89:13 105:2
105:2 107:3
170:21
comparisons 94:11
94:14 169:24
170:1
compatible 39:21
39:22 40:20
compelling 61:6
complete 15:11
56:8,10,21 59:23
63:10 82:19
147:11 167:6
completely 15:23
48:14 49:5 59:12
111:18 147:6
148:5,11 152:5
165:23 170:17
complex 75:14
compliance 60:7
complicated 22:25
153:3
component 22:25
comprehensive
61:17 146:25
computed 79:11
computer 29:15
conceived 48:11
concept 42:2,10
45:13 47:11
conception 42:22
43:10
concepts 15:19
concern 48:19,23
81:4 85:8 101:3
145:9 155:4,21
concerned 81:23
158:1
concerning 10:4

concerns 46:18
70:5 75:3 81:22
95:8 106:3 133:20
141:25 142:13
143:24 144:1
146:1 163:25
164:1
conclude 23:10
55:2 63:11 100:25
concluded 13:16
18:12 19:24 21:1
21:24 40:24 44:1
55:5 61:18 103:25
115:17
concludes 100:23
conclusion 20:7
31:19 38:23 43:22
43:22 45:3 60:20
80:4 83:22 94:15
146:18 149:19
160:23 163:6
164:3 172:1
conclusions 38:9,14
45:5 52:12 55:21
60:22,22 80:3
81:6 82:16 83:6
115:11
conclusive 59:2
conditions 126:21
conduct 47:11
conducted 107:12
conducting 12:3
conducts 14:19
34:13
confer 65:10
confess 41:10
confidence 26:2
27:13,16,23 28:7
29:10 32:13 76:8
76:13 77:12,24
78:3,8 92:11,15
150:11 155:14
158:24 159:8,22
160:13,19 169:8
confident 78:3
confidential 4:22
5:2 6:23 7:12 8:9

9:3
confidentiality
8:13 9:22 128:6
154:1
confirm 89:7
confound 95:11
confounder 44:4
confounders 63:6
87:5 109:2
confounding 14:19
22:21 42:10 45:17
47:9 48:18,20,23
49:8,22 60:6 74:6
80:21 91:11 95:8
101:17 104:7,11
106:3 107:5
108:22,24 109:13
149:6
confusing 45:10
confusion 155:11
congenital 17:5
18:13 24:2 52:17
60:19 61:5,7,20
62:24 63:1 102:22
103:1,10 104:17
113:16 162:25
connection 50:5
consensus 17:23,24
conservative 93:8
95:13
consider 10:9
considerable 122:1
146:20 147:23
153:16
consideration 16:4
52:21 53:13
considered 37:20
52:14 111:7,12
considering 53:5
68:21
considers 84:3 85:2
consistency 111:1
111:13 160:11
consistent 21:10
28:19 33:16 49:17
57:9 64:9 92:15
109:22,24,24

110:4,5,10,15
111:1 112:24
160:15
consistently 109:22
110:14 111:2
constellation 13:4
consult 14:7 35:6
consultant 6:12
consulting 7:2 27:4
88:19
contact 26:22 27:6
contacts 6:10,16
contained 147:8
166:17
contains 141:18
context 9:22 10:1
15:11 57:15 59:9
66:25 69:1,25
70:1,2 72:24,25
90:22 94:10
111:25 130:16
156:3,12,15,17
161:3
contexts 79:22
continuation 61:8
continue 74:18
continued 3:8 43:9
158:20
continues 21:13
contort 20:12 46:11
contradictory
145:2
contradicts 144:22
166:5
contrary 12:12
41:2 45:4 49:6
50:13
contrast 18:3
contribute 97:12
121:22
contributes 127:1
control 4:23 18:23
47:8 63:6 142:18
142:20,24 143:13
144:17
controlled 22:21,25
23:12

controls 89:11,11
controversial 141:9
conventional
  105:18
conversation 84:5
convinced 68:2
cook 137:8
copies 11:10 117:12
copy 66:9 69:3,6
Corce 41:8
core 81:17 85:3
  91:13 109:10
  162:2,5 163:7,9
corners 139:14
cornerstone 168:11
Cornum 85:17 86:5
  87:19,25 88:2
  89:3 96:3 101:9
  103:7 147:2,9
corporate 55:15
CORR 1:13
correct 15:24 26:2
  31:6 32:11,16
  67:11 74:15,15,16
  77:23 78:4 97:25
  100:8 104:21
  110:11 119:22
  120:4 121:14
  130:20 131:2
  132:11 142:5
  143:15,17,25
  144:3,6,24 152:2
  152:25 154:22
  158:25 159:13
  162:4 170:22
  173:4
correction 26:18,23
  27:2,11 155:11
  156:21 158:7
  159:13
correctly 114:11
  133:2 142:23
  150:16 152:14
correlated 150:20
correspond 158:6
corresponded
  157:20 162:24

corresponding
  113:15
cortication 24:5
couldn't 149:11
counsel 1:11,15
  3:17 9:17 13:18
  65:11 69:8 77:18
  77:25
counter 88:1
counties 87:19
country 111:12
countrywide 87:21
couple 88:23 94:2
course 7:20 20:7
  24:10 25:10 28:17
  32:2 40:14,23
  48:14 54:22 55:12
  56:4 57:6 58:16
  59:3 61:2 83:21
  111:10 113:2
  116:18 123:18
  140:6 152:2,20
  160:12 165:12
court 1:1,23 3:3,4,6
  3:15,17,22 4:1,12
  8:14,18 9:6,7,8,15
  10:19 11:8,12,18
  11:22 12:7,12,20
  13:19 22:4 25:21
  36:6 38:1,12
  57:15 64:12,17,22
  64:24 65:3,6,13
  65:17,21 66:3,4,8
  66:10,11,16,20
  67:6,8,9 68:14
  71:7 73:1 74:22
  74:22 75:1,4 79:6
  79:20 80:9,14
  83:11 84:1 98:10
  98:11,14,15,19
  99:25 115:9,20,24
  116:7,12,18,21,25
  117:3,6,7,10,13
  117:16,20 120:9
  123:20 129:2,21
  132:4,8,15 133:24
  149:1 155:3 156:9

courtroom 3:7
  37:22 59:14 64:9
  64:10 74:21,24
  76:1 79:6 81:25
  82:18 86:17 89:15
  91:8 97:23 98:24
  131:12,13 136:5
  137:1 138:13
  152:18
courts 15:15 38:24
  39:6 50:16 55:13
  70:17 98:16
Court's 24:14 70:4
  79:17 81:22
cover 121:24
  167:24
covered 34:16
  148:16
covering 157:3
covers 164:2
Cowan 85:16 87:9
  88:15
co-author 46:24
co-editors 125:16
co-inventor 124:23
Co-Lead 1:10
co-varied 23:11
crainiosynostosis
  76:23
cranial 29:3
crazy 75:10
create 45:12,24
  48:15
created 37:16
credited 41:9
crew 29:9
crisis 122:22
criteria 28:8 53:3
  67:22,23 72:18
  81:15 84:23 85:4
  142:3,16 149:5
  163:3
criticisms 46:15
  146:4
critique 125:25
cross 2:5 71:14
  91:15

crosses 39:24
cross-examination
  82:18 83:24
cross-examine
  132:5
cross-examined
  71:4
crude 29:18 75:22
  76:24 78:3 79:11
  151:12
crunch 14:4 34:24
crunched 31:17
crushing 23:16
current 21:10 61:8
  122:25
currently 122:20
curriculum 130:1
customary 57:23
cut 139:14
CV 130:3
CYNTHIA 1:7

D

D 2:1 3:1 52:22
  53:15
danger 113:1
dangerous 136:24
Danish 87:15
  110:20 147:2
  167:9,10
dark 166:17,19
  167:1
darn 95:16
data 14:12,21
  16:11 18:5,25
  21:10 22:16 23:16
  26:12 27:15 29:8
  29:9,18,23 31:23
  31:25,25 32:1,9
  32:15 33:2,14
  34:9,12 38:14
  39:11 40:16,20,22
  41:3,3,5,10 44:12
  44:20,22 45:2,11
  45:24 47:8 48:22
  49:4,9 51:21 52:2
  53:9 56:19,20

58:20 59:2 60:18
  60:20 61:5,21
  63:18 64:2 71:11
  77:1,2,11,14,14
  77:15,17,19,20
  78:2,3,5,23 79:9
  80:15,16 81:9,13
  81:18,22 82:7
  83:8 84:24 86:19
  87:16 88:13,14,14
  89:1 90:6,7,10,13
  90:21,22 91:24,25
  93:15,15 98:5
  103:21,25 105:21
  105:22,23 107:17
  108:1,4,16,17,21
  123:7,7,9,9,15,25
  126:18 128:19,20
  128:20 133:23
  134:16,17,22
  135:4 136:14
  138:15 140:9,10
  145:18 146:13
  148:4 149:20
  151:20,25 152:12
  153:2,8,10,18,21
  154:1,4,11,13,13
  159:11,16,17,18
  160:22 162:1,9,11
  162:12,13,20
  163:5,9,20 164:2
  165:6,24 166:5,6
  166:9,11,19,20,24
  168:1,7,9,13,15
  168:18,25 169:15
  169:16 170:3,12
  170:12,17,25
  171:3,4,5,9,10,11
database 127:14
date 18:20 44:24
  71:21 130:2,7
Dated 173:7
Daubert 1:7 3:7 4:2
  4:9 12:5,7 13:9,22
  15:15,16,17 16:3
  16:4,5 17:6,23
  21:8 25:14 36:16

55:16 66:22 80:2
131:4,6,8,18
**day** 26:24,25 48:10
124:15,15 152:15
**days** 47:14 58:18
88:23 107:7
**deal** 5:8 11:16 14:5
22:12 36:22 93:18
141:23 160:3
**dealing** 14:10 56:12
64:4 108:21 127:9
127:16 153:25
154:2 161:8
**Dear** 100:6
**death** 112:7
**decide** 10:13
**decided** 71:8,12
137:5 154:9
**decimal** 27:12
158:17
**decision** 6:2 12:12
12:16 16:5 83:13
88:9 149:18
**decisions** 133:24,25
**declaration** 144:8
144:13,19
**declared** 5:1
**decry** 99:18
**dedicated** 129:7
**deemed** 33:22
163:7
**deep** 123:14 147:16
**deeper** 94:12
139:23
**deeply** 134:4
**defect** 23:5 35:22
35:24 43:13 58:24
58:24 62:13 63:1
81:15 92:4,7
104:19 110:14
133:8 158:21
164:16
**defects** 12:22 13:3
13:12,17,24 14:13
14:15 16:13,16,23
17:18 18:7,14
19:18,21 20:2,18

20:25 21:3,16,22
21:25 22:15,18,19
23:7,7 24:2,9,11
24:15,23 25:8,18
25:23 26:4 28:16
34:10 35:12,15,19
35:20 36:1,7,9,11
36:13,21,24,25
37:2,4,4,16,17,23
39:18 40:10 41:1
44:8,14,25 51:22
56:7,16 58:1,15
59:15 60:19 61:2
61:5,7 62:14,24
76:22 80:7 81:20
81:23 82:25 83:14
92:2 93:10 100:17
100:19 101:20
103:4 104:11
110:16 113:13
114:16,19 115:5
123:21 147:14
149:2 155:15
156:7 159:24
160:7,7,15,16
161:22 171:14
**Defendants** 1:14
**defense** 9:2 84:8
151:20
**defer** 11:17,18
132:16
**define** 81:11 93:6
162:5
**defined** 85:3
**defining** 126:21
**definitions** 113:9
**definitive** 135:23
156:11
**degree** 111:9
**degrees** 137:7,10
**deliberately** 146:19
**delighted** 99:4
**demonstrate** 16:12
84:25 87:23 108:4
**demonstrated**
58:21
**demonstrating**

13:11
**Dengue** 122:10
**Denmark** 22:17
86:12 87:19
103:25 109:25
165:17 167:12,16
167:17,20,25
**deny** 12:15
**department** 20:23
54:24 118:25
**depending** 14:25
**depends** 7:20
**deposed** 31:20
131:5 133:10
**deposition** 54:12,14
76:3 77:10 78:21
82:11,20 144:12
152:6
**depositions** 147:21
**depressant** 20:6
**depressed** 42:11,17
43:8,17,25 60:10
102:4 106:1,6
107:4 108:5
**depression** 24:7
48:20 63:7 101:20
101:22 102:1,9,12
102:13,17,22,25
103:6 104:19
105:13,13,15
107:5 112:17
**depth** 67:7 148:16
149:5 165:5,19
**Depue** 131:1,4
**describe** 133:24
135:7,11,18
**described** 146:13
159:10 161:23
170:24
**describes** 103:15
**describing** 164:9
**description** 140:13
**design** 19:12
**designated** 133:7
**designed** 56:7
**designing** 122:5
127:11

**desperately** 71:23
**Despite** 35:16
**detail** 73:10 74:17
95:21 130:6
145:20,24 148:13
155:7 165:14
**details** 128:8
**detect** 112:19
**detection** 60:9
101:2,12,16
**determination**
28:17 73:15
**determinations**
17:10
**determinative**
96:16
**determine** 61:22
85:24 90:17
109:12 139:19
147:12 148:25
149:7
**determined** 16:21
52:12 71:17
**determines** 125:19
**determining** 53:22
84:10
**develop** 19:7
150:24
**developed** 18:22
35:19 37:9
**development** 25:6
25:10 37:2 43:5
48:11
**developmental**
24:12
**developmentally**
35:13 37:12
**devise** 19:12
**devoted** 122:1
**devotion** 99:6
**de-designate** 4:15
4:21
**diagnosis** 102:8,12
**DIANNE** 1:10
**Diaz** 100:4
**dichotomist** 99:2
**dichotomy** 99:18

**difference** 62:13
67:3 72:3 78:15
86:13 87:12 102:4
110:22 111:21,22
134:11 150:11
156:2 157:4,8
169:7 170:23
**differences** 52:3
85:25 135:8
138:18
**different** 12:21
14:23,24 24:12
35:8 37:3,19,20
52:23 59:13 63:25
70:11 71:9 73:3,3
75:4 80:24 86:14
87:16 110:5 114:1
114:1,18 124:15
127:25 130:21
131:15 135:3,21
135:25,25 138:16
138:20 139:2
140:21,23 150:25
151:2,12 152:5
157:21 158:2
160:20 164:6,7
166:20 167:1
170:18 171:6,7
**differential** 69:25
**differentiate** 86:2
**differently** 134:18
**difficulty** 141:10
**digit** 27:12
**direct** 2:5 105:1,2
117:24
**direction** 23:16
40:1 92:9
**directly** 41:2 105:1
171:10
**dirty** 60:14
**disagree** 26:19
**disagreement**
97:23
**disappear** 169:22
**disappeared**
169:21
**discordance** 61:3

**discovered** 159:14
**discuss** 59:24 84:20
  84:22 123:20
  128:8 142:1
  169:25
**discussed** 44:23
  61:4 65:9 69:18
  82:10 88:12 91:23
  105:17 133:1,3,20
  134:13 164:20
  166:8
**discusses** 82:9
**discussing** 96:11
**discussion** 54:13,16
  136:17 142:7
  150:6 158:12
**discussions** 133:4
**disease** 35:4 41:22
  41:24 98:7 122:14
  122:15,18 126:14
  126:18
**diseases** 35:8 122:8
**disfavor** 18:8 50:16
**dismissed** 29:5
**dismissive** 54:11
**disparate** 59:12
**dispositive** 96:14
**dispute** 35:5
**disregards** 14:16
**distinction** 6:25
  169:25
**distortion** 41:13
**DISTRICT** 1:1,1
**dive** 123:14
**division** 119:5
**doctor** 14:6 35:2
  119:15 126:13,14
**doctorate** 119:22
**doctors** 26:9
  126:17 145:5
**document** 8:24
  11:14 49:21 56:4
  57:12,18,18
  141:17
**documents** 4:16,18
  4:21 5:1 6:5 7:8,9
  7:13,14 8:3,8,9,21

9:2,12 11:17,21
  15:10,12 26:15
  28:3 46:13 55:12
  55:15 57:13 59:12
  63:10 66:12
**dodged** 31:3
**doing** 39:1 41:12
  48:18 64:10 75:19
  81:20 86:9 92:1
  95:3 113:1 120:23
  123:13 124:2
  126:6 133:22
  136:6 138:13,14
  138:22 142:11
  153:17 166:6
  170:24
**double** 77:21 92:6
  168:21
**doubled** 158:21
**doubling** 102:14,17
  109:7
**dozen** 58:14 150:4
  156:18
**Dr** 4:8 5:10 6:11,19
  10:21,22,23 12:8
  12:16,19,19,20,21
  13:1,2,7 14:1,3,10
  15:3,12 17:24
  18:2 20:8,11 22:3
  22:3 25:15 26:25
  27:10,22 28:20,21
  28:22 29:7,9,13
  30:12,15 31:1,9
  31:10,17,20,22,24
  32:24,24 33:6,17
  33:20,21,23 34:1
  34:5,18,23 36:10
  37:17,25 38:12,18
  39:11 40:8 41:2,5
  44:5 45:2,10,22
  46:10,14,16,17,19
  46:19,20 47:2,12
  47:17,19,21 48:2
  48:7,7 49:5,18,18
  49:25 51:2,18,20
  52:12 53:11 54:5
  55:18 57:10 62:20

63:13 64:10 66:13
  67:4,6,10,14
  68:15 69:12 70:4
  70:5,5,21,24,25
  71:5,6,8,10,12
  72:15,16 73:1,2,9
  73:12,20 74:11,20
  74:23,25 75:2,3,6
  75:8,12,15,25
  76:2,4,5,6,7 77:10
  78:9,10,18,20,24
  79:1,2,7,9,10,13
  79:14,21 80:8,12
  80:14,25 81:2,7
  81:12,20 82:1,4
  83:6,10 84:3,5,8
  84:12,12,12,14,19
  84:23,25 85:2,4
  85:10,10,21 86:14
  86:17 87:2,13,13
  88:21,22 89:14,14
  90:24 91:2,11,13
  92:10,19,20,22,23
  92:24 93:13,24
  94:7,13,23,23
  95:5,18,20 96:8
  96:20 97:5 100:22
  101:18 104:22
  105:4,20 106:13
  106:21 107:10,16
  107:23 108:3,8,9
  108:10,16 109:20
  111:8,13,14 112:4
  112:12,13,14
  113:2,7 114:8,10
  114:21 115:3,13
  115:22 116:3
  117:21,21 118:1,4
  118:8,17 119:14
  119:15,19 120:16
  121:10 123:1,13
  123:19 124:13,20
  124:24 125:22
  126:11 127:6
  128:15,25 129:18
  129:23 132:2,22
  133:7,19 135:10

141:25 142:6
  144:7,23 145:3
  147:1,22 148:24
  150:6,8 151:8,13
  152:1,8,13,17
  153:20 154:14,24
  156:23 157:14
  158:13 159:9,15
  160:17 161:16
  163:17 164:24
  165:15 170:2,24
**dramatically** 167:1
**draw** 38:9,14 52:11
**Drive** 1:11
**driven** 169:6
**drop** 168:19
**Drs** 28:12
**drug** 69:21 71:18
  138:21
**drugs** 70:3 81:23
  101:4 134:17
  142:21 164:10
**dual** 27:7
**due** 80:20,20 88:25
**duplicate** 93:14
**duplication** 93:12
**duties** 49:3
**dying** 137:12

**E**
**e** 2:1 3:1,1 5:5
  10:19 155:12
**eagerly** 155:9
**earlier** 52:8 77:19
  89:7 90:16,21,22
  105:17 146:6
  163:5 164:10
  166:6,14 170:4,12
  171:18
**early** 19:5,5 65:14
  70:4 118:19
  136:23
**EASTERN** 1:1
**easy** 116:10 138:11
  138:12
**Ebola** 122:9
**Edinburgh** 119:25

**edition** 121:9 124:4
**editor** 28:6 75:9
  100:12 125:9,11
  125:18 126:1,5
  158:10
**editorial** 128:25
  129:8 130:4
**editors** 26:17
  125:19
**education** 118:19
**effect** 23:13 39:13
  39:20 59:3 70:2
  96:13 97:5,22
  123:25 141:20
  143:16 162:21
  163:25 169:2,2,3
**effectively** 141:11
  164:18
**effects** 20:5 53:6
  68:22 69:16 97:10
  97:11 123:4,5
  141:16 163:2
  164:6
**efficacy** 112:16
  156:14
**effort** 122:2
**efforts** 27:7
**either** 7:2 20:20
  26:24 31:18 59:10
  75:11,25 78:1
  80:20 119:20
**El** 122:24
**election** 62:7
**electronic** 173:5,20
**electronically**
  117:15
**electronics** 116:13
  117:10
**elevated** 43:16
**eleven** 162:2 163:2
  164:22
**Eli** 134:5
**else's** 126:3
**Ely** 71:16
**email** 108:9
**emails** 73:24 75:13
  98:21 99:9 108:8

**embraces** 54:22
**emerged** 44:17
**eminent** 170:7
**emphasis** 28:11,14
**employ** 50:4
**employee** 57:19
58:4
**Employs** 34:13
**en** 5:15 6:6 10:3,17
**encourage** 67:9
**ends** 72:15
**engage** 63:23
**engages** 34:14
**engaging** 51:16
**England** 18:19
20:16 28:2,4
99:10 154:25
**enjoy** 126:24
128:10
**enormously** 168:19
**entire** 47:10 80:12
88:14 89:9 107:4
107:6 119:9 127:5
163:16
**entirely** 85:24
164:14
**entirety** 12:8 169:3
**entitled** 80:9
**epi** 29:14 32:7,9
38:10 58:20 76:10
**epidemic** 122:3
**epidemiologic**
62:11 120:15
**epidemiological**
14:21 37:3 63:2
126:9 154:15
**epidemiologically**
36:11
**epidemiologist**
35:2 77:6 170:8
**epidemiologists**
38:8 98:3 110:13
120:13 127:13
**epidemiology**
78:12 80:10 99:7
99:20 111:7,10,11
112:1 120:6,24

121:13 122:15
132:3 135:24
**equal** 137:20,20
**equally** 34:5 97:4,6
97:21
**equation** 96:21
150:7,10,14 152:9
**equations** 75:24
**equivalent** 134:6
**erasing** 102:17
**ERICA** 1:17
**error** 74:12 98:4
138:5 152:24
155:13,17 156:19
**errors** 13:5,6 83:3
111:23
**especially** 110:17
110:17
**ESQ** 1:10,12,13,13
1:14
**ESR** 1:17
**essence** 128:17
**essentially** 6:15
14:23 17:10,24
30:4 32:5 35:18
47:9 55:24 58:18
74:8 108:4 124:2
135:21 141:3
147:6 167:7
168:20
**established** 61:24
**Estelle** 1:11
**estimate** 151:10,11
158:14
**estimated** 150:13
**estimates** 74:14
77:2 151:5,7,9
**estimating** 75:23
150:7,10 152:9
**et** 82:14
**etiologic** 113:23
**European** 113:16
148:4
**evaluate** 122:22
**evaluating** 88:24
122:6
**evaluation** 4:23

111:17 126:7
**event** 37:24
**events** 71:20
127:19
**everybody** 42:9
91:7
**evidence** 5:1,7 8:24
8:25 9:20 10:12
11:15 16:25 18:8
20:3 21:1 41:17
55:3,16 58:20
61:6,18 62:11
66:13 70:17 72:21
73:12,13,15,16
91:3 96:12 97:18
98:2 101:19
102:25 103:3
135:13 157:10
163:8
**evidentiary** 7:23
**evolve** 74:19
**exact** 108:1
**exactly** 26:16 31:9
32:20 59:7 86:20
88:21 97:7 98:9
99:16 102:9 114:9
114:20 115:2,4
124:8 134:25
138:6 143:16
153:17 157:20
167:24
**examination** 86:12
117:24
**examine** 86:23 89:1
90:24 91:19
145:15,20 170:12
**examined** 60:11
71:11,15 115:16
**examines** 80:16
**examining** 38:8
69:16,22 98:5
123:25
**example** 37:1 39:8
39:10 44:21 50:14
53:19 55:8 69:17
85:14 102:5 124:9
124:19 130:12,25

148:13 149:12
163:4
**examples** 136:4
**exception** 18:15
41:1
**excerpt** 144:19
**excerpted** 143:13
**exchange** 117:14
**exclude** 52:12
**excluded** 12:8
68:19 87:4 142:14
143:19 144:17
**excluding** 38:12
**exclusion** 67:22,23
136:16 142:3,16
149:4
**exclusive** 96:16
**excoriate** 83:10
**excuse** 30:22 37:11
**Exhibit** 68:15
**exist** 16:15 134:9
**existing** 14:12
109:8 146:5
**exists** 149:8
**expect** 15:1 17:18
32:4 59:20
**expectation** 8:13
**expected** 36:8 50:4
**experience** 124:7
130:5
**experienced** 104:12
**expert** 4:9 14:7
15:1,23 27:4 35:3
35:7 50:18,22,25
59:4 64:8 69:7
74:24 84:9 88:19
98:16,25 113:11
126:25 130:15,15
130:18,25 132:2
132:17 133:3,8,22
148:24
**expertise** 35:11
127:18,22
**experts** 6:17,22 7:3
7:21 13:18 26:22
37:8 50:17 71:22
84:16 93:2 113:20

114:9 115:11,14
126:17 127:4,7,14
127:15 128:9,11
**expert's** 15:21,22
50:21
**explain** 42:5 135:15
135:17 136:9
155:3 170:15,16
**explained** 37:17
71:6 77:4 101:16
**explaining** 97:3,21
100:24 108:8
**explanation** 25:2
148:8
**exploit** 169:18
**exposed** 18:21
22:16 41:20,21,21
41:23 43:1 45:8
45:23 46:7,7
47:17,18,22,23
48:6 62:12,15
91:4 103:9 104:9
104:23 105:25
106:14 107:19
142:18,20,24
158:22 163:22,23
**exposure** 21:10
36:8 44:7 51:23
52:3 53:6 58:21
62:19 63:3 68:22
102:3 107:24
110:16 167:21
**exposures** 135:4
167:12
**expressed** 160:18
**expressing** 50:24
**expression** 147:19
**exquisite** 50:1,3
**extension** 166:7
**extensively** 76:3
**extent** 6:1,20 7:17
122:13 127:9
128:24 164:12
165:13
**extra** 11:10 76:20
88:2 168:15
**extracting** 81:9

162:1
**extracts** 80:15
**extreme** 169:12
**extremely** 54:11
  122:20
**extremes** 137:17
**eye** 96:17
**e-mail** 6:14 30:22
  32:3,4,6 58:9
**e-mailed** 46:20,22
**e-mails** 5:15 7:2
  9:18 10:5 27:4,20
  28:1 33:18 47:3
  49:19 60:1

**F**

**face** 127:18 128:20
  128:21 153:6
**facially** 82:23
**fact** 7:7 21:2,22
  30:17 34:23 38:16
  44:11 47:20 54:13
  56:19 57:9 72:18
  74:24 75:3,17
  81:2 84:16 85:18
  86:6 90:6,8
  113:18 114:10
  122:16 123:14
  124:1,3 125:1
  126:12 138:4
  143:13 144:14,16
  146:4 150:17
  151:15 152:1
  153:7 158:5 165:9
  166:7,23
**factor** 109:6
**factors** 22:22 24:7
  37:3 45:18,19
  48:20 74:6 97:17
  97:19,20 109:9
**facts** 88:1 91:21
  97:3
**Fahrenheit** 137:7
  137:11
**failed** 78:24
**fails** 14:18 64:11
**fair** 7:19 12:14

60:21 72:25 73:4
  128:15
**fairly** 66:22 141:1
  143:4 153:23
**fairs** 13:2
**faith** 57:2
**fall** 125:2
**fallacious** 111:18
**fallacy** 99:5 102:2
  103:19 137:15
  163:24
**false** 34:9
**familiar** 16:11 21:7
  25:3 42:6 78:10
  124:24 143:4
  165:12
**families** 36:22
  122:24
**family** 45:19
**far** 5:2 68:2 75:8
  80:13 90:4 139:24
  167:17
**farm** 126:1
**fashion** 161:19
  162:6
**fatally** 84:25
**father** 150:23
**favor** 12:24 22:6
**FDA** 57:21,24
  59:17 60:25 61:15
  62:6,20,23 63:19
  68:2 149:17
**FDA's** 149:19
**February** 30:22
  32:2
**federal** 9:20 70:17
**feel** 128:7
**feels** 39:2 141:21
**feet** 137:10
**fell** 156:22
**felt** 128:3
**Fever** 122:10
**field** 113:21 121:12
  121:20,22,23
  141:9
**fiercely** 99:3

**fifth** 15:8
**figure** 33:21 113:4
  141:3 165:22
**figures** 74:18
**filed** 4:15,18 5:19
  67:21
**fill** 47:15 106:17
  107:18,25
**filled** 47:13,23 48:5
  48:9 105:24
  106:11,14,16,23
  107:7,13,21 146:9
**final** 32:22 89:18
  108:9 126:4
  128:25
**finally** 15:8 49:11
  62:1
**find** 18:1 19:15
  20:17 23:2 39:16
  40:9 41:19,20,24
  42:15,20 43:11
  46:25 53:4,7
  54:18 68:5,8,20
  76:10 89:16
  102:21 107:25
  151:16 153:15
  170:25 171:17
**finding** 24:8 25:8
  27:15,18 29:21
  55:4 94:18,18,19
  94:20
**findings** 17:11
  24:10,15 26:3
  28:11,15 29:2,7
  30:3,6,9,17,19
  31:11 33:22 34:8
  36:3 38:11,16
  41:15 44:17 52:23
  56:25 57:9 59:24
  60:17 61:3 95:6
**finds** 24:21 28:24
  29:2 49:5
**fine** 118:3 119:20
  119:21 137:14
**finely** 114:6
**finish** 77:12
**Finland** 22:17

110:1,1
**Finnish** 169:16
**first** 5:23 12:5
  13:20 18:17 20:1
  22:7 25:4 28:24
  44:3 47:14,22,24
  47:24 48:5,12
  52:14,19 56:2
  61:12,22 62:12,19
  63:2 77:16 80:6
  83:1 84:7,9 91:18
  93:20 103:17
  105:24 106:8,10
  106:12 107:8,19
  107:22 112:2
  115:21 134:11
  136:12 143:5
  144:12 159:10
  161:4,25 165:5,24
  167:19 168:8
**fit** 17:22 49:2 60:20
**five** 13:21 48:12
  58:13,22 116:15
  143:2,7,11 145:3
  145:5,7 146:10
  149:22,23 157:25
  158:8
**fix** 74:10
**flatly** 144:22
**flaw** 67:25 68:7,9
  149:12
**flawed** 84:25
**flaws** 13:6 33:24
  34:4 45:6 53:4,7
  53:10 63:13 68:4
  68:17
**flip** 122:12
**Flom** 1:15
**floor** 131:15
**flow** 24:3
**Fluoxetine** 72:4
  73:16 140:15
**flurry** 157:24
**focused** 12:22
  51:20 52:1 56:16
  120:25 160:9
  171:18

**focuses** 81:24
**focusing** 110:14
  157:11
**folks** 7:3 8:12 19:14
  45:13 59:19
**follow** 15:1 47:10
  51:17 116:10
**followed** 53:2
**following** 7:15
  50:19,23
**Fooroo** 22:1,9,12
**footnote** 26:4 46:1
**foregoing** 173:4,14
**forest** 88:20 157:5
  157:7
**form** 55:25 77:15
  124:14 134:2
**formal** 96:23 97:8
**forming** 14:7 35:7
**formulate** 19:1
**forth** 73:24 98:21
**forty-five** 160:20
**forward** 66:22
  90:13 118:21
**fought** 15:6 53:17
  69:9 99:2
**found** 19:15,19
  30:14 31:5 43:12
  44:12,24 58:9
  81:16 104:1
  110:15 115:10
  168:6
**foundational** 16:3
**four** 1:16 24:12
  48:12 57:19 81:15
  83:15 87:19
  107:22 130:14,24
  143:2,7 147:21
  157:25
**fourfold** 101:18
**fourth** 14:22
**Francisco** 122:4
**frankly** 7:13 8:1
  26:18 31:8 45:4
  56:2 60:15 79:20
  94:24
**freeze** 137:10

**frequencies** 76:24
**Friday** 59:24
**friends** 12:4 137:2
137:2
**front** 56:11 79:18
**Fry** 77:18,22 84:4,8
84:9
**Frye** 30:21 31:1
131:19,21 151:6
151:18
**full** 12:14 55:20
60:21 72:16 116:4
118:4,6
**fully** 15:15
**function** 80:18
119:4,11
**fundamental** 16:3
97:2
**further** 59:5 70:20
71:10
**Furu** 78:16 84:20
85:18 86:6,7 93:5
150:25

**G**

**G** 3:1 173:3
**gathered** 115:15
**gathering** 81:8
91:25 161:25
**gathers** 80:14
**Gee** 76:18 79:13
139:14 150:25
**general** 16:1
160:15 162:17
**generalizations**
155:24
**generalized** 75:23
96:21 150:7,9,13
152:9
**generally** 14:11
34:6 35:20 36:9
37:18 38:9 42:5
115:12
**gentleman's** 97:7
**genuine** 50:18,22
**geographically**
85:15

**getting** 48:1 53:17
76:8 100:3
**Gibbens** 4:3,8,13
**Gibbons** 107:11,23
108:3
**give** 4:16 11:10
13:19 15:11 38:25
57:15 58:3 106:8
121:15 134:21
137:8 138:12
139:15 145:9
153:21 162:17,20
166:9,20 169:11
**given** 6:13 48:21
51:15 52:21 53:4
53:14 60:16 61:2
61:6 68:4,17
156:3
**gives** 105:3 170:17
**giving** 155:7
**glad** 159:13
**glass** 135:10
**GlaxoSmithKline**
88:20
**go** 11:2 30:2 44:8
65:3,4,12 73:10
79:21 82:19 92:9
94:2,13 106:10
116:21 131:3
139:22 141:4
148:14 165:4
171:24
**gob** 147:18
**goes** 10:8 20:11
31:13 59:17 91:22
94:16 102:9,12
105:11,14,16,16
150:4
**going** 5:17 12:1
13:21 14:9 15:2
15:10,16 25:1
34:15 42:19,20
46:1,4 48:3,4,6
51:24 63:22 64:19
64:24 66:17 68:10
70:14 74:9 75:10
77:7 79:20 82:21

83:7,22 106:5
111:3 115:2 117:1
117:14 123:2
132:17 137:5,25
138:2,6 139:8,8
139:16 142:17,22
142:25 147:17
152:10 158:8
165:17 166:13
168:8
**goings** 30:23
**goner** 137:11
**good** 3:4,5 8:16,18
52:5 54:9,10 57:1
64:15 65:17 66:4
67:7 70:14,22
79:24 85:7 86:9
86:10 93:13 99:22
109:15 110:21,24
114:3 115:3,4
117:7,8 118:1
120:16 121:7
127:2 135:17
137:2,19 138:19
167:10
**goosey** 39:9
**goose/gander** 6:16
8:7
**gory** 158:11
**gosh** 44:12
**gotta** 159:16
**gotten** 60:13 93:19
143:4 157:24
**grad** 96:10
**grade** 24:4
**graduate** 118:20
120:12,22,25
124:22,25 141:7
**grant** 4:10
**graph** 103:14,16
111:2
**graphic** 41:16
**grasping** 157:1
**great** 20:12 72:20
89:2 134:25
135:12 145:24
146:21 157:16

**greater** 91:3,4
96:25
**green** 167:2
**Greenfield** 5:11
**Greenland** 27:10
98:22 99:16 111:6
111:13
**grew** 118:16
**ground** 123:8
128:17
**group** 41:21,23
42:17 43:1,6
45:12,25 46:4
47:17,18,20,23
89:7 103:17
104:15,25 106:2,2
106:4 108:13
112:19 113:23
114:7,12 123:6,7
142:18,20,20,24
144:17
**grouped** 37:11
113:18
**grouping** 113:13,15
145:12
**groups** 24:12
**grow** 136:22
**growth** 56:6,12
**guarantee** 107:15
157:6
**guaranteed** 107:24
**guess** 8:4 11:15
63:11 66:18 87:21
164:12
**Guide** 113:17
**guilty** 44:16
**Gusset's** 69:8
**gut** 38:25
**guy** 92:25

**H**

**hair** 40:3
**hammer** 134:25
**hampered** 126:12
**hand** 55:22 69:22
116:2,2 126:16,17
**handed** 68:14

155:12
**handle** 122:3
125:17 129:9
**hands** 60:13 106:7
153:8,9
**happened** 6:8
35:10 57:16 59:7
62:4 68:12 71:14
88:10 144:25
**happens** 19:8 48:9
88:19 98:24
**happy** 4:11 100:11
159:11
**hard** 15:6 53:17
69:9 117:12 160:8
**hardcopies** 117:13
**hardcopy** 117:17
**harder** 141:4
**harm** 137:4 138:22
**harping** 110:13
**harsh** 53:3
**Harvard** 18:18
**hate** 171:24
**head** 137:6 167:2
**headline** 13:25
**heads** 30:11 40:7
**health** 20:23 54:24
101:13 120:24
170:6
**hear** 10:1 26:5
66:19
**heard** 40:17 71:4
96:9 152:17
**hearing** 1:7 3:9,19
5:24 6:9 7:15
10:10,15 11:3
12:3,5,7 13:9,10
13:22 16:18 17:4
17:6,15,23 21:8
25:13,14 26:24
30:21,24 31:1,4
31:19 36:17 43:4
62:3 80:3 84:4
131:3,7,8 151:6
151:18
**hearings** 3:7 19:5
49:25 147:21

**hearsay** 5:6 7:18,22
82:19
**heart** 18:11,13
21:20 24:2,4
36:24 37:1,19
63:1 80:7 82:23
83:9 101:20
104:10 112:5,14
112:15 114:15
122:15 158:21
160:14
**heat** 137:7
**held** 3:13 119:6
130:5
**help** 12:3 36:21
55:25 97:1
**helpful** 50:25
117:16 140:7
**Hernandez** 100:4
**heterodoxy** 36:1
**heterogeneity**
14:14 54:3 68:20
69:1,16,19,23
70:10,10,18 71:1
71:2 72:1,4,7,9,19
72:20 135:11,14
135:17 138:7,16
139:1 140:12,14
140:16,17 141:24
144:2 149:4 164:5
168:9
**heterogeneous**
24:11 34:10 35:13
36:7,12,25 37:2
37:20 114:5
139:18
**hetrodyne** 73:18,19
**hey** 35:8,13 40:20
40:21 41:21 43:22
46:21 49:11 55:23
57:22 59:11 61:16
70:12 108:10
**he'll** 94:16
**Hibrex** 18:16,16
19:9,14 44:22,23
45:4,7,11,24 46:4
46:5,16,17,20

47:2 48:7 49:5,18
49:20 50:1,11
**hide** 138:3,4 141:13
**hides** 67:16
**hiding** 93:15
137:16
**high** 136:13 140:8
**higher** 43:15
**highlight** 15:18
16:17
**highlighted** 142:16
**highlights** 79:3
**highly** 43:18
**Hill** 80:23 96:15
109:14 129:13,14
156:25
**hip** 131:1
**hiring** 50:25
**history** 45:19
130:13
**HIV** 122:3,6
126:13
**hole** 20:14
**holiday** 65:22
**home** 155:10
**Honor** 3:5,10 4:6,7
4:10 5:20 6:2
7:20,24 8:17,20
9:10 10:18 11:6
11:16,24 12:6,10
12:13 13:1,6 14:3
15:6,11,14 16:11
16:19 18:23 19:4
21:23 22:3,5
23:14 24:17 25:5
25:12 29:4 30:10
30:20 33:25 34:12
35:25 36:15 38:4
38:7,23 39:6,14
40:15 41:7 42:5
48:2 50:6,9 51:8
52:3,8,25 53:16
53:21 54:14 55:7
55:11,13 57:4,15
59:9 61:10,13
62:5,22 63:9,12
64:5,11,15 65:24

66:7,9 116:8,16
117:9,19 129:20
132:1,7,14,20
**HONORABLE** 1:7
**Honor's** 17:15
28:19 33:10 42:7
**hoops** 63:16
**hope** 3:19 15:10
154:10,12
**hopefully** 70:25
**hoping** 64:8
**Horner** 110:19
**host** 45:19
**hotel** 151:9,18
**hounding** 121:8
**hour** 64:20,21
138:12
**house** 137:2
**Huberts** 10:23
**Hubert's** 109:20
**Hubrix** 10:25 83:18
100:5 102:4,5
105:4,5,6,11,21
105:22,23 106:20
106:22 108:9,16
108:21 146:15
148:1 149:11
153:8,20
**Hubrix's** 107:19
**huge** 83:19 142:8
**huh** 71:10
**human** 20:23 54:24
122:20 123:6
**humanitarian**
122:23
**HYDROCHLO...**
1:4
**hyperplastic** 24:4
**hypothesis** 59:5
96:13 97:13
**hypothesize** 164:12
**hypothesized** 19:22
19:23
**hypothetical**
160:24,25

_____

**I**

**Iceland** 22:17
**idea** 41:18 70:14
89:2 134:25 167:6
**identical** 34:1
111:20 157:9
**identified** 13:6
**identifies** 27:5
**identify** 19:10
84:11
**ignore** 23:19 39:25
64:1 90:14 148:11
**ignored** 85:10
90:23 148:5
**ignores** 75:25
103:19
**ignoring** 96:5
134:22 146:20
**illness** 104:9
**imagine** 35:22
**immediate** 165:4
**impact** 5:24 78:16
102:13 142:8
160:22 161:13
**impacted** 60:5
**implementing**
122:5 127:11
**implication** 59:10
**implies** 20:3
**imply** 85:23
**implying** 112:21
**importance** 28:4
49:22 94:5
**important** 11:25
16:4 17:2 18:2,17
19:6,22 20:4 25:5
26:9 42:10 52:7
56:23 57:6 59:21
64:4,7 68:14
83:18 85:24 88:8
90:18 96:14 127:1
136:12,17 143:20
149:24 152:25
154:7,16 156:8,8
156:9,13,13
159:12 160:1
161:7,10 165:15
167:5 168:3,4

169:8,13,14,17,18
169:23 170:16
**importantly** 24:13
83:4 99:8
**impossible** 76:5
94:21
**improper** 14:10
114:14,17,17
**improperly** 14:17
34:10 47:17
**improve** 122:8
**inadmissible** 15:23
15:25
**inclined** 29:15
104:13
**include** 28:7 58:15
60:6 68:10 86:25
87:14 90:2 92:16
136:16 142:25
143:12 148:1
**included** 68:23,25
85:4 87:4 97:5
142:13 145:8
146:17 171:5
**includes** 55:22
58:23 60:2 80:21
89:19 147:24
171:4
**including** 6:21 13:5
29:1 70:16 80:9
91:10 99:3 100:5
106:20 134:16
149:6 150:3
**inclusion** 67:23
68:18 84:23 85:3
136:16 142:3
149:4
**inclusion/exclusion**
53:3 72:18
**incompatible** 93:24
**incomplete** 58:12
58:23 60:7 160:24
160:25
**inconclusive** 60:19
61:6,23
**inconsistency**
114:24

**inconsistent** 20:8
34:8,13 45:3 53:9
54:5 58:22 67:23
72:22 111:15
137:22 144:20
**incorrect** 25:24
31:12 33:8 77:1
78:4,24,25 144:15
144:16 155:15
**increase** 20:2 36:8
40:10 62:17 102:7
103:7,8,9
**increased** 18:13
19:20 21:2 39:21
39:22 40:21,23,25
44:13 54:1,2,7,9
55:6 62:24 73:17
80:19 90:1,11
92:11 93:10,23
97:21 100:20
101:11 102:1
103:4,13,20 104:2
104:10,15,24
105:3,9 106:25
107:9 108:23
109:19 110:9
111:1,5 114:25
115:1
**increases** 16:22,25
21:16 102:25
104:19
**increasingly** 98:4
**independent** 25:16
85:24 109:5
150:20 153:19
**independently**
31:22,24 63:7
77:11 113:12
114:8 153:3
**indicated** 22:4
149:16 155:13
162:7
**indicates** 104:11
161:12
**indication** 18:23
60:6 101:17 104:7
104:11 108:22,25

149:7
**indications** 95:8
**indiscernible** 3:23
28:8 36:17 39:13
48:8 65:9,10
67:22 68:2 76:21
85:20 88:20 92:17
94:19,20 95:14
96:7,11 99:9
102:6 105:19
110:17,18 111:24
114:10,13 143:9
144:2 153:1
**indisputable** 96:12
**individual** 35:23
49:9 71:11 92:2
103:18 141:19
154:7 163:12
169:24
**individually** 36:3
163:12
**industry** 102:19
125:14
**infants** 102:23
**infarc** 112:8
**infarctions** 112:6
**infectious** 122:8,18
126:14,18
**inference** 144:15
**influence** 139:8
**inform** 88:9
**information** 6:13
6:18,22,23 7:7
16:20,22 17:8
19:2,5 20:13
21:11,15 26:12
27:9 28:18 29:13
33:2,4,5,11,14
44:20 45:22 46:11
49:15 58:3,8,19
60:23,24 61:15
62:8,9,23 63:18
64:3 78:7 79:7
88:7,7,9 89:12,21
89:22,23 90:18
96:5 98:6 99:17
110:22 113:4,4

115:6,15 123:10
127:1,15 135:5
136:2 140:24
145:14 146:20
149:14 155:12
156:3,6,10,11
157:16 159:9
160:6,6,14 164:21
166:21 167:3,21
168:2,4
**informed** 57:22
78:20 79:20 83:25
124:7
**initial** 58:7 59:17
102:5 154:24
**initially** 151:15,16
**inquiry** 34:22
51:12 98:2,13
100:13
**inquisitive** 108:19
**inside** 147:8
**insight** 126:20
**insights** 163:10
**insignificant**
112:24
**insistence** 71:3
**instruct** 97:11
**instructive** 33:1
41:18,25
**instrument** 90:9
**insufficient** 61:18
**integrals** 28:7
**integrity** 50:19,23
**intellectual** 154:3
**intensely** 122:10
**intensive** 101:5
**intent** 85:22
**intentionally** 42:23
70:6
**interacting** 128:10
**interest** 47:1
121:19 122:7,19
122:25 157:25
**interested** 27:1,15
46:23 49:4 100:2
**interesting** 10:11
48:25 51:5 62:4

108:11,14 171:17
**Interestingly** 51:25
**internal** 10:5 59:12
84:16 149:6
**international** 22:14
**interpret** 123:15
138:15
**interpretable**
134:22
**interpretation**
135:6 140:23
144:14 156:2
**interpretations**
140:7
**interpreted** 86:3
**interval** 26:2 27:13
27:16,23 29:10
76:13 92:16
150:11 155:14
158:24 159:8,22
160:13,20
**intervals** 32:13
76:8 77:13,24
78:3,8 92:11
169:8
**intimately** 165:12
**invalidates** 149:19
**invent** 127:21,23
**investigating**
112:16
**investigation**
167:23
**investigations**
122:21
**investigator** 113:11
**investigators** 46:25
53:1 113:10
**involve** 37:20
**involved** 23:18
81:10,10 100:3,8
102:19 119:7
122:20 127:11
**in-depth** 87:2
**ironic** 35:25 43:12
55:18
**ironically** 23:19
62:20

**irreconcilable**
31:23
**irrelevant** 152:6
**irrespective** 146:23
**issue** 4:2 5:10,12,14
5:16 6:10 13:20
25:11 29:4 31:15
38:5 41:22,23
57:17 59:16,20
69:15 70:15,17
71:1,2,5,15 72:13
73:23 85:11 96:14
112:13 115:9
125:3 152:3,4
155:20 161:9
166:15
**issued** 7:8 18:11
54:25
**issues** 6:3 7:4,17,21
7:24 11:25 12:15
14:5 15:17 18:2
19:13 24:25 26:5
30:12,16 34:2,5
34:16,25 36:5
37:9 39:7 42:6,12
46:25 49:2 52:24
53:10,11 60:4,14
64:5 67:2 72:14
72:17 73:21 79:16
84:6 95:9 101:3
121:17,19 122:2
126:10 133:3
146:23 151:17
154:4

**J**

**J** 1:5
**Jace** 3:12
**January** 61:11,14
**Jewell** 2:6 10:22,23
12:19,21 14:3
15:3,12 17:24
18:2 22:4 26:25
31:9,17,20 32:24
34:5,23 36:10
38:1,18 39:11
41:2,5 44:5 45:2

45:10,22 46:10,20
47:17,21 48:3
49:25 51:2,18,20
52:12 53:11 55:18
57:10 62:21 64:10
67:5,6,10,15
69:12 70:4,5,22
71:5,6,8,10,12
72:15 73:1,2,9,12
73:20 75:15 76:2
76:4 78:9,10,18
78:20 79:7 80:12
80:14 81:7,12,20
82:4 83:6,10 84:3
84:12,14,25 85:2
85:10,10,21 86:14
87:2 88:22 89:14
91:13 92:10,19,20
92:22,23,24 93:13
94:7,13,23 95:5
95:18,20 96:8,20
97:5 100:22
104:22 105:4,20
106:13,21 107:10
107:12,16 108:8
108:10,16 113:7
114:8,21 115:13
115:22 116:6
117:21,21 118:1,4
118:7,8,17 119:14
119:15,18,19
120:17 121:10
123:1,13,19
124:13 125:22
126:11 127:7
128:15,25 129:18
129:23 132:2,22
133:7,19 135:10
141:25 144:7
145:3 147:1
148:24 154:14,24
158:13 159:9
160:17 161:16
164:24 165:16
170:2
**JEWELLL** 116:3
**Jewell's** 13:2 14:1

14:10 20:8,11
33:23 34:18 40:8
46:16 54:5 63:14
66:13 68:15 72:16
77:10 79:21 80:8
84:12,19,23 90:24
91:2,11 93:24
101:18 109:20
**Jimenez** 83:19
85:17 86:5,19
87:21 88:3 89:3
95:6 96:2,3
103:12,15,16,22
104:1,8,21,23
105:1,3 108:17,21
113:14 146:14
148:3 167:7,25
168:2,12,15,17,20
168:23 169:4
171:8
**Jiminea** 10:25 19:9
42:2,8 43:11,12
44:6 45:13 46:2
**Jiminez** 46:4
**job** 51:16 119:4
126:15 135:12
149:9
**Joe** 64:16 69:3
**joining** 46:24
**JOSEPH** 1:12
**journal** 18:19
20:16 21:19 24:19
24:19 26:1,17
28:2,4,6,10 74:10
74:13 99:10,13
125:11,11,13,17
126:5 147:15
154:25
**journals** 99:3 125:9
129:6
**Journal's** 28:13,14
**judge** 30:5,21 39:7
59:13 84:6
**judgment** 109:15
126:4
**July** 25:13 46:22
155:9 156:16

157:23 158:9
173:7
**jump** 63:15
**jumping** 51:6
**jury** 55:20 97:25
**justice** 78:19

————————————

**K**

**Kalen** 40:18
**keep** 15:6 53:17
**Kendall's** 111:8
**Kenneth** 111:6
**key** 70:17 84:3
103:15
**keys** 103:22
**kick** 75:20
**kids** 83:14
**Kimel** 75:8,25 76:5
78:24 79:1,10,14
80:25 82:1 84:5,8
84:12 85:4 86:17
87:13 94:23 99:16
112:4,12,13,14
113:2 114:10
115:3 142:7
147:22 151:8
152:8 156:23,23
159:15
**Kimel's** 87:13
151:13
**Kimmel** 5:10 6:11
6:20 29:13 30:15
31:10 32:24 33:21
46:15,19 47:12,19
48:7 49:18 70:24
70:25
**kind** 6:2,6,24 8:5
13:25 16:2 17:13
17:14 18:25 20:12
22:7,25 23:5,15
25:21 26:4 27:5,7
29:15,16 30:7,9
32:21 33:12,13
38:21,25 39:2,8
39:25 40:3,6
45:14 51:6,8
55:17 57:6,12

58:9,16 59:1,10
60:13 63:14 64:1
64:6 121:16,25
124:8 140:6
149:15 155:19
158:11 170:14
**knee** 147:16
**knew** 49:18,18 69:9
127:15 165:10
166:18 168:15
**know** 5:13,25 6:11
6:15,16 7:18 8:2
8:19 11:16 15:14
16:5 18:25 19:3,7
25:23,24 27:20
28:1 30:9,17
31:14,16 32:2
33:6,9 39:3 42:5,7
42:16 43:3 46:9
46:17,19 53:20
54:23 55:4,21,24
56:15,15,17,24,24
57:3,6,10 58:11
58:14,16 59:6,7
59:11,13 62:1
63:12 64:6 68:2
71:1 73:5 75:9,11
76:5 77:9 78:1
79:7 83:17 84:14
87:2 88:10 92:19
93:18 94:10 95:20
100:23 102:16
104:6 106:4 111:8
115:8 128:11,12
130:21 131:19
137:1,11,15
138:11 139:10
140:3 149:17
152:20 153:3
154:17 155:20
156:20 157:17
167:2 170:5,7,8
**knowing** 48:11
79:13 141:10
150:8,9 153:5
161:5
**knowledge** 134:9

**known** 30:11 51:20
73:8 80:9 152:17
**knows** 7:20 12:6
14:3 21:23 25:5
29:4 30:20 38:4
39:14 42:23 50:7
67:13,14 68:11
71:13 73:22 75:11
78:9 79:5 91:7
106:5
**Kolitsopoulos** 58:5
59:19

————————————

**L**

**label** 57:23 58:3
62:10 71:19
149:17
**labeled** 4:21
**labeling** 6:23 61:8
62:16
**lack** 13:11 14:1
35:16 68:19
**lacking** 103:1
**laid** 9:12
**Lancaster** 1:11
**language** 58:2 91:1
91:2
**large** 122:13
125:16 138:19
144:10,23 145:6
**largely** 18:9 34:2
39:7 120:13 121:2
121:18 122:1,17
124:7
**larger** 127:25
**largest** 18:20 44:23
146:16
**lasted** 47:24
**lastly** 113:6 154:24
**late** 3:13 74:2
**latest** 165:17
**laughed** 137:23
**Laughter** 161:2
**law** 15:17,20 98:12
**lawyer** 6:21
**lawyers** 30:15
144:8 152:7

**lay** 31:7
**lead** 1:14 46:17
  86:1 146:11
**leads** 41:12 50:15
**learned** 100:6
  111:12 158:4
**learning** 136:22
**leave** 11:2
**led** 27:2 71:19
  108:8 122:7
  147:16
**left** 16:10 23:8 24:4
  24:25 93:24 116:2
  159:6
**left-hand** 40:12
**legitimately** 8:8
**length** 149:25
**lengths** 20:12
  146:21
**letter** 61:15 75:8,9
  100:11 155:1
**letting** 138:5
**let's** 10:8 11:2
  16:16 18:5 28:21
  33:23 34:18 37:25
  39:25 42:16 51:18
  52:6 53:25 56:1
  56:15 57:20 87:1
  89:5,6 93:16 94:6
  94:12 96:1,1,2,2,3
  105:12 115:21
  116:12,21 137:9,9
  137:22 139:14
  140:20 155:24
  157:12 158:13
  161:16 167:20
**level** 105:12 120:18
  132:14
**LIABILITY** 1:5
**Liaison** 1:15
**liberty** 128:8
**license** 22:11
**life** 49:3 124:2
  127:5 130:23
  153:16
**light** 27:10 146:22
  163:11 166:18

**likes** 50:11 53:12
**Lilly** 71:16
**Lilly's** 69:7 72:21
**Lily** 134:5
**limit** 51:12 98:2,13
  100:13 167:22,22
**limitations** 60:17
  61:3
**limited** 7:13 63:4
  96:4
**line** 39:22 52:15
  92:8 93:11,12
  159:4,5 160:1
**lines** 94:17
**link** 102:21
**list** 85:14
**listed** 81:17 146:7
  148:15
**listen** 140:10
**listened** 84:14
**listing** 130:3
**lists** 58:22
**literally** 51:7
**literature** 19:11
  36:4 56:8 57:25
  60:2 80:15 81:8
  82:2 84:11,13,15
  84:17 111:15
  126:9 127:9,10
  128:22 144:24
  147:12,22 152:22
  162:1 164:18
**litigation** 1:5 5:17
  9:16 10:6 14:20
  15:4,7 32:5 42:7
  48:16 51:3 52:25
  53:23 54:20 63:23
  73:13 100:3,7,8
  128:5 129:24
  130:16 131:22
  133:8,11,13
  140:20 153:18
  154:6,21
**litigations** 23:17
  73:3 130:22
  131:19
**little** 12:3 13:19

16:17 30:4 32:22
  45:9,10 60:14
  66:24 67:12 68:3
  68:13 78:6 89:3
  108:18 128:5
  130:8 134:1,10
  137:8 141:23
  157:4 158:10
  164:24 165:25
  166:1 171:7
**living** 118:8 136:19
**LLP** 1:15
**logic** 100:13
**logistic** 155:2
**long** 39:1 41:10
  64:17 65:15
  118:11 122:7
**longer** 130:8 168:1
**look** 19:6 21:6
  22:17,18,22 29:12
  30:2 34:24 37:23
  39:19,23,24 41:19
  41:21 42:19 43:13
  48:3 51:10,24
  53:22,25 59:19
  71:8 73:2 75:17
  77:17 82:22 83:21
  84:2 86:11 87:12
  87:15,24 88:4,7
  91:17 94:12,15,17
  96:4 97:18 99:11
  100:14 106:21
  109:14 110:25
  113:19,25 114:2
  114:19,25 115:5
  130:24 134:16,24
  137:12 138:23
  140:20 142:17
  148:19,21 149:2,6
  155:1 157:9,12
  160:12 162:12
  163:9 164:15,22
  165:19 166:4,17
  168:16,16 169:7
  169:15 170:16
**looked** 6:6 31:18
  32:23,23,25 42:18

43:7 77:11,12,15
  83:1,2,4,7,12
  84:14,16 90:22
  94:8 95:22,24
  101:7 103:24
  109:1,9 114:21,22
  128:23 134:3,15
  135:1,4 138:17
  142:4 145:10,23
  146:10,13 147:1,4
  148:12 157:19
  164:20 165:13
  166:9,11 168:1
  170:3,3
**looking** 17:25 23:3
  37:8 44:11,19
  51:15 58:2 81:11
  81:12 83:14 85:15
  86:19 87:7 93:14
  94:1,3,14 101:24
  114:23 115:5
  123:4 124:19
  135:3,8 150:17
  160:10 163:23
  164:2 167:21
**looks** 39:2,12 60:20
  68:6 74:8 87:3
  94:4 101:2 102:10
  114:2 134:18
  142:15
**Looney** 173:14,19
**loosey** 39:8
**Lorenzo** 16:24
**lose** 40:7
**loses** 138:8
**losing** 157:1
**lot** 8:2 11:20 23:20
  68:23 96:9 121:22
  122:13 123:17
  126:2 128:11
  149:14 151:21
  152:11 154:6
  168:2
**love** 82:19 136:19
  151:22 153:7,9,14
  153:21
**loved** 168:13

**low** 20:3 140:8
**lower** 27:13,16,23
  155:14 157:17
  158:23 159:21
  160:19
**LP** 1:5
**Luac** 5:11 6:12 7:9
  10:24 25:4,6,20
  25:21 26:22 27:6
  27:21,22 28:12
  37:9,16 57:1
**ludicrous** 148:7
**Luix** 73:23 74:18
  83:5 84:21 85:15
  93:4 98:22 110:2
  152:24 156:5,17
  158:20 159:1
  160:14
**lump** 87:23 114:2,8
  114:12,15 140:19
**lumped** 24:11 37:5
  37:10 110:17
**lumping** 36:14
  37:17 113:7 114:5
**lumps** 34:10
**lunch** 65:10
**lunchbreak** 65:14
**Lynn** 99:19

**M**

**M** 1:7
**magical** 87:13
**magnitude** 72:6,8
  72:20 97:11
**mail** 155:13
**mails** 5:6 10:20
**main** 13:21 47:9
**major** 16:25 23:6
  25:11 44:19 54:1
  54:8 61:23 62:13
  62:14 113:19
  122:11 129:10
  134:4
**majority** 91:16
**makers** 71:17
**making** 71:8 73:2
  73:15 99:11 126:3

126:11 138:14
146:17
**malformation**
19:17 104:17
**malformations**
17:1,5 29:1 37:19
52:17 54:1,2,8,9
55:3,6 60:12
61:23 62:18 63:8
69:20 83:2 103:10
113:19
**malformed** 104:13
**manifestations**
37:21
**manipulates** 123:9
**manner** 35:18
**manual** 41:16 42:1
45:7 70:16 91:2
98:1,14
**manufacturer**
134:6,11 154:3
**manufacturers**
154:22
**map** 13:20
**March** 57:21
**Margulus** 82:5
**MARK** 1:14
**Market** 1:24
**masse** 5:15 6:7 10:3
10:17
**massive** 18:20
22:14
**master's** 112:2
120:23
**match** 76:14 77:13
143:3
**materials** 56:14
**maternal** 51:22
52:2 102:22,25
**mathematician**
171:1
**mathematics**
119:23 132:12
**Mathew** 144:9
**Matrixx** 98:11 99:5
**matter** 70:18 95:25
97:16 101:10

109:15,15 126:17
127:4,7 128:12
132:19 173:6
**matters** 3:9,18
**McDonagh** 53:20
53:25,25 54:22
73:6,8 82:6
135:16 140:2,16
146:1,12 148:20
**McDonagh's** 73:11
**McDunna** 20:20,24
**MDL** 4:22 12:6
61:13
**Meagher** 1:15
**mean** 8:5 44:9
46:21 76:15 87:7
90:21 95:4 97:14
97:15,16 110:3
112:10 114:17
125:10 136:4
139:19,22
**meaning** 72:17
138:8 157:2
**meaningful** 112:20
**means** 21:23 26:13
27:24 35:21 46:7
59:4 68:25 72:9
90:21 97:16
139:22 140:13
147:20 154:4
166:25
**meant** 46:3
**measure** 39:7 70:21
126:21 140:14
141:20
**measured** 72:5
**measures** 76:16
**MedCalc** 76:10
77:7
**Medicaid** 154:1
**medical** 14:6 16:14
24:18 35:2,3
42:18,19,22
119:15 126:8,13
126:14,17 127:14
128:11
**medication** 24:8

52:22 60:7,8
**medications** 20:6
**medicine** 18:19
20:16 42:14 43:9
43:14,18,23,25
44:4 46:3,6 99:10
154:25
**meet** 84:23
**Melissa** 173:14,19
**members** 3:11
**memory** 171:24,25
**mental** 104:9
**mention** 83:11
130:11
**mentioned** 83:20
94:24 103:16
118:22 124:17
148:21 162:18
163:24
**messed** 74:9
**met** 66:16 163:3
**meta** 17:2 62:16
71:18 86:24
108:18 133:21
134:2,3,4,6,12,13
134:18 135:2,9,20
136:8,14,18
137:17 138:7,10
138:10,13 139:9
139:12,23 140:2,5
140:25 141:2,6,13
142:1,2,22 143:9
144:14 145:8,22
145:25 146:10,12
146:18,24 147:3,7
147:10,11,24
148:14 149:3,10
150:5 163:10
**meta-analyses**
52:13 67:4 69:13
71:12 82:10
**meta-analysis**
20:21,24 21:18
52:1,4,4,9 53:20
53:23 54:20 70:21
71:17,22,24 72:10
72:21 73:7,9,11

84:22 87:14
**method** 50:23
51:11,25 75:14,16
76:4 78:10 87:3
90:17 95:13
124:20 152:10
**methodological**
33:24 34:4 45:6
46:12,15 53:4,11
60:4,17 63:13
68:4,7,9,17 72:14
72:17 100:10,10
133:20 146:23
**methodologically**
46:8 114:14
**methodologies**
14:24 80:4 86:14
**methodology** 12:21
15:2,24 19:13
20:9 34:3 36:15
38:17,17 51:4,18
61:4 74:23 77:3
80:11,12,24 81:1
81:6 82:15 84:7
91:11 97:24 112:3
112:4 115:4,10
161:17
**methods** 12:9 14:11
50:19 69:17 73:3
75:2,4 77:4 83:11
97:8 100:10
111:19 120:14
122:13 124:6,14
124:18 125:23,24
**MI** 112:18
**Michael** 88:18
**mid** 109:19
**middle** 157:23
**Mid-Atlantic** 1:23
**mid-70s** 118:19
**Miles** 17:2 52:6,7,8
53:1,5,12 62:21
67:25 68:4,5,16
68:17,20 69:18,21
69:25 71:1 72:2,2
72:15,22 73:8
82:6,9 135:12,13

140:2 142:2,12
143:1,8 144:9,14
145:4,6 146:10
149:11,17,18
**million** 20:16 48:22
157:7
**millions** 8:2
**mind** 162:14
**mindful** 81:20
**mindless** 139:23
**minds** 97:1
**minimal** 16:7
**minus** 137:10
**minute** 78:2 89:19
157:8 165:11
**minutes** 64:21
65:17,23 116:16
**mirrored** 164:18
**misapplies** 15:24
**mischief** 39:9
**miserable** 65:22
**misinterpreted**
141:19,22
**misrepresentation**
15:9 55:12
**misrepresented**
56:2 57:14
**missing** 30:2
146:14 149:23
**mistake** 29:8
141:14 152:4,23
155:19
**misunderstanding**
79:14
**Mitchell** 28:12
73:24 74:11 93:5
98:21 99:6,8,15
99:20 100:1,1
157:14 158:20
**mix** 70:13 139:15
**model** 76:14 77:2
141:16
**models** 75:24 76:19
76:19 150:7,10,14
**moderate** 69:23
**modern** 111:10
**modicum** 169:10

**modify** 113:12
**moment** 3:19
122:21
**money** 153:13
**monolithic** 37:23
**month** 48:10 56:25
101:11 102:24
**months** 42:21
59:18,18 78:21
**moot** 4:10 5:18
**morning** 3:4,5 8:16
8:18 64:15 132:23
134:14 136:15
146:14 149:16
151:14 156:1,24
166:8
**morphological**
21:11
**mother** 150:23
**mothers** 101:4,6
143:12 144:21
**motion** 4:9,15,20
5:19 9:1 10:16
12:16
**move** 55:10 102:15
**moved** 12:11,18
159:6,7
**moving** 62:3 79:18
**MPH** 111:9
**muddled** 45:9
**Mulick** 103:2
**multiple** 22:23
34:12 40:12 60:8
76:22 78:14 79:22
82:10 94:11,11,14
94:22 150:18,19
151:17,21 161:9
169:23 170:1
**multivariate** 76:14
**Musix** 111:8
**muster** 7:22
**myocardial** 112:6,8
**mythological** 13:5
**M.D.s** 120:20,21

**N**

**N** 2:1 3:1

**name** 23:24 46:18
51:9 116:4,5
118:4,6
**named** 58:5
**names** 16:10
131:19
**NAST** 1:10
**National** 1:23
**Nations** 123:11
**nationwide** 87:20
87:21
**natural** 167:13,19
**nature** 120:10
**nearly** 44:7
**necessarily** 72:11
92:17 152:4
168:19 171:4
**necessary** 96:15
**necessity** 98:7
**need** 3:15 8:22 11:4
32:8,22 49:8 77:1
77:2 78:5 96:19
128:3
**needed** 127:14
163:1
**needs** 90:22
**negative** 42:13
57:11
**neither** 79:1 119:20
**neonatal** 101:5
**nervous** 158:10
**never** 5:6 43:9,14
43:17 45:11,14
49:1,2 65:4 106:4
152:17,17
**new** 1:16 13:21
17:14 18:5,18
20:15 28:2,3 50:9
74:18 84:22 89:1
89:11,21 99:10,10
107:12 123:25
124:14 127:21,23
130:11 149:13
154:25 159:18
166:9,24 168:7,9
168:18,25,25
169:10,21 170:17

171:3,5,10,10
**newborns** 76:22
**newer** 91:24 170:25
170:25
**newly** 169:11
**nice** 96:4 106:2
**Nicholas** 2:6 116:3
116:6 118:6
**Nick** 31:2
**night** 74:2
**nine** 102:9,14
**nominally** 27:16
**non** 39:10 64:2
**non-exposed** 45:8
45:23
**non-parties** 7:3
**non-significant**
14:18 38:19 40:4
110:9,12 112:9,18
112:21
**non-SSRI** 103:5
**non-statistical**
39:12
**non-statistically**
28:15 34:11 38:2
38:13
**non-statistician**
161:24
**normally** 153:17
**Norway** 22:17
**notably** 105:14
**note** 28:24
**notebook** 66:10
**noted** 34:22 60:4
**notes** 120:11
**noticed** 142:12
159:15
**noting** 99:5
**notwithstanding**
34:3
**novel** 12:9 38:17,17
123:24
**nuance** 75:24 81:10
**nuances** 79:15
**number** 5:5 7:13
12:20 18:17 33:24
47:5 60:8 71:5,15

85:12 87:25 97:17
100:5,24 106:20
110:5 125:9
136:21
**numbers** 14:4
29:16,17,22 31:3
31:5,18 32:10,12
33:8,11 34:24
43:20 50:11 76:13
76:14 77:6 106:22
150:12,13
**numerous** 52:1
73:22 92:12
**nuts** 108:15
**NY** 1:16

**O**

**O** 3:1
**obese** 45:18 109:6
**obesity** 109:4,5
**obfuscates** 67:16
**object** 132:11
**objected** 66:13
**objecting** 9:11
161:1
**objection** 9:8 10:7
132:9 160:25
**objective** 135:13
**obscure** 138:5
**obscures** 136:24
**observational**
122:17 136:11
**observations** 88:25
**observed** 19:20
63:1 112:24
**Obstetricians** 21:6
**obstruction** 19:18
**obstructions** 23:8,9
**obviously** 8:25 21:8
36:19 56:16 58:11
103:12 127:12
128:9
**occasion** 125:23
**occur** 114:16
**October** 60:25
**odd** 32:14 82:14
105:14 155:17

**Oddly** 68:1
**odds** 21:22 29:10
32:12 39:20 40:2
79:11 81:19 82:5
105:16 158:14,16
158:18 166:10,22
166:25 168:7,17
168:17 169:4
**offer** 14:2 34:19
99:24 132:1
**offered** 144:23
**offhand** 130:21
**office** 69:8
**official** 173:4
**offspring** 62:18
104:2
**oh** 65:3 68:9 74:8
86:11 87:24 89:9
114:1 120:19
125:7 141:2
165:16
**okay** 30:3 39:11
50:2 51:23 52:9
64:22,24 65:5
87:1 91:18 94:8
101:23 129:16
166:9
**old** 121:25 149:20
157:25 158:8
**once** 19:2 102:7
109:12
**ones** 7:8 30:8 91:14
91:21 92:8 93:13
93:21,23 95:24
145:5 146:8
149:24 166:16
**on-line** 26:1
**open** 29:14,16 32:7
66:17 72:8 76:10
154:13
**opened** 165:11
**openepi** 78:21,22
78:25 79:11 96:20
150:12 151:3
152:5
**opening** 2:2 11:4
11:15 12:1 64:13

66:23 132:22
133:2,5,19 146:6
148:21 151:14
164:25
**openings** 55:19
**Operator** 1:17
**opine** 35:17
**opines** 14:13 36:12
**opinion** 13:3 14:2
34:20 50:17,21,24
84:7 92:15 99:5
110:4 133:3
148:24 159:23
160:21 161:13
**opinions** 12:8 14:6
14:8 20:8 34:6
35:1,7 55:23,25
63:14 98:12
115:13 132:13
134:3 160:17
161:15 162:13
163:13
**opportunity** 4:17
12:14 25:12 60:21
84:5 170:10
**opposed** 25:13
62:20
**opposition** 38:3
**orange** 33:12
**order** 31:19
**organization** 13:15
16:20 36:19,20
83:13 101:13
129:3,5,17
**organizations**
17:21,25 18:4
63:20
**original** 51:21
54:19 81:13,18
82:7 84:24 94:24
105:7 121:23
133:23 143:23
148:22 151:25
152:12 155:6
162:11,12 163:4
171:17
**originally** 142:2

157:14 163:13
171:12
**Orms** 173:3
**ORs** 32:12
**Otis** 16:19,21 21:13
21:14 36:19 83:13
83:15,20
**ought** 52:21 53:13
137:8 139:3
**outcome** 14:25 93:7
93:21 112:23
142:8 145:11,17
145:18 150:21,22
152:19 162:23
164:7
**outcomes** 42:13
51:12 60:9 73:4
81:15 91:12,20
92:17 93:9,22
94:7 109:18
113:18 123:5
127:24 145:5,15
148:17 160:10,11
160:12,20 162:25
164:16,16,17,23
167:11 170:24
**outdated** 149:13,20
**outflow** 19:17 23:8
23:9
**outlier** 33:16
**output** 27:2 157:13
157:16,19 158:5
**outright** 59:10
**outside** 37:22 64:10
98:24 113:25
121:3,20
**oven** 137:6 167:2
**overall** 14:13 21:14
36:13 48:21 61:23
**Overlander** 82:4
148:19
**overlap** 47:15
85:15,17,17 86:13
86:22,23 87:13
88:3 147:9 165:3
165:8,13 167:6,6
**overlapped** 122:13

**overlapping** 34:9
64:2 85:8,11,12
90:20 164:25
165:10 169:17
**overlaps** 85:16
**overstatement**
134:1
**overwhelming** 17:8
64:6
**o'clock** 65:7

_____

## P

**P** 3:1 72:5 95:2,3
95:16,20 96:18
99:2,6 106:25
108:2,23 157:17
**PA** 1:5,11,24
**page** 2:2 56:3,11,14
83:25 146:9
**paged** 56:3
**Pam** 12:2
**Paoli** 15:20
**paper** 16:24 28:23
36:17 75:6,7,16
76:13 77:4,16
78:8 83:16,20
101:13 102:20
107:15 112:13
143:1 144:23
145:14 148:8,10
151:19,20 155:6
157:21,25 158:3,6
158:9 162:11
163:5,15,16,17
164:19 166:8
171:15,18
**papers** 4:18 31:12
36:23 74:6 75:5
81:13 121:24
125:19 129:9
130:4 145:23
148:7,12 153:5
162:15,16 163:17
165:5,10,11
**paragraph** 96:23
**parcel** 63:13
**part** 10:5 20:22

34:21 53:13 63:13
75:13 100:7
102:21 128:16,22
129:10 132:12,23
134:4 167:12,17
**particular** 17:2
24:9 30:24 31:15
73:1 81:19 142:2
143:6 164:1,4
167:16
**particularly** 22:18
26:9 48:25 120:15
166:5 169:6
**parties** 5:14 8:12
12:14 25:12
**partly** 149:10
**partner** 3:12
**parts** 167:15
**party** 4:25 50:25
114:21
**pass** 7:22
**passed** 131:18,21
**pathogenesis** 35:9
37:5,21
**patience** 92:3
**patients** 47:13,14
112:17
**Patrick** 116:3,6
118:6
**pause** 45:12,14
46:2,3 103:13
104:5,25
**paused** 43:1,9,14
45:13,25 46:5
47:20,20 103:17
**pausing** 47:12
**Paxil** 18:15 41:1
52:22 53:14
163:20
**pay** 86:9
**PCCP** 30:22
**PDFs** 117:15
**pediatrics** 99:7
**peer** 13:15 14:12
14:20 16:24 20:21
23:3,19 25:20
36:18 44:1 45:15

47:8 48:21 51:21
52:8 75:7 79:9
81:13,18 121:11
128:22 152:22
162:7,9
**Peers** 85:17
**peg** 20:13
**pending** 4:2
**Pennsylvania** 1:1
111:9
**people** 13:17 18:25
37:22 41:19,20
43:18 46:2 123:8
125:14 126:21,25
136:11 140:3
141:2 142:18
154:12 157:7,11
161:7 169:9
**people's** 162:13
**perceived** 100:7
**percent** 28:18
44:13 73:18,19
86:21,24 102:9,12
102:14 120:20,21
140:15,17,18
**perception** 160:13
**perfect** 137:14
140:9
**perfectly** 53:21
**perinatal** 127:13
170:8
**period** 51:15 76:17
87:20,22 103:10
168:1
**Periodic** 56:4
**permission** 22:2
**permitted** 10:2
70:9 98:16
**perseptal** 100:19
**person** 35:14 48:22
49:1 76:10 154:13
**personal** 98:23
99:1
**personally** 152:3
152:20 170:9
**perspective** 5:25
37:13 46:12 98:23

99:1
**Peterson** 37:15
86:5,20 87:19
110:20 147:2,9
167:19 168:3,6,14
168:18,21 169:1
**Pfizer** 12:2 15:9
25:15 30:15 57:19
57:21,22,24 58:5
59:11 60:23 61:10
61:14 67:13,14,15
67:16 68:1,11
69:9 70:1 71:2,13
71:16,21 72:25
73:11,22 74:4
75:8,11 76:9 77:9
78:20 79:5,6,19
81:4 82:2 83:10
83:18 86:4 87:10
88:11 90:6,15
95:7,23 98:9
102:20 103:19
110:7,23 112:14
112:15 114:3
115:4 133:17,19
134:7 149:16
152:7 154:9,15,18
156:24
**Pfizer's** 10:5 61:25
77:17,25 84:16
110:13 112:4
144:7
**ph** 3:12,12 4:3 5:10
5:11 10:22,22,23
10:25 18:16 20:20
21:13 22:1 23:6
23:25,25 24:3
29:14 34:14 36:2
36:18 37:17 40:16
40:17 41:8 43:5
44:4 52:6 53:20
58:5 69:7,8,11
73:9 76:6 77:18
78:16,17 81:3
82:5,6 83:4,18,19
84:21 85:17 88:18
98:22 99:19 100:4

103:2 107:11
110:19 111:6
131:1 143:8
147:11 148:5,19
150:12,25 152:5
152:24 170:4
**pharmaceutical**
167:11
**pharmaceuticals**
164:7
**pharmacological**
60:10
**phase** 43:5
**phenomena** 141:1
**phenomenon**
135:24
**Philadelphia** 1:5,24
155:9
**phone** 3:20
**phrases** 55:14
**physical** 37:21
**Ph.D** 119:23,24
120:3,23
**pick** 96:1,1,2,2
112:22
**picked** 96:6
**picking** 15:9
**picks** 89:10
**picture** 15:12 96:10
**pie** 87:25 107:4,6
**piece** 72:21 160:5
161:10,11 163:8
**pills** 106:8,10
**place** 103:11 116:2
117:11 134:11
138:22 158:17
**placed** 52:22 53:14
**places** 110:11
**plagued** 13:4
**plaintiff** 49:19
**plaintiffs** 6:9,13,17
7:6 12:10,18 15:5
22:2 23:18 26:20
27:3,8,14,17,21
28:2 38:4 46:14
53:17 56:13 58:25
64:14 115:22

**Plaintiff's** 1:10
**plaintiff's** 12:24
13:18 28:3 34:3
**planes** 65:21
**plausibility** 115:8
115:11,12
**play** 97:10 109:13
109:13
**please** 3:6 11:18
44:11 45:21 46:10
52:10 56:20 66:4
66:8 69:1 116:1,4
116:7 117:20,22
118:5 120:9 129:2
133:24 155:3,8
**pleased** 156:21
**pleasure** 61:12
**plot** 92:3 143:9
157:5 161:12
**plots** 157:7
**plucked** 55:14
**plugged** 79:12
**plugging** 145:21
**plus** 56:3 92:6
170:25
**point** 7:19 8:23
9:11 23:12 27:12
32:10,20,23 47:4
47:9 49:24 50:15
51:6 58:9 83:7
91:19 96:7 120:16
136:1 137:15
139:10 150:15
151:5,7,8,10
152:9,15 153:6
155:22 157:10,11
161:5,8 171:21
**pointed** 136:6
140:2 146:21
147:5 151:24
152:6
**pointing** 23:16
**points** 21:2 29:1
66:24 96:11 113:8
142:4 145:10
146:16 150:1,2
**politely** 49:12

**popular** 121:6
**population** 41:19
86:20,23 87:18
89:3 107:1 123:4
138:25 165:7
166:13 167:8
**populations** 63:5
85:9,12,13 90:20
135:25 138:20
139:2 164:25
165:3
**portrayal** 33:10
**posit** 67:6
**position** 17:14
28:13 61:25
118:23
**positions** 119:6
130:5
**positive** 25:7 29:2,6
29:21 30:9,19
32:11,17 91:1,8
110:14,15
**possibility** 108:12
108:14 138:24
**possible** 35:21 41:1
138:20,21,21
**possibly** 104:20
149:24
**post** 34:13
**posted** 88:17
**post-doc** 63:24
**post-hoc** 46:16
49:13,13
**post-MI** 112:17
**potential** 38:8
48:18 60:3 67:25
92:16 109:1
**power** 112:22
**powered** 19:8
112:19
**powerful** 44:24
**PowerPoint** 57:18
58:17 69:2
**PRATT** 1:17
**precedent** 12:13
**precise** 160:9
**precisely** 99:17

**predated** 21:8
**predefined** 81:12
**predefining** 67:21
**predetermined**
53:2
**preeminent** 126:5
**preexisting** 165:10
**prefer** 9:21 10:2
121:22
**preference** 119:18
**pregnancies** 78:14
88:4 150:18,19
151:21
**pregnancy** 43:10
43:19 51:23 52:15
52:20 58:1,21
61:20 76:17 78:13
104:3,4,10,14
106:1 107:7
150:22 151:17
161:22
**pregnant** 61:21
62:11,15
**premer** 36:18
**premier** 125:13
**prenatal** 40:11
**prepared** 20:22
54:24 124:10
129:24
**prepares** 58:17
**prescribed** 43:8
101:25
**prescription** 47:13
47:15,23 48:5,10
105:24 106:7,11
106:12,15,16,18
106:24 107:6,18
107:25 108:6
**prescriptions**
107:14
**present** 44:15 56:8
72:13 73:1 112:25
**presentation** 11:14
66:23 74:3 79:19
**presented** 10:20
67:1 71:7 144:11
161:20

**presenting** 12:1
**presents** 77:20 79:7
**president** 119:13
**press** 124:12
**prestigious** 129:4
    129:17
**presume** 70:25
**pretty** 53:3 85:7
    95:16 107:1,10
    110:24 121:7
    161:23 167:10
**previous** 103:8
    162:11
**previously** 10:4
    19:21,22 80:14,25
**pre-listed** 45:20
**pre-specified** 49:15
**primarily** 10:22
    81:6 121:12
    133:23
**primary** 22:7 66:15
    72:21 84:8 161:5
**Princeton** 118:16
    118:22,23,25
    124:23
**principals** 100:11
**principles** 15:19
    37:7 64:1
**print** 31:13 69:6
    116:16
**prior** 3:9 16:18
    19:11 21:14 24:21
    42:22 49:25 55:19
**privacy** 8:13
**privilege** 5:3 7:11
    8:11
**privileged** 7:1
**probably** 8:2 18:24
    19:4 24:25 32:19
    50:6 55:13 58:13
    64:20 103:14
    122:5 129:4
    133:15 135:11,23
    141:8 147:19
**problem** 65:14
    86:21 111:2 112:9
    114:20

**problems** 122:23
**proceed** 11:8 66:20
    132:19
**proceeding** 9:24,25
**proceedings** 129:1
    173:5,16
**process** 18:23
    50:10,10 57:23
    125:5,6
**processes** 18:24
**produced** 6:18,22
    7:10,15 8:3 32:5
    46:14
**product** 5:4 7:1,12
    8:11,21
**PRODUCTS** 1:4
**professional** 13:15
**professionally**
    160:18
**professionals**
    113:14,20
**professor** 41:8
    88:18 99:6,19
    107:12 118:9,11
    118:24 119:5,18
    119:19 170:5
**program** 29:15
    32:8,10,16 111:10
    145:21
**programs** 120:23
    120:23
**progress** 58:12,19
**promote** 112:5
**prompt** 54:23
**pronounced** 40:17
**proof** 97:12 102:18
**proper** 71:23,24
    72:9 114:15,17,18
**properly** 16:8 36:6
    50:18,22 114:14
    114:15
**property** 154:3
**proposed** 62:16,23
**proposing** 49:14
**proposition** 59:5
**protected** 8:25
    39:13 112:8

**protective** 39:16,20
    92:9 112:6 138:3
    138:22
**protocol** 68:19
**proud** 107:10
**prove** 55:15
**proven** 19:23
**provide** 55:15 58:2
    84:24 98:6 123:10
    125:20 136:3
    154:10,12 163:9
    163:20 166:24
    171:8
**provided** 6:19
    29:23 51:21 69:21
    73:25 74:14 82:5
    113:9 133:16
    155:2 158:5
**provides** 105:22,23
    107:17 149:14
    169:10
**providing** 11:24
    157:19
**provisionally**
    132:17
**provost** 119:9
**Prozac** 15:4,7 50:6
    50:12 51:2,8 52:1
    52:5,18,19,21
    53:8,14 54:6,8,10
    54:21 55:5 67:10
    68:8 69:7,13,22
    69:25 70:7 71:12
    71:17 72:4,13,16
    73:13 133:4,8,21
    134:2,16,19 135:1
    135:15 139:24
    140:22 144:4
    154:21
**PSC** 30:21 31:10
**PSE** 30:18 31:15
    32:9,23
**PSE's** 8:15
**PSUR** 56:3,4,12
    57:7
**Psychiatric** 21:5
**PTO** 4:22 8:23

**PTO-8** 9:9,23
**public** 120:24
    170:6
**publication** 28:22
    44:2 46:24 121:16
    121:21 124:11
    147:15
**publications**
    124:17,19 125:8
**publicized** 141:8
**publish** 49:3
    121:18 129:5
    158:7
**published** 16:24
    18:18 20:15 21:19
    22:13 23:3 24:18
    25:20,25 28:23
    33:3 49:1,2,21
    57:24 63:1 74:6
    74:17 75:5,6,15
    79:9 81:13 84:19
    121:17 125:20
    130:4,9 152:22
    154:18 159:13
    162:8 169:1
**publisher** 121:8
**publishes** 102:19
**publishing** 49:4
    121:20 125:15
    148:14
**pull** 113:12
**pulled** 4:8 72:3
    145:12
**pulmonary** 24:5
    36:2
**punch** 29:16
**punched** 29:17,22
**purpose** 36:20 51:1
    113:21
**purposes** 5:23
    40:18 43:4 48:16
    63:23
**pursuant** 9:20,23
**push** 69:10,12
**put** 9:17 17:13
    20:13 59:16 67:18
    76:20 86:8 89:16

93:13 97:17
    118:17 124:3
    125:9 135:10,12
    142:22 143:21
    145:19 149:11
    150:12 151:14
    161:17 164:8
    171:20
**puts** 73:11 159:1
**putting** 4:14 15:10
    36:25 59:8
**puzzled** 143:1,5
**puzzlement** 143:17
**P.C** 1:10
**p.m** 1:5 66:1 117:4
    117:4 172:1

**Q**

**qualifications** 14:2
    34:19,21 35:17
    80:8 118:18 132:9
**qualified** 14:4
    34:19 35:1 132:18
**quality** 136:14
    163:11
**question** 26:11
    27:11,25 46:21
    69:20 75:2 76:7
    77:25 78:1 90:23
    91:6 92:12 96:24
    96:24 97:2,25
    100:21 110:3
    127:20 135:18,22
    136:1 146:22
    148:25 154:16
    161:11,20 165:6
    167:13 168:8
**questionable** 149:4
**questioned** 75:7
    76:9 152:19
**questions** 5:22
    31:21 59:17 67:14
    97:9 126:3 132:16
    152:7
**quick** 116:24
**quickly** 116:17
    165:8

**quite** 6:24 42:3
67:1 129:17 143:3
158:5 161:6
**quote** 67:18 68:3
72:14,14,15 84:13
142:6
**quoted** 49:24 70:7
**quotes** 53:11 67:20
72:15 107:14
156:1
**quoting** 73:14

**R**

**R** 3:1
**rain** 80:20
**raise** 116:1
**raised** 148:20
**ran** 140:5 170:23
**random** 98:4
141:16 169:19,21
**randomized** 112:15
136:6
**rare** 23:14 112:23
**rarely** 55:7 154:5
**rate** 16:23 62:14
**ratifying** 17:10
**ratio** 21:22 29:10
39:13,20 40:2
77:23 81:19 82:5
82:5 105:16
158:14,16,18
166:10,22,25
168:7,17 169:4
**rationale** 148:9
**ratios** 32:12 77:21
78:6 168:17
**raw** 29:22 49:8
77:1,2 78:5
128:19 153:9
154:4
**reach** 45:3 83:22
115:11 155:6
164:3
**reaches** 81:7
**reaching** 80:4
163:6
**reaction** 39:1

170:14
**read** 5:3 36:16 44:6
71:14 79:1 98:12
127:20 141:18
142:15,23 148:22
151:18
**readily** 38:18
**reading** 126:2
**reads** 41:2
**ready** 3:7 33:10
66:23
**reaffirmed** 12:16
21:9,14
**real** 37:8 98:24
114:7 116:16
**realize** 16:2 137:24
**really** 5:12 6:8 7:14
7:16 8:10,12
10:13 15:8,19
16:9 18:17 26:6
33:13 35:25 40:6
42:3 47:21 48:2
50:3 51:5 55:9
56:23,24 57:14
63:16 64:7 67:9
70:13 72:25
155:21,25 157:4
158:11 162:12
164:13
**realm** 53:21
**reason** 20:10 38:23
41:11 46:10 50:7
52:7 59:8 63:16
63:17 74:1,3 79:8
104:8 112:20
152:16,21 153:1
**reasoned** 85:10
**reasons** 18:17 22:5
51:19 67:14,16,17
100:9 136:8
148:21 165:21
**recall** 6:8 12:2,11
16:19 33:25 36:15
60:8 133:4 158:14
171:23
**receive** 119:24
**received** 74:2,7

120:2
**recess** 64:25 116:21
**Recessed** 65:25
117:4
**recharacterize** 48:4
**reclassify** 127:24
**reclassifying**
113:11
**recognition** 14:14
**recognize** 16:2
41:12 67:24 78:25
108:22 110:22
169:18
**recognized** 25:21
26:20 28:6 31:10
36:6 38:7,13 42:9
42:9 70:15 151:2
**recognizes** 28:4
**recommendation**
9:5
**recommended** 61:9
**reconsideration**
12:11,15
**reconvened** 65:25
117:4
**record** 4:4 116:5
118:5 173:15
**recording** 173:5
**records** 42:18,20
42:22
**RECROSS** 2:5
**recurrent** 112:6
**red** 91:14 93:21
115:25 139:13,17
167:3
**redid** 76:19
**REDIRECT** 2:5
**reduced** 20:25 54:4
**reduction** 112:18
112:20
**Reece** 85:16 87:9
88:15,15
**Reese** 147:5,6,25
166:2,23
**reference** 10:21
33:10 70:16 91:2
98:1,14

**referenced** 15:13
52:8
**referencing** 11:21
**referred** 136:15
**refill** 107:15
**refilled** 106:11,23
107:7
**reflect** 98:23,25
147:11 164:13
**reflecting** 156:22
**reflects** 122:18
135:16
**refuse** 84:21 88:11
89:8,10,17,19,25
90:10,11 91:22,24
169:9 170:4,21
171:14
**refused** 157:14
**refuses** 79:6
**regard** 41:7 62:2
74:20 99:4 126:9
156:11
**regarding** 18:8
84:6 156:6
**Region** 1:23
**registry** 167:10
168:1
**regression** 73:25
74:5,14 155:2,4,5
**regret** 74:11
**regular** 49:3
**regulatory** 13:14
**rehashing** 162:11
**rejected** 98:15
**rejecting** 98:8
**rejects** 53:1
**rejigger** 20:12
**related** 4:2 44:2
47:1 51:22 52:2
123:21
**relates** 30:23
**relationship** 13:12
16:15 61:19,24
98:6
**relative** 91:3 112:7
137:18,21,24
139:5,7

**relatively** 146:5
**relay** 152:8
**release** 153:22
154:4
**relevant** 9:19 11:1
80:15,15 81:8,9
81:25 82:17,21,22
84:11 85:25 88:6
95:9 115:15 162:1
**reliability** 34:22
**reliable** 41:4 49:20
53:5 68:5,8,21
72:11 115:12
136:7
**reliance** 55:14
**relied** 34:9 127:8
133:21 134:2
149:15
**relies** 14:17 34:8,11
53:12 55:1 58:13
62:21 87:10
115:14
**relocating** 122:23
**rely** 7:21 47:7
54:20 55:24 56:13
64:2 110:19,20
127:4 133:23
162:21
**relying** 38:2,13,18
56:25 79:8 127:18
149:17
**remains** 16:4 18:9
108:24 141:19
**remember** 45:12
46:2 62:7 95:7
131:16,17
**remind** 97:10
**reminder** 90:25
**remove** 28:11
**removed** 28:14
**rendered** 158:16
**renders** 15:21,22
**repeated** 76:16
**repeatedly** 53:11
72:15
**Repeats** 88:14
**replace** 12:19 22:3

**replete** 86:15
**replicate** 167:15
  168:9,11
**replicated** 13:23
  26:3 38:10,15
  89:2 100:16,18
**replicates** 17:16
**replicating** 94:22
  166:13
**replication** 14:17
  24:14 94:8,9
  168:5,10 169:10
  169:13,14,17,22
  170:1,13
**replications** 150:20
**report** 4:13 9:4
  15:7,13 36:12
  49:6 51:11 53:8
  54:16,19 55:22
  56:5 60:7 66:13
  67:8 68:15,16
  69:7,9 71:3,14
  79:2 81:16 82:9
  83:15,25 84:20
  86:15 88:22 92:14
  94:24,25 98:25
  101:1 109:2 113:8
  129:24 130:1,2,8
  133:13,16,22
  142:1,6 143:5,24
  144:5 145:13,19
  146:8 151:13
  158:9,20 162:2
  165:2 169:25
**reported** 18:6
  20:24 21:20,22
  24:1 25:16,21
  29:9 33:12 75:22
  81:18 82:6 92:22
  140:5,16 145:17
  157:20,22 171:3
**reporting** 1:23 93:5
  93:6 162:10
  167:11,11
**reports** 20:11 44:17
  51:7 53:18 67:24
  73:21 113:17

**represent** 118:18
**reprint** 99:12
**reproduce** 151:6
  157:5
**reproducing** 154:7
**request** 6:21 108:3
  116:9 154:25
**requested** 77:18
  172:1
**requests** 98:9
**require** 25:1
  127:25
**required** 14:25
  16:2 26:17 28:10
  38:6 123:14
**requirements**
  14:16
**requires** 59:5 79:24
  103:23 156:14
**reran** 157:25
**reread** 67:9
**rerun** 153:14
**rerunning** 158:2
**research** 59:6
  121:23 126:23
  127:17
**researchers** 18:18
**residual** 48:23
**resolved** 4:3,6
**respect** 6:3,10,17
  12:16 13:7 15:2
  18:1 19:21 20:9
  25:6,8 26:17
  28:19,20 30:16,23
  33:7 34:5 37:11
  38:2,19 43:16
  44:22 50:5 52:9
  52:23
**respected** 24:19
**respond** 132:16
**response** 8:15 61:4
  74:7 76:12 88:16
  107:15
**rest** 32:16 59:16
  120:22
**restart** 103:23
  104:16

**restrict** 102:3
  105:12
**restricted** 128:22
**restricting** 101:9
**restricts** 102:8,11
**restroom** 117:2
**result** 33:9 44:3,10
  101:14 104:5
  110:6,9,11,12
  112:11 170:18
**resulted** 6:11
**results** 19:25 23:11
  24:21 41:13 43:13
  47:1 58:22 60:1,5
  61:17 70:7,11,18
  72:10,22 75:12,13
  75:22 78:22,22
  81:14 85:23 86:3
  89:19 98:3 100:17
  100:18 108:19
  109:3,4,5,23,24
  110:10 111:16,19
  112:23 113:12
  134:22 135:19,21
  139:25 140:6
  151:7 152:11,22
  154:7 155:6
  156:20 161:6
  162:15,17 163:15
  163:16 164:12
  166:14 169:12
  171:18
**resume** 104:13
  117:22
**retained** 7:4
**retardation** 56:6,12
**RETTENMAIER**
  1:5
**return** 36:2
**reveal** 50:18,22
**reveals** 46:14
**review** 9:18 13:15
  14:12 23:3,19
  44:1 51:20 52:1
  56:8,22 57:24
  58:7,8 59:23
  61:17 77:6 79:9

82:3 125:23,23
  126:3,8,11,13
  128:22 142:11
  147:12 148:16
  149:5 152:22
  162:8,9,10 164:1
  170:10
**reviewed** 14:20
  16:24 20:21 25:20
  36:18 45:15 47:8
  48:21 51:21 52:2
  52:9 75:7 81:13
  81:18 84:13 91:13
  121:11 147:22
**reviewing** 93:1,3
**reviews** 60:24
**revision** 28:14
**revisit** 38:5
**re-analysis** 14:20
**ridiculous** 95:16
**right** 3:22 4:1 6:6
  8:14 9:6,16 11:1
  11:22 19:17 23:8
  25:24 29:12,19
  30:7,11 32:1 33:3
  40:1 41:18 42:10
  42:14,19 43:3,21
  49:10 51:9 65:8
  65:16 72:3 73:4
  76:14 78:22,23
  83:14,16,19 86:7
  86:7,22 87:22
  89:2 91:7,24
  92:14 95:10,17,22
  100:20 102:2,15
  106:9 114:3
  115:24 116:1,19
  117:22 120:7
  121:13 123:22
  124:12,21 125:1
  131:1 132:8
  133:17 135:23
  136:20 138:15
  142:4,9,14,21
  143:8,24 144:2,5
  144:11 147:3
  150:2 151:19,20

154:11 159:2,2,4
  159:7,16 161:10
  162:3 170:21
**rights** 122:20 123:7
**right-hand** 17:12
  91:17
**rise** 3:2 66:2 117:5
**risk** 16:25 18:13
  20:2,3,25 21:2,17
  39:21,22 40:5,10
  40:21 43:15 44:8
  44:13 52:20 54:1
  54:2,4,7,9 55:3,6
  60:18 61:6,22
  62:13,17,24 69:19
  73:17 74:13 77:21
  77:23 78:6 80:19
  82:5 89:5 90:1,11
  91:3,4,4,21 92:6
  92:11 93:10,23
  101:11,23,25
  102:2,15,17 103:1
  103:4,13,20 104:2
  104:10,15,19,24
  105:3,9 106:16,23
  106:25 107:9
  108:5,23,23 109:5
  109:7,8,19 110:9
  111:2,5 112:7,18
  115:1 137:18,21
  137:25 139:6,7
  158:18,21
**risks** 16:23 19:20
  21:12,16 36:8
  38:20 40:23,25
  44:2 58:20 97:21
  100:20 114:25
**road** 13:20
**Robert** 4:2
**Robinson** 8:15,16
  8:19 9:7,10 27:6
**Rodanast** 1:10
**role** 25:11 125:22
**Ron** 41:8
**room** 101:18
  151:10,18
**Rosenberg** 99:19

**Rothman** 111:6,14
**round** 20:14
**rounded** 26:11
  27:24
**Royal** 129:1,4,12
  129:15
**RR-8** 9:4
**Rufe** 1:7 59:14
**rule** 6:2,16 8:7 9:20
  9:21 10:15,16
**ruled** 9:7 10:6
**rules** 7:23
**ruling** 5:15 10:3,4
**rulings** 28:19
**run** 150:13
**running** 77:7
  100:15 127:3
  145:22 150:15
**runs** 26:12

**S**

**S** 3:1
**sad** 112:4,14,15
**safe** 18:10
**safety** 56:5 112:16
**salient** 34:15
**Salvador** 122:24
**sampling** 82:3
**San** 122:3
**Sandra** 5:11 98:21
  99:16,20,21 100:1
  100:6 111:6
**SARS** 122:9
**saw** 49:2 82:13
  103:13 108:7
  151:15 156:1
  163:5 166:10
  168:10
**saying** 26:16 44:6
  47:5,16 59:11
  61:11,11,15 74:8
  75:9 76:7 92:13
  99:11 100:12
  110:8 140:9
  141:20 144:14
  167:8
**says** 27:11 32:24

33:6,6,19,21
35:13 39:12,19
40:3 44:6 47:4,16
49:7,11,12 55:23
57:9 58:19,25
59:22 60:3,16
68:7,8,9,16 69:15
71:11 72:17 74:11
85:4,22 88:22
89:14 92:24 95:2
96:15,22 97:8
101:14 103:25
105:12,21,23
107:23 109:23
113:8 114:24
115:3 128:25
130:25 132:2
142:21,23 143:11
144:23 151:11,19
151:20
**scattered** 8:6
**scenario** 48:15
**school** 118:20
  120:12 141:7
  170:6
**science** 12:23 13:10
  13:22 14:23 17:8
  17:14 22:6 34:14
  38:24 40:14 50:14
  50:17 51:16 55:8
  55:9 59:6 60:14
  67:5,7,7,8 70:16
  70:22,23 79:24,24
  79:25 81:9 86:10
  114:4 120:18
  127:2 168:11
**scientific** 16:14
  17:24 18:12 34:7
  39:6 41:17 46:12
  50:19,23 51:3
  55:16 64:1 69:24
  70:16 79:8 85:11
  85:22 90:17 91:3
  96:17 97:19 98:1
  109:15 111:25
  129:5 148:9
**scientifically** 53:5

67:11 68:5,21
**scientist** 48:8 59:4
  80:17 90:19 100:2
  108:20 115:3
  149:21 153:19
**scientists** 86:10
  88:6 99:13 109:11
  110:21,23 129:7
  146:21
**scorings** 60:16
**Scotland** 118:16
  120:1
**Scottish** 147:17
**scratching** 30:10
**screen** 120:6
  122:16
**screw** 134:24
**scrutiny** 131:19,21
**sea** 157:10 159:9
  160:22
**SEAN** 1:13
**search** 56:18
**seated** 3:6 66:5
  116:7 117:21
**second** 14:1 17:20
  27:3,12 62:22
  83:1 121:9 122:19
  124:4 166:15
**secondary** 161:8
**second-guess**
  152:21
**section** 56:17 58:2
  79:2
**see** 3:6 6:25 10:8
  13:9 14:17 15:2,5
  17:12,16,18 20:10
  23:14,15 26:5,8
  26:15 42:4 47:5
  48:4,17 51:18
  52:3 53:16 56:9
  65:19 67:8,19
  72:3,7 82:9,23
  86:13,13 87:6,16
  88:8 89:1,5,6,12
  91:14,16 92:6
  99:5,16 101:10,14
  108:7,18 114:23

115:6 116:12
  120:2 123:3
  125:24 134:24
  136:21 140:11,11
  140:15,17 143:3
  146:9,10 150:10
  151:16 153:14
  157:19 159:11
  160:5,10,11,15
  163:10,11 165:8
  166:12,23,24
  168:4,23,24
  171:10
**seeing** 15:6 27:1
  43:24 55:20
  150:21,22
**seek** 35:17
**seen** 19:4 20:11
  34:7 55:19 114:25
  137:3 154:18
  161:18 171:15
**sees** 57:4 87:3
**seize** 59:1
**seized** 59:1
**selected** 145:13
**seller** 121:7
**semester** 48:5
**senate** 119:8
**send** 60:24 76:7
**sending** 155:1
**sends** 47:3 58:8
  61:14
**senior** 144:13
**sense** 32:18 46:8,11
  47:7 68:6 113:5
  113:22 121:6,15
  128:2,18 136:3
  153:5
**senseless** 158:12
**sensitivity** 54:3
**sent** 7:2 155:10
**sentence** 72:16
  77:12
**separately** 107:13
  134:17 163:21
**septal** 23:7,7 24:2
  24:23 25:8,18,23

26:4 28:16 43:13
  62:25 76:22 91:20
  92:2,4,7 94:9
  95:15 155:15
  156:7 158:21
  159:2 160:6,7,14
  171:14
**September** 1:4
  59:22
**series** 136:10
**serious** 41:13 45:5
**seriously** 138:2,2
**sertraline** 1:4 73:19
  89:17,17 109:24
  109:25 110:1,16
  112:17 135:14
  140:12,16
**served** 119:11
**Services** 20:23
  54:25
**set** 33:2 88:14 97:3
  111:20 116:11
  120:11 169:16,21
**sets** 114:5
**setting** 149:3
**settled** 116:13,22
**seven** 37:9 146:12
**severe** 24:9,15
  101:9,15
**shadows** 157:1
**Shae** 10:22
**shape** 85:7 124:14
**share** 99:21 113:23
**shares** 46:18
**Shavastiva** 37:17
**Shaver** 10:22,24
  76:6,25
**shed** 146:22 163:11
**Sheila** 173:3
**short** 87:20
**shortcomings**
  19:11
**shot** 8:6
**shotgun** 8:6
**shouldn't** 70:2
**show** 5:2 21:10
  45:21 50:9 74:3

88:2 90:5 92:5
95:8 101:23,25
102:6 105:5
108:20 139:5
157:6 166:14
169:1,3
**showed** 48:22
159:17 169:2
171:11
**showing** 104:18
109:18 123:2
**shown** 120:6
**shows** 30:5 33:15
40:20 90:5 105:9
135:13 137:20
**Shurvastava** 81:2
**shy** 38:1
**sibling** 22:20 23:12
78:16,17
**side** 4:16 10:10,10
10:14,20 17:12,25
30:10 39:22 40:12
91:17 122:12
156:22
**sides** 8:3 12:14 26:6
33:14 60:15 74:21
137:2 148:10
**sign** 100:11
**Signature** 173:11
**significance** 28:5
28:20 38:5 39:4
41:14 72:5 94:4
96:23,25 97:8,15
98:13 99:22
100:12,13,16
111:19,22,24
156:12,15 160:2
**significant** 13:23
17:17 18:6 19:16
21:21 23:4 24:1
24:22 25:6,11,17
25:22 26:8,14,21
27:19 28:9,12,15
28:25 29:8,19,25
30:16 31:11 32:17
33:15 34:11 38:10
38:14,16 39:11,12

40:13,22 41:3
44:25 55:4 57:2
64:3 69:19,23
72:8,19 73:17
75:18 91:15,21
92:5 93:22 94:7
95:25 96:19 98:3
98:9,18 100:17,18
102:7 103:3 105:9
106:25 107:9
108:2 109:16,18
110:6,10 111:17
111:21 115:6
161:6
**significantly** 17:4
19:20 25:16 52:16
54:7 55:1 86:2
**signing** 128:6
**similar** 9:1 33:25
37:6 53:9 55:14
79:14 87:11
101:23 119:11
126:15 131:3
146:3 151:1
153:12 165:20
167:3
**similarly** 70:3
**simple** 109:16
**simpler** 104:8
**simplifying** 78:18
**simply** 6:24 32:3
34:20 41:4 50:24
66:12 86:3 90:21
96:18 105:20
111:16
**single** 35:21,23
37:23 94:3 134:20
135:22 141:17,19
141:22 145:17
156:13 160:19
161:4,5 164:19
**Sir** 109:14
**sit** 154:14
**situation** 123:3
136:8 151:1
**situational** 14:22
34:14 50:14,16

51:16 55:8 67:5
70:23 79:23
**situations** 14:25
124:8 134:21
153:25 166:4
**six** 24:10 48:12
119:10
**size** 87:18 111:23
**Skadden** 1:15
**skepticism** 16:8
**slashed** 166:16
**Slate** 1:15
**slavish** 99:1 157:3
**slide** 17:22 33:13
34:1 36:15 44:9
44:11 45:21,25
46:10 52:10 56:20
62:22 67:18 71:8
72:13 73:2 82:13
93:11 118:17
140:11 143:11
146:6 161:18
168:14
**slides** 11:10 64:20
72:12 116:9 140:1
**slight** 161:13
**slightly** 155:17
**smacked** 147:18
**small** 60:8 146:5
152:24 159:7
**smaller** 5:13 95:4,5
**Smith** 3:12
**smoke** 45:18
**smoking** 24:7 109:2
109:3
**snap** 6:2
**societies** 82:14,16
83:23,24
**Society** 129:1,4,12
129:15
**software** 145:21
151:3,4,10,22
**sole** 36:20
**solely** 111:22
**Solem** 83:19 86:19
87:21 88:4 95:6
108:17,21 113:15

146:15 148:3
167:7,25 168:2,12
168:15,17,20,23
169:4 171:8
**solid** 77:7
**Solom** 10:25 19:10
42:3,8 43:11,12
44:6 45:13 46:2
**somebody** 3:20
48:3 136:2 153:18
157:15
**somewhat** 23:18
41:25 55:18 141:9
**Sonya** 100:4
**soon** 165:4
**sophisticated** 22:20
98:4 150:16 151:4
151:22 152:10
153:2
**sorry** 30:5 46:4
50:20 95:4 109:5
148:13
**sort** 111:17 132:13
148:1 161:19
167:19
**sought** 22:2
**sound** 79:8 173:5
**sounded** 143:18
**sounds** 97:24
**source** 162:9
**so-called** 141:16
**space** 11:12
**spades** 146:24
**spans** 121:24
**speak** 108:12
**SPEAKER** 117:8
**speaking** 28:21
**specialists** 16:21
126:18
**specialized** 141:14
**specific** 18:2 19:21
20:2 21:11 31:21
36:1,7 53:6 68:21
81:14 103:21
110:14 114:19
129:6 145:18
156:7 162:15,23

163:14,16 167:21
**specifically** 7:4
31:5 36:24 37:1
47:3 53:12 62:25
79:3 123:12
134:19 142:19
146:19 152:7
157:1 162:17,20
163:22 165:2
166:8
**specificity** 113:6
**spell** 116:5
**spend** 15:16 93:19
153:16 154:6
**spent** 23:20 64:5
122:5,13 124:1,5
147:22
**split** 114:8
**splitting** 114:6
**sponsored** 154:18
**spurious** 41:13
148:14 169:20
170:19
**square** 1:16 20:13
72:6
**squared** 30:7 73:18
140:13
**SSRI** 21:10 22:24
24:20 42:21 43:3
43:8 44:2 51:15
52:15 103:8,23
104:25 109:7
140:18 142:19
163:23
**SSRIs** 18:8,14
19:23 21:24 39:15
40:25 42:14,19
43:2 44:16,18
82:6 83:1 101:25
103:9,18,18,20
104:3,14 134:15
140:20 162:16,19
163:18,20 164:2
164:13
**staff** 64:6
**stage** 95:10,10
**stand** 31:3 77:22

83:10 95:18
115:23 117:22
119:17 151:7
**standard** 15:16
51:17 69:17 77:3
111:23
**standards** 34:13
63:25
**stands** 18:3 114:24
**stark** 55:8
**start** 3:15 11:13
51:5 64:25 119:1
135:25
**started** 63:12 80:2
90:10 141:8
**starting** 91:19
118:20
**state** 56:18,20
74:13 116:4 118:4
123:11
**statement** 11:5
12:1 18:12 21:7,9
21:14 41:9 59:10
**statements** 2:2 3:9
17:14 132:23
145:1
**States** 1:1 20:23
125:14
**statistical** 27:1 28:5
28:20 38:5 39:4
41:14 54:3 69:17
75:14,16 77:3
78:10 79:1 94:4
99:21 100:12,16
120:14 121:18
122:2 124:6,18,19
125:5,6,12,13
126:10 129:10,15
132:12 134:20
138:4 141:14
155:21 156:12,14
**statistically** 13:23
17:17 18:6 19:15
21:21 23:4 24:1
24:22 25:17,22
26:7,13 27:18
28:8,12,25 29:19

29:25 33:15 38:10
38:16 39:11 40:13
40:21,22 44:24
54:6 55:4 57:12
64:3 69:18 70:8
72:8 73:17 91:14
93:22 94:7,21
95:25 96:19 98:8
98:18 100:18
105:9 106:24
107:9 108:2
109:16,18 111:16
112:23
**statistician** 14:4
34:24 70:24 79:4
122:6 126:20
129:8 137:13
150:9 152:13
155:23 156:9
168:8
**statisticians** 41:12
120:14,22 121:19
126:16 127:3
136:20 140:3
141:15 150:24
155:25
**statistics** 68:25,25
75:24 79:15 80:10
105:18 118:10,12
118:25 120:6
122:7 125:15
128:13 132:3,18
141:1
**Stay** 116:25
**Steering** 1:10
**stenosis** 24:5 29:3
**step** 15:21 18:22
44:16 45:17 50:10
71:10 84:7,9,12
85:6 90:24 161:25
167:20
**STEPHEN** 1:13
**steps** 18:24 59:24
**stick** 39:5 137:5
**stipulate** 65:11
**stop** 105:11 155:8
**stopped** 42:21

106:18 107:20
**story** 20:19 21:13
63:10,17,20,23
161:12
**straight** 65:12
66:22 109:10
**strange** 74:21
**strategenic** 84:10
**strategy** 88:24
170:11
**Street** 1:24
**strength** 97:1
109:17 137:20
**strip** 160:4
**strong** 41:6 67:1
86:1 107:2 108:4
109:21 139:6
171:11
**stronger** 13:11 17:9
101:14,15 169:3
171:11,12
**struck** 113:25
114:4
**student** 124:22
**students** 112:2
120:17,18,19,23
121:1 124:25
**studied** 125:7
26:25 169:11
**studies** 19:5,7,12
23:15 24:21,24
25:7,16,19 40:12
49:21 51:21 53:23
56:21 57:8,10,20
58:13,20,22 60:2
60:5,18 61:4,21
62:8,11,17 63:2,4
66:15 68:18 69:16
70:18 71:11,18,25
71:25 75:2 81:17
82:1,2,3,4 83:5,15
84:3,3,19 85:3,23
86:1,18,22 87:10
87:15 90:9,16
91:13,16 92:22
94:15,22 95:23
98:8,18 100:5

102:3,21 104:18
106:20,20 108:18
108:21 109:10,10
109:25 110:5,20
110:23 111:20
120:15 122:6,17
122:18 123:20
125:23,24,25
128:16 130:9
135:2,5,22 136:4
136:11,16 137:22
138:16,19,19
139:1,3,5,9 142:3
142:13,17,22
143:7,11,21
144:17 145:4
146:5,7,11,16
147:2 148:15,18
149:3,14,23 150:4
150:4 154:5,10,18
156:14,18 161:9
162:3,5,8,10
163:2,6,12 166:2
169:16
**study** 5:10,11 6:10
10:23,25 13:16
18:17,20,20 19:8
20:15 22:2,13,14
23:19,23,25 24:6
24:9,17,20 25:4,8
26:22 27:6,6,22
28:10 29:23 31:1
31:16 37:9 40:16
40:19 41:18 44:15
44:22,24 46:18,22
47:10 54:14 55:1
58:24 60:4,16
61:3 67:24 72:23
75:12 86:4,5 87:6
87:17,18 88:11
89:18 93:21 94:3
95:9,22 98:5,22
100:5,25 101:21
102:24 103:24
105:6 110:23
112:5,7,14,15,22
112:25 113:12,15

113:17,18 124:20
127:11 128:20
135:23 137:18,19
137:20 138:2
142:8 144:9,20
148:4 149:5,13
150:8,17 154:11
154:15 156:4,5,13
160:4 161:4
165:22,24 166:1
169:24
**studying** 136:1
**stuff** 68:24
**stunned** 147:20
**stupid** 137:24
**style** 121:21
**sub** 91:22
**subcategories**
114:22 150:3
**subcategory** 92:4
156:18 160:8
**subgroup** 49:13,13
106:9 115:6,7
**subject** 4:23 74:21
82:18 83:24
126:17 127:4,7
128:12 153:21
**subjected** 131:8,11
**subjective** 66:14
**submissions** 125:18
**submit** 99:4,24
**submitted** 130:8
**subpoena** 7:8
**subpoenaed** 7:7
27:21 28:2,3
49:19
**subsequently**
156:24
**subset** 5:13 146:5
170:11
**substantial** 23:13
108:23
**substantially** 12:24
**substantive** 161:14
**substantively** 20:1
**subsumed** 147:6
**subsumes** 165:23

**sub-calculations** 49:9
**sub-groups** 37:15
**suddenly** 157:23
**suffer** 79:14 139:1 146:3
**suffers** 45:5
**suggest** 16:22 19:25 21:15 59:3 61:19 62:17
**suggested** 12:23
**suggesting** 19:6 39:15,16,17 44:18
**suggestion** 65:18
**suggests** 59:4 62:13 103:5
**Suite** 1:24
**sum** 8:4
**summarize** 136:12
**summarized** 70:19
**summarizing** 163:6
**summary** 69:21 70:21 77:15 136:3 143:10 161:19
**summer** 59:18 157:24
**superfluous** 5:16 10:9
**supersede** 49:14
**supplement** 171:9
**supplied** 76:25 155:5
**supply** 47:15
**support** 16:7 21:11 22:7 50:11
**supported** 72:23
**supporting** 38:19 40:4
**supportive** 23:22 92:10
**supports** 40:22 92:18
**suppose** 103:3 137:4
**supposed** 40:15 42:1
**Supreme** 12:12

98:13,15,19
**sure** 16:10 30:1 64:7 66:14 133:1 137:9 138:14 142:10 152:25
**surely** 36:11
**surprise** 111:14 165:1
**surprised** 150:8,10
**surprising** 17:7 49:12
**surrounded** 137:1
**surrounding** 99:5 128:9
**Surveillance** 113:16
**survives** 95:15,15 95:15
**suspect** 70:20
**suspenders** 32:22
**suspicious** 170:18
**swear** 3:25
**Sweden** 22:17
**Swedish** 87:10 148:4 166:2,16
**sweeping** 155:24
**switch** 66:23 67:12 69:1
**SWORN** 116:3
**syllabus** 111:10
**Syria** 122:21,22 123:2,8,12
**system** 4:22 113:17 119:12 167:10

—————
**T**
**tab** 129:23
**table** 76:18,24,25 77:20
**tables** 77:16
**tad** 25:2
**tails** 40:7
**take** 6:9 8:5 9:16,21 17:20 20:13 42:16 51:7 64:25 82:19 85:18 86:4,6 87:1 90:2 94:12 99:24

103:2,10 105:13 106:3,8,14,21 120:19 139:3,9 152:10,11 153:5 155:1 165:17 167:19 169:4
**taken** 8:4 15:3 22:10 23:10 57:14 77:10 149:15
**takes** 60:24 88:13 95:1 105:20 123:7 132:13 165:23
**talk** 9:13 12:25 17:3 18:5 25:1 28:21 34:15,18 37:1,25 52:6 56:1 56:15 57:20 73:7 149:24 158:13 161:16 171:15
**talked** 45:14 56:10 57:19 58:13 162:16 164:10,24
**talking** 5:5,12 15:17 23:20 123:1 140:18 160:4
**talks** 54:22 55:18
**task** 58:7 154:8
**tastes** 70:12,14 139:17,17
**taught** 111:11 112:1 124:22 136:23
**teach** 120:12 138:11 139:13 140:4
**teaching** 120:25 125:1
**team** 58:6 59:19 60:1 125:18 126:24 127:12,25 128:14,16 145:7 167:22
**teams** 126:23 127:17 128:11
**team's** 60:22
**technically** 11:15 138:9

**technique** 78:12 124:24
**tell** 31:13 32:1 35:21 70:12 77:22 120:9 129:2 139:16 157:8 158:1 168:24
**telling** 9:17 38:1 59:13 126:21 134:23
**tells** 26:25 34:21 41:18 45:8 63:20 89:24 141:21 168:24
**temperature** 137:14 140:8,8 141:21
**temperatures** 137:13
**tempted** 137:21
**ten** 64:21 119:10 122:5
**tend** 150:19
**teratogenic** 20:4 21:12 23:13 44:19 58:1
**teratogenicity** 18:9 38:7,15
**teratogens** 38:8
**teratology** 16:20 36:18,19
**term** 75:24 122:7
**terms** 7:17,19 56:18 143:21 169:12
**terrific** 148:2 159:16 167:9
**test** 64:11 95:12 96:23 97:8,9
**testified** 31:24 73:21 76:2,4 81:1 86:18 136:5 151:23
**testify** 98:17 132:18
**testimony** 4:13 11:3 13:2 15:22 15:24 31:23 65:12

74:25 79:22 82:11 130:14
**testing** 60:8 94:11 95:10 111:19
**tests** 95:2
**tetralogy** 39:3
**textbook** 78:11 111:5 112:1 121:3 142:7
**textbooks** 111:7
**thank** 8:14 11:9,24 64:11,12 65:24 66:11,21 115:19 115:20 116:14,20 116:23 117:19,20 118:3 129:16,25 132:4,20 137:14
**thanks** 108:10
**theory** 16:6
**thereof** 94:5
**thin** 82:21
**thing** 15:18 33:7 36:16 43:24 51:9 51:10 67:12 78:23 81:3 87:24 93:20 136:12 167:8
**things** 7:20 12:20 22:22 28:24 31:14 36:1,9 42:1 47:5 60:15 63:24 68:24 75:17 79:21 80:18 81:24 92:25 113:11 126:22,24 128:10 142:12 165:22 166:12
**think** 6:1,5,21 8:5,8 8:20,22,23 9:4,13 9:16 10:11,12,24 13:8 15:19 17:3 23:24 25:2 26:5,8 26:10,23 27:5 32:18 39:14 40:16 41:6,9,17,25 44:14 45:9 46:25 47:10 49:23,24 50:6 51:1,17 53:20 54:12,15

56:23 57:5,15
62:10 63:11 64:10
64:17 65:2,6 69:5
69:10 74:22 75:19
81:21 82:13 84:1
84:18 85:6 103:14
103:15 104:6
108:15 110:23
114:14 129:7
131:13 134:1,10
135:6 136:13
137:7,9 142:15
144:11,19 148:2
155:23 156:8,22
157:15,17,23
158:4,7 159:12,14
159:15 161:7,23
163:19 164:19
168:8 171:13
**thinking** 9:24,25
122:14
**thinks** 108:14
**third** 8:11 10:24
12:13 14:9 15:20
34:20
**Thirty-four** 118:14
**thorough** 49:20
**thoroughly** 60:11
**thought** 4:3 32:8
42:4 96:9 167:13
167:14
**thoughts** 133:2
**three** 18:22 23:15
32:11,17 42:21
48:9,12 56:21
73:7 79:16 80:18
89:4 104:24
122:25 143:7
147:21,24 148:8
148:12 166:20
**threefold** 44:13
**threes** 109:19
**three-step** 45:16
50:10
**threw** 82:8
**throw** 85:18 86:6
88:5,7 90:15,21

97:14 110:21
112:11,12 113:3
139:9 165:18
**Thursday** 59:24
**tight** 106:2
**time** 11:25 12:23
15:17 23:20 39:1
40:8 43:19 51:15
57:1,16 58:16
61:2,12 64:7 76:1
76:17 77:16 87:20
87:22 93:20 94:18
122:14 130:7
132:6 136:1 137:8
137:10 147:23
153:13 154:6
166:12 168:1
**timeline** 24:25 62:7
**times** 1:16 34:12
71:5,15 73:22
74:25 89:5 92:13
104:24 107:8,22
126:7 131:5 137:3
155:19
**timing** 149:11
**tiny** 157:9
**today** 3:8 12:25
13:9 17:3 25:13
65:22 73:7 79:17
80:2 118:2 164:20
**told** 6:12 12:20
90:6 137:23 152:7
153:10
**tonight** 138:13
140:5
**tool** 134:20,23
135:20 150:25
**tools** 141:8,14
150:24
**top** 57:8 67:19
140:18
**topic** 14:1,9,22 15:8
125:1,1 154:24
**topics** 13:21 121:24
132:25
**topry** 34:13
**torology** 24:3

**tort** 98:17
**torture** 41:9
**tortures** 41:5 45:2
45:22
**torturing** 14:12
44:21
**toss** 139:21
**total** 87:18,25
**totality** 97:18
**touch** 132:25
**touches** 159:3
**toxic** 98:17
**TRACEY** 1:13
**track** 19:17
**tract** 23:8,9
**traffic** 65:21
**trained** 126:22
**training** 35:3
**trample** 23:5
**Transcriber**
173:11,20
**transcript** 172:1
173:4,15
**transcription**
156:19
**transposition** 24:3
**treat** 114:20
**treated** 101:4
111:24
**treating** 128:18
**treatise** 13:15
96:15 111:12
**treatment** 52:15
60:11 69:25
112:19
**trend** 38:21 39:2,8
40:5
**trending** 39:25
**trends** 14:18 34:11
37:25 38:2,13,19
40:22
**trial** 7:19 8:1 9:24
10:10 112:16
150:21
**trials** 136:7 154:5
**tricky** 141:23
**tried** 42:8 45:10

46:10 136:11
151:16 154:17
164:14 170:15,16
**tries** 78:14 85:18
**trimester** 20:1 44:3
47:14,22,24,25
52:19 61:22 62:12
62:19 63:2 80:6
105:25 106:9,11
106:12 107:8,19
107:22
**tripling** 44:7
**trouble** 164:5
**true** 8:2 13:13,13
54:21 73:5 90:8
94:3 102:23
130:19 166:2
173:15
**trumps** 170:1
**trust** 148:10
**truth** 138:1,1
139:16
**try** 5:21 19:10
20:13 27:8 29:21
41:19,20 45:24
48:15 113:4
127:21 141:23
**trying** 8:7 18:1
50:8 64:8 93:7
99:12 108:11
112:5 122:22
123:3 124:2 164:3
**turn** 33:23 92:23
137:6
**turned** 139:24
**twice** 93:14 107:21
**twist** 92:23
**two** 3:8,11 11:14,21
15:19 23:15 24:24
24:24 25:16,18
26:21 29:2,6 30:9
30:17,19 48:12
49:9 50:9 56:1,25
57:13 58:8,14,18
60:23 71:9 73:3
73:21 77:15,20
79:10,10 83:5,12

86:22 87:14 89:13
90:9 107:8,13
108:18,21 110:20
110:23 111:3,3,4
125:16 135:3
137:16,22 139:9
143:6,11 145:1,25
146:16 147:2
157:6,8,9 163:6
165:21,21
**type** 62:25 76:9
99:18 121:16
**types** 34:25
**typical** 67:7 94:13
**typically** 120:17

---

**U**

**UK** 129:5 148:6
**ultimate** 159:23
160:22
**ultimately** 11:17
22:13 54:19
159:25
**unable** 31:25
**unaccounted** 44:3
**unanimously** 98:14
98:15
**uncertainty** 70:20
**uncontrolled** 60:6
**underlying** 37:5
63:6 77:14
**underneath** 114:22
**understand** 4:20
8:10 27:8 33:19
33:20 36:21 40:8
58:6 76:1,2 94:10
95:7 110:8 122:8
123:15 124:2,6
138:25 143:20
155:18 169:9,19
**understanding** 4:5
4:8 68:20 79:25
133:9,15,18
144:25 155:9
**understands**
147:19
**understood** 10:18

132:8 143:19
**unequivocally**
26:13 40:9
**unexposed** 91:5
142:20
**unfortunately**
68:17 71:7 74:1
**UNIDENTIFIED**
3:10,16,21,23
69:3 117:8
**uninformative**
82:16
**unique** 23:17
124:15
**United** 1:1 20:22
123:11 125:14
**unity** 91:15
**universe** 58:16 96:4
**university** 7:9
88:19 111:9
118:10,25 119:12
119:13,25 170:5
**unknowable** 32:15
**unknown** 109:9
**unnecessary** 5:16
49:5
**unplanned** 52:20
**unreliable** 12:9
15:22 33:22 36:14
37:18
**unstable** 160:18,21
**unsure** 78:7
**unwittingly** 99:23
**update** 56:5 58:2,3
85:16 88:12
147:25 170:4
**updated** 130:3
**updates** 88:13
**updating** 57:23
165:9
**upper** 39:23
**upset** 68:4,11
**USA** 1:5
**use** 10:14 18:14
19:25 24:8 40:24
44:2 45:10,16
46:1 50:9 60:18

61:5,7,20 63:5
67:4 69:13 71:12
76:18 80:6 82:4
103:5 104:13
105:8 109:11
111:18 112:5
113:22 117:1,18
134:20,25 139:12
140:24 141:10,13
141:14 147:13
151:3,22 156:24
161:21 162:7
163:13
**useful** 48:19
**users** 103:9 105:7
**uses** 112:3,4
**usual** 12:3 28:8
**usually** 120:22
126:1,2,16 128:6
154:3
**utilized** 124:20
**U.C** 119:2,6
**U.S** 54:24 109:25
110:2 169:15

─────────
**V**
**V** 30:10
**vacations** 157:24
**vainest** 36:2
**valid** 37:4 81:1
134:23
**validate** 149:18
**valuable** 147:23
159:14
**value** 48:24 72:5,6
95:2,3,16 99:2,6
106:25 108:2,23
127:18 128:21,21
153:6 157:17
**values** 95:20 96:18
**valve** 24:5
**variables** 76:17
157:22
**variance** 70:19
76:23
**variation** 136:25
138:5 139:25

140:21 141:13,17
151:4,11
**varied** 135:5
**various** 103:4
123:4,5
**ventricular** 19:17
23:6,7,8,9 43:13
**verdict** 44:16
**verify** 152:11
**verifying** 152:3
153:4
**Veritext** 1:23
**version** 77:19
**versions** 90:16
**versus** 45:8,23
50:10 53:23
**vessels** 24:4
**vice** 119:9
**view** 6:18,24 34:3
41:25 139:11
155:22 157:11
**viewed** 16:8
**viewpoints** 96:12
96:25
**views** 99:21,24
**virtually** 72:7
**vitae** 130:2
**vitamins** 40:11
**voluminous** 4:17
**VSD** 19:18 29:9
**VSDs** 92:6
**VSD/ASD** 29:3
**VSEs** 95:15

─────────
**W**
**wait** 66:19 78:2
89:19
**waiting** 155:10
**Wang** 21:19 73:9
146:1 147:11
**want** 3:10 4:3
10:13 11:20 38:25
49:23 55:10 63:22
65:9 66:24 71:23
90:15 95:18 100:2
100:7 105:5
135:12 136:13

137:4,17 139:13
140:19 149:21
150:21 155:8
162:12,21 164:11
169:15
**wanted** 4:16 42:15
79:17 156:20
162:7,8,10,14,15
162:23
**wants** 11:16 73:4
90:15 136:2
**warranted** 155:21
**washed** 90:12
**wasn't** 3:25 30:1
58:6 79:20 103:16
127:10 141:7
145:17 156:19
169:6
**way** 10:3 36:9 41:2
46:11 48:18 75:18
76:12 81:5 86:15
87:23 89:10 90:1
94:13 97:2,20
99:23 100:25
101:8,12 110:6
114:20 123:10,16
123:24 124:14
126:12,25 127:2
127:19,25 128:18
135:7,18 139:11
139:19 141:4,16
148:25 150:4
152:2,19 153:5
161:14 168:22
**ways** 94:2
**weak** 18:9
**weaknesses** 19:11
**weeds** 48:2
**week** 10:15 48:10
58:8 60:23 65:22
126:8
**weeks** 48:13 62:4
**weight** 62:10
137:20
**weird** 76:11 115:2
**well-known** 72:25
**Wemaker** 23:25

**Wemocker** 23:25
78:17 84:20 96:2
101:12
**went** 29:13,20 31:4
32:25 43:2 54:17
151:17 157:15
161:19
**weren't** 46:3 48:6
51:16 75:1 101:6
**we'll** 10:25 11:2
12:24 17:3 40:18
69:6 74:9 84:20
84:22 93:3 95:11
95:20
**we're** 5:5,12 8:7
9:11 14:19 15:10
34:22,25 39:14,16
39:17 42:19,20
43:24 47:16 56:25
57:22 58:2 64:24
82:15 83:7 85:6
91:18 94:10 96:7
100:15 117:14
126:22 140:18
142:17,22,25
153:21
**we've** 6:13 9:12
17:13 27:25 30:11
30:14 34:7 40:17
49:15 55:19 58:13
61:11,16 123:19
146:21 149:13
151:21 164:20
**whatsoever** 35:3
152:16
**white** 139:14,17
**wide** 92:16 121:24
**willing** 134:7
**win** 40:7 92:18
**wine** 70:12,14
135:10 139:14,14
139:17,17
**wish** 74:13 125:3
**witness** 2:5 74:24
115:21 116:3,6,24
117:1,22 129:19
130:15,16,18,25

133:8 161:1,3
**witnesses** 98:17
**woman** 58:4 78:14
102:4
**women** 18:21 20:17
22:15,23 23:3
36:21 42:11,17,20
43:1,7,14,16,18
43:23,24 46:6
47:21 52:15 60:9
60:10 61:22 62:12
62:15,18 76:16,21
87:4 89:4,5,8,21
89:25 90:3 102:8
102:10,11 103:13
103:17,23 104:2,9
104:12,16,23
105:8,21,22,24
106:2,6,10,13,14
106:15,17,23
107:1,4,5,13,17
107:21,24 108:5,6
109:6 144:17
150:18,19 158:22
163:22,22 165:7
167:9 168:25
169:11,21
**won** 99:13
**wonder** 136:21
**wondering** 5:7
46:23
**word** 38:22 41:6
51:7 87:1,22
147:17
**words** 5:25 41:7
47:6,6 76:25
103:20 104:4
109:3 112:20
141:2 156:25
165:23
**work** 5:4 7:1,12
8:11,21 36:10
40:15 42:1 50:5
58:12,18 59:25
76:20 85:19 94:16
99:4 123:6 124:13
124:15 125:4

126:2,16,23 127:6
127:16 128:1,7,14
128:17 129:11
145:16 152:11
154:21
**worked** 122:9,9
124:25
**working** 27:5 49:15
119:9 122:10,21
126:24
**works** 103:15
107:17
**world** 37:8 98:25
101:13 111:25
112:10 114:7
140:25 155:23
**worried** 77:13
141:15
**worrying** 169:23
**worship** 99:1
**worth** 93:5 136:17
166:6,11
**worthy** 54:12,16,18
**wouldn't** 47:7 50:4
56:18 69:12 75:1
86:11,24 87:14
96:19 97:23
112:12 153:14
169:20
**would've** 32:8
**write** 55:13 63:17
121:22 144:24
**writes** 27:10 88:21
**writing** 53:8 62:8,8
112:13 124:6
**written** 26:1 75:8,9
88:23 127:10
133:13 144:15
**wrong** 30:8,19 31:2
31:6,11,16 32:2
32:13,24 33:19
65:2 148:14
**wrote** 82:20 143:5
143:23 144:4,8

---

**X**

**X** 2:1

---

**Y**

**Yale** 88:18 89:14
170:5
**yard** 39:5
**Yates** 12:2,2 116:8
116:14,20 117:12
117:14,18 132:6
132:11
**yeah** 64:23 65:1
94:17 114:1
118:20 119:3
123:6,17 124:12
141:6 153:10
159:3 170:14
171:2,2
**year** 25:14 103:23
104:4 112:2
120:19 122:9
124:5 125:18
157:25 158:8
**years** 49:16 86:24
87:7,13,17 88:2,3
89:23 118:13,14
118:15 119:8,10
119:13 122:5
130:14,24 141:9
141:12 166:10,20
**year's** 13:9,22 17:6
**yesterday** 74:7
76:20 158:4
**Yonkers** 102:18
**York** 1:16 99:10

---

**Z**

**zero** 73:18 104:20
140:15 157:3,12
**Zoloft** 1:4 13:4,12
13:16,24 16:12,16
16:22,25 17:4,18
18:7,15,21 19:16
20:18 21:1,15,22
22:15,16 23:4,5
24:2,19,22 25:9
25:17,22 28:15
29:1 31:5 35:18
39:15 44:6,13
45:1 47:22 51:23

52:4,10,14,16
53:6 54:9 56:8
57:23,25 58:6,21
60:18 61:1,5,8,20
62:12,15,19 67:11
67:20 68:7,16,22
69:14,20 70:1
71:25 80:6 81:14
81:19 82:24 84:10
102:6 103:21
104:23 105:7,14
105:25 106:7,17
107:6 108:6 112:5
112:8 123:21
134:7,14,19 135:1
140:1,22 142:19
143:2 144:2,12
145:18 146:18
147:13,16 149:1
155:14 156:6
158:22 159:23
161:21 162:16,18
162:19,20 163:14
163:16,20,22
164:3,13
**Zonies** 1:12 2:4
3:24,25 4:7 64:15
64:16,18,19,23
65:1,5,8,16,20,24
66:6,9,12,18,21
69:5 115:20,22
116:15,19,23
117:23,25 129:19
129:22 132:1,20
132:21 138:11

---

**0**

**0.008** 108:23
**0.98** 157:18
**02** 106:25
**047** 108:2
**0498** 157:17
**05** 95:2

---

**1**

**1** 1:4 26:7 27:17,24
68:15 129:23

137:25 157:3,18
158:24 159:8
**1-888-777-6690**
1:25
**1.0** 26:2,6,6,10,12
89:18,24 90:2,4
90:12 91:4,23
155:16 156:22
158:25 159:2,4
171:3
**1.0000** 26:7
**1.01** 27:17 29:10
155:22
**1.02** 93:11 155:18
**1.16** 105:17
**1.2** 90:1 155:13
158:24,25 159:5
171:20
**1.20** 155:18
**1.22** 171:24
**1.23** 39:24
**1.27** 102:7
**1.3** 73:17 90:1
113:17 171:20
**1.35** 29:10
**1.5's** 111:5
**1.52** 102:11
**1.6** 102:16 105:3
**1.7** 102:16
**1.79** 29:11
**1.8** 108:22
**1.8's** 111:4
**1.87** 106:25 108:1
**1.88** 108:1
**1.9** 102:15
**1:0** 21:23
**10** 82:3 120:20,21
**10:34** 1:5
**100** 28:18 86:21
120:19
**10036** 1:16
**11** 81:16 82:1,2,3
**11,000** 105:14,20
105:22 106:2,15
107:1
**11:55** 65:25
**117** 2:6

**12** 65:6
**12:45** 65:23
**12:50** 65:25
**13** 60:2
**14,000** 18:21 20:17
  105:7 171:2
**160** 121:11
**17601** 1:11
**18** 71:18
**180** 105:16
**1800** 1:24
**1801** 1:24
**19103** 1:24
**1976** 120:3
**1980s** 122:1
**1981** 122:4
**1982** 119:1,3
**1990s** 119:11
**1996** 167:23
**1997** 88:13 89:8,9

---

**2**

**2** 43:5 137:21 139:6
  160:20
**2.0** 158:16,18 159:2
**2.16** 112:9
**2.3** 169:19
**2.36** 168:18
**2.4** 168:7 169:4,7
**2.7** 168:24 169:5,7
**2:00** 117:4
**2:12-md-02342-...**
  1:3
**2:15** 117:4
**20** 120:20 141:8,11
**200** 107:18
**2000** 119:13
**2002** 88:13 89:8
**2004** 166:19
**2007** 17:11 25:4,7
**2009** 21:7 89:10
**2014** 18:12 21:9
  54:25 57:17,21
  83:16 109:23
  148:2
**2015** 1:4 21:19 22:2
  23:24 24:18 28:23

**31**:14,21 32:2
  61:11,14 62:10
  75:6 147:20 173:7
**215,000** 88:1
**23** 112:9

---

**3**

**3,000** 105:14
  107:21
**3.76** 92:12
**3:27** 1:5 172:1
**30** 107:7 141:8
**30-plus** 83:25
**300** 44:13
**34** 118:13

---

**4**

**4.0** 26:3,12 159:2
**400** 137:10
**442** 107:18
**45** 65:17,23

---

**5**

**5** 2:3 137:18 139:7
**5,000** 171:1
**50** 56:3 84:1
**500** 137:7

---

**6**

**6th** 46:22
**633,000** 88:4 89:8
**66** 2:4
**68** 73:19 140:16

---

**7**

**7** 87:11,11 89:17,20
  89:20,24 90:2,3
  112:9 125:17
**7,000** 23:3
**7,245** 22:15
**7-day** 12:6
**75** 86:23 87:13

---

**8**

**8** 4:23 9:4,5
**8,000** 170:25
**800** 125:17
**801** 1:11

**81** 119:3
**82** 67:19 72:13
  93:12 119:3
**83** 119:1
**84** 140:18
**885,000** 105:8

---

**9**

**9** 102:12 173:7
**950,000** 18:21
**96** 26:10
**98** 155:22
**982** 27:23