```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2                        - - -
        IN RE:                :  2:12-md-02342-CMR
 3                            :  PHILADELPHIA, PA
        ZOLOFT                :
 4    (SERTRALINE HYDROCHLORIDE) :  September 1, 2015
      PRODUCTS LIABILITY LITIGATION:  3:27PM
 5                        - - -
 6            TRANSCRIPT OF DAUBERT HEARING DAY 2
            BEFORE THE HONORABLE CYNTHIA M. RUFE
 7              UNITED STATES DISTRICT JUDGE
 8    APPEARANCES:
 9    For the Plaintiff:  JOSEPH ZONIES, ESQ.
                          REILLY POZNER LLP
10                        1900 SIXTEENTH STREET, SUITE 170
                          DENVER, CO 80202
11                        303-893-6100
                          jzonies@rplaw.com
12
      For the Defendant:  MARK S. CHEFFO, ESQ.
13                        QUINN EMANUEL URQUHART & SULLIVAN
                          51 MADISON AVENUE, 22ND FLOOR
14                        NEW YORK, NEW YORK 10010
                          212-849-7000
15                        markcheffo@quinnemanuel.com
16    AUDIO OPERATOR:     CSR OPERATOR
      TRANSCRIBER:        JANINE THOMAS
17                        NOTARY PUBLIC
18    (Proceedings recorded by electronic sound recording,
      transcript produced by transcription service.)
19
            VERITEXT NATIONAL COURT REPORTING COMPANY
20                  MID-ATLANTIC REGION
            1801 Market Street - Suite 1800
21          Philadelphia, Pennsylvania  19103
                  (888) 777-6690
22
23
24
25
```

Page 2

1                           I N D E X

                                                      Page
2

    COLLOQUY                                      3
3

    WITNESS:  NICHOLAS JEWELL
4     Direct Examination by Mr. Zonies            3

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    Q.    That new data while it was reported as a 1.0 when it

2    includes the Alwan data that necessarily the new data that was

3    not included in Alwan would've had a different effect?

4    A.    Well, here it was a little different from Jimenez-Solem

5    because they did provide in their supplement the ability to

6    break out the data see the new data and directly compare it.

7    And the new data showed a stronger, not very strong, but a

8    stronger association than originally in Alwan.  This is just I

9    think for -- this is not for all cardiac this is just septal

10   defects.  And refuse was the only paper that I've seen that

11   didn't actually talk about all cardiac and that's because

12   Alwan didn't find it interesting and the original and they

13   only focused on results from the earlier paper in this case.

14   Q.    So, I put up there 1.2, 1.3, did you actually do that

15   calculation at some point?

16   A.    I did.

17   Q.    And do you recall what it was?

18   A.    My memory is it's 1.22, but I hate to go by memory.

19   Q.    Dr. Jewell that -- when you're examining the

20   associations your primary focus as you said was on Zoloft all

21   cardiac outcomes and this is a [indiscernible] that captures

22   those outcomes; is that right?

23   A.    That is correct.

24   Q.    And it has Cornum, Wemacher [ph] and it says next To

25   Wemacher severe CHD.  Did Wemacher also have a CHD finding

1    over a cardiac heart defect finding and a severe cardiac heart

2    defect finding?

3    A.    Yes.  Wemacher's I think the only paper, there are

4    other papers who talked about doing this which has said let's

5    not look at all cardiac heart defects, because there's a

6    concern about some of those are reported differentially if

7    you're exposed or not, because of a variety of reasons we

8    could discuss.

9         So, one way to get around detection bias is to focus on

10   severe cases which are likely to be detected under all

11   circumstances and.

12             THE COURT:  I'm sorry.

13             THE WITNESS:  That's okay.  That's what Wemacher

14   did.  They did report had results for all cardiac defects and

15   then they looked at the results for the severe.  So, this

16   slight that's just popped back again has the one with the

17   severe CHD in it.

18   BY MR. ZONIES:

19   Q.    And then you've also -- and I want to be clear Dr.

20   Jewell, you reported all of the outcomes for all of the

21   studies; right?  You're not trying to duplicate and make it

22   look like you're trying to slide one by on the judge; are you?

23   A.    No.  Again, it's important to pointer out that Cornum,

24   Jimenez-Solem and Petersen are all there near the top.

25   They're all Danish and there is some overlap.  I don't want to

1  go over the territory again.  So they performed less

2  replication because you have to do the kind of discussion I

3  just gave.  You have to think about it a little bit more

4  carefully.

5      And Reese Collen [ph] and Collen are in there at the

6  bottom and they're, you know, Collen is really superseded by

7  the Reese Collen they don't differ that much, but once you

8  take that into account, this is all of the reports and all the

9  literature that is important.

10  Q.  And is there a reason you wouldn't want to look at all

11  it and try to understand it?

12  A.  No.  I always want to look at it all.

13  Q.  You also, Dr. Jewell report separately for septal

14  [indiscernible]; is that right?

15  A.  Yes, and here you can see the confidence in those

16  getting whiter because, of course less, septal is a

17  subcategory of all cardiac so you'd expect less precision, so

18  that's what you see.

19  Q.  Did you decide to create these all septal categories or

20  this is what's provided in the scientific literature?

21  A.  No.  These are all provided in the original papers

22  noted there.

23  Q.  Dr. Jewell, when you're looking at the outcome of all

24  cardiac and this is what you see, why do you both to look down

25  at septal defects?

1  A.    Well, I discussed this in my report and it's a

2  conundrum that faces statisticians from an epidemiology from

3  day one.  You want to look at the association between an

4  exposure and an outcome and if the outcome's pretty bad and

5  some of these outcomes are bad, pretty bad or if the outcome

6  is cancer that's pretty bad.  It's fortunately often quite

7  rare and these birth outcomes do not occur fortunately one out

8  of every two births, otherwise, we'd have lots of them and we

9  could get very, quite narrowly into specific subcategories,

10 because there'd be a lot of them available for study that

11 already all cardiac birth defects are not that common so you

12 have to get a lot of woman and we saw numbers this morning, a

13 million woman to get data.  You have to look at a lot of

14 pregnancies to even get close to some information that's

15 reliable on a big category like all cardiac outcomes.  That's

16 why statisticians and epidemiologists have always done that of

17 grouping outcomes that they think are reasonable, I wouldn't

18 do it, I'm a statistician, but you get the expert when the

19 first studies at Twenty Hills, first studies of lung cancer

20 came out, we know there are different kinds of lung cancer,

21 asbestos and smoking actually tend to raise the risk of

22 slightly different kinds of lung cancer.

23     To you and I it's just lung cancer, but to the people

24 who understand pathology of the lung there are different kinds

25 of lung cancers, but when they did those studies, early

1  studies of smoking, because it was hard, an observational

2  studies to get definitive information that would change policy

3  they lumped them all together, because they needed sufficient

4  data.  And that choice is almost always there in every

5  epidemiologic study, what's the outcome?  How do you group

6  them?  Where -- if you go too big you have a chance of putting

7  in [indiscernible] outcomes which have nothing to do with

8  exposure and that will weaken your ability to see association.

9       On the other hand, so you get bias, basically and

10  dilution.  On the other hand you get very precise and say, I

11  really think it's this specific heart defect where the problem

12  is and you only get that specific one occurring one in 10,000

13  pregnancies you're going to end up with no data.  So, how do

14  the epidemiologist resolve that problem?

15       They get the experts together, they decide these bigger

16  subcategories and they essentially draw that line of where

17  they think it makes sense.  Some of the authors in here have

18  sufficiently small studies that they didn't think it made

19  sense to go -- even to report subcategories and they had rules

20  about that, but all of them had sufficient cases to report

21  about all cardiac, as we've already discussed.  That's the

22  only reason I use that essentially as a category that made

23  sense.

24       Now, do you want to look at the subcategories?  Sure,

25  suppose I'd seen a large ratio for all cardiac of two and then

1    you come along and say, I have a client and it's a cardiac

2    defect, but it's this very specific one, a TGA, let's say,

3    transposition of the great arteries.  I say, oh, well, I'll go

4    look at the data.  There's hardly any data reported.  It

5    occurs very rarely.  I think only one paper reported

6    separately on TGAs, there's no information.  Are we lost?  No.

7         Suppose there had been data on TGA as a subcategory,

8    remember, I said all cardiac idea seen in a [indiscernible] of

9    two, but in TGA I saw consistently odds ratio .9.  Well that

10   would tell the statistician even though in the big category it

11   looks like something is going on, it doesn't seems to be

12   mirrored in the subcategory.  The subcategory seems to be

13   something that's in there, but there doesn't seem to be

14   anything going on.

15        So a statistician will want to look at the big category

16   to get precision and then look at the pattern of the

17   relationship in subcategories to see if there's any, that seem

18   to be pointing in a quite different direction and that's why I

19   looked at the subcategories to the extent they were reported.

20   Q.   So, Dr. Jewell, let's take a look at that.  This is

21   your cardiac outcomes with outcomes of 3, 2.8, 2.7, 2.36,

22   1.74, 1.5 and as you start to go into the subcategories you

23   still see in septal consistently increased risk; right?

24   A.   Yes.

25   Q.   And if you look at reported differently here, above the

1   line would be increased risk, below the line is decreased risk

2   for ASD as you get more refined atrial septal defects,

3   ventricular septal defects, ABSDs, are you seeing any sort of

4   a consistent patter even if you go to the other cardiac de

5   fact which captures hypoplastic left heart, contrology of

6   [indiscernible] RVOT, LVOT, all above this line positive

7   associations.  What does that tell you about the heterogeneity

8   or not of these various cardiac outcomes?

9   A.    Well, to do it justice, of course you have to spend

10   some of the hours spent looking at it that in brief if you

11   think of those flores plot [ph] flashing before your eyes all

12   cardiac then the subcategory of septal then, a subcategory of

13   let's say atrial septal defects or ventricular septal defects,

14   the pattern of the flores plot looks the same as you go down.

15   In other words what I'm looking for is there's a subcategory

16   here which doesn't show any increase in risk systematically.

17   It looks different from the big flores plot and that isn't

18   apparent in this case, but that's why we look at it.

19      You have to recognize when you go down to the

20   subcategories everything is more variable because there's less

21   information, but even with that where you'd expect the results

22   to bounce around a bit, I think you see enough here to see

23   that there isn't a subcategory here that's demonstrably

24   showing a different pattern of association than what you saw

25   in the catchall all cardiac subgroup.

1   Q.    Dr. Jewell, when you, after you examined the

2   associations for pulling them out and looking for these

3   generalizable thoughts about the subcategories did you then

4   assess the -- in your methodology assess these associations

5   for whether or not they were simply the product of chance ren

6   variation?

7   A.    Yes, there's been many times in my life where that's,

8   when the story is stopped, because the data just doesn't look

9   like it's sufficiently strong to be anything other than chance

10   and that happens.

11   Q.    When we're looking at these associations are a function

12   of for example ren [ph] variation or systematic variation can

13   you help us understand what that means, in other words, this

14   is a 3.6 outcome here, so would bias and confounding if it

15   were in play to make that disappear how big of an effect would

16   you be looking for?

17   A.    Well, we can quantify that, you would have to have a

18   very, another risk factor confounding factor for example that

19   would be as strongly related to the outcome as the 3s

20   mentioned there to completely wipe that out.

21   Q.    So, something going on in confounding or bias would

22   have to be three times more prevalent if that's the rights to

23   the -- I knew you'd say that.  So, it would have to occur,

24   have a three times impact on the odds ratio.

25   A.    Do you want to restate that question before I give you

1   a grade?

2   Q.    Yes.  Could you restate the --

3   A.    Yes.  For confounding, we know that -- let's just take

4   an odds ratio of three, if that is explainable by a

5   confounding, so the true odds ratio is one, once you adjust

6   for this hypothetical confounding factor.  That hypothetical

7   factor in itself has to have an odds ratio of at least 3.  And

8   it also has to have a relationship to, in this case Zoloft

9   that's the exposure you're interested in.  That's also a

10  strong as three, so there isn't just, you can't just sprinkle

11  a little confounding and wipe out the three, that's was the

12  argument behind Bradford Hills first criteria, the strength of

13  association.

14       It's -- when we saw an odds ratio of 10 for lung cancer

15  and smoking the arguments of confounding went away and there

16  were very, very strong arguments of confounding presented not

17  only by industry at that point, but also by preeminent

18  statisticians that thought smoking and lung cancer was just

19  confounded, there was nothing to do with smoking, but when the

20  size of it became apparent by Hill's work and by Dull's [ph]

21  work then it became impossible to explain by some unknown

22  confounder that we occasionally see that language, Mr. Cheffo

23  put it out, but it's an unknown confounder.

24       Well, that's not, it's not so unknown it's got to be,

25  it's a pretty strange confounder if it's that big and it's

1   still hiding from us.

2   Q.    So, Dr. Jewell when assessing chance it is and I think

3   you've said important, one of the factors that's important is

4   statistically significant results.

5   A.    Well, if there's nothing that's significant at all

6   anywhere and all these results are just -- if that's the plot

7   of all the associations they've all been sort of some to the

8   right of one, some to the left of one, I would have just told

9   you my report and you probably wouldn't have hired me, but

10  that would've been the truth and that's where it would've

11  gone.

12        So, if there was nothing going on, there's nothing

13  going on.  And that just happened to me probably more times

14  than I found something going on, it's just part of life.

15  But -- so that's the first sort of sign of [indiscernible] it

16  seems to me.  Let's not waste your time and my time if it's

17  apparent to me that there's really no evidence one way or the

18  other.

19  Q.    And here did you find that there was evidence?

20  A.    Yes.

21  Q.    And one of the things that I discussed in my opening

22  was Bonferroni context, is this something that you actually

23  support doing to test this question?

24  A.    I do support it in the context of the individual

25  studies.  If you take an individual study and you go fishing

1    for associations or what's the word that was used a little

2    bit -- torturing, if you torture the data by looking at every

3    possible association, gee, if you have red flowers in your

4    front yard, you tend to have a heart attack and you find that

5    association.  If you look for enough you'll find them, that's

6    what multiple comparisons are about, because it's like double

7    jeopardy, it's triple, you're just trying -- you're just

8    random -- you're sort of picking at straws, clutching as

9    straws to find an association in a single study.  That is a

10   fallacy and we recognize it, we're particularly sensitive of

11   it now with genetic studies in a single population, because

12   there's 30,000 genes to look at to see if they're associated

13   one by one with an outcome.

14        So, you have to have very string stringent controls

15   then although, it's like kind of what I would call fishing for

16   associations there.  And Bonferroni was a way to adjust the P

17   value to make those stringent criteria within a single study.

18   And you can do it here Jimenez-Solem is the one major study

19   which survives that kind of criterion.  The others don't, big

20   surprise, because we've already said time and time again these

21   studies individually find it very hard to be definitive

22   because there isn't a huge amount of data, so you wouldn't

23   expect single studies really to show significance necessarily

24   always which we've seen they don't, let alone surviving even

25   stronger criteria, it doesn't make sense, and in fact, when

1  you go to looking at multiple studies the issue of multiple

2  comparisons essentially dissipates for reasons I outlined in

3  the report.

4  Q.    And you've reviewed some of the e-mails I'm not going

5  to go through these in detail, between other epidemiologists

6  who were involved in these types of studies including Dr.

7  Mitchell, Dr. Hernandez-Diaz, Dr. Greenland discussing the

8  importance of significance or not related to a P value.  Do

9  you generally agree with these statements about slavish

10  worship to that dichotomy?

11  A.    Yes, I think in fact all the e-mails that I saw about

12  this issue we all agreed accept for the editor at the New

13  England Journal who agreed but said the rules are I've got to

14  do something different.  And then there's little e-mails about

15  how could this editor believe this is crazy, but still make us

16  do it, but, yes, but avenue statistician and epidemiologist in

17  those e-mails agreed entirely that the whole thing was not

18  relevant really.

19  Q.    If you limited your inquiry in this case, Dr. Jewell,

20  solely to the statistically significant results, would there

21  be any results to the left of one?

22  A.    No.  As I said in my report there are some studies that

23  show a negative association where the odds ratio comes in less

24  than one, so the risk seems a little bit lower in woman

25  exposed to Zoloft, but none of those achieved statistical

1    significance.  And in some sense the slight here points out

2    why one shouldn't limit to significance and if I had, how I

3    would've been excoriated by everyone in sight, because this is

4    all I would've talked about were these studies and everyone

5    would've been unhappy.  You would've been unhappy for

6    different reasons than Mr. Cheffo, but I think both of you

7    would've been unhappy with me, I wouldn't have done my job

8    because you shouldn't and that just tells me that you know

9    already you've got to look at all the evidence, because in the

10   law you always look at all the evidence you don't just look at

11   the significant clues, you look at all the evidence.  And some

12   of it isn't as important as others and there's no question

13   that's true some of these studies are not as important as

14   others, but you got to look at it all.

15   Q.    Now, there's a continuing, it's here in the

16   [indiscernible] by Pfizer for the past years, Dr. Jewell that

17   apparently you believe an outcome like this one in -- Alwan,

18   that you believe an outcome like this in Alwan the bottom last

19   one that is to the left of one and crosses one on the upper

20   bound somehow shows an increased risk; do you believe that?

21   A.    No.  I was quite explicit in my report that that study

22   shows a decreased risk, it's inconsistent with my opinions.

23   There's no question about that.

24   Q.    That study result right there is totally inconsistent

25   with what you ultimately proved.

1    A.    It's below one, that's correct.  Though you can see

2    what I do point out in my work how precise is that known,

3    because that's going to be important.  In that one you can see

4    specifically is very imprecise.  The confidence interval goes

5    from .1 to I can't really read it because the scale is never

6    two or something, so it's very imprecise, but it does not

7    support causation in this case, there's no question about

8    that.

9    Q.    Now, is there something about this upper bound or some

10   portion of this upper bound that you do at least talk about

11   being not incompatible?

12   A.    Well, if you take the one, let's go to the first one

13   that sort of drops below one if you can point to that, that

14   one right there.  Yes, so there's one that's .9 something, is

15   an odds ratio and the data says there's less risk in the

16   Zoloft exposed women in that study.  So, I can't use that to

17   say Zoloft causes a birth defect, that would be crazy; right?

18   Q.    I think so?

19   A.    That would be crazy, somebody said nuts.  I'd be nuts.

20   But look at the length of that confidence interval.  Now, I

21   know it goes way down to the left, that's no one in this

22   courtroom believes that Zoloft has an odds ratio of .2 or .3,

23   but you're 5 times less likely to have a cardiac.  In fact

24   Pfizer doesn't believe that, they'd be selling the drug to

25   protect you from a heart defect anymore than people believe

1   the very right end of the confidence interval reaches five or

2   six.

3        So, no one believes those end points, I understand

4   that, but if you look at the imprecision in that study while

5   it does not support my conclusions it doesn't really

6   contradict them in and of itself because it's quite compatible

7   with an odds ratio of and there wasn't enough data in that

8   study to precisely nail down that two was ridiculous.  So

9   that's all I'm saying.  I'm not saying supportive, I'm just

10  saying it doesn't flatly contradict that and that's true of

11  many of those that are down there as you can see half of them

12  down there below one the confidence band on the right goes

13  quite far up into the range of increased risk.

14       I mean if you would just go back to that slide for a

15  second, I don't want to prolong things, but if you said to me,

16  can you write a report that says the odds ratio for Zoloft and

17  cardiac defects is .3, do we have evidence that there's a

18  three-fold decrease in risk?

19       So, here's the data .3 if you can run your pointer up

20  there, cuts may be 2 at most, maybe it gets that third one.

21  There's no one in this room would believe that.  Even though

22  there's no -- a few of them are significantly different

23  from .3, some of them aren't as we just said, but the

24  preponderance of the evidence makes it clear to everyone.

25       Now, we're not in the quite as crystal clear situation

1   when we're talking about one here, but that's the way you've

2   got to do it and in Hill's language, you have to say what is

3   the reason for this pattern?  It's clearly not symmetric.

4   What is the reason here and is there -- here's his language,

5   is there any other way of explaining the asymmetry of that

6   plot?  Or any other answer equally or more likely than cause

7   or effect and that's what the rest of the report goes through.

8   Is there another reason why we're seeing these studies slanted

9   to a positive association.

10   Q.    And that's what you get into next, right, is systematic

11   variation --

12   A.    Right.

13   Q.    Bias or confounding?  In your own words you don't stop

14   there and say, yes, well, jeez it was all -- looks like there

15   was more on a risk, but you actually go in and then say is

16   something else causing that?

17   A.    Yes, and many of the authors have raised in their

18   limitations of their work, some of the biases that can -- may

19   have distorted what we're see, and so we've got to pay

20   attention to that.

21   Q.    And one of the main ones -- you looked at many in your

22   report; is that right?

23   A.    I did.  I did and confounding in general do women

24   Zoloft smoke more or are they more obese, these other risk

25   factors for cardiac of birth defects, I want to point out,

1   just before that was very important to look at that all the

2   authors tried their best, some more successful than others.

3   The flores plot we just had all of the results adjusted for

4   all confounding that those authors did.

5        These are not the crude results.  These are already

6   de-biased in some sense by getting rid of all the confounding

7   that the original authors were able to do.

8   Q.    Well, and to put a fine point on that Dr. Jewell, the

9   Huybrechts' number for all cardiac is I think 1.09 here.

10  A.    Yes.

11  Q.    And not significant.  If you had chosen to try to get

12  one by on everybody here you actually would've put in the

13  Huybrechts' crude which would be 1.27 and it would actually be

14  up here as statistically significant; right?

15  A.    That's correct.  So it moved on.  And that was

16  adjusting for confounding not only by a lot of these factors

17  like smoking it was also adjusting for this confounding by

18  indication by adjusting for whether the women had a diagnosis

19  of depression or not.

20       So, I just want to be clear that flores plot has taken

21  out as much as I can of those biases to the extent they were

22  reported by the authors.

23  Q.    So, the Huybrechts for example would've gone from 1.27

24  statistically significant in its crude down to its 1.16 when

25  they do the depression restricted, but you even reported the

1    propensities for 1.09.

2    A.     Yes and that was just adjusting for other factors that

3    the women -- other, many, many other factors that the women

4    had to try and remove their impact on the question.

5    Q.     So, had we chosen to put the crudes in here for

6    example, you could imagine this whole thing would actually --

7    A.     It would've shifted to the right.  Not always, but by

8    in large.

9    Q.     Now, confounded by indication I'm not going to go

10   through each of these Dr. Jewell, because again, these are in

11   your report that there were no studies demonstrating that

12   depression in and of itself causes cardiac malformations.

13          And then the other various techniques that the authors

14   have used to determine whether or not it's depression

15   including looking at other antidepressants, this is all in

16   your report; correct?

17   A.     It's all in my report, yes.  I looked at that careful.

18   Q.     But, you -- and Jimenez-Solem, this is also in your

19   report attempted to do this through this pause group analysis;

20   is that right?

21   A.     Correct.

22   Q.     And you've mentioned that the Knutsen [ph] article, I

23   believe in your report which discusses why that pause group

24   may actually have this increased risk.  Could you talk about

25   your thoughts on the Jimenez-Solem pause group, first of all

1    about the fact that it's all SSRIs and then what else you

2    think of that analysis?

3    A.    I actually don't believe I did comment on Knutsen, Yen

4    about the paper at the time I wrote the report, but I wrote

5    the same argument that Knutsen actually wrote about later and

6    that was that the definition of being paused in Jimenez-Solem

7    was that you had to be taking an SSRI up to a certain time

8    period several months before conception, at which point you

9    did -- had no more prescriptions, so you paused.

10        And then you had to pick it up again, after a

11   certain -- within a time period after the pregnancy had ended.

12   There was a time interval at the end.  And I said in my

13   original report that gave me some concern, because of the fact

14   that that might introduce a bias that women who suffered any

15   form of birth defect or any complication in their pregnancy

16   might be more likely to go back on antidepressants and that

17   that would bias the results, of course, of Jimenez-Solem and

18   that's the same reason that Knutsen independently wrote about

19   that I didn't know when I wrote the report.

20   Q.    And how would that bias the results?  Why would that

21   make it seem like there's more risk in that pause group?

22   A.    Because it means that you're more likely to get into

23   the pause group if you've had a heart -- not a heart -- any

24   defect.  So, we'll raise, artificially raise the rates of

25   defects in the group.  And they, Jimenez-Solem points out and

1    it was pointed out this morning by Mr. Cheffo that this pause

2    group had an increased risk.  And that's one possible

3    explanation, not necessarily of the entirety of the increased

4    risk, but why it may be overstating the risk of a true pause

5    group, because you've got this bias and the way you've defined

6    the pause group.

7    Q.   And the fact that it's looking and only reporting on

8    all SSRIs does that give you pause?

9    A.   Yes, because at the beginning of my report and what

10   we've discussed earlier I was at pains to try and use Zoloft

11   specific information unfortunately Jimenez-Solem pause group

12   is a group of women who took any SSRIs, not women who took

13   Zoloft and then paused.  Now, there had to be some in there

14   who were Zoloft, it would be rather fewer, because we do know,

15   from Jimenez-Solem the fraction of the women exposed to SSRIs

16   before pregnancy who were Zoloft specific, but they don't

17   report in the pause group how many were Paxil, pause Paxil

18   users, pause Paxil users or pause Zoloft users.

19        So I couldn't compare the pause Zoloft users to the

20   non-pause Zoloft users.  I did have the data and Jimenez-Solem

21   talks about the data for Zoloft-exposed women who continued to

22   you it, but when you compare it back to a pause group it's not

23   Zoloft paused only, it's a mixture of other women.

24   Q.   And is that in an analysis that given the data you had

25   you thought would be of interest?

1  A.    Well, the whole point of Jimenez-Solem was to try and

2  pull out this pause group and see if they were at an increased

3  risk and we've talked about why they might be artifactually

4  because of this definition of you had to go back on the SSRI

5  and Zoloft after the pregnancy.  Nevertheless this was at the

6  core of Jimenez-Solem's argument about confounding by

7  indication.

8        The argument I think I'm not -- I'm using their words

9  as best I can.  The argument is that if the pause group is

10 still at increased risk compared to unmedicated depressed or

11 unmedicated women, depressed or not it can't be the drug,

12 because they're not taking it, they paused.  That was the

13 whole beauty of the Jimenez-Solem attack on the question.  It

14 was creative, they had pharmacy records, they had the ability

15 to get the timing from pharmacy records.  So, that was the

16 whole point.

17       Unfortunately in my view they did that, they looked at

18 the pause and they said they're at increased risk, but they

19 didn't complete the loop which is yes, but are they at

20 increased risk compared to the ones who didn't stop?

21       If you really had an ideal experiment, I forget the

22 nice word Mr. Cheffo used exquisite experiment, you would take

23 a group of women, you want it, the trouble plaguing this field

24 is who do you compare Zoloft users, pregnant Zoloft users to?

25 And initially they would compare them to any women having a

1   pregnancy and then people said, oh, wait a minute the women

2   who suffer from depression aren't really comparable.  You're

3   comparing an apple and orange so, then, you know, then papers

4   like Huybrechts, they try to restrict that we're going to look

5   at depressed women some who take Zoloft and some that don't.

6   But still a little bit -- Zoloft users are not necessarily the

7   same Paxil users or they're not the same as somebody using

8   another antidepressant or someone who's depressed that isn't

9   taking a drug.

10        So, the goal of an epidemiologist is to try and get how

11   do you pick those controls?  The comparison group?  What you

12   would ideally like is a group of Zoloft users to a pregnancy

13   that's your exposed group and then have another group of women

14   who are identical in all regards who didn't take Zoloft,

15   everything else would be the same.

16        The only way we know how to achieve that

17   methodologically is to randomize.  So, you will take Zoloft

18   users and you'd randomly pick half of them when they conceived

19   and said you can't take Zoloft anymore.

20        If we had that experiment that would be exquisite,

21   because there could be no difference between the groups except

22   that they didn't get -- one half of them didn't get exposed.

23   We can't do that and people have judged that's not ethical for

24   obvious reasons.  The closest thing in all of these studies to

25   getting to that exquisite experiment that all statistician and

1   epidemiologists want to do is this paused analysis.  And you

2   want to therefore say, okay, these women were identical going

3   into conception, they were all taking Zoloft.  Some of them

4   stopped taking it and now we have this ability to compare

5   those who continued and those that don't and see what the

6   results.  And Jimenez-Solem didn't actually do that, they

7   compared both groups to the women not taking any drug, but

8   when you do the direct comparison you get the 60 percent

9   increase in risk which can't be purely then, so the

10  confounding by indication hasn't completely eradicated this

11  fact that women who stayed on it suffered for more cardiac

12  defects than women who didn't.  And here's the data.  There's

13  that 1.6, 1.59 to be precise.

14  Q.   Your Honor, I'm about to go into a new area.

15          THE COURT:  Nice area to take a break.  Let's

16  take ten minutes.

17          (Whereupon there was a recess in the

18  proceeding from 4:01 p.m. to 4:17 p.m.)

19          DEPUTY CLERK:  All rise.  Court is now in

20  session The Honorable Cynthia Rufe now presiding.

21          THE COURT:  Everyone please be seated.

22          MR. ZONIES:  Your Honor, I'm not sure what you

23  want to do in timing.  I think I probably have in truth 40, 50

24  or so to go.  Dr. Jewell is here with us tomorrow as well, so.

25          THE COURT:  Certainly, but if you can complete

Page 26

1    your direct it would be best.  We think we should keep going

2    as long as we can all refrain from dropping our water bottles

3    on the floor.  Noise, that was me.  All right.  Thank you.

4              MR. ZONIES:  We'll look to complete his direct

5    tonight, Your Honor, today, whatever.

6              THE COURT:  I do need though if you're going to

7    keep using the -- we can't find this exhibit in the exhibits

8    and it's very important to your case.  We just need a copy

9    that needs to be enlarged.  Let's just say it, we need bigger

10   letters because it's very hard to follow on any of our

11   screens.  I'm sorry that it just can't be enlarged enough to

12   see it all at once; all right.

13             Mr. ZONIES:  Absolutely.

14             THE COURT:  So maybe overnight somebody can

15   collie and enlarge it for us.

16             Mr. ZONIES:  We can do that.

17             THE COURT:  Thank you.  All right.  Please

18   proceed.

19   BY Mr. ZONIES:

20   Q.    And Dr. Jewell, I just want to while we're talking

21   about this flores plot --

22             THE COURT:  That one.

23             THE WITNESS:  That's the one that's hard to see.

24   BY MR. ZONIES:

25   Q.    What it -- in your methodology Dr. Jewell, where does

1  this fit in?

2  A.    Well, this is really in my report a visual aid just to

3  be able to try and put on one page, as difficult as it is to

4  read all of the results.  This is a few more than in my

5  report, because of the new studies.  So this is just a visual

6  aid to be able to refer to it to see all in one page the

7  whole, all the results whether in this case it's for all of

8  them, but then the other ones for subcategories.  It's just

9  helpful as a visual device, I'm not trying to infer from this

10  plot something quantitative.  I've only referred to it this

11  afternoon in the asymmetry of the plot which I think is

12  apparent to everyone in the room, but other than that I'm not

13  trying to infer anything directly from it and I've talked

14  about why doing a matter analysis of all of those is fraught

15  with danger, very appealing, but fraught with danger and we

16  can talk more about that and where one might go given the fact

17  that these studies are actually not all on equal footing, and

18  two, show such heterogeneity.

19  Q.    So, if for example Dr. Jewell is this something where

20  you plotted these results out the first week you started

21  working on this and you looked at this and tried to decide

22  something today or is this something that you do to help guys

23  like me when you're presenting your opinions?

24  A.    Actually I produced this or a plot like this at the

25  very end of writing the report.  I didn't actually have it, I

1   had enough little notebooks and things laying around then at

2   the end when I got rid of all those I are thought this -- I

3   need something to be able to refer to and I put this in at the

4   end of the report to sort of summarize where I thought it

5   might be useful.

6   Q.     We were talking about confounding by indication and the

7   exquisiteness of Jimenez-Solem's pause group and some of the

8   shortcomings of that and now idea like to talk, Dr. Jewell,

9   about the Huybrechts analysis and in particular a more

10  exquisite look at this data; okay?

11  A.     Correct.  Okay.

12  Q.     There's a slide on the screen now that is the

13  Huybrechts 2014 study entitled Antidepressant Use in Pregnancy

14  and the Risk of Cardiac Defects.  Is this a study that you've

15  spent a great deal of time reviewing?

16  A.     Yes.

17  Q.     How did and as it shows on the screen, how did

18  Huybrechts in this 2014 study define whether or not women were

19  considered to be exposed to an antidepressant and in

20  particular Zoloft during the critical period of early

21  pregnancy?

22  A.     Yes, so, the Huybrechts team had Medicaid data on

23  pregnancies and then they had to merge that data with data on

24  pharmacy records associated with Medicaid, so they had -- this

25  was not -- the data set they had to construct basically by

1   merging data sets, once they had done that to the extent, that

2   was done well and effectively, they then had to define what

3   they meant by exposure, because people go on and off

4   prescriptions all the time and so the piece that's highlighted

5   in there with regard SSRIs they looked at the most recent, if

6   you will, the most recent prescription of an SSRI prior to

7   conception and they could see the number of pills that would

8   be in the prescription and count the days and then say, if the

9   prescription if taken as prescribed would take the woman into

10  taking those pills during postconception count that woman as

11  exposed.

12  Q.    And so they looked at supply of in this case Zoloft

13  over a period of weeks before conception and tried to

14  determine if that supply would allow a woman to have the pills

15  in a medicine cabinet essentially during the critical period

16  of pregnancy?

17  A.    Right.  They did not know if the woman actually took

18  the pills pregnancy for any person for obvious reasons, that's

19  not recorded in the database and that's of course a weakness

20  with pharmacy records because we know that people don't always

21  take the medication, I bet you've not always taken your

22  medication when prescribed.  So --

23  Q.    I don't need medication.

24  A.    It's a problem, but that's the best her team could do.

25  And it's somewhat similar to Jimenez-Solem had similar

1    pharmacy records.

2    Q.    So, Huybrechts initial analysis that we've discussed

3    compared, I'm showing you a slide Dr. Jewell of Huybrechts

4    analysis with an odds ratio of 1.27 that is significant at the

5    P value .05.  Can you describe what this slide shows?

6    A.    Yes, once she's classified, once her team has

7    classified the women and the pregnancies into exposed that's

8    the red here and unexposed and in this case removing women who

9    were exposed to other antidepressant, so they have no

10   antidepressant exposure at this point during their pregnancy.

11   Then she compared the rate of cardiac defects and other

12   defects in the red group versus the blue group, not

13   surprisingly the blue group is huge, it swamps the red group,

14   but nevertheless there's a lot of pregnant women exposed to

15   Zoloft in their database 14,040 and the rates are compared and

16   they're 27 percent higher in the red group than the blue

17   group.

18   Q.    And is that a true crude odds ratio is that what that

19   would be?

20   A.    That's a crude odds ratio.  Just look at the rate of

21   cardiac defects that are also now in this merged data set.

22   Q.    And then the Huybrechts authors did a what's called on

23   this next slide, Huybrechts analysis depression restricted

24   comparison.  Can you describe for us please what they did for

25   depression restricted and/or and what the results were?

1  A.     So to get around the idea that it's depression itself

2  that may be contributing to a rate of defects in the exposed

3  women and not the control in a previously light where include

4  women who had no diagnosis of depression, had no reason to be

5  taking an antidepressant so, that included a lot of

6  nondepressed women to put it crudely.  And so to get around

7  that they said let's just use as the comparison group those

8  who had a diagnosis of depression.  I'm speaking somewhat

9  colloquially you can be precise and that removed a few of the

10  Zoloft users what dropped from 14,000 to about 11,000, but it

11  of course reduced a huge number of the blue group and they had

12  a -- but still had a 180,000 left and now you can do the same

13  comparison, what's the risk of the cardiac birth defect in the

14  red versus the blue, the Zoloft exposed to the unexposed and

15  now it's dropped a small amount to 1.16.

16  Q.     And what do you mean by its dropped a small amount?

17  A.     Well, it went, I think it was 1.27 before and it

18  dropped to 1.16 so that's important particularly since we

19  close to one in this study for a number of reasons we could

20  discuss.  So, it's important from a statistician, you're not

21  able if you look at the 1.27 could you flash back to that

22  slide for a second?

23       So, the lower banned of that 1.07, 1.52, 1.16 is right

24  in the mix there.  It's hard to tell the difference between

25  1.16 and 1.27, but nevertheless it's moved it towards one

1   that's where you ought to focus on, because that's a more

2   homogeneous, these groups are more homogeneous now, they all

3   have a diagnosis of depression as compared to the one in the

4   previous slide.

5   Q.    So, now, in the Huybrechts study, Dr. Jewell there's an

6   additional I think two levels of adjustment based upon

7   something called propensity score analysis; is that right?

8   A.    Correct.  That's correct.

9   Q.    Can you describe for us what that means a propensity

10  score analysis?

11  A.    Well, that's complicated.

12  Q.    Okay.

13  A.    It's basically a method for trying to balance so that

14  you would want, suppose smoking was a little higher in the red

15  group than the blue group and you were worried that that's

16  distorting the rate comparison I just talked about, so you now

17  adjust, you really re-weight the data to make the fraction of

18  smokers in the both group the same by re-weighting basically

19  counting down-weighting the numbers smokers in one group and

20  up-weighting them in the other, basically.

21        And you do that for a whole bunch of [indiscernible]

22  they actually did it for over 200 characteristics of the women

23  and you need some massive software and some coding and you --

24  but the basic goal is to do the same, to balance the red and

25  blue group on everything else that you know about.  And so

1    they did that and then you compare the rate now you're

2    re-weighted the data so the rates change a little bit when

3    you've down-weighted some women in the red group or

4    up-weighted in the blue you're down-weighting the weight you

5    put on that outcome also and you get a new comparison and

6    that's what led to their final reported result and it dropped

7    I think to, well, I'm not sure it's here, but 1.09 as my

8    memory.  So, it dropped again, just a small fraction closer to

9    one.

10   Q.    Now, Dr. Jewell, you did something at the stage of

11   depression restricted, well, first of all, does Huybrechts

12   supply the various variables and data that they used to create

13   their propensity score analysis?

14   A.    No.  They don't allow you to do that.  They tell you

15   about it, but you'd have to have the raw data to be able to

16   change it yourself or re-weight things a little bit

17   differently.  All of these adjustment for confounding little

18   differences that's why I'm not particularly caring about that

19   odds are that they [indiscernible] odds ratio being 1.0 or .98

20   because you put in another variable it will make a little

21   shimmy to it and change it slightly, but I can't do that even

22   if I wanted to with the Huybrechts data because you need the

23   original massive database and they aren't willing to release

24   it for good reason.

25   Q.    Now, so at the level where you did have information Dr.

1    Jewell, you did something with this group of women in this

2    slide that would show appeared depression restricted, 11,059.

3    You did an analysis of those women in particular; is that

4    right?

5    A.    Yes, because the Huybrechts team provided additional

6    data on that red group that they themselves have deliberately

7    collected to try and refine the measure of exposure by

8    counting how many fills of prescriptions they had during the

9    first trimester.

10   Q.    So, if I'm understanding correctly Huybrechts original

11   data in the paper that we did pull up and that's in the

12   Court's binder actually provides data about these 11,000 women

13   that include a particular whether or not these women filled a

14   prescription during the first trimester or filled two or more

15   prescriptions during the first trimester or filled none; is

16   that correct?

17   A.    So, that is correct.  So we just talked about adjusting

18   for confounding.  We want to make the red women and the blue

19   women as alike as possible on all these other factors and then

20   they're only different, because one was exposed to Zoloft and

21   the other was a depressed woman, but not exposed even to any

22   SSRI.

23         But the blue women are -- the whole point of that

24   re-weighting with having to measure 200 variables is because

25   you don't believe the red women are really alike enough so

what --

Q. You don't believe the red and the blue in this analysis are alike enough?

A. Well, that's the point of doing that additional adjustment that took her from 1.16 to 1.09 that was that whole massive 200 variable stratification stuff, propensity score analysis. And okay, that's complicated you can't reproduce it's difficult and it's done because of this concern that the red and the blue women are still subtly different on other characteristics, I understand that.

But why Huybrechts themselves provided the data is you could take the red group and now compare red with red. In other words two different kinds of Zoloft women. So, you're taking the --

Q. [Indiscernible] that red?

A. Yes, it's all read in this case going back to the previous slide. These are the -- if you add these up these are the original 11,059 so if you flash forward again, take those 11,059, now they're all read and they're all homogeneous to the extent they were all suffering from a diagnosis of depression. They were all taking Zoloft to treat the depression. They all got pregnant, but then as we talked about Jimenez-Solem some of them behaved differently during the first trimester with regard to their Zoloft prescription than others and that's what this breakdown of this 11,000 is.

1    Some of them didn't refill the prescription.

2         Now, where he just talked about to be exposed in the

3    Huybrechts data, you might have had a pill that took you one

4    day into conception.  That would count you as exposed, or two

5    or three whatever.

6         If you didn't fill a prescription at that point you

7    were really not very exposed if you only had wills for one

8    day, in fact we don't even know if you took them, but, even if

9    you did, according to your prescription you could only have

10   taken them for one day, because we didn't refill the

11   prescription.

12        So the red group here now is a group that is much less

13   likely to be as heavily exposed to Zoloft to doing the

14   critical first trimester than the blue group.  We don't know

15   for sure, no one does who took what on which day but as I just

16   pointed out if you were exposed because you had pills that

17   took you day beyond conception and then never fill the

18   prescription you'll be in the red group.

19        If you were a woman who had pills on the prescription

20   prior to conception that took you one or two days into

21   pregnancy and then you refilled you'll be in the blue group.

22   So this provides a very natural counterfactual experiment,

23   meaning these women were all identical, we couldn't separate

24   them up to the moment of conception.  They were depressed,

25   they got pregnant, they were on Zoloft, they were on Zoloft

1    enough most recently they had enough pills to take them up

2    until conception and a little bit beyond and then some of the

3    women stopped filling the prescription and some didn't and

4    that's the red and the blue comparison here.  As I said, shark

5    of randomization which we can't do.  This is actually the most

6    natural homogeneous comparison possible.  We're not bringing

7    in women who never saw Zoloft.  We're not bringing in women

8    who aren't depressed.  We're not bringing in women from

9    different countries.  These women were all indistinguishable

10   as a group until the moment they conceived and then for

11   whatever reason something happened to separate them into red

12   and blue.  Most of them kept taking Zoloft, 8,600, but 2,442

13   and Huybrechts had separated out the data by these two

14   categories in her data supplement in her paper.

15   Q.    So what did you find Dr. Jewell when you ran this

16   analysis?

17   A.    Right.  So this is a natural experiment.  I always was

18   curious because of doing this is the big point of

19   Jimenez-Solem to do this natural comparison.  He is the only

20   other study I have the data to do this and you see a 90

21   percent, 87 percent to be precise increase in risk of cardiac

22   defects in the blue group compared to the red group.

23   Q.    Now --

24   A.    So, the ones who continued taking it to the paused

25   group and that's statistically significant.  So that's not

1   explainable by chance.  Now, this isn't torching.  I didn't

2   try 15 of these kinds of analyses.  I didn't try of these

3   kinds of analyses.  I went from Jimenez-Solem I read

4   Huybrechts I said you can do exactly the same thing as

5   Jimenez-Solem did in Huybrechts, she provided the data to do

6   this crudely and I did it.  In fact that's the whole point of

7   trying to refine the exposure and get groups of women and

8   restrict a depression diagnosed women and then now to all

9   women, all these women taking Zoloft that's the whole point of

10  this analysis in it's as powerful a comparison as you can get,

11  but it doesn't present itself very often, only in

12  Jimenez-Solem with its limitations and in Huybrechts with its

13  limitation are you allowed to do this kind of comparison.

14  Q.    Now, Dr. Jewell, because exposure in Huybrechts means

15  any pill that could, that overlaps with the first trimester,

16  doesn't that mean that the woman who fills a prescription for

17  Zoloft in the second month of her pregnancy ends up

18  being "exposed" even under your analysis?

19  A.    Yes, Mr. Cheffo made a big point this morning that this

20  is a ludicrous comparison, maybe I'm overstating how he didn't

21  like it, but by [indiscernible] these are both exposed.  How

22  can you compare exposed and exposed?

23        But I just point out they're not the same, one was

24  continually refilling.  Some women in the blue group would

25  fill their prescription twice in the first trimester, some

1    only once.  The one in the red never refilled it so, they're

2    not the same.  Now, he's right, some of those red people may

3    very well be exposed and they might have been exposed at the

4    critical moment of organogenesis.  I accept that, I can't

5    separate them out because no one was watching the women, I

6    don't know that.  If they were hypothetically exposed at the

7    critical moment, what would that do to the rate of defect if

8    there is an association?  It would increase the rate; right?

9    Because they'd be exposed to Zoloft at the critical moment.

10   I've treated them in this analysis as unexposed.

11        If in fact they weren't exposed the 1.87 would go up.

12   So if Mr. Cheffo would provide the information from Dr.

13   Huybrechts we know it's impossible, but if we hypothetically

14   get this information and get rid of those exposed people from

15   the red group the odds ratio would be even higher, that's

16   obvious and demonstrable.

17        So, I don't have the same and in fact, I said this in

18   the report and in my deposition, that's why that didn't bother

19   me as much as you might think that the red group might have

20   some people who in fact took the separate, you know, they took

21   pills longer than their prescription or they took them through

22   the critical period, because it would only -- if I could get

23   rid of them, it would only make it worse for Zoloft, so I'm

24   being conservative here in this comparison if that was really

25   their concern.

1   Q.    So, Dr. Givens filed a report in this case, Dr. Jewell

2   where he took some umbrage of the fact that first he agreed

3   that this information is available in the Huybrechts study and

4   this is a quote on the slide called Givens Challenge his

5   paragraph 23 from his report said, "Professor Jewell has also

6   not conducted his new analysis separately for women who filled

7   two or more prescriptions," and that data is available in the

8   same table and he describes it this would guarantee a refilled

9   prescription during the first trimester.  Do you think that's

10  a good idea?

11  A.    Well, it's fine to do that.  I did it by anyone filling

12  at least one, so I included people who only had one filled

13  prescription in my blue group, the exposed group.  He wanted

14  me to go even further by saying if you're really going to do

15  this the way he would like, he would like it to be more

16  definitive in the blue group now and say let's get rid of the

17  ones who only filled one prescription, let's take those who

18  fill two or more -- to use his words guaranteed that their

19  exposed.

20  Q.    What's that look like?

21  A.    So, I did it of course after I saw his report and it's

22  an identical result to within .01, as 1.88.  This is now in

23  the blue group only looking at women who had prescriptions

24  leading up to pregnancy, filled a prescription at least twice

25  during the first trimester as compared to the red women are

1   still the same.  They had drugs taking them up until

2   conception but never filled a prescription so it's a more

3   clean if you want, I've got rid of the middle group here where

4   they're, you know, what's with those women that filled it

5   once?  And it's exactly the same result and even though I've

6   thrown away some data here it's still significant.  So,

7   there's clearly a difference between those women, blue women

8   the continued users compared to the women who are not filling

9   prescriptions during the first trimester.

10  Q.   So if we say that this, the blue women have filled two

11  prescriptions in roughly a three-month period for the first

12  trimester of pregnancy that would exclude then women who might

13  otherwise have been in that group who didn't start their

14  prescription until third month of pregnancy; right?

15  A.   Yes, I think his concern, I haven't talked with him and

16  he didn't explain it, but I think the concern might be that

17  you would have a woman who had enough pills to take into the

18  first few days postconception stopped and then filled a

19  prescription a day before the end of the first trimester that

20  would count in my first analysis as one prescription fill and

21  that particular woman wouldn't have been exposed in the blue

22  group even though I called her as more exposed.  So, you said

23  let's get rid of that by doing the two.  And of course it

24  gives you the same results, by the way the bias in that if one

25  could remove from the analysis from the blue group women who

1  weren't truly exposed if there are really some women in that

2  blue group who are not exposed and therefore at no risk it

3  would only make the odds ratio bigger again.  So these two

4  concerns, these two challenges haven't been thought through.

5  They actually would make it worse for Pfizer if those women

6  were to be removed if we had more definitive data.  So, I'm

7  actually here being conservative with regard to this

8  comparison.

9  Q.    Now, to be fair Dr. Jewell, one of the criticisms of

10  this analysis that we've heard from Pfizer is well, look Dr.

11  Jewell we know there was a stratification of the crude and

12  then they did a depression restricted group which is what you

13  used for your data, but in the Huybrechts study they went down

14  to propensity scoring and even two levels of that if you look

15  at the supplement.  This is not adjusted for those propensity

16  scoring Dr. Jewell.

17  A.    That is correct and that was the content of -- I

18  discussed that at deposition, I couldn't do that because that

19  would require me having the individual level data to have

20  those variables to adjust for confounding at this point and

21  Dr. Huybrechts and I in that brief e-mail exchange discussed

22  this point and as I said, that's exactly why I need the data

23  or have you guys run it for me if you want, I don't have the

24  data in my hands I've done that before where someone will do

25  it and I'm blinding, so there's no confidentiality.  That's to

1   take care of that loose end, there's no adjustment for that

2   additional confounding.

3       Two reasons I'm not -- I'd love to do it and I asked if

4   I could and I've been, I think the last message from Krista

5   Huybrechts was we're talking to our team about doing it for

6   me, basically.  So, I think she -- maybe that will come

7   through, but why I'm not that -- I'd live to see the results

8   why I'm thought that concerned to be that I'm misrepresenting

9   anything here is one, is already these groups of women are

10  much more homogeneous than the group we -- that they applied

11  their propensity score to which included all women who had a

12  depression diagnosis but had never seen a -- never come within

13  an arm's length of an SSRI.  So that's a more heterogeneous

14  group but this group as I said these women were

15  indistinguishable until the moment conception happened so

16  there's likely far less difference between them than there

17  would be in more heterogeneous groups.  So, confounding won't

18  make as big a difference and two, when you look at where there

19  was more heterogeneity in the original mean or comparison of

20  Huybrechts and they did that adjustment for confounding it

21  reduced as you saw from 1.16, I think the 1.09.  So, it

22  changed the odds ratio by .07 or a few percent.

23      Now, if you applied said well, we don't know how much

24  difference adjusting for confounding of these results would be

25  anyone like me, any statistician is going to say, well, what

1  plausible, what kind -- given that I can't do it today what's

2  plausible about the impact of confounding?  I saw 4 percent

3  effective confounding on the more heterogeneous case even if I

4  applied the 4 percent to the 1.88 that's going to reduce it to

5  1.7, it's not going to reduce it to one, so this is just not

6  plausible that confounding can explain this result given what

7  we know about confounding in the entire data set that

8  Huybrechts is provided and when you see the size of the effect

9  here.

10  Q.   So, Dr. Jewell to summarize on this slide entitled

11  Givens Huybrechts Givens Reanalysis you found it statistically

12  significant one point I think you'd say that's 1.9 or 1.88

13  increased risk in a group of women who were all on Zoloft at

14  or around conception and all were depressed?

15  A.   And all took -- yes.  That's the whole group.  They're

16  all exactly the same at that point still.  And then the blue

17  group is those women went on to take -- fill prescriptions at

18  least twice during the first trimester and the red group never

19  filled a prescription.

20  Q.   Did you create any of this data or was this data

21  available?  Did you [indiscernible]?

22  A.   This data for the crude comparison is all available in

23  the Huybrechts paper.

24  Q.   And Huybrechts supplied it because part of what she

25  discussed was we looked at -- we were concerned about our pill

1   counting methodology so we also tested that to see if taking

2   one or more prescriptions during the first trimester as

3   compared to our pill count it changed the results or taking

4   two or more it even changed the results.  So, this was part of

5   their methodology.

6   A.    It was part of their methodology, part of what they

7   called their sensitivity analysis.  There they focused on the

8   blue groups here and compared them back to the unmedicated

9   depressed women and it never occurred to them to do this

10  comparison and when I was interacting with Dr. Huybrechts

11  since earlier this year when she asked me to explain it, she

12  got it finally and said yes, I think this is an interesting

13  possibility.  Let me get back to my team with it I'll be able

14  to give you what you want which is the confounded adjusted

15  version of what I did.

16  Q.    And that's what she wrote in this e-mail; is that

17  right?

18  A.    Right.  Yes.  This is where she says, it's an

19  interesting possibility our agreement doesn't permit to share

20  the data with me why don't I speak with others and assess what

21  we can do from our end.  So I'm very hopeful they'll do that

22  so I don't have to have this discussion about that 1.9 how

23  much it really changed, let's just do the analysis.

24  Q.    And what does she mean when she says it will be

25  surprising or what is your understanding?  The scientist, what

1  she's trying to communicate when she says it'd be surprising

2  and this an e-mail from Dr. Huybrechts to you dated July 12,

3  2015.  What's your appreciation of what she means when she

4  says, it would be surprising for post hoc subgroup analysis

5  such as the one you described to supersede all other

6  prespecified analysis?

7  A.    I actually didn't quite know what she meant by that,

8  because she's misinterpreting what I was trying to do.

9  There's an e-mail I sent immediately back to this one saying I

10 have no intention of the superseding, your main results they

11 are very interesting in themselves, they're all in my report,

12 but this is a particularly interesting comparison and now I'm

13 using not just my words, I'm using her words too.  And it's

14 interesting in a way I tried to explain to her because we have

15 the results from Jimenez-Solem that aren't identical, but are

16 trying to achieve essentially the same thing and they're the

17 only two papers that allow us to get this very homogeneous

18 comparison of Zoloft users depending on and comparing whether

19 those who kept using it versus those who didn't.

20 Q.    And that's what led you to do a meta-analysis of your

21 own in your report; is that right?

22 A.    Right.  So the Jimenez-Solem analysis that we discussed

23 earlier comparing their non-paused with the paused group of

24 users was not statistically significant.  It's still a sizable

25 risk there's some reason to believe that may be understated

1  for reasons we've discussed already, but now we have

2  Huybrechts.  They're not identical.  The other hand they're

3  giving very similar pictures and if you of course put the two

4  together it becomes now highly significant.  Your now

5  comparing in both cases people who took Zoloft by some

6  definition throughout the first trimester with women who used

7  to take Zoloft, but didn't given that proviso that

8  Jimenez-Solem didn't -- couldn't quite give us that, but --

9  and so that's -- these are very similar results there's no

10 heterogeneity here as you can see at all, so.

11 Q.   And Dr. Jewell, we're looking at a slide that's

12 Meta-Analysis Huybrechts and Jimenez-Solem and this describes

13 the results and of combining in a meta-analysis context

14 Huybrechts and Jimenez-Solem and the output which shows an

15 increased risk of 1.8.

16 A.   Right and I just need to stress again, this is in some

17 sense the most natural comparison you would want, because all

18 of the other studies we struggle with this who do we compare

19 the SSRI users or Zoloft user specifically with?  What's the

20 right comparison group of women and that has been a big

21 discussion in the literature including this whole that spawned

22 this idea of confounding by indication.

23      So, both Jimenez-Solem and Huybrechts went and some

24 others have gone one step towards resolving that by looking

25 only at women with a diagnosis depression.  I just took it a

1    very natural next step.  That's why I thought it was

2    interesting Pfizer urged me to publish this at trial.  I've

3    now tried to, but I can't, I don't feel comfortable doing this

4    without -- I don't want to use Huybrechts' data and take it

5    and published on my own.  I prefer to have something as a

6    joint publication.

7              THE COURT:  Did I just hear right?  Did you say

8    Pfizer urged you to publish?

9              THE WITNESS:  Well, they asked me why, if I

10   thought it was so important why had I not asked to, why had I

11   not written a paper so, I took their advice and said, yes,

12   better do that.  And that's what led to the e-mail to

13   Huybrechts.

14   BY MR. ZONIES:

15   Q.    You mentioned heterogeneity when you did this

16   meta-analysis, Dr. Jewell was there heterogeneity that was

17   evident as there was in miles and the other meta-analysis?

18   A.    No.  You could see that with the naked eye there.  That

19   1.9 and 1.6 are given those confidence intervals you can't

20   statistically distinguish between them so there is no evident

21   heterogeneity here.  So it makes sense to average in this

22   case, I mean, here, you're averaging two, so you can either,

23   whatever your fancy you can look at the two results separately

24   if you want to say well, the Huybrechts is just significant I

25   forgot what the P value was flora bound is 1.1.  It's a little

1   bit more significant when you combine the two studies which is

2   the point of meta-analysis, of course.

3   Q.    And how many studies were in wang; do you recall?

4   A.    In wang?

5   Q.    Yes.

6   A.    Three.

7   Q.    Throughout your report Dr. Jewell, do you also spend a

8   significant amount of time looking at other confounding

9   factors and potential biases that may have effected these

10  results beyond just detection bias and confounded by

11  indication?

12  A.    Yes.  As I've already alluded to several times there's

13  this concern that women in the comparison group may not be

14  identical to women in the exposed group on a bunch of

15  behavioral characteristics, like smoking, obesity and so on

16  and so -- and this is an observational study so that it's not

17  resolved by randomization of exposure as it would be in a drug

18  trial.  So, here you've to work hard at this and most of the

19  authors tried depending on the quality of their data to do

20  this at various stages so we do see how much the results

21  change as these authors were wrestling with this adjustment

22  for confounding.

23  Q.    And the last one is other unknown factors residual

24  confounding, can you describe what residual or unmeasured

25  confounding means?

1   A.    Well, that essentially means when an author or team,

2   research team has tried everything they have measurements on

3   to get rid of these possible differences between the exposed

4   and unexposed women.  They might still worry because there's

5   no randomization that the difference in the risks let's say

6   for cardiac defects that still exists might be due to

7   something we didn't measure and that's what people refer to as

8   unknown or residual confounding.

9        And of course any observational study from the

10  beginning of time always has the possibility that there's some

11  unknown factor.  But we're not completely powerless as

12  statisticians, because as I indicated earlier, we know for

13  example to get rid of that 1.9, you need a fairly sizable

14  effect on the outcome cardiac defects that you don't know

15  about to be able to explain it away.  So, there's concern

16  about it, but there's also -- we're not completely hamstrung

17  by we're able to think about what the potential impact might

18  be of an unknown confounder.

19  Q.    And we'll just touch on Bradford Hill factors, Dr.

20  Jewell you mentioned that strength of association was the

21  first factor.  What did your review of the data show with

22  regard to strength of the association?

23  A.    Well, strength of the association is the idea it's

24  related to confounding that the stronger the effect you see

25  the less chance that something unknown could be -- dealing

1    with.  So if you have an odds ratio of 1.1 or a

2    [indiscernible] risk of 1.1 then it's not so hard for an

3    unknown confounder to wipe that out, because it only needs to

4    have relative risk of 1.1 and there might be things around

5    that raise the risk of a cardiac defect by 10 percent that we

6    don't yet know about.  A lot of cardiac defects we don't the

7    cause so that's possible, but when you get up to two or three,

8    it becomes much less likely that something you don't know

9    about is completely going to explain away that result.  So,

10   that's why in Hill's criteria strength of association is

11   important.  It is particularly if you're dealing with making a

12   policy change.  You want to be reasonably sure.  So the

13   stronger the association the less chance it's spurious.

14   Q.    And again is this just oh, you look at the numbers and

15   you go oh they are this?  Or is it well, you know, this I feel

16   is stronger the Huybrechts analysis outcome for a strength of

17   association is stronger because I've done a very deep dive on

18   trying to remove all of those confounding factors?

19   A.    Well, as I said, the advantage of that analysis is that

20   you've really done amongst a very homogeneous group of women.

21   The others don't have that advantage but their very strong

22   effects.  And so there are some very strong effects here that

23   would concern any of us.

24   Q.    Consistency of effects is the second Bradford Hill

25   factor and on the screen is the bond paper discussing at least

1   those investigators just conclusions that there were

2   consistent effects for an increased risk of cardiac birth

3   defects with the use of Zoloft.  Is that consistent with your

4   conclusion as well?

5   A.   Yes, the idea here is if you've done an observational

6   study and you see an effect and you get alarmed and I'll tell

7   you it happens, it crosses my desk quite a lot, the next --

8   but then there are other studies and there's no effect if

9   you've just seen it once that makes you suspicious.

10       So the idea of consistency here is not that you expect

11  every single result to just come in on the nail, everything is

12  the same, I wish that it were, I would be -- have a much

13  simpler job.  They come -- they bounce around a bit and we've

14  seen that in the visual representation.

15       The idea though is, is it just one stud y?  That's

16  obviously no.  Is it just two?  No.  Is it just three in this

17  case?  No.  And so, we've seen enough here to say this is not

18  just one spurious thing that happened by chance in one

19  population.  That's just -- I'm not just relying on that

20  myself, other authors constantly state in their paper is this

21  result consistent with what we know so far.  And you've picked

22  out Bamm [ph] which is in the United Kingdom, I think.

23  Here's -- well, Pfizer's own epidemiologist characterizes this

24  consistently positive.  They don't mean every study gave the

25  same result is you can see in what they were report in this

1  paragraph, that's not true but they do see enough to say

2  there's something consistent going on, it's a tricky English

3  word, but consistent is is it's not something that just

4  happened once by chance coincidentally.

5  Q.    And we're looking at slide, Dr. Jewell, entitled

6  consistency Pfizer epidemiologists agree and it's a Pfizer

7  document in 2014 where Pfizer's scientists conclude that

8  there's a consistency insistently positive association for

9  searching the exposure and cardio vascular defects especially

10 septal defects.  And that's something you agree with; correct?

11 A.    That's consistent with my opinions, yes.

12 Q.    Did you reach your conclusion about this even before

13 you saw this?

14 A.    No.  Actually I didn't see this document until the Frye

15 [ph] hearing.

16 Q.    So, it wasn't like you relied upon this to reach your

17 conclusion, you just saw it's in agreement with your

18 conclusions?

19 A.    That is correct.  And to me it's not so much important

20 what their opinions are it's the methodology that's consistent

21 that they were doing the same kind of thing, albeit in a

22 smaller set of studies as was pointed out this morning by Mr.

23 Cheffo, but the methodology was still the same.  You take the

24 studies, you look at them and you see if there's a consistent

25 positive association.

1   Q.    And the next slide is again the flores plot that we

2   will have enlarged by tomorrow showing all of their results

3   and as you've said before part of what you do is look at this

4   to see the symmetry I think or the asymmetry, I'm sorry --

5   A.    Well, first of all it's -- I was going to say it's

6   effective visually to see all the results on one page.  We've

7   just determined that it's not that effective.  So, I

8   understand that and I can't read it myself and I've got

9   contacts in.  But it does in some sense the blurring may

10  actually be valuable here, because it's saying what you really

11  want to get out of this is not the numbers, you know, the fine

12  detail on the left-hand side, the thick solid line is one.

13  The number, the relative risks are odds ratio run on the

14  bottom axis from .1 to 10 equally, because there's an

15  asymmetry on the axis, so you may -- .1 is the same distance

16  from 1 is 10.  One protects you tenfold, one is tenfold bad,

17  so that it's balanced that way, so we're not distorting it by

18  not using a log scale.

19       And then just look at them and say, well, what's

20  your -- is this completely down the middle?  Is it asymmetric

21  to the right or to the left?  Now, we can't do this in the

22  courtroom, what I always do is if you're struggling, I don't

23  think there's a single person in this room that really is

24  struggling with the IP address symmetry, it's pretty obvious.

25       But if you're really are still struggling just turn it

Case 2:12-md-02342-CMR   Document 1482   Filed 09/17/15   Page 55 of 80

Page 55

1  upside-down and see if you still feel the same.  If you can't

2  tell the difference whether there's more stuff pushed to the

3  right, meaning an increased risk than there is to the left

4  meaning a decreased risk, if the relative risk is one

5  everything should be sort of balanced on the each side; right

6  by chance?  If you can't tell the difference between this when

7  you look at it this way and turn it upside-down then I can

8  sort of say, well, it didn't work for you, you see no

9  difference.  When I do that, when I turn it upside-down I see

10 that the asymmetry has shifted to the left by my eyes and so

11 that's what this really represents in a visual way there is

12 this push to the right rather than the left.  Is it absolutely

13 the same everything single study, I never have seen that and

14 this is tough but it's not what you expect.

15 Q.    And to be fair and we'll see it when it's clearer.

16 This includes repetition of findings within studies.

17 A.    It does.

18 Q.    In other words certain studies like Jimenez or Coleman

19 [ph] I think Coleman shows up the most on here; right?

20 A.    Well, some of the papers reported more subgroups than

21 others, but you can do this if you want by taking just the all

22 cardiac outcomes.

23 Q.    So, we talked about this book by Rothman and Greenland

24 called Modern Epidemiology, are you familiar with this book?

25 A.    Yes, and I know two of the authors quite well.

VERITEXT NATIONAL COURT REPORTING COMPANY
215-241-1000  ~  302-571-0510  ~  610-434-8588  ~  888-777-6690

1   Q.    And in this book there's this quote about consistency,

2   because I mean, I suppose I'm a big concern that Pfizer is

3   going to get up and say, well, all of these aren't significant

4   you shouldn't look at those which frankly if we were looking

5   at consistency and only looked at the significant findings

6   well, heck, we could go home.  But you actually look at all of

7   them including the nonsignificant protective effects; correct?

8   A.    Yes, they're important and if there's enough of them

9   they're going to influence your opinion.

10  Q.    And is it consistent your methodology with this

11  discussed in this book in this [indiscernible] treatise that

12  it sometimes claims that a literature or set of results is

13  inconsistent simply because some results are statistically

14  significant and some are not.  This sort of evaluation is

15  completely fallacious.  Even if one accepts the use of

16  significant testing methods.  The results from a set of

17  studies could all be identical even if many were significant

18  and many were not et cetera.  Is that consistent with your

19  methodology and the methodology that you recognize as that in

20  your science?

21  A.    Yes, that's generally true.  And one of the reasons is

22  that significance is driven by more than what the truth is.

23  It's driven by the size of the study and many other things, so

24  you can have two studies that have really studying the same

25  population that have the same results one is just not

1  significant because it's not powered enough, it's not big

2  enough, but does that it doesn't provide any information?  No.

3  You should use all the information and significant results and

4  nonsignificant results should both be assessed and you've got

5  to weigh those in your coming to any reasonable scientific

6  opinion.

7  Q.    And if we were assessing consistency and relying solely

8  upon significant results would there be an asymmetry in this?

9  A.    Well, that -- yes, because there are no negative

10  asymmetry.  I would never believe, I would've been surprised

11  if there were as Mr. Cheffo would also have been shocked if

12  there had been a significant result on the left, because no

13  one really believes that the drug is going to protect you from

14  cardiac defects and if you just studied it enough it would

15  show up.  So, I understand why there isn't any.  No one is

16  surprised at that.  But that's one of the reasons why it

17  would've been unfair to me to Pfizer to ignore the ones that

18  are somewhat negative.  They're negative and they show no

19  increased risk all albeit they have imprecision attached to

20  them.

21      Another main reason why you shouldn't just focus on

22  significance in balancing though studies, those studies are

23  not all equally good.  We haven't talked about that that much.

24  We've mentioned it, oh, somebody said, Huybrechts is a great

25  study or Jimenez-Solem is a great study, because it's so big

1    and has so many women.  Big studies don't have any guarantee

2    to get rid of bias.  They get rid of -- they help you with

3    precision; right?  But they don't do anything about bias.

4          The largest presidential poll in the history of the

5    United States protected Dewey would beat Truman; right?  And

6    it was a shock and it was the birth of modern polling, because

7    people say we -- everyone said Dewey was ahead.  It was a huge

8    poll, but it was biased, because it was subscribers to the

9    literary digest and they were -- had a particular political

10   bend.

11         So, big polls if their biased are useless because even

12   though they get very precise results they don't necessarily

13   help you.  So, we've talking about these studies and the

14   visualization fails in some regard, because it treats each

15   line as somehow equally valid other than the sort of

16   confidence interval.  But that's not true, there are some very

17   good studies in here in my view when you analyze them with a

18   statistical assessment of bias and there are some rather poor

19   studies and we -- I could now if you want at some point or if

20   Pfizer wants I can tell you which ones I think are poor and

21   why I believe that, what's the objective criteria.  But that's

22   the danger of just putting them all on an equal footing either

23   in a plot like this it's dangerous to do -- to read something

24   quantitative in this and it's also dangerous if you just throw

25   them all in a meta-analysis, because you're not dealing with

1   that at all.

2   Q.    Well, and that's a point and that I want to make it

3   perhaps is my mistake that I want to ensure that everyone

4   understands, Dr. Jewell, which is you didn't assess

5   consistency with a flores plot; did you?

6   A.    No.

7   Q.    When you were doing your analysis?

8   A.    No.  The flores plot is merely just a way to get all of

9   the studies on the page so we can talk about them and find

10  them quickly.

11  Q.    And in fact in your paper you go into great detail

12  about which studies you find strong and why and which studies

13  you have concerns about and how you would individually assess

14  those and how you did in fact individually assess those?

15  A.    Yes, and that's a very important topic we really

16  haven't addressed so far today.

17  Q.    Specificity or the short-term shorthand term for this

18  that I don't mind saying is lumping of endpoints and one of

19  the primary concerns in the original doubt we're hearing in

20  this case was looking at an endpoint called all congenital

21  malformations, that's not something you were comfort doing was

22  it Dr. Jewell?  Looking at that endpoint.

23  A.    No.  I would've, I always prefer to get as specific a

24  charge as possible, specific in endpoint and one can do it

25  looking at all malformations but there's a lot more

1   heterogeneity in that clumping than there would be in a

2   subcategory.

3   Q.    And as you described very carefully in your report, you

4   didn't as we said a number of times -- this quote from your

5   report at page 17, you didn't independently modify or poll the

6   endpoints; correct?

7   A.    No.

8   Q.    And you go into detail in your report again, Dr. Jewell

9   about how you relied upon the experts in the field including

10  as we see up on the screen here the EUROCAT European

11  Surveillance of Congenital Anomalies Association in part on

12  their choice of classification and grouping and even they say

13  lumping together heterogeneous sets of anomalies; is that

14  right?

15  A.    Yes.  This is -- EUROCAT and their summarizing I think

16  I actually probably used this quote, because they summarize

17  while the conundrum that I mentioned earlier when you're

18  trying to group outcomes that you know are not identical as I

19  said about lung cancer.  Pathologists know they are not

20  identical but if you get down to two fine a grid, that's their

21  B there, if you split so finely there are so few cases of this

22  very fine subgroup that you can't distinguish, there's not

23  enough information, in fact there would be a tactic to use if

24  you wanted to get to no statistical significance just get down

25  to a very fine subgroup.  I'll guarantee you no statistical

1    significance.  Any study you want, give me now in 30 minutes I

2    will make a finer subcategory and the statistical significance

3    will go away.  Would you believe this?  No.  Right, that's

4    just Machiavellian.

5         The other side is, oh, if you put too many together,

6    let's go the opposite direction.  If you put too many together

7    and you said let's do all congenital abnormalities now you

8    really are talking about different organs of the body that are

9    effected at different times during pregnancy and you may be

10   diluting any specific association so every expert has to --

11   what is it they say strike the balance here.  And I would've

12   been faced with that where I left on my own, the balance I

13   struck was to use the balance struck by the original

14   investigators.  So I didn't try and add something into cardiac

15   or I didn't do anything they didn't do.

16   Q.   And the last criteria or last viewpoint of Bradford

17   Hill biological plausibility.  And Dr. Jewell do you agree

18   with this quote, I'm showing a quote from the reference manual

19   on scientific evidence 3rd at 604 that says when biological

20   plausibility consists it lends credence to an inference of

21   causality, because as it says, just above that biological

22   plausibility is not an easy criterion to use and depends upon

23   existing knowledge about the mechanism.  So, when it does

24   exist, it actually means something good.

25   A.    It's important, in fact, this is of course the one area

1    I'm not an expert as had been pointed out.  I'm not a

2    cardiologist.  I'm not an expert on perinatal birth defects.

3    I'm a statistician.  So, I'm an expert at looking data that

4    other people have defined and categorized and put together.

5        They're not so good at what I do and I'm not so good at

6    what they do.  So, when it comes to biological plausibility, I

7    personally cannot, I do not study the biological mechanism

8    during organogenesis.  I have to rely on other biologist in

9    this case.  I have consistency, that's a statistical issue.

10   Strength of an association statistical issue.  Hill was a

11   statistician.  Biological plausibility does it make sense if

12   the flowers in your garden are red that you suffer from a

13   birth defect?  Probably not.  There's no biological

14   plausibility unless somebody comes forward, we've said oh

15   there's an allergen in it, and then there's a biological

16   mechanism, but you have -- if there's no biological mechanism

17   known to the scientist who are experts that weakens the case I

18   think of causality substantially.

19   Q.    And here you've found, you're relying upon the experts

20   in this case that indeed there was a biologically plausible

21   mechanism?

22   A.    Yes, I think there's a bunch of evidence that's not

23   evidence that I have to take other expert's opinions.

24   Q.    Well, and one of the issues Dr. Jewell is -- and is

25   this about the difference between SSRI drugs and your

1   biological mechanisms in fact.  So when you did the Huybrechts

2   analysis, subanalysis for Zoloft you came up with a

3   statistically significant [indiscernible] almost double

4   [indiscernible].  In your Prozac work did you also do a

5   similar analysis with the Prozac data from Huybrechts?

6   A.    Yes, I did.  I did exactly the same analysis for

7   Prozac, I actually did it for Paxil too just to get a sense of

8   what the data was saying.  I testified to that when I was

9   deposed on Prozac, I presume Pfizer has a copy of that.  I

10  testified it when Pfizer deposed me on a second deposition, so

11  I have said many times that I have done it, it's not true that

12  I have never done it for Prozac.

13      It's not that I haven't done it, Prozac is a different

14  drug as is Paxil, so it's just different.  But I have done the

15  calculations and they've seen -- everyone in this room whose

16  interested has seen my analysis of those results.

17  Q.    But Dr. Jewell, you didn't include those results in the

18  Prozac report and Pfizer in their opening said oh, well,

19  that's because he didn't like those results.  Is that why you

20  didn't include those in your Prozac report?

21  A.    No.  And those results by the way were in the e-mails

22  to Krista Huybrechts, so I know everyone has them now where I

23  was trying to point out that let's do the -- excuse me --

24  let's do this analysis of like with like that we talked about,

25  the pause and the non-pause.  I didn't want to write

1  necessarily only Zoloft and then be criticized why Zoloft.

2  Let's do it for all of the ones that we have data which does

3  include Prozac and Paxil.  And those results are in those

4  e-mails and then of course you have to address in the case is

5  the half-life of drug itself and Zoloft has a shorter

6  half-life than Paxil or Prozac, so when you stop taking pills

7  in a sense you don't fill the prescription, we don't know what

8  the woman is doing, but if there's any left it's not going to

9  be as much in their system a week later or two week later as

10  it would be for Paxil and Prozac.  That limits the value, you

11  know, we remember just struggling, I've been criticized

12  already today about, well, they're all exposed, you can't

13  really tell the difference well, the best chance of telling a

14  difference with Zoloft and a much more difficult task with

15  Prozac and Paxil and I was aware of that because of the

16  half-life properties of the drugs.

17  Q.   How do you feel about being called a situational

18  scientist?

19  A.   Well, people call me lots of things.  You know in some

20  senses all science is situational.  You don't treat dogs and

21  cats the same way.  If they have a thrombosis you treat the

22  dog differently from a cat.  It's situational, it makes sense

23  to me.  Well, I'm a statistician.  When you see the same

24  question let's say in this case Prozac or Zoloft do they cause

25  cardiac birth defects, it's the same question, but their

1    different drugs that -- what's important to me as a

2    statistician is what does the data say, so I have to look at

3    the data separately.  I'm not going to say oh, Prozac causes

4    birth defects as I think it does in Prozac or vice versa.  Or

5    even if I believed one of them didn't cause it, I have to --

6    I'm trained to tell you what the data says and not play games

7    and not let it be influenced by my opinions or not, I have no

8    interest personally on taking one side of this, partly because

9    I'm involved in many -- one of the statistician's job is to

10   have to be involved in many of these questions simultaneously.

11   I've got about four in my head right now where I'm thinking

12   does this drug cause this problem or not.  And in one of them

13   I think it doesn't I'm not going to tell you which one.  And

14   in three, I think --

15   Q.    Well don't tell them.

16   A.    Well, they don't care.  It's not their drug.  And

17   three, I think it does, but I don't, I can't afford to have a

18   stake in each of these four decisions, I just take the data,

19   what I enjoy and what I find satisfying as being trained to do

20   well is to look at the data and tell you on either side this

21   is what the data is saying.  That's situational in the sense

22   that the data is different for different situations.  But I

23   certainly don't appreciate the idea that I would just change

24   my opinion and the data says the same just because there was

25   some vested interest.  I have no entrust in the outcome

Page 66

1   whatsoever from that perspective.

2   Q.    Were you ever hiding from the difference between those

3   two?

4   A.    No.  And in fact in my deposition on Zoloft I begged

5   the deposing attorney to be able to discuss with him Prozac

6   but he would not discuss Prozac with me during my deposition.

7   Q.    Thank you for your time today Dr. Jewell.

8              MR. ZONIES:  Your Honor.

9              THE COURT:  That concludes your examination and

10  we'll start with cross-examination in the morning.  We'll

11  start at 10:00 tomorrow and I think I don't need a board I'm

12  just asking for a 11 by 14 size.

13             MR. ZONIES:  Understood.

14             THE COURT:  Okay?  So it should be something

15  easy to do.  All right?

16             MR. ZONIES:  Appreciate that.  Thank you.

17             THE COURT:  Thank you.  Have a good evening.

18                        -  -  -

19             (Whereupon, the proceeding was concluded

20                   at 5:21 p.m.)

21                        -  -  -

22

23

24

25

1                    C E R T I F I C A T E

2

3            I do hereby certify that the aforesaid

4    hearing was transcribed by me from an audio recording to the

5    best of my ability; and that I am neither of counsel nor kin

6    to any party in said action, nor interested in the outcome

7    thereof.

8

9

10

11

12            WITNESS my hand and official seal this
     _____ day of _____, 2015.

13                    _____

14                         Janine Thomas
                           Notary Public

15

16

17

18

19

20

21

22

23

24

25

**A**

**ability** 3:5 7:8
  23:14 25:4 67:5
**able** 19:7 27:3,6
  28:3 31:21 33:15
  45:13 50:15,17
  66:5
**abnormalities** 61:7
**ABSDs** 9:3
**absolutely** 26:13
  55:12
**accept** 14:12 39:4
**accepts** 56:15
**account** 5:8
**achieve** 24:16
  46:16
**achieved** 14:25
**action** 67:6
**add** 35:17 61:14
**additional** 32:6
  34:5 35:4 43:2
**address** 54:24 64:4
**addressed** 59:16
**adjust** 11:5 13:16
  32:17 42:20
**adjusted** 19:3
  42:15 45:14
**adjusting** 19:16,17
  19:18 20:2 34:17
  43:24
**adjustment** 32:6
  33:17 35:5 43:1
  43:20 49:21
**advantage** 51:19,21
**advice** 48:11
**afford** 65:17
**aforesaid** 67:3
**afternoon** 27:11
**agree** 14:9 53:6,10
  61:17
**agreed** 14:12,13,17
  40:2
**agreement** 45:19
  53:17
**ahead** 58:7
**aid** 27:2,6

**alarmed** 52:6
**albeit** 53:21 57:19
**alike** 34:19,25 35:3
**allergen** 62:15
**allow** 29:14 33:14
  46:17
**allowed** 38:13
**alluded** 49:12
**Alwan** 3:2,3,8,12
  15:17,18
**amount** 13:22
  31:15,16 49:8
**analyses** 38:2,3
**analysis** 20:19 21:2
  22:24 25:1 27:14
  28:9 30:2,4,23
  32:7,10 33:13
  34:3 35:2,7 37:16
  38:10,18 39:10
  40:6 41:20,25
  42:10 45:7,23
  46:4,6,22 51:16
  51:19 59:7 63:2,5
  63:6,16,24
**analyze** 58:17
**and/or** 30:25
**anomalies** 60:11,13
**answer** 18:6
**antidepressant**
  24:8 28:13,19
  30:9,10 31:5
**antidepressants**
  20:15 21:16
**anymore** 16:25
  24:19
**apparent** 9:18
  11:20 12:17 27:12
**apparently** 15:17
**appealing** 27:15
**APPEARANCES**
  1:8
**appeared** 34:2
**apple** 24:3
**applied** 43:10,23
  44:4
**appreciate** 65:23
  66:16

**appreciation** 46:3
**area** 25:14,15
  61:25
**argument** 11:12
  21:5 23:6,8,9
**arguments** 11:15
  11:16
**arm's** 43:13
**arteries** 8:3
**article** 20:22
**artifactually** 23:3
**artificially** 21:24
**asbestos** 6:21
**ASD** 9:2
**asked** 43:3 45:11
  48:9,10
**asking** 66:12
**assess** 10:4,4 45:20
  59:4,13,14
**assessed** 57:4
**assessing** 12:2 57:7
**assessment** 58:18
**associated** 13:12
  28:24
**association** 3:8 6:3
  7:8 9:24 11:13
  13:3,5,9 14:23
  18:9 39:8 50:20
  50:22,23 51:10,13
  51:17 53:8,25
  60:11 61:10 62:10
**associations** 3:20
  9:7 10:2,4,11 12:7
  13:1,16
**asymmetric** 54:20
**asymmetry** 18:5
  27:11 54:4,15
  55:10 57:8,10
**atrial** 9:2,13
**attached** 57:19
**attack** 13:4 23:13
**attempted** 20:19
**attention** 18:20
**attorney** 66:5
**audio** 1:16 67:4
**author** 50:1
**authors** 7:17 18:17

19:2,4,7,22 20:13
30:22 49:19,21
52:20 55:25
**available** 6:10 40:3
  40:7 44:21,22
**avenue** 1:13 14:16
**average** 48:21
**averaging** 48:22
**aware** 64:15
**axis** 54:14,15

**B**

**B** 60:21
**back** 4:16 17:14
  21:16 22:22 23:4
  31:21 35:16 45:8
  45:13 46:9
**bad** 6:4,5,5,6 54:16
**balance** 32:13,24
  61:11,12,13
**balanced** 54:17
  55:5
**balancing** 57:22
**Bamm** 52:22
**band** 17:12
**banned** 31:23
**based** 32:6
**basic** 32:24
**basically** 7:9 28:25
  32:13,18,20 43:6
**beat** 58:5
**beauty** 23:13
**begged** 66:4
**beginning** 22:9
  50:10
**behaved** 35:23
**behavioral** 49:15
**believe** 14:15 15:17
  15:18,20 16:24,25
  17:21 20:23 21:3
  34:25 35:2 46:25
  57:10 58:21 61:3
**believed** 65:5
**believes** 16:22 17:3
  57:13
**bend** 58:10
**best** 19:2 23:9 26:1

29:24 64:13 67:5
**bet** 29:21
**better** 48:12
**beyond** 36:17 37:2
  49:10
**bias** 4:9 7:9 10:14
  10:21 18:13 21:14
  21:17,20 22:5
  41:24 49:10 58:2
  58:3,18
**biased** 58:8,11
**biases** 18:18 19:21
  49:9
**big** 6:15 7:6 8:10,15
  9:17 10:15 11:25
  13:19 37:18 38:19
  43:18 47:20 56:2
  57:1,25 58:1,11
**bigger** 7:15 26:9
  42:3
**binder** 34:12
**biological** 61:17,19
  61:21 62:6,7,11
  62:13,15,16 63:1
**biologically** 62:20
**biologist** 62:8
**birth** 6:7,11 16:17
  18:25 21:15 31:13
  52:2 58:6 62:2,13
  64:25 65:4
**births** 6:8
**bit** 5:3 9:22 13:2
  14:24 24:6 33:2
  33:16 37:2 49:1
  52:13
**blinding** 42:25
**blue** 30:12,13,16
  31:11,14 32:15,25
  33:4 34:18,23
  35:2,9 36:14,21
  37:4,12,22 38:24
  40:13,16,23 41:7
  41:10,21,25 42:2
  44:16 45:8
**blurring** 54:9
**board** 66:11
**body** 61:8

**bond** 51:25
**Bonferroni** 12:22
  13:16
**book** 55:23,24 56:1
  56:11
**bother** 39:18
**bottles** 26:2
**bottom** 5:6 15:18
  54:14
**bounce** 9:22 52:13
**bound** 15:20 16:9
  16:10 48:25
**Bradford** 11:12
  50:19 51:24 61:16
**break** 3:6 25:15
**breakdown** 35:25
**brief** 9:10 42:21
**bringing** 37:6,7,8
**bunch** 32:21 49:14
  62:22

**C**

**C** 67:1,1
**cabinet** 29:15
**calculation** 3:15
**calculations** 63:15
**call** 13:15 64:19
**called** 30:22 32:7
  40:4 41:22 45:7
  55:24 59:20 64:17
**cancer** 6:6,19,20,22
  6:23 11:14,18
  60:19
**cancers** 6:25
**captures** 3:21 9:5
**cardiac** 3:9,11,21
  4:1,1,5,14 5:17,24
  6:11,15 7:21,25
  8:1,8,21 9:4,8,12
  9:25 16:23 17:17
  18:25 19:9 20:12
  25:11 28:14 30:11
  30:21 31:13 37:21
  50:6,14 51:5,6
  52:5 52:22 57:14
  61:14 64:25
**cardio** 53:9

**cardiologist** 62:2
**care** 43:1 65:16
**careful** 20:17
**carefully** 5:4 60:3
**caring** 33:18
**case** 3:13 9:18 11:8
  14:19 16:7 26:8
  27:7 29:12 30:8
  35:16 40:1 44:3
  48:22 52:17 59:20
  62:9,17,20 64:4
  64:24
**cases** 4:10 7:20
  47:5 60:21
**cat** 64:22
**catchall** 9:25
**categories** 5:19
  37:14
**categorized** 62:4
**category** 6:15 7:22
  8:10,15
**cats** 64:21
**causality** 61:21
  62:18
**causation** 16:7
**cause** 18:6 51:7
  64:24 65:5,12
**causes** 16:17 20:12
  65:3
**causing** 18:16
**certain** 21:7,11
  55:18
**certainly** 25:25
  65:23
**certify** 67:3
**cetera** 56:18
**Challenge** 40:4
**challenges** 42:4
**chance** 7:6 10:5,9
  12:2 38:1 50:25
  51:13 52:18 53:4
  55:6 64:13
**change** 7:2 33:2,16
  33:21 49:21 51:12
  65:23
**changed** 43:22 45:3
  45:4,23

**characteristics**
  32:22 35:10 49:15
**characterizes** 52:23
**charge** 59:24
**CHD** 3:25,25 4:17
**Cheffo** 1:12 11:22
  15:6 22:1 23:22
  38:19 39:12 53:23
  57:11
**choice** 7:4 60:12
**chosen** 19:11 20:5
**circumstances** 4:11
**claims** 56:12
**classification** 60:12
**classified** 30:6,7
**clean** 41:3
**clear** 4:19 17:24,25
  19:20
**clearer** 55:15
**clearly** 18:3 41:7
**CLERK** 25:19
**client** 8:1
**close** 6:14 31:19
**closer** 33:8
**closest** 24:24
**clues** 15:11
**clumping** 60:1
**clutching** 13:8
**coding** 32:23
**coincidentally** 53:4
**Coleman** 55:18,19
**collected** 34:7
**Collen** 5:5,5,6,7
**collie** 26:15
**colloquially** 31:9
**COLLOQUY** 2:2
**combine** 49:1
**combining** 47:13
**come** 8:1 43:6,12
  52:11,13
**comes** 14:23 62:6
  62:14
**comfort** 59:21
**comfortable** 48:3
**coming** 57:5
**comment** 21:3
**common** 6:11

**communicate** 46:1
**COMPANY** 1:19
**comparable** 24:2
**compare** 3:6 22:19
  22:22 23:24,25
  25:4 33:1 35:12
  38:22 47:18
**compared** 23:10,20
  25:7 30:3,11,15
  32:3 37:22 40:25
  41:8 45:3,8
**comparing** 24:3
  46:18,23 47:5
**comparison** 24:11
  25:8 30:24 31:7
  31:13 32:16 33:5
  37:4,6,19 38:10
  38:13,20 39:24
  42:8 43:19 44:22
  45:10 46:12,18
  47:17,20 49:13
**comparisons** 13:6
  14:2
**compatible** 17:6
**complete** 23:19
  25:25 26:4
**completely** 10:20
  25:10 50:11,16
  51:9 54:20 56:15
**complicated** 32:11
  35:7
**complication** 21:15
**conceived** 24:18
  37:10
**conception** 21:8
  25:3 29:7,13 36:4
  36:17,20,24 37:2
  41:2 43:15 44:14
**concern** 4:6 21:13
  35:8 39:25 41:15
  41:16 49:13 50:15
  51:23 56:2
**concerned** 43:8
  44:25
**concerns** 42:4
  59:13,19
**conclude** 53:7

**concluded** 66:19
**concludes** 66:9
**conclusion** 52:4
  53:12,17
**conclusions** 17:5
  52:1 53:18
**conducted** 40:6
**confidence** 5:15
  16:4,20 17:1,12
  48:19 58:16
**confidentiality**
  42:25
**confounded** 11:19
  20:9 45:14 49:10
**confounder** 11:22
  11:23,25 50:18
  51:3
**confounding** 10:14
  10:18,21 11:3,5,6
  11:11,15,16 18:13
  18:23 19:4,6,16
  19:17 23:6 25:10
  28:6 33:17 34:18
  42:20 43:2,17,20
  43:24 44:2,3,6,7
  47:22 49:8,22,24
  49:25 50:8,24
  51:18
**congenital** 59:20
  60:11 61:7
**conservative** 39:24
  42:7
**considered** 28:19
**consistency** 51:24
  52:10 53:6,8 56:1
  56:5 57:7 59:5
  62:9
**consistent** 9:4 52:2
  52:3,21 53:2,3,11
  53:20,24 56:10,18
**consistently** 8:9,23
  52:24
**consists** 61:20
**constantly** 52:20
**construct** 28:25
**contacts** 54:9
**content** 42:17

**context** 12:22,24
  47:13
**continually** 38:24
**continued** 22:21
  25:5 37:24 41:8
**continuing** 15:15
**contradict** 17:6,10
**contributing** 31:2
**control** 31:3
**contrology** 9:5
**controls** 13:14
  24:11
**conundrum** 6:2
  60:17
**copy** 26:8 63:9
**core** 23:6
**Cornum** 3:24 4:23
**correct** 3:23 16:1
  19:15 20:16,21
  28:11 32:8,8
  34:16,17 42:17
  53:10,19 56:7
  60:6
**correctly** 34:10
**counsel** 67:5
**count** 29:8,10 36:4
  41:20 45:3
**counterfactual**
  36:22
**counting** 32:19
  34:8 45:1
**countries** 37:9
**course** 5:16 9:9
  21:17 29:19 31:11
  40:21 41:23 47:3
  49:2 50:9 61:25
  64:4
**Court** 1:1,19 4:12
  25:15,19,21,25
  26:6,14,17,22
  48:7 66:9,14,17
**courtroom** 16:22
  54:22
**Court's** 34:12
**crazy** 14:15 16:17
  16:19
**create** 5:19 33:12

**44**:20
**creative** 23:14
**credence** 61:20
**criteria** 11:12
  13:17,25 51:10
  58:21 61:16
**criterion** 13:19
  61:22
**critical** 28:20 29:15
  36:14 39:4,7,9,22
**criticisms** 42:9
**criticized** 64:1,11
**crosses** 15:19 52:7
**cross-examination**
  66:10
**crude** 19:5,13,24
  30:18,20 42:11
  44:22
**crudely** 31:6 38:6
**crudes** 20:5
**crystal** 17:25
**CSR** 1:16
**curious** 37:18
**cuts** 17:20
**Cynthia** 1:6 25:20

**D**

**D** 2:1
**danger** 27:15,15
  58:22
**dangerous** 58:23
  58:24
**Danish** 4:25
**data** 3:1,2,2,6,6,7
  6:13 7:4,13 8:4,4
  8:7 10:8 13:2,22
  16:15 17:7,19
  22:20,21,24 25:12
  28:10,22,23,23,25
  29:1 30:21 32:17
  33:2,12,15,22
  34:6,11,12 35:11
  36:3 37:13,14,20
  38:5 40:7 41:6
  42:6,13,19,22,24
  44:7,20,20,22
  45:20 48:4 49:19

**50**:21 62:3 63:5,8
  64:2 65:2,3,6,18
  65:20,21,22,24
**database** 29:19
  30:15 33:23
**dated** 46:2
**DAUBERT** 1:6
**day** 1:6 6:3 36:4,8
  36:10,15,17 41:19
  67:12
**days** 29:8 36:20
  41:18
**de** 9:4
**deal** 28:15
**dealing** 50:25 51:11
  58:25
**decide** 5:19 7:15
  27:21
**decisions** 65:18
**decrease** 17:18
**decreased** 9:1
  15:22 55:4
**deep** 51:17
**defect** 4:1,2 7:11
  8:2 16:17,25
  21:15,24 31:13
  39:7 51:5 62:13
**defects** 3:10 4:5,14
  5:25 6:11 9:2,3,13
  9:13 17:17 18:25
  21:25 25:12 28:14
  30:11,12,21 31:2
  37:22 50:6,14
  51:6 52:3 53:9,10
  57:14 62:2 64:25
  65:4
**Defendant** 1:12
**define** 28:18 29:2
**defined** 22:5 62:4
**definition** 21:6
  23:4 47:6
**definitive** 7:2 13:21
  40:16 42:6
**deliberately** 34:6
**demonstrable**
  39:16
**demonstrably** 9:23

**demonstrating**
  20:11
**DENVER** 1:10
**depending** 46:18
  49:19
**depends** 61:22
**deposed** 63:9,10
**deposing** 66:5
**deposition** 39:18
  42:18 63:10 66:4
  66:6
**depressed** 23:10,11
  24:5,8 34:21
  36:24 37:8 44:14
  45:9
**depression** 19:19
  19:25 20:12,14
  24:2 30:23,25
  31:1,4,8 32:3
  33:11 34:2 35:21
  35:22 38:8 42:12
  43:12 47:25
**DEPUTY** 25:19
**describe** 30:5,24
  32:9 49:24
**described** 46:5 60:3
**describes** 40:8
  47:12
**desk** 52:7
**detail** 14:5 54:12
  59:11 60:8
**detected** 4:10
**detection** 4:9 49:10
**determine** 20:14
  29:14
**determined** 54:7
**device** 27:9
**Dewey** 58:5,7
**de-biased** 19:6
**diagnosed** 38:8
**diagnosis** 19:18
  31:4,8 32:3 35:20
  43:12 47:25
**dichotomy** 14:10
**differ** 5:7
**difference** 24:21
  31:24 41:7 43:16

**43**:18,24 50:5
  55:2,6,9 62:25
  64:13,14 66:2
**differences** 33:18
  50:3
**different** 3:3,4 6:20
  6:22,24 8:18 9:17
  9:24 14:14 15:6
  17:22 34:20 35:9
  35:13 37:9 61:8,9
  63:13,14 65:1,22
  65:22
**differentially** 4:6
**differently** 8:25
  33:17 35:23 64:22
**difficult** 27:3 35:8
  64:14
**digest** 58:9
**diluting** 61:10
**dilution** 7:10
**direct** 2:4 25:8 26:1
  26:4
**direction** 8:18 61:6
**directly** 3:6 27:13
**disappear** 10:15
**discuss** 4:8 31:20
  66:5,6
**discussed** 6:1 7:21
  12:21 22:10 30:2
  42:18,21 44:25
  46:22 47:1 56:11
**discusses** 20:23
**discussing** 14:7
  51:25
**discussion** 5:2
  45:22 47:21
**dissipates** 14:2
**distance** 54:15
**distinguish** 48:20
  60:22
**distorted** 18:19
**distorting** 32:16
  54:17
**DISTRICT** 1:1,1,7
**dive** 51:17
**document** 53:7,14
**dog** 64:22

**dogs** 64:20
**doing** 4:4 12:23
  27:14 35:4 36:13
  37:18 41:23 43:5
  48:3 53:21 59:7
  59:21 64:8
**double** 13:6 63:3
**doubt** 59:19
**down-weighted**
  33:3
**down-weighting**
  32:19 33:4
**Dr** 3:19 4:19 5:13
  5:23 8:20 10:1
  12:2 14:6,7,7,19
  15:16 19:8 20:10
  25:24 26:20,25
  27:19 28:8 30:3
  32:5 33:10,25
  37:15 38:14 39:12
  40:1,1 42:9,10,16
  42:21 44:10 45:10
  46:2 47:11 48:16
  49:7 50:19 53:5
  59:4,22 60:8
  61:17 62:24 63:17
  66:7
**draw** 7:16
**driven** 56:22,23
**dropped** 31:10,15
  31:16,18 33:6,8
**dropping** 26:2
**drops** 16:13
**drug** 16:24 23:11
  24:9 25:7 49:17
  57:13 63:14 64:5
  65:12,16
**drugs** 41:1 62:25
  64:16 65:1
**due** 50:6
**Dull's** 11:20
**duplicate** 4:21

——————————
         **E**
——————————
**E** 2:1 67:1,1
**earlier** 3:13 22:10
  45:11 46:23 50:12

60:17
**early** 6:25 28:20
**EASTERN** 1:1
**easy** 61:22 66:15
**editor** 14:12,15
**effect** 3:3 10:15
  18:7 44:8 50:14
  50:24 52:6,8
**effected** 49:9 61:9
**effective** 44:3 54:6
  54:7
**effectively** 29:2
**effects** 51:22,22,24
  52:2 56:7
**either** 48:22 58:22
  65:20
**electronic** 1:18
**EMANUEL** 1:13
**ended** 21:11
**endpoint** 59:20,22
  59:24
**endpoints** 59:18
  60:6
**ends** 38:17
**England** 14:13
**English** 53:2
**enjoy** 65:19
**enlarge** 26:15
**enlarged** 26:9,11
  54:2
**ensure** 59:3
**entire** 44:7
**entirely** 14:17
**entirety** 22:3
**entitled** 28:13
  44:10 53:5
**entrust** 65:25
**epidemiologic** 7:5
**epidemiologist**
  7:14 14:16 24:10
  52:23
**epidemiologists**
  6:16 14:5 25:1
  53:6
**epidemiology** 6:2
  55:24
**equal** 27:17 58:22

**equally** 18:6 54:14
  57:23 58:15
**eradicated** 25:10
**especially** 53:9
**ESQ** 1:9,12
**essentially** 7:16,22
  14:2 29:15 46:16
  50:1
**et** 56:18
**ethical** 24:23
**EUROCAT** 60:10
  60:15
**European** 60:10
**evaluation** 56:14
**evening** 66:17
**everybody** 19:12
**evidence** 12:17,19
  15:9,10,11 17:17
  17:24 61:19 62:22
  62:23
**evident** 48:17,20
**exactly** 38:4 41:5
  42:22 44:16 63:6
**examination** 2:4
  66:9
**examined** 10:1
**examining** 3:19
**example** 10:12,18
  19:23 20:6 27:19
  50:13
**exchange** 42:21
**exclude** 41:12
**excoriated** 15:3
**excuse** 63:23
**exhibit** 26:7
**exhibits** 26:7
**exist** 61:24
**existing** 61:23
**exists** 50:6
**expect** 5:17 9:21
  13:23 52:10 55:14
**experiment** 23:21
  23:22 24:20,25
  36:22 37:17
**expert** 6:18 61:10
  62:1,2,3
**experts** 7:15 60:9

62:17,19
**expert's** 62:23
**explain** 11:21 41:16
  44:6 45:11 46:14
  50:15 51:9
**explainable** 11:4
  38:1
**explaining** 18:5
**explanation** 22:3
**explicit** 15:21
**exposed** 4:7 14:25
  16:16 22:15 24:13
  24:22 28:19 29:11
  30:7,9,14 31:2,14
  34:20,21 36:2,4,7
  36:13,16 38:18,21
  38:22,22 39:3,3,6
  39:9,11,14 40:13
  40:19 41:21,22
  42:1,2 49:14 50:3
  64:12
**exposure** 6:4 7:8
  11:9 29:3 30:10
  34:7 38:7,14
  49:17 53:9
**exquisite** 23:22
  24:20,25 28:10
**exquisiteness** 28:7
**extent** 8:19 19:21
  29:1 35:20
**eye** 48:18
**eyes** 9:11 55:10
**e-mail** 42:21 45:16
  46:2,9 48:12
**e-mails** 14:4,11,14
  14:17 63:21 64:4

——————————
         **F**
——————————
**F** 67:1
**faced** 61:12
**faces** 6:2
**fact** 9:5 13:25
  14:11 16:23 21:1
  21:13 22:7 25:11
  27:16 36:8 38:6
  39:11,17,20 40:2
  59:11,14 60:23

61:25 63:1 66:4
**factor** 10:18,18
  11:6,7 50:11,21
  51:25
**factors** 12:3 18:25
  19:16 20:2,3
  34:19 49:9,23
  50:19 51:18
**fails** 58:14
**fair** 42:9 55:15
**fairly** 50:13
**fallacious** 56:15
**fallacy** 13:10
**familiar** 55:24
**fancy** 48:23
**far** 17:13 43:16
  52:21 59:16
**feel** 48:3 51:15 55:1
  64:17
**fewer** 22:14
**field** 23:23 60:9
**filed** 40:1
**fill** 36:6,17 38:25
  40:18 41:20 44:17
  64:7
**filled** 34:13,14,15
  40:6,12,17,24
  41:2,4,10,18
  44:19
**filling** 37:3 40:11
  41:8
**fills** 34:8 38:16
**final** 33:6
**finally** 45:12
**find** 3:12 12:19
  13:4,5,9,21 26:7
  37:15 59:9,12
  65:19
**finding** 3:25 4:1,2
**findings** 55:16 56:5
**fine** 19:8 40:11
  54:11 60:20,22,25
**finely** 60:21
**finer** 61:2
**first** 6:19,19 11:12
  12:15 16:12 20:25
  27:20 33:11 34:9

34:14,15 35:24 36:14 38:15,25 40:2,9,25 41:9,11 41:18,19,20 44:18 45:2 47:6 50:21 54:5
**fishing** 12:25 13:15
**fit** 27:1
**five** 17:1
**flash** 31:21 35:18
**flashing** 9:11
**flatly** 17:10
**floor** 1:13 26:3
**flora** 48:25
**flores** 9:11,14,17 19:3,20 26:21 54:1 59:5,8
**flowers** 13:3 62:12
**focus** 3:20 4:9 32:1 57:21
**focused** 3:13 45:7
**follow** 26:10
**footing** 27:17 58:22
**forget** 23:21
**forgot** 48:25
**form** 21:15
**fortunately** 6:6,7
**forward** 35:18 62:14
**found** 12:14 44:11 62:19
**four** 65:11,18
**fraction** 22:15 32:17 33:8
**frankly** 56:4
**fraught** 27:14,15
**front** 13:4
**Frye** 53:14
**function** 10:11
**further** 40:14

---

**G**

**games** 65:6
**garden** 62:12
**gee** 13:3
**general** 18:23
**generalizable** 10:3

**generally** 14:9 56:21
**genes** 13:12
**genetic** 13:11
**getting** 5:16 19:6 24:25
**give** 10:25 22:8 45:14 47:8 61:1
**given** 22:24 27:16 44:1,6 47:7 48:19
**Givens** 40:1,4 44:11,11
**gives** 41:24
**giving** 47:3
**go** 3:18 5:1 7:6,19 8:3,22 9:4,14,19 12:25 14:1,5 16:12 17:14 18:15 20:9 21:16 23:4 25:14,24 27:16 29:3 39:11 40:14 51:15 56:6 59:11 60:8 61:3,6
**goal** 24:10 32:24
**goes** 16:4,21 17:12 18:7
**going** 7:13 8:11,14 10:21 12:12,13,14 14:4 16:3 20:9 24:4 25:2 26:1,6 35:16 40:14 43:25 44:4,5 51:9 53:2 54:5 56:3,9 57:13 64:8 65:3,13
**good** 33:24 40:10 57:23 58:17 61:24 62:5,5 66:17
**grade** 11:1
**great** 8:3 28:15 57:24,25 59:11
**Greenland** 14:7 55:23
**grid** 60:20
**group** 7:5 20:19,23 20:25 21:21,23,25 22:2,5,6,11,12,17 22:22 23:2,9,23

24:11,12,13,13 28:7 30:12,12,13 30:13,16,17 31:7 31:11 32:15,15,18 32:19,25 33:3 34:1,6 35:12 36:12,12,14,18,21 37:10,22,22,25 38:24 39:15,19 40:13,13,16,23 41:3,13,22,25 42:2,12 43:10,14 43:14 44:13,15,17 44:18 46:23 47:20 49:13,14 51:20 60:18
**grouping** 6:17 60:12
**groups** 24:21 25:7 32:2 38:7 43:9,17 45:8
**guarantee** 40:8 58:1 60:25
**guaranteed** 40:18
**guys** 27:22 42:23

---

**H**

**half** 17:11 24:18,22
**half-life** 64:5,6,16
**hamstrung** 50:16
**hand** 7:9,10 47:2 67:11
**hands** 42:24
**happened** 12:13 37:11 43:15 52:18 53:4
**happens** 10:10 52:7
**hard** 7:1 13:21 26:10,23 31:24 49:18 51:2
**hate** 3:18
**head** 65:11
**hear** 48:7
**heard** 42:10
**hearing** 1:6 53:15 59:19 67:4
**heart** 4:1,1,5 7:11

9:5 13:4 16:25 21:23,23
**heavily** 36:13
**heck** 56:6
**help** 10:13 27:22 58:2,13
**helpful** 27:9
**Hernandez-Diaz** 14:7
**heterogeneity** 9:7 27:18 43:19 47:10 48:15,16,21 60:1
**heterogeneous** 43:13,17 44:3 60:13
**hiding** 12:1 66:2
**higher** 30:16 32:14 39:15
**highlighted** 29:4
**highly** 47:4
**Hill** 50:19 51:24 61:17 62:10
**Hills** 6:19 11:12
**Hill's** 11:20 18:2 51:10
**hired** 12:9
**history** 58:4
**hoc** 46:4
**home** 56:6
**homogeneous** 32:2 32:2 35:19 37:6 43:10 46:17 51:20
**Honor** 25:14,22 26:5 66:8
**Honorable** 1:6 25:20
**hopeful** 45:21
**hours** 9:10
**huge** 13:22 30:13 31:11 58:7
**Huybrechts** 19:9 19:13,23 24:4 28:9,13,18,22 30:2,3,22,23 32:5 33:11,22 34:5,10 35:11 36:3 37:13 38:4,5,12,14

39:13 40:3 42:13 42:21 43:5,20 44:8,11,23,24 45:10 46:2 47:2 47:12,14,23 48:4 48:13,24 51:16 57:24 63:1,5,22
**HYDROCHLO...** 1:4
**hypoplastic** 9:5
**hypothetical** 11:6,6
**hypothetically** 39:6 39:13

---

**I**

**idea** 8:8 28:8 31:1 40:10 47:22 50:23 52:5,10,15 65:23
**ideal** 23:21
**ideally** 24:12
**identical** 24:14 25:2 36:23 40:22 46:15 47:2 49:14 56:17 60:18,20
**ignore** 57:17
**imagine** 20:6
**immediately** 46:9
**impact** 10:24 20:4 44:2 50:17
**importance** 14:8
**important** 4:23 5:9 12:3,3 15:12,13 16:3 19:1 26:8 31:18,20 48:10 51:11 53:19 56:8 59:15 61:25 65:1
**impossible** 11:21 39:13
**imprecise** 16:4,6
**imprecision** 17:4 57:19
**include** 31:3 34:13 63:17,20 64:3
**included** 3:3 31:5 40:12 43:11
**includes** 3:2 55:16
**including** 14:6

20:15 47:21 56:7
60:9
**incompatible** 16:11
**inconsistent** 15:22
15:24 56:13
**increase** 9:16 25:9
37:21 39:8
**increased** 8:23 9:1
15:20 17:13 20:24
22:2,3 23:2,10,18
23:20 44:13 47:15
52:2 55:3 57:19
**independently**
21:18 60:5
**indicated** 50:12
**indication** 19:18
20:9 23:7 25:10
28:6 47:22 49:11
**indiscernible** 3:21
5:14 7:7 8:8 9:6
12:15 15:16 32:21
33:19 35:15 38:21
44:21 51:2 56:11
63:3,4
**indistinguishable**
37:9 43:15
**individual** 12:24,25
42:19
**individually** 13:21
59:13,14
**industry** 11:17
**infer** 27:9,13
**inference** 61:20
**influence** 56:9
**influenced** 65:7
**information** 6:14
7:2 8:6 9:21
22:11 33:25 39:12
39:14 40:3 57:2,3
60:23
**initial** 30:2
**initially** 23:25
**inquiry** 14:19
**insistently** 53:8
**intention** 46:10
**interacting** 45:10
**interest** 22:25 65:8

65:25
**interested** 11:9
63:16 67:6
**interesting** 3:12
45:12,19 46:11,12
46:14 48:2
**interval** 16:4,20
17:1 21:12 58:16
**intervals** 48:19
**introduce** 21:14
**investigators** 52:1
61:14
**involved** 14:6 65:9
65:10
**IP** 54:24
**issue** 14:1,12 62:9
62:10
**issues** 62:24
**it'd** 46:1

___

**J**

**Janine** 1:16 67:14
**jeez** 18:14
**jeopardy** 13:7
**Jewell** 2:3 3:19
4:20 5:13,23 8:20
10:1 12:2 14:19
15:16 19:8 20:10
25:24 26:20,25
27:19 28:8 30:3
32:5 33:10 34:1
37:15 38:14 40:1
40:5 42:9,11,16
44:10 47:11 48:16
49:7 50:20 53:5
59:4,22 60:8
61:17 62:24 63:17
66:7
**Jimenez** 55:18
**Jimenez-Solem** 3:4
4:24 13:18 20:18
20:25 21:6,17,25
22:11,15,20 23:1
23:13 25:6 29:25
35:23 37:19 38:3
38:5,12 46:15,22
47:8,12,14,23

57:25
**Jimenez-Solem's**
23:6 28:7
**job** 15:7 52:13 65:9
**joint** 48:6
**JOSEPH** 1:9
**Journal** 14:13
**judge** 1:7 4:22
**judged** 24:23
**July** 46:2
**justice** 9:9
**jzonies@rplaw.c...**
1:11

___

**K**

**keep** 26:1,7
**kept** 37:12 46:19
**kin** 67:5
**kind** 5:2 13:15,19
38:13 44:1 53:21
**kinds** 6:20,22,24
35:13 38:2,3
**Kingdom** 52:22
**knew** 10:23
**know** 5:6 6:20 11:3
15:8 16:21 21:19
22:14 24:3,16
29:17,20 32:25
36:8,14 39:6,13
39:20 41:4 42:11
43:23 44:7 46:7
50:12,14 51:6,8
51:15 52:21 54:11
55:25 60:18,19
63:22 64:7,11,19
**knowledge** 61:23
**known** 16:2 62:17
**Knutsen** 20:22 21:3
21:5,18
**Krista** 43:4 63:22

___

**L**

**language** 11:22
18:2,4
**large** 7:25 20:8
**largest** 58:4
**law** 15:10

**laying** 28:1
**leading** 40:24
**led** 33:6 46:20
48:12
**left** 9:5 12:8 14:21
15:19 16:21 31:12
54:21 55:3,10,12
57:12 61:12 64:8
**left-hand** 54:12
**lends** 61:20
**length** 16:20 43:13
**letters** 26:10
**let's** 4:4 8:2,20 9:13
11:3 12:16 16:12
25:15 26:9 31:7
40:16,17 41:23
45:23 50:5 61:6,7
63:23,24 64:2,24
**level** 33:25 42:19
**levels** 32:6 42:14
**LIABILITY** 1:4
**life** 10:7 12:14
**light** 31:3
**limit** 15:2
**limitation** 38:13
**limitations** 18:18
38:12
**limited** 14:19
**limits** 64:10
**line** 7:16 9:1,1,6
54:12 58:15
**literary** 58:9
**literature** 5:9,20
47:21 56:12
**LITIGATION** 1:4
**little** 3:4 5:3 11:11
13:1 14:14,24
24:6 28:1 32:14
33:2,16,17,20
37:2 48:25
**live** 43:7
**LLP** 1:9
**log** 54:18
**long** 26:2
**longer** 39:21
**look** 4:5,22 5:10,12
5:24 6:3,13 7:24

8:4,15,16,20,25
9:18 10:8 13:5,12
15:9,10,10,11,14
16:20 17:4 19:1
24:4 26:4 28:10
30:20 31:21 40:20
42:10,14 43:18
48:23 51:14 53:24
54:3,19 55:7 56:4
56:6 65:2,20
**looked** 4:15 8:19
18:21 20:17 23:17
27:21 29:5,12
44:25 56:5
**looking** 5:23 9:10
9:15 10:2,11,16
13:2 14:1 20:15
22:7 40:23 47:11
47:24 49:8 53:5
56:4 59:20,22,25
62:3
**looks** 8:11 9:14,17
18:14
**loop** 23:19
**loose** 43:1
**lost** 8:6
**lot** 6:10,12,13 19:16
30:14 31:5 51:6
52:7 59:25
**lots** 6:8 64:19
**love** 43:3
**lower** 14:24 31:23
**ludicrous** 38:20
**lumped** 7:3
**lumping** 59:18
60:13
**lung** 6:19,20,22,23
6:24,25 11:14,18
60:19
**LVOT** 9:6

___

**M**

**M** 1:6
**Machiavellian** 61:4
**MADISON** 1:13
**main** 18:21 46:10
57:21

major 13:18
making 51:11
malformations
  20:12 59:21,25
manual 61:18
MARK 1:12
markcheffo@qui...
  1:15
Market 1:20
massive 32:23
  33:23 35:6
matter 27:14
mean 17:14 31:16
  38:16 43:19 45:24
  48:22 52:24 56:2
meaning 36:23
  55:3,4
means 10:13 21:22
  32:9 38:14 46:3
  49:25 50:1 61:24
meant 29:3 46:7
measure 34:7,24
  50:7
measurements 50:2
mechanism 61:23
  62:7,16,16,21
mechanisms 63:1
Medicaid 28:22,24
medication 29:21
  29:22,23
medicine 29:15
memory 3:18,18
  33:8
mentioned 10:20
  20:22 48:15 50:20
  57:24 60:17
merely 59:8
merge 28:23
merged 30:21
merging 29:1
message 43:4
meta-analysis
  46:20 47:12,13
  48:16,17 49:2
  58:25
method 32:13
methodologically

24:17
methodology 10:4
  26:25 45:1,5,6
  53:20,23 56:10,19
  56:19
methods 56:16
middle 41:3 54:20
MID-ATLANTIC
  1:20
miles 48:17
million 6:13
mind 59:18
minute 24:1
minutes 25:16 61:1
mirrored 8:12
misinterpreting
  46:8
misrepresenting
  43:8
mistake 59:3
Mitchell 14:7
mix 31:24
mixture 22:23
modern 55:24 58:6
modify 60:5
moment 36:24
  37:10 39:4,7,9
  43:15
month 38:17 41:14
months 21:8
morning 6:12 22:1
  38:19 53:22 66:10
moved 19:15 31:25
multiple 13:6 14:1
  14:1

N
N 2:1
nail 17:8 52:11
naked 48:18
narrowly 6:9
NATIONAL 1:19
natural 36:22 37:6
  37:17,19 47:17
  48:1
near 4:24
necessarily 3:2

13:23 22:3 24:6
  58:12 64:1
need 26:6,8,9 28:3
  29:23 32:23 33:22
  42:22 47:16 50:13
  66:11
needed 7:3
needs 26:9 51:3
negative 14:23 57:9
  57:18,18
neither 67:5
never 16:5 36:17
  37:7 39:1 41:2
  43:12,12 44:18
  45:9 55:13 57:10
  63:12
nevertheless 23:5
  30:14 31:25
new 1:14,14 3:1,2,6
  3:7 14:12 25:14
  27:5 33:5 40:6
nice 23:22 25:15
NICHOLAS 2:3
Noise 26:3
nondepressed 31:6
nonsignificant 56:7
  57:4
non-pause 22:20
  63:25
non-paused 46:23
Notary 1:17 67:14
notebooks 28:1
noted 5:22
number 19:9 29:7
  31:11,19 54:13
  60:4
numbers 6:12
  32:19 51:14 54:11
nuts 16:19,19

O
obese 18:24
obesity 49:15
objective 58:21
observational 7:1
  49:16 50:9 52:5
obvious 24:24

29:18 39:16 54:24
obviously 52:16
occasionally 11:22
occur 6:7 10:23
occurred 45:9
occurring 7:12
occurs 8:5
odds 8:9 10:24 11:4
  11:5,7,14 14:23
  16:15,22 17:7,16
  30:4,18,20 33:19
  33:19 39:15 42:3
  43:22 51:1 54:13
official 67:11
oh 8:3 24:1 51:14
  51:15 57:24 61:5
  62:14 63:18 65:3
okay 4:13 25:2
  28:10,11 32:12
  35:7 66:14
once 5:7 11:5 26:12
  29:1 30:6,6 39:1
  41:5 52:9 53:4
ones 18:21 23:20
  27:8 37:24 40:17
  57:17 58:20 64:2
opening 12:21
  63:18
OPERATOR 1:16
  1:16
opinion 56:9 57:6
  65:24
opinions 15:22
  27:23 53:11,20
  62:23 65:7
opposite 61:6
orange 24:3
organogenesis 39:4
  62:8
organs 61:8
original 3:12 5:21
  19:7 21:13 33:23
  34:10 35:18 43:19
  59:19 61:13
originally 3:8
ought 32:1
outcome 5:23 6:4,5

7:5 10:14,19
  13:13 15:17,18
  33:5 50:14 51:16
  65:25 67:6
outcomes 3:21,22
  4:20 6:5,7,15,17
  7:7 8:21,21 9:8
  12:25 62:10
outcome's 6:4
outlined 14:2
output 47:14
overlap 4:25
overlaps 38:15
overnight 26:14
overstating 22:4
  38:20

P
P 13:16 14:8 30:5
  48:25
PA 1:3
page 2:1 27:3,6
  54:6 59:9 60:5
pains 22:10
paper 3:10,13 4:3
  8:5 21:4 34:11
  37:14 44:23 48:11
  51:25 52:20 59:11
papers 4:4 5:21
  24:3 46:17 55:20
paragraph 40:5
  53:1
part 12:14 44:24
  45:4,6,6 54:3
  60:11
particular 28:9,20
  34:3,13 41:21
  58:9
particularly 13:10
  31:18 33:18 46:12
  51:11
partly 65:8
party 67:6
Pathologists 60:19
pathology 6:24
patter 9:4
pattern 8:16 9:14

9:24 18:3
**pause** 20:19,23,25
    21:21,23 22:1,4,6
    22:8,11,17,17,18
    22:18,19,22 23:2
    23:9,18 28:7
    63:25
**paused** 21:6,9
    22:13,23 23:12
    25:1 37:24 46:23
**Paxil** 22:17,17,18
    24:7 63:7,14 64:3
    64:6,10,15
**pay** 18:19
**Pennsylvania** 1:1
    1:21
**people** 6:23 16:25
    24:1,23 29:3,20
    39:2,14,20 40:12
    47:5 50:7 58:7
    62:4 64:19
**percent** 25:8 30:16
    37:21,21 43:22
    44:2,4 51:5
**performed** 5:1
**perinatal** 62:2
**period** 21:8,11
    28:20 29:13,15
    39:22 41:11
**permit** 45:19
**person** 29:18 54:23
**personally** 62:7
    65:8
**perspective** 66:1
**Petersen** 4:24
**Pfizer** 15:16 16:24
    42:5,10 48:2,8
    53:6,6 56:2 57:17
    58:20 63:9,10,18
**Pfizer's** 52:23 53:7
**ph** 3:24 5:5 9:11
    10:12 11:20 20:22
    52:22 53:15 55:19
**pharmacy** 23:14,15
    28:24 29:20 30:1
**Philadelphia** 1:3,21
**pick** 21:10 24:11,18

**picked** 52:21
**picking** 13:8
**pictures** 47:3
**piece** 29:4
**pill** 36:3 38:15
    44:25 45:3
**pills** 29:7,10,14,18
    36:16,19 37:1
    39:21 41:17 64:6
**plaguing** 23:23
**Plaintiff** 1:9
**plausibility** 61:17
    61:20,22 62:6,11
    62:14
**plausible** 44:1,2,6
    62:20
**play** 10:15 65:6
**please** 25:21 26:17
    30:24
**plot** 9:11,14,17
    12:6 18:6 19:3,20
    26:21 27:10,11,24
    54:1 58:23 59:5,8
**plotted** 27:20
**point** 3:15 11:17
    16:2,13 18:25
    19:8 21:8 23:1,16
    30:10 34:23 35:4
    36:6 37:18 38:6,9
    38:19,23 42:20,22
    44:12,16 49:2
    58:19 59:2 63:23
**pointed** 22:1 36:16
    53:22 62:1
**pointer** 4:23 17:19
**pointing** 8:18
**points** 15:1 17:3
    21:25
**policy** 7:2 51:12
**political** 58:9
**poll** 58:4,8 60:5
**polling** 58:6
**polls** 58:11
**poor** 58:18,20
**popped** 4:16
**population** 13:11
    52:19 56:25

**portion** 16:10
**positive** 9:6 18:9
    52:24 53:8,25
**possibility** 45:13,19
    50:10
**possible** 13:3 22:2
    34:19 37:6 50:3
    51:7 59:24
**post** 46:4
**postconception**
    29:10 41:18
**potential** 49:9
    50:17
**powered** 57:1
**powerful** 38:10
**powerless** 50:11
**POZNER** 1:9
**precise** 7:10 16:2
    25:13 31:9 37:21
    58:12
**precisely** 17:8
**precision** 5:17 8:16
    58:3
**preeminent** 11:17
**prefer** 48:5 59:23
**pregnancies** 6:14
    7:13 28:23 30:7
**pregnancy** 21:11
    21:15 22:16 23:5
    24:1,12 28:13,21
    29:16,18 30:10
    36:21 38:17 40:24
    41:12,14 61:9
**pregnant** 23:24
    30:14 35:22 36:25
**preponderance**
    17:24
**prescribed** 29:9,22
**prescription** 29:6,8
    29:9 34:14 35:24
    36:1,6,9,11,18,19
    37:3 38:16,25
    39:21 40:9,13,17
    40:24 41:2,14,19
    41:20 44:19 64:7
**prescriptions** 21:9
    29:4 34:8,15 40:7

40:23 41:9,11
    44:17 45:2
**present** 38:11
**presented** 11:16
**presenting** 27:23
**presidential** 58:4
**presiding** 25:20
**prespecified** 46:6
**presume** 63:9
**pretty** 6:4,5,6 11:25
    54:24
**prevalent** 10:22
**previous** 32:4
    35:17
**previously** 31:3
**primary** 3:20 59:19
**prior** 29:6 36:20
**probably** 12:9,13
    25:23 60:16 62:13
**problem** 7:11,14
    29:24 65:12
**proceed** 26:18
**proceeding** 25:18
    66:19
**Proceedings** 1:18
**produced** 1:18
    27:24
**product** 10:5
**PRODUCTS** 1:4
**Professor** 40:5
**prolong** 17:15
**propensities** 20:1
**propensity** 32:7,9
    33:13 35:6 42:14
    42:15 43:11
**properties** 64:16
**protect** 16:25 57:13
**protected** 58:5
**protective** 56:7
**protects** 54:16
**proved** 15:25
**provide** 3:5 39:12
    57:2
**provided** 5:20,21
    34:5 35:11 38:5
    44:8
**provides** 34:12

36:22
**proviso** 47:7
**Prozac** 63:4,5,7,9
    63:12,13,18,20
    64:3,6,10,15,24
    65:3,4 66:5,6
**Public** 1:17 67:14
**publication** 48:6
**publish** 48:2,8
**published** 48:5
**pull** 23:2 34:11
**pulling** 10:2
**purely** 25:9
**push** 55:12
**pushed** 55:2
**put** 3:14 11:23 19:8
    19:12 20:5 27:3
    28:3 31:6 33:5,20
    47:3 61:5,6 62:4
**putting** 7:6 58:22
**p.m** 25:18,18 66:20

**Q**

**quality** 49:19
**quantify** 10:17
**quantitative** 27:10
    58:24
**question** 10:25
    12:23 15:12,23
    16:7 20:4 23:13
    64:24,25
**questions** 65:10
**quickly** 59:10
**QUINN** 1:13
**quite** 6:6,9 8:18
    15:21 17:6,13,25
    46:7 47:8 52:7
    55:25
**quote** 40:4 56:1
    60:4,16 61:18,18

**R**

**R** 67:1
**raise** 6:21 21:24,24
    51:5
**raised** 18:17
**ran** 37:15

**random** 13:8
**randomization**
  37:5 49:17 50:5
**randomize** 24:17
**randomly** 24:18
**range** 17:13
**rare** 6:7
**rarely** 8:5
**rate** 30:11,20 31:2
  32:16 33:1 39:7,8
**rates** 21:24 30:15
  33:2
**ratio** 7:25 8:9 10:24
  11:4,5,7,14 14:23
  16:15,22 17:7,16
  30:4,18,20 33:19
  39:15 42:3 43:22
  51:1 54:13
**raw** 33:15
**reach** 53:12,16
**reaches** 17:1
**read** 16:5 27:4
  35:16,19 38:3
  54:8 58:23
**really** 5:6 7:11
  12:17 13:23 14:18
  16:5 17:5 23:21
  24:2 27:2 32:17
  34:25 36:7 39:24
  40:14 42:1 45:23
  51:20 54:10,23,25
  55:11 56:24 57:13
  59:15 61:8 64:13
**Reanalysis** 44:11
**reason** 5:10 7:22
  18:3,4,8 21:18
  31:4 33:24 37:11
  46:25 57:21
**reasonable** 6:17
  57:5
**reasonably** 51:12
**reasons** 4:7 14:2
  15:6 24:24 29:18
  31:19 43:3 47:1
  56:21 57:16
**recall** 3:17 49:3
**recess** 25:17

**recognize** 9:19
  13:10 56:19
**recorded** 1:18
  29:19
**recording** 1:18
  67:4
**records** 23:14,15
  28:24 29:20 30:1
**red** 13:3 30:8,12,13
  30:16 31:14 32:14
  32:24 33:3 34:6
  34:18,25 35:2,9
  35:12,12,12,15
  36:12,18 37:4,11
  37:22 39:1,2,15
  39:19 40:25 44:18
  62:12
**reduce** 44:4,5
**reduced** 31:11
  43:21
**Reese** 5:5,7
**refer** 27:6 28:3
  50:7
**reference** 61:18
**referred** 27:10
**refill** 36:1,10
**refilled** 36:21 39:1
  40:8
**refilling** 38:24
**refine** 34:7 38:7
**refined** 9:2
**refrain** 26:2
**refuse** 3:10
**regard** 29:5 35:24
  42:7 50:22 58:14
**regards** 24:14
**REGION** 1:20
**REILLY** 1:9
**related** 10:19 14:8
  50:24
**relationship** 8:17
  11:8
**relative** 51:4 54:13
  55:4
**release** 33:23
**relevant** 14:18
**reliable** 6:15

**relied** 53:16 60:9
**rely** 62:8
**relying** 52:19 57:7
  62:19
**remember** 8:8
  64:11
**remove** 20:4 41:25
  51:18
**removed** 31:9 42:6
**removing** 30:8
**ren** 10:5,12
**repetition** 55:16
**replication** 5:2
**report** 4:14 5:13
  6:1 7:19,20 12:9
  14:3,22 15:21
  17:16 18:7,22
  20:11,16,17,19,23
  21:4,13,19 22:9
  22:17 27:2,5,25
  28:4 39:18 40:1,5
  40:21 46:11,21
  49:7 52:25 60:3,5
  60:8 63:18,20
**reported** 3:1 4:6,20
  8:4,5,19,25 19:22
  19:25 33:6 55:20
**reporting** 1:19 22:7
**reports** 5:8
**representation**
  52:14
**represents** 55:11
**reproduce** 35:7
**require** 42:19
**research** 50:2
**residual** 49:23,24
  50:8
**resolve** 7:14
**resolved** 49:17
**resolving** 47:24
**rest** 18:7
**restate** 10:25 11:2
**restrict** 24:4 38:8
**restricted** 19:25
  30:23,25 33:11
  34:2 42:12
**result** 15:24 33:6

  40:22 41:5 44:6
  51:9 52:11,21,25
  57:12
**results** 3:13 4:14,15
  9:21 12:4,6 14:20
  14:21 19:3,5
  21:17,20 25:6
  27:4,7,20 30:25
  41:24 43:7,24
  45:3,4 46:10,15
  47:9,13 48:23
  49:10,20 54:2,6
  56:12,13,16,25
  57:3,4,8 58:12
  63:16,17,19,21
  64:3
**review** 50:21
**reviewed** 14:4
**reviewing** 28:15
**re-weight** 32:17
  33:16
**re-weighted** 33:2
**re-weighting** 32:18
  34:24
**rid** 19:6 28:2 39:14
  39:23 40:16 41:3
  41:23 50:3,13
  58:2,2
**ridiculous** 17:8
**right** 3:22 4:21
  5:14 8:23 12:8
  15:24 16:14,17
  17:1,12 18:10,12
  18:22 19:14 20:7
  20:20 26:3,12,17
  29:17 31:23 32:7
  34:4 37:17 39:2,8
  41:14 45:17,18
  46:21,22 47:16,20
  48:7 54:21 55:3,5
  55:12,19 58:3,5
  60:14 61:3 65:11
  66:15
**rights** 10:22
**rise** 25:19
**risk** 6:21 8:23 9:1,1
  9:16 10:18 14:24

  15:20,22 16:15
  17:13,18 18:15,24
  20:24 21:21 22:2
  22:4,4 23:3,10,18
  23:20 25:9 28:14
  31:13 37:21 42:2
  44:13 46:25 47:15
  51:2,4,5 52:2 55:3
  55:4,4 57:19
**risks** 50:5 54:13
**room** 17:21 27:12
  54:23 63:15
**Rothman** 55:23
**roughly** 41:11
**Rufe** 1:6 25:20
**rules** 7:19 14:13
**run** 17:19 42:23
  54:13
**RVOT** 9:6

**S**
**S** 1:12
**satisfying** 65:19
**saw** 6:12 8:9 9:24
  11:14 14:11 37:7
  40:21 43:21 44:2
  53:13,17
**saying** 17:9,9,10
  40:14 46:9 54:10
  59:18 63:8 65:21
**says** 3:24 16:15
  17:16 45:18,24
  46:1,4 61:19,21
  65:6,24
**scale** 16:5 54:18
**science** 56:20 64:20
**scientific** 5:20 57:5
  61:19
**scientist** 45:25
  62:17 64:18
**scientists** 53:7
**score** 32:7,10 33:13
  35:6 43:11
**scoring** 42:14,16
**screen** 28:12,17
  51:25 60:10
**screens** 26:11

**seal** 67:11
**searching** 53:9
**seated** 25:21
**second** 17:15 31:22
  38:17 51:24 63:10
**see** 3:6 5:15,18,24
  7:8 8:17,23 9:22
  9:22 11:22 13:12
  16:1,3 17:11
  18:19 23:2 25:5
  26:12,23 27:6
  29:7 37:20 43:7
  44:8 45:1 47:10
  48:18 49:20 50:24
  52:6,25 53:1,14
  53:24 54:4,6 55:1
  55:8,9,15 60:10
  64:23
**seeing** 9:3 18:8
**seen** 3:10 7:25 8:8
  13:24 43:12 52:9
  52:14,17 55:13
  63:15,16
**selling** 16:24
**sense** 7:17,19,23
  13:25 15:1 19:6
  47:17 48:21 54:9
  62:11 63:7 64:7
  64:22 65:21
**senses** 64:20
**sensitive** 13:10
**sensitivity** 45:7
**sent** 46:9
**separate** 36:23
  37:11 39:5,20
**separated** 37:13
**separately** 5:13 8:6
  40:6 48:23 65:3
**septal** 3:9 5:13,16
  5:19,25 8:23 9:2,3
  9:12,13,13 53:10
**September** 1:4
**SERTRALINE** 1:4
**service** 1:18
**session** 25:20
**set** 28:25 30:21
  44:7 53:22 56:12

56:16
**sets** 29:1 60:13
**severe** 3:25 4:1,10
  4:15,17
**share** 45:19
**shark** 37:4
**shifted** 20:7 55:10
**shimmy** 33:21
**shock** 58:6
**shocked** 57:11
**shortcomings** 28:8
**shorter** 64:5
**shorthand** 59:17
**short-term** 59:17
**show** 9:16 13:23
  14:23 27:18 34:2
  50:21 57:15,18
**showed** 3:7
**showing** 9:24 30:3
  54:2 61:18
**shows** 15:20,22
  28:17 30:5 47:14
  55:19
**side** 54:12 55:5
  61:5 65:8,20
**sight** 15:3
**sign** 12:15
**significance** 13:23
  14:8 15:1,2 56:22
  57:22 60:24 61:1
  61:2
**significant** 12:4,5
  14:20 15:11 19:11
  19:14,24 30:4
  37:25 41:6 44:12
  46:24 47:4 48:24
  49:1,8 56:3,5,14
  56:16,17 57:1,3,8
  57:12 63:3
**significantly** 17:22
**similar** 29:25,25
  47:3,9 63:5
**simpler** 52:13
**simply** 10:5 56:13
**simultaneously**
  65:10
**single** 13:9,11,17

13:23 52:11 54:23
  55:13
**situation** 17:25
**situational** 64:17
  64:20,22 65:21
**situations** 65:22
**six** 17:2
**SIXTEENTH** 1:10
**sizable** 46:24 50:13
**size** 11:20 44:8
  56:23 66:12
**slanted** 18:8
**slavish** 14:9
**slide** 4:22 17:14
  28:12 30:3,5,23
  31:22 32:4 34:2
  35:17 40:4 44:10
  47:11 53:5 54:1
**slight** 4:16 15:1
**slightly** 6:22 33:21
**small** 7:18 31:15,16
  33:8
**smaller** 53:22
**smoke** 18:24
**smokers** 32:18,19
**smoking** 6:21 7:1
  11:15,18,19 19:17
  32:14 49:15
**software** 32:23
**solely** 14:20 57:7
**solid** 54:12
**somebody** 16:19
  24:7 26:14 57:24
  62:14
**somewhat** 29:25
  31:8 57:18
**sorry** 4:12 26:11
  54:4
**sort** 9:3 12:7,15
  13:8 16:13 28:4
  55:5,8 56:14
  58:15
**sound** 1:18
**spawned** 47:21
**speak** 45:20
**speaking** 31:8
**specific** 6:9 7:11,12

8:2 22:11,16
  59:23,24 61:10
**specifically** 16:4
  47:19
**Specificity** 59:17
**spend** 9:9 49:7
**spent** 9:10 28:15
**split** 60:21
**sprinkle** 11:10
**spurious** 51:13
  52:18
**SSRI** 21:7 23:4
  29:6 34:22 43:13
  47:19 62:25
**SSRIs** 21:1 22:8,12
  22:15 29:5
**stage** 33:10
**stages** 49:20
**stake** 65:18
**start** 8:22 41:13
  66:10,11
**started** 27:20
**state** 52:20
**statements** 14:9
**States** 1:1,7 58:5
**statistical** 14:25
  58:18 60:24,25
  61:2 62:9,10
**statistically** 12:4
  14:20 19:14,24
  37:25 44:11 46:24
  48:20 56:13 63:3
**statistician** 6:18
  8:10,15 14:16
  24:25 31:20 43:25
  62:3,11 64:23
  65:2
**statisticians** 6:2,16
  11:18 50:12
**statistician's** 65:9
**stayed** 25:11
**step** 47:24 48:1
**stop** 18:13 23:20
  64:6
**stopped** 10:8 25:4
  37:3 41:18
**story** 10:8

**strange** 11:25
**stratification** 35:6
  42:11
**straws** 13:8,9
**Street** 1:10,20
**strength** 11:12
  50:20,22,23 51:10
  51:16 62:10
**stress** 47:16
**strike** 61:11
**string** 13:14
**stringent** 13:14,17
**strong** 3:7 10:9
  11:10,16 51:21,22
  59:12
**stronger** 3:7,8
  13:25 50:24 51:13
  51:16,17
**strongly** 10:19
**struck** 61:13,13
**struggle** 47:18
**struggling** 54:22,24
  54:25 64:11
**stud** 52:15
**studied** 57:14
**studies** 4:21 6:19
  6:19,25 7:1,2,18
  12:25 13:11,21,23
  14:1,6,22 15:4,13
  18:8 20:11 24:24
  27:5,17 47:18
  49:1,3 52:8 53:22
  53:24 55:16,18
  56:17,24 57:22,22
  58:1,13,17,19
  59:9,12,12
**study** 6:10 7:5
  12:25 13:9,17,18
  15:21,24 16:16
  17:4,8 28:13,14
  28:18 31:19 32:5
  37:20 40:3 42:13
  49:16 50:9 52:6
  52:24 55:13 56:23
  57:25,25 61:1
  62:7
**studying** 56:24

**stuff** 35:6 55:2
**subanalysis** 63:2
**subcategories** 6:9
  7:16,19,24 8:17
  8:19,22 9:20 10:3
  27:8
**subcategory** 5:17
  8:7,12,12 9:12,12
  9:15,23 60:2 61:2
**subgroup** 9:25 46:4
  60:22,25
**subgroups** 55:20
**subscribers** 58:8
**substantially** 62:18
**subtly** 35:9
**successful** 19:2
**Suite** 1:10,20
**SULLIVAN** 1:13
**summarize** 28:4
  44:10 60:16
**summarizing** 60:15
**supersede** 46:5
**superseded** 5:6
**superseding** 46:10
**supplement** 3:5
  37:14 42:15
**supplied** 44:24
**supply** 29:12,14
  33:12
**support** 12:23,24
  16:7 17:5
**supportive** 17:9
**suppose** 7:25 8:7
  32:14 56:2
**sure** 7:24 25:22
  33:7 36:15 51:12
**surprise** 13:20
**surprised** 57:10,16
**surprising** 45:25
  46:1,4

**surprisingly** 30:13
**Surveillance** 60:11
**survives** 13:19
**surviving** 13:24
**suspicious** 52:9
**swamps** 30:13
**symmetric** 18:3
**symmetry** 54:4,24
**system** 64:9
**systematic** 10:12
  18:10
**systematically** 9:16

---
**T**

**T** 67:1,1
**table** 40:8
**tactic** 60:23
**take** 5:8 8:20 11:3
  12:25 16:12 23:22
  24:5,14,17,19
  25:15,16 29:9,21
  35:12,18 37:1
  40:17 41:17 43:1
  44:17 47:7 48:4
  53:23 62:23 65:18
**taken** 19:20 29:9
  29:21 36:10
**talk** 3:11 16:10
  20:24 27:16 28:8
  59:9
**talked** 4:4 15:4
  23:3 27:13 32:16
  34:17 35:22 36:2
  41:15 55:23 57:23
  63:24
**talking** 18:1 26:20
  28:6 43:5 58:13
  61:8
**talks** 22:21
**task** 64:14
**team** 28:22 29:24
  30:6 34:5 43:5
  45:13 50:1,2
**techniques** 20:13
**tell** 8:10 9:7 31:24
  33:14 52:6 55:2,6
  58:20 64:13 65:6

65:13,15,20
**telling** 64:13
**tells** 15:8
**ten** 25:16
**tend** 6:21 13:4
**tenfold** 54:16,16
**term** 59:17
**territory** 5:1
**test** 12:23
**tested** 45:1
**testified** 63:8,10
**testing** 56:16
**TGA** 8:2,7,9
**TGAs** 8:6
**Thank** 26:3,17 66:7
  66:16,17
**thereof** 67:7
**they'd** 16:24 39:9
**thick** 54:12
**thing** 14:17 20:6
  24:24 38:4 46:16
  52:18 53:21
**things** 12:21 17:15
  28:1 33:16 51:4
  56:23 64:19
**think** 3:9 4:3 5:3
  6:17 7:11,17,18
  8:5 9:11,22 12:2
  14:11 15:6 16:18
  19:9 21:2 23:8
  25:23 26:1 27:11
  31:17 32:6 33:7
  39:19 40:9 41:15
  41:16 43:4,6,21
  44:12 45:12 50:17
  52:22 54:4,23
  55:19 58:20 60:15
  62:18,22 65:4,13
  65:14,17 66:11
**thinking** 65:11
**third** 17:20 41:14
**Thomas** 1:16 67:14
**thought** 11:18
  22:25 28:2,4 42:4
  43:8 48:1,10
**thoughts** 10:3
  20:25

**three** 10:22,24 11:4
  11:10,11 36:5
  49:6 51:7 52:16
  65:14,17
**three-fold** 17:18
**three-month** 41:11
**thrombosis** 64:21
**throw** 58:24
**thrown** 41:6
**time** 12:16,16 13:20
  13:20 21:4,7,11
  21:12 28:15 29:4
  49:8 50:10 66:7
**times** 10:7,22,24
  12:13 16:23 49:12
  60:4 61:9 63:11
**timing** 23:15 25:23
**today** 26:5 27:22
  44:1 59:16 64:12
  66:7
**told** 12:8
**tomorrow** 25:24
  54:2 66:11
**tonight** 26:5
**top** 4:24
**topic** 59:15
**torching** 38:1
**torture** 13:2
**torturing** 13:2
**totally** 15:24
**touch** 50:19
**tough** 55:14
**trained** 65:6,19
**transcribed** 67:4
**TRANSCRIBER**
  1:16
**transcript** 1:6,18
**transcription** 1:18
**transposition** 8:3
**treat** 35:21 64:20
  64:21
**treated** 39:10
**treatise** 56:11
**treats** 58:14
**trial** 48:2 49:18
**tricky** 53:2
**tried** 19:2 27:21

29:13 46:14 48:3
  49:19 50:2
**trimester** 34:9,14
  34:15 35:24 36:14
  38:15,25 40:9,25
  41:9,12,19 44:18
  45:2 47:6
**triple** 13:7
**trouble** 23:23
**true** 11:5 15:13
  17:10 22:4 30:18
  53:1 56:21 58:16
  63:11
**truly** 42:1
**Truman** 58:5
**truth** 12:10 25:23
  56:22
**try** 5:11 19:11 20:4
  22:10 23:1 24:4
  24:10 27:3 34:7
  38:2,2 61:14
**trying** 4:21,22 13:7
  27:9,13 32:13
  38:7 46:1,8,16
  51:18 60:18 63:23
**turn** 54:25 55:7,9
**Twenty** 6:19
**twice** 38:25 40:24
  44:18
**two** 6:8 7:25 8:9
  16:6 17:8 27:18
  32:6 34:14 35:13
  36:4,20 37:13
  40:7,18 41:10,23
  42:3,4,14 43:3,18
  45:4 46:17 47:3
  48:22,23 49:1
  51:7 52:16 55:25
  56:24 60:20 64:9
  66:3
**types** 14:6

---
**U**

**ultimately** 15:25
**umbrage** 40:2
**understand** 5:11
  6:24 10:13 17:3

35:10 54:8 57:15
**understanding**
34:10 45:25
**understands** 59:4
**understated** 46:25
**Understood** 66:13
**unexposed** 30:8
31:14 39:10 50:4
**unfair** 57:17
**unfortunately**
22:11 23:17
**unhappy** 15:5,5,7
**United** 1:1,7 52:22
58:5
**unknown** 11:21,23
11:24 49:23 50:8
50:11,18,25 51:3
**unmeasured** 49:24
**unmedicated** 23:10
23:11 45:8
**upper** 15:19 16:9
16:10
**upside-down** 55:1
55:7,9
**up-weighted** 33:4
**up-weighting** 32:20
**urged** 48:2,8
**URQUHART** 1:13
**use** 7:22 16:16
22:10 28:13 31:7
40:18 48:4 52:3
56:15 57:3 60:23
61:13,22
**useful** 28:5
**useless** 58:11
**user** 47:19
**users** 22:18,18,18
22:19,20 23:24,24
24:6,7,12,18
31:10 41:8 46:18
46:24 47:19

**V**

**valid** 58:15
**valuable** 54:10
**value** 13:17 14:8
30:5 48:25 64:10

**variable** 9:20 33:20
35:6
**variables** 33:12
34:24 42:20
**variation** 10:6,12
10:12 18:11
**variety** 4:7
**various** 9:8 20:13
33:12 49:20
**vascular** 53:9
**ventricular** 9:3,13
**VERITEXT** 1:19
**versa** 65:4
**version** 45:15
**versus** 30:12 31:14
46:19
**vested** 65:25
**vice** 65:4
**view** 23:17 58:17
**viewpoint** 61:16
**visual** 27:2,5,9
52:14 55:11
**visualization** 58:14
**visually** 54:6

**W**

**wait** 24:1
**wang** 49:3,4
**want** 4:19,25 5:10
5:12 6:3 7:24
8:15 10:25 17:15
18:25 19:20 23:23
25:1,2,23 26:20
32:14 34:18 41:3
42:23 45:14 47:17
48:4,24 51:12
54:11 55:21 58:19
59:2,3 61:1 63:25
**wanted** 33:22 40:13
60:24
**wants** 58:20
**wasn't** 17:7 53:16
**waste** 12:16
**watching** 39:5
**water** 26:2
**way** 4:9 12:17
13:16 16:21 18:1

18:5 22:5 24:16
40:15 41:24 46:14
54:17 55:7,11
59:8 63:21 64:21
**weaken** 7:8
**weakens** 62:17
**weakness** 29:19
**week** 27:20 64:9,9
**weeks** 29:13
**weigh** 57:5
**weight** 33:4
**Wemacher** 3:24,25
3:25 4:13
**Wemacher's** 4:3
**went** 11:15 31:17
38:3 42:13 44:17
47:23
**weren't** 39:11 42:1
**we'll** 21:24 26:4
50:19 55:15 66:10
66:10
**we're** 10:11 13:10
17:25 18:1,8,19
24:4 26:20 37:6,7
37:8 43:5 47:11
50:11,16,17 53:5
54:17 59:19
**we've** 7:21 13:20
13:24 18:19 22:10
23:3 30:2 42:10
47:1 52:13,17
54:6 57:24 58:13
62:14
**whatsoever** 66:1
**whiter** 5:16
**willing** 33:23
**wills** 36:7
**wipe** 10:20 11:11
51:3
**wish** 52:12
**WITNESS** 2:3 4:13
26:23 48:9 67:11
**woman** 6:12,13
14:24 29:9,10,14
29:17 34:21 36:19
38:16 41:17,21
64:8

**women** 16:16 18:23
19:18 20:3,3
21:14 22:12,12,15
22:21,23 23:11,23
23:25 24:1,5,13
25:2,7,11,12
28:18 30:7,8,14
31:3,4,6 32:22
33:3 34:1,3,12,13
34:18,19,23,25
35:9,13 36:23
37:3,7,7,8,9 38:7
38:8,9,9,24 39:5
40:6,23,25 41:4,7
41:7,8,10,12,25
42:1,5 43:9,11,14
44:13,17 45:9
47:6,20,25 49:13
49:14 50:4 51:20
58:1
**word** 13:1 23:22
53:3
**words** 9:15 10:13
18:13 23:8 35:13
40:18 46:13,13
55:18
**work** 11:20,21 16:2
18:18 49:18 55:8
63:4
**working** 27:21
**worried** 32:15
**worry** 50:4
**worse** 39:23 42:5
**worship** 14:10
**wouldn't** 5:10 6:17
12:9 13:22 15:7
41:21
**would've** 3:3 12:10
12:10 15:3,4,5,5,7
19:12,23 20:7
57:10,17 59:23
61:11
**wrestling** 49:21
**write** 17:16 63:25
**writing** 27:25
**written** 48:11
**wrote** 21:4,4,5,18

21:19 45:16

**X**

**X** 2:1

**Y**

**y** 52:15
**yard** 13:4
**year** 45:11
**years** 15:16
**Yen** 21:3
**YORK** 1:14,14

**Z**

**Zoloft** 1:3 3:20
11:8 14:25 16:16
16:17,22 17:16
18:24 22:10,13,14
22:16,18,19,20,23
23:5,24,24 24:5,6
24:12,14,17,19
25:3 28:20 29:12
30:15 31:10,14
34:20 35:13,21,24
36:13,25,25 37:7
37:12 38:9,17
39:9,23 44:13
46:18 47:5,7,19
52:3 63:2 64:1,1,5
64:14,24 66:4
**Zoloft-exposed**
22:21
**Zonies** 1:9 2:4 4:18
25:22 26:4,13,16
26:19,24 48:14
66:8,13,16

**0**

**01** 40:22
**05** 30:5
**07** 43:22

**1**

**1** 1:4 16:5 54:14,15
54:16
**1.0** 3:1 33:19
**1.07** 31:23
**1.09** 19:9 20:1 33:7

35:5 43:21
**1.1** 48:25 51:1,2,4
**1.16** 19:24 31:15,18
  31:23,25 35:5
  43:21
**1.2** 3:14
**1.22** 3:18
**1.27** 19:13,23 30:4
  31:17,21,25
**1.3** 3:14
**1.5** 8:22
**1.52** 31:23
**1.59** 25:13
**1.6** 25:13 48:19
**1.7** 44:5
**1.74** 8:22
**1.8** 47:15
**1.87** 39:11
**1.88** 40:22 44:4,12
**1.9** 44:12 45:22
  48:19 50:13
**10** 11:14 51:5 54:14
  54:16
**10,000** 7:12
**10:00** 66:11
**10010** 1:14
**11** 66:12
**11,000** 31:10 34:12
  35:25
**11,059** 34:2 35:18
  35:19
**12** 46:2
**14** 66:12
**14,000** 31:10
**14,040** 30:15
**15** 38:2
**17** 60:5
**170** 1:10
**180,000** 31:12
**1800** 1:20
**1801** 1:20
**1900** 1:10
**19103** 1:21

— **2** —
**2** 1:6 16:22 17:20
**2,442** 37:12

**2.36** 8:21
**2.7** 8:21
**2.8** 8:21
**2:12-md-02342-...**
  1:2
**200** 32:22 34:24
  35:6
**2014** 28:13,18 53:7
**2015** 1:4 46:3 67:12
**212-849-7000** 1:14
**22ND** 1:13
**23** 40:5
**27** 30:16

— **3** —
**3** 2:2,4 8:21 11:7
  16:22 17:17,19,23
**3rd** 61:19
**3s** 10:19
**3.6** 10:14
**3:27PM** 1:4
**30** 61:1
**30,000** 13:12
**303-893-6100** 1:11

— **4** —
**4** 44:2,4
**4:01** 25:18
**4:17** 25:18
**40** 25:23

— **5** —
**5** 16:23
**5:21** 66:20
**50** 25:23
**51** 1:13

— **6** —
**60** 25:8
**604** 61:19

— **7** —
**777-6690** 1:21

— **8** —
**8,600** 37:12
**80202** 1:10
**87** 37:21

**888** 1:21

— **9** —
**9** 8:9 16:14
**90** 37:20
**98** 33:19