IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ZOLOFT (SERTRALINE HYDROCHLORIDE) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2342 12-MD-2342 HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: | : : | |
| *D.B. v. Pfizer, Inc., et al.* | : : | Civil Action No. 16-1438 |

## ORDER

**AND NOW**, this 20th day of June 2017, upon consideration of the Plaintiffs' Motion to Remand [MDL Doc. No. 1577; Doc. No. 2 in Civil Action No. 16-1438], and the opposition thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion is **DENIED**.

It is so **ORDERED.**

BY THE COURT:

/s/Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**